# CERTIFICATE OF SERVICE

I certify that I caused a true and accurate copy of the PETITION FOR WRIT OF HABEAS CORPUS to be served by Certified Mail, Return Receipt Requested, to the following persons:

| | |
|---|---|
| **Kenneth L. Wainstein**<br>U.S. ATTORNEY<br>District of Columbia District<br>Judiciary Center<br>555 4th Street, NW<br>Washington, D.C. 20530 | **Alberto R. Gonzales**<br>ATTORNEY GENERAL OF THE UNITED STATES<br>U.S. Department of Justice<br>Robert F. Kennedy Building<br>Tenth Street & Constitution Ave., NW<br>Room 5111<br>Washington, D.C. 20530 |
| **George W. Bush**<br>PRESIDENT, UNITED STATES OF AMERICA<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, D.C. 20301-1000 | **Donald Rumsfeld**<br>SECRETARY, UNITED STATES DEP'T OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000 |
| **Army Brig. Gen. J. Hood**<br>COMMANDER, JOINT TASK FORCE-GTMO<br>JTF-GTMO<br>APO AE 09360 | **Army Brig. Gen. J. Hood**<br>UNITED STATES ARMY<br>Army Pentagon<br>Washington, DC 20310-0200 |
| **Army Col. Brice Gyurisko**<br>COMMANDER, JDOG<br>JTF-GTMO<br>APO AE 09360 | **Army Col. Brice Gyurisko**<br>UNITED STATES ARMY<br>Army Pentagon<br>Washington, DC 20310-0200 |

On this the _____ day of December, 2005.

_____
H. Candace Gorman

H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
Law Office of H. Candace Gorman
542 S. Dearborn
Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313
Fax: (312) 427-9552