# EXHIBIT 1

To the lawyers from Allen & Overy firm.
Greetings and respect to you. I am Ali Yehya Mahdi Al-Rimi. I am sending you this letter asking you to find a lawyer for the following person:
His Name: Abdul Hamid Abdul Salam Al-Ghizzawi.
Number: (654)

He agreed to signing the document to represent him. My best wishes to you. / Ali Yehya Mahdi

Thank You

FOUO

٢٠