# EXHIBIT A

DO NOT WRITE BEYOND HEAVY LINES

ABDUL HAMID ABDUL SALAAM AL GHAZZAWI
ISN 654      LIBYAN

Completed a form allowing you to represent him. The form was from you via Jamal (RICHARD B..........) Unfortunately he has not received any correspondence from u till now.

He is in desperate need of a lawyer like u. Because:
i) It is the right of evil detainees.
ii) He's already spent 4 yrs without legal representation.
iii) He is of a Libyan nationality whose government is reknown for political persecution.
iv) He is in a very poor health, which deteriorates day after day. (Details to be discussed with u in person)
   Should be not be detained in such poor health.
(v) He has a family that is in desperate need of him
(vi) Would like to thank you for all your effort to restore our rights.

Awaits & Hopes for a reply as soon as possible.

Signed: _____
ABDUL HAMID ABDUL SALAAM
 /10/05

I JAMAL ABDULLAH KIYEMBA have translated and written this statement which I heard directly from ABDUL HAMID. This statement is his direct request for a lawyer.

Kiyemba
13/12/05

Reverse of DA FORM 2667-R, May 82

FOUO  1/06/06

# EXHIBIT B

From: Douglas.Cox@AllenOvery.com
>>Sent: May 19, 2006 1:14 PM
>>To: hcgorman@igc.org
>>
>> █████████████████████
>> █████████████████████
>> █████████████████████
>>Subject: RE: Info re: your client
>>
>>Candace,
>>
>>We just got our notes cleared and wanted to pass on what we heard
>>about Abdul Hamid - its not a lot but we hope its helpful. █████
>> █████████████████████████████████████
>> █████████████████████████████████████
>> ███████████████████████████ Our client also
>>relayed that he understood that Abdul Hamid has some form of liver
>>disease, though he didn't know what.  Our client described him as "skinny
and sickly."
>>Apologies that this isn't very good news, but we hope it is
>>nevertheless helpful.
>>
>>Kind regards,
>>
>>Doug

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AL-GHIZZAWI,**
   *Petitioner,*

 v.

**GEORGE W. BUSH,** *et al.,*

   *Respondents/Defendants.*

Civil Action No. 05-cv-2378 (JDB)

**DECLARATION OF GITANJALI S. GUTIERREZ**

I, Gitanjali S. Gutierrez, declare that the following statements are true to the best of my knowledge, information, and belief:

1. I am an attorney with the Center for Constitutional Rights (CCR), co-counsel for Petitioner Al-Ghizzawi in the above-captioned action. I offer this Declaration in support of Petitioner Al-Ghizzawi's Motion for Entry of the Protective Order.

2. Since December 2001, CCR has been coordinating the assignment of pro bono representation to prisoners in Guantánamo. In this capacity, we have received authorizations from prisoners' family members and directly from prisoners themselves seeking legal representation to challenge the legality of their detention.

3. Petitioner Al-Ghizzawi has been trying repeatedly to secure legal representation since the beginning of 2005 both directly on his own behalf and through fellow prisoners' willing to act as a Next Friend. Petitioner is a citizen of Libya who has expressed concern to fellow prisoners that he will be subject to persecution if transferred to his home country for further imprisonment. Consequently, he has been desperate to secure representation and consult with an attorney. We have received numerous authorizations from Petitioner, described in detail below. Although the phonetic

spelling of his name varies, including being listed as "Al Kasani" on some authorizations, we have confirmed that each request is from the Petitioner Al-Ghizzawi.

4. At the time Petitioner Al-Ghizzawi was seeking counsel, no other attorneys were representing a citizen from Libya and it was difficult to find an attorney willing to accept the burden of providing pro bono representation to Libyan citizens because of the additional expenses and legal issues.  The absence of large firms with clients from the same home country precluded cost-effective use of shared translators or travel costs and the Libyan clients face particular risks of further indefinite detention or persecution if transferred to their home country.

5. When Candace Gorman, Esq., contacted CCR to provide pro bono representation to a detainee, she agreed to represent Petitioner Al-Ghizzawi.  She filed a Petition for Writ of Habeas Corpus on his behalf on December 12, 2005.

6. On January 23, 2005, Brent Mickum, Esq., received a letter from his client Bisher Al-Rawi, a British resident and prisoner at Guantánamo, informing Mr. Mickum that Petitioner Al-Ghizzawi wanted legal representation.  Mr. Mickum submitted this information for classification review by the Privilege Review Team and we received the request for representation at CCR on March 1, 2005.

7. During approximately the same period of time, we also received a request for legal assistance by Petitioner Al-Ghizzawi from Clive Stafford Smith, Esq.  We received an undated document, "Request for Legal Assistance," signed directly by Petitioner Al-Ghizzawi requesting legal counsel.

8. On April 26, 2005, Petitioner Al-Ghizzawi executed the "Acknowledgement of Representation" form included in the Amended Counsel Access Procedures and

2

provided this form and an additional request for counsel to a fellow prisoner who was a client of Allen & Overy, LLP. Habeas counsel from Allen & Overy submitted these documents for classification review and CCR received the authorization for representation and request for counsel on June 29, 2005.

9. On July 1, 2005, Petitioner Al-Ghizzawi executed another request for counsel with Jamal Kiyemba, a British resident and fellow detainee, who had legal representation. Petitioner Al-Ghizzawi instructed Mr. Kiyemba to write an authorization in English communicating Petitioner's direct request for legal representation and authorizing Mr. Kiyemba to act as Petitioner's Next Friend for purposes of filing a habeas petition. Mr. Kiyemba's lawyer, Clive Stafford Smith, Esq., submitted these documents for classification review and CCR received them on July 22, 2005.

10. Mr. Stafford Smith also executed a declaration on July 19, 2005, setting forth the verbal requests for legal representation that other prisoners had conveyed to his client, Bisher Al-Rawi. Petitioner Al-Ghizzawi is listed among those individuals seeking legal representation, although the spelling of his name is "Al Kasani."

11. During the undersigned counsel's meeting with Jamal Kiyemba in December 2005 at Guantánamo, Mr. Kiyemba provided an additional request for authorization from Petitioner Al-Ghizzawi that was translated by Mr. Kiyemba. I submitted this document for classification review and CCR received the request for legal representation on January 6, 2006.

12. The last request for counsel from Petitioner that CCR received was a verbal request conveyed by a fellow prisoner to his attorney during a client visit at Guantánamo in mid-January 2006. The counsel verbally communicated to me that Mr. Al-Ghizzawi was still seeking legal representation.

3

13. I have interim secret security clearance and hope to have a client visit with other petitioners at Guantánamo approved for the week of July 5th, 2006.

14. Pursuant to the Respondents' position, I am unable to communicate with Petitioner Al-Ghizzawi and am prohibited from conducting an attorney-client meeting with him because the Protective Order has not been entered in this case. If the Order is entered I will try to meet with Petitioner Al-Ghizzawi.

15. I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of June, 2006 in Ithaca, New York.

                                                                                                                        /s/
                                                                                          Gitanjali S. Gutierrez