# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>    Detainee, Guantanamo Bay Naval Station   )<br>    Guantnanamo Bay, Cuba;                          )<br>                                                                      )<br>             Petitioner,                                      )<br>    v.                                                             )<br>                                                                      )<br>GEORGE W. BUSH,                                     )<br>    President of the United States, *et al.,*       )<br>                                                                      )<br>             Respondents.                                  ) | Civil Action No. 05-cv-02378<br><br>Judge John B. Bates |

### NOTICE OF FILING MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGEMENT TO THE AMENDED PROTECTIVE ORDER

Petitioner hereby gives notice to all parties of the filing of H. Candace Gorman's signed Memorandum of Understanding Regarding Access to Classified National Security Information and signed Acknowledgement, which are attached to this notice as Exhibit "A" and are attached as Exhibit "B" and Exhibit "C" respectively, to the Amended Protective Order and Procedures for Counsel Access to Detainee, which was entered in this case on June 2nd, 2006 by Judge Bates.

Respectfully submitted, this 5th day of June, 2006.

                                                                            s/ H. Candace Gorman
                                                                            H. Candace Gorman
                                                                            Counsel for Petitioner

H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
Law Office of H. Candace Gorman
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313
Fax: (312) 427-9552

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5th, 2006, I electronically filed **NOTICE OF FILING MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGEMENT TO THE PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

                                                    s/ H. Candace Gorman
                                                    H. Candace Gorman
                                                    Counsel for Petitioner