**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
**ABDUL HAMID ABDUL SALAM AL-GHIZZAWI**          )
     **Detainee,**                                              )
     **Guantanamo Bay Naval Station**                           )
     **Guantanamo Bay, Cuba;**                                  )
                                                                    )   **Civil Action No. 05-cv-02378**
*Petitioner*,                                                       )
                                                                    )    **Judge John B. Bates**
*v.*                                                                )
                                                                    )    **Magistrate Judge Alan Kay**
**GEORGE W. BUSH,** *et al.,*                                       )
                                                                    )
*Respondents.*                                                      )
_____)


<u>**MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO
DEFENDANTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF
CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING
AND DEFENDANTS' NOTICE OF STEPS BEING TAKEN IN THE WAKE OF THE
SUPREME COURT'S *HAMDAN* DECISION**</u>


     Now comes Abdul Hamid Abdul Salam Al-Ghizzawi (hereinafter Al-Ghizzawi), by

and through his counsel, and asks this Court to grant Petitioner additional time to

respond to the government's motion for the following reasons as described herein:

     At the end of the day on July 7th (a Friday), counsel for Respondents filed its

motion asking the court to change the procedures regarding attorney/client

communications and to in-effect allow the government to read all of the mail between

Al-Ghizzawi and his attorney because detainees who committed suicide apparently

used the only scraps of paper available to them- those obtained from counsel- in

communicating with each other and/or in communicating the reasons behind their

death. The Defendants also filed a Notice of steps they have taken in the wake of the Supreme Court's *Hamdan* decision, which appears to amount to an assertion that the stay should remain in effect in all cases until the DC Circuit rules on the issues in front of them despite the government's simultaneous filing of its motion for new procedures.

The brief filed by the government has no specific information regarding Al-Ghizzawi and there is nothing in the government's brief that suggests that Al-Ghizzawi has any connection to the deceased detainees or that any of his attorney client materials were in anyway related to the unfortunate deaths.

Counsel for Al-Ghizzawi is visiting with her client for the first time next week, leaving for the base on July 15th and returning July 20th. Upon her return, Counsel is immediately leaving for a long overdue (albeit short) vacation and returning July 27th.

Counsel for Al-Ghizzawi is asking for an extension of time until at least August 8th so that she can fully brief the serious attorney client privilege issues that are at stake herein, after fully exploring the circumstances of her client in relation to this motion as well as the issues brought up in the government's perplexing Notice. As the government waited almost one month following the suicides before filing its brief, there should be no hardship on the part of the government in waiting for the petitioner's response.

WHEREFORE counsel for Al-Ghizzawi hereby asks this court for an extension of time up to and including August 8th, 2006 for filing a response to the Respondents' Motion and Notice.

Respectfully Submitted,


/s/ H. Candace Gorman
Counsel for Petitioner

H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
Law Office of H. Candace Gorman
542 S. Dearborn  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313