IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABIBULLAH MANGUT,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-1008 (JDB) |
| ABDUL HAMID ABDUL SALAM<br>    AL-GHIZZAWI,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-2378 (JDB) |

**RESPONDENTS' RESPONSE TO
COURT'S AUGUST 3, 2006 ORDER**

    Respondents hereby submit a response to the Court's Order dated August 3, 2006, which requires respondents to indicate whether they would object to production of the records of petitioners' Combatant Status Review Tribunal ("CSRT") proceedings in the Court of Appeals if the above cases were transferred to the Court of Appeals pursuant to Section 1005(e)(2) of the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, 2740 (the "Act"), for judicial review of the CSRT's determination, if there were no procedural or logistical

impediment to such a review. See Court's August 3, 2006 Order at 1-2. At this time, respondents do not anticipate objecting to production of petitioners' CSRT records for review in Court of Appeals' proceedings pursuant to section 1005(e)(2) of the Act, in a similar fashion to the manner in which those records have been filed as factual returns in other pending Guantanamo Bay detainee habeas cases, i.e., with appropriate redactions and designations of confidential ("protected") information. Respondents, however, reserve their right to revisit this issue in light of subsequent developments or other factors, and continue to assert that further proceedings, including the production of factual returns, in the above habeas cases would be an assertion of authority and jurisdiction by this Court that would be inconsistent with the Act's investment of exclusive jurisdiction over these actions in the Court of Appeals. See Respondents' Status Report in Response to Court's July 19, 2006 Minute Order at 2-5.

Dated: August 7, 2006	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice

        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.  Room 7144
        Washington, DC  20530
        Tel:  (202) 514-4107
        Fax:  (202) 616-8470

        Attorneys for Respondents