## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>   Detainee, Guantanamo Bay Naval Station )<br>   Guantanamo Bay, Cuba; )<br>)<br>        Petitioner, )<br>   v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, *et al.*, )<br>)<br>        Respondents. )<br>) | Civil Action No. 05-cv-02378<br><br>Judge John B. Bates |

**REPLY TO RESPONDENTS' RESPONSE TO THE COURT'S AUGUST 7, 2006 ORDER**

      On August 7, 2006, the Court issued an order requiring counsel to identify "any petitioner as to whom counsel lacks a good-faith belief that any attorney-client communications occurred prior to 6/18/06." The Respondents filed with this Court on August 15, 2006 a Response to the Court's Order including Petitioner Al-Ghizzawi among the list of petitioners who had no attorney-client communication prior to 6/18/06, but does state that materials were confiscated from Mr. Al-Ghizzawi. Counsel for Mr. Al-Ghizzawi respectfully contests this notice from Respondents.

      On June 2, 2006, Judge Bates entered the Protective Order in this case. Counsel for Petitioner Al-Ghizzawi mailed five letters to him prior to June 18, 2006. When counsel visited Mr. Al-Ghizzawi in mid-July, Mr. Al-Ghizzawi informed counsel that all of his materials, including letters received before and after June 18, 2006, were being kept from him. Mr. Al-Ghizzawi also informed counsel that when letters were delivered, he was allowed a few minutes to read them and then they were taken away. Mr. Al-Ghizzawi also told counsel that he was only

1

2

given his materials back during her visit and was told they would be taken away after she left. As argued in her briefs on the government's motion for new procedures, Counsel sees no justification for the confiscation of materials delivered after June 18, 2006.

Respectfully submitted, this 16th day of August, 2006.

s/ H. Candace Gorman
H. Candace Gorman
Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313
Fax: (312) 427-9552

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2006, I electronically filed **REPLY TO RESPONDENTS' RESPONSE TO THE COURT'S AUGUST 7, 2006 ORDER** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

                                                    s/ H. Candace Gorman
                                                    H. Candace Gorman
                                                    Counsel for Petitioner