# EXHIBIT A

## Authorization to release medical records

To:

I, Abdul Hamid Abdul Salaam Al-Ghizzawi (ISN no. 654), hereby authorize you to furnish to:

> H. Candace Gorman
> Law Offices of H. Candace Gorman
> 542 S. Dearborn.
> Suite 1060
> Chicago, IL 60605
> 312-427-2313

All of the medical records concerning all medical procedures, medications, diagnosis and treatment from the time I was detained at Guantánamo to the present for any conditions and/or illnesses and to discuss with the Law Offices of H. Candace Gorman (or any representative designated by it) those medical records and any facts, medical observations, medical tests, medical opinions, medical treatment, diagnoses, prognoses, etc., contained in those medical records.

### Notice of limitations on this Authorization:

- This Authorization and the medical records released to H. Candace Gorman under the Authorization are to be used *only* for her law firm's investigation of, negotiation of, and prosecution of my claim(s) regarding my incarceration and detention at Guantánamo.

- This Authorization authorizes re-disclosure of the medical records released to H. Candace Gorman under this Authorization, of any of the information contained therein, and of any discussions with you pursuant to this Authorization *only* for her law firm's investigation of, negotiation of, and prosecution of my claim(s) for my incarceration and detention at Guantánamo.

- This Authorization may be revoked at any time by me by a writing delivered to you and to H. Candace Gorman by any method (U.S. mail, fax, delivery, e-mail, etc.).

- This Authorization is valid *only* until I am released from Guantánamo and automatically expires on that date without any further action by me.

17th July 2006
Date

Abdul Hamid Abdul Salaam Al-Ghizzawi (ISN no. 654)

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI ) <br>     Detainee, ) <br>     Guantanamo Bay Naval Station ) <br>     Guantanamo Bay, Cuba; ) <br>                           *Petitioner*, ) <br>                   *v.* ) <br> GEORGE W. BUSH, *et al.*, ) <br>                          *Respondents.* ) | Civil Action No. 05-cv-02378 <br><br> Judge John B. Bates |

**AFFIDAVIT OF ATTORNEY H. CANDACE GORMAN**

I, H. CANDACE GORMAN, STATE THE FOLLOWING UNDER OATH:

1. That I am counsel for ABDUL HAMID ABDUL SALAM AL-GHIZZAWI.

2. On July 16th, 2006 I met with Mr. Al-Ghizzawi for the first time. Our meeting lasted the entire day, except for a break for lunch. We also met for the entire days on July 17th and July 18th.

3. Prior to our meeting, I had received word from Mr. Al-Ghizzawi that he had a medical condition that was worsening. Later I learned second hand from another attorney that Mr. Al-Ghizzawi was possibly suffering from some form of liver disease.

4. At our meeting, Mr. Al-Ghizzawi told me that his health started to deteriorate during his first year of detention in 2002 and has progressively worsened each year.

5. During our meeting I discussed with Mr. Al-Ghizzawi his medical condition and symptoms. Mr. Al- Ghizzawi described his symptoms as: weight loss of between 10-15 kilos since being incarcerated; severe pain in his abdomen, left side and back that travels down his legs; that his pain is constant both when walking or standing, and that he is unable to run; his stomach area is bloated with two black lines appearing horizontal across his stomach; digestive problems including vomiting and diarrhea. He was also very noticeably jaundiced.  Mr. Al-Ghizzawi also described the increased intensity of the pain in the last six months as being so severe that he has been unable to get up from a lying down position.

6. Mr. Al-Ghizzawi stated when he was first detained at Guantánamo the water that was provided to the prisoners was yellow in color and had small particles in it.  He stated that the water tasted and smelled bad and that as a consequence he did not drink very much water.  Sometime in late 2004, after lawyers were allowed at the base, the prisoners were provided with bottled water that was clean and tasted fresh.

7. I was also able to observe Mr. Al-Ghizzawi over the three days of meetings.  As I mentioned above Mr. Al-Ghizzawi was very jaundiced.  During our meetings he was constantly rubbing his back, his leg and his abdomen.  In

        my opinion, based on my observation during those meetings, Mr. Al-Ghizzawi was in constant pain.  He was not however a complainer and did not seem to notice…

8. I brought in several different items of food for Mr. Al-Ghizzawi and although he was very gracious for the gesture he expressed his inability to eat the various foods.  Mr. Al-Ghizzawi stated that his health deteriorated even more if he ate off the scheduled mealtimes.  He was able to drink the apple juice I provided and was appreciative of receiving that drink.

9. In 2005 some of the prisoners at Guantánamo engaged in a hunger strike.  According to Mr. Al-Ghizzawi, he did not join the strike because of his frail health.  Nevertheless, the guards put him on the list as being part of the strike and food was withheld from him for 10 days.  He stated that every day he would ask the guards to correct the records and bring him food, but it took him 10 days to get the matter cleared up.  He stated that the man in the cell next to him was on the hunger strike, but they brought food to him that he wouldn't eat.  Mr. Al-Ghizzawi stated that he tried to reach for the other man's tray but it was out of reach.  He said his health worsened after those 10 days without food.

10. I spoke to Mr. Al-Ghizzawi about his medical history in an effort to see if his history could point to his current health problem.  He stated that prior to getting married he had a blood test that showed positive for hepatitis b.  A second blood test was conducted and the result was negative for hepatitis b.

      He never had any symptoms of hepatitis b prior to being detained at Guantánamo and he stated that he was in good health at the time of his capture.

11. I also spoke to Mr. Al-Ghizzawi about the medical treatment that he received at Guantánamo. He stated that he had been to the medical clinic on several occasions after he complained about his health problems but he was not treated for those problems. He also stated that the guards that would bring him to the clinic often sat and read his medical file and that they would toss the file around for others to read while he sat there.

12. After out meeting in July, I received a letter from Mr. Al-Ghizzawi who described an episode of such severe pain that he passed-out. He said he was given a pill for the pain by a nurse and the promise of a visit to see a doctor.

13. As per Mr. Al-Ghizzawi's next letter, that visit had still not taken place.

                                                        _H. CANDACE GORMAN_
                                                        ATTORNEY FOR PETITIONER

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
           ) Civil Action No. 05-cv-02378
        Petitioner, )
           ) Judge John B. Bates
    v. )
           )
GEORGE W. BUSH, et al., )
           )
        Respondents. )

## AFFIDAVIT OF DR. DONALD JENSEN

I, DR. DONALD JENSEN, STATE THE FOLLOWING UNDER OATH:

**PROFESSIONAL BACKGROUND**

1. That I am Professor of Medicine in the Department of Medicine at the University of Chicago, Chicago, Illinois. I am also the Director of the Center for Liver Diseases Section of Gastroenterology at the University of Chicago Hospitals. I am a UNOS Primary Liver Transplant Physician and a member of the U of C, Physician's Working Group for Transplant Geography. The U of C, Physician Professionalism Committee. I have been at the University of Chicago since 2005.

2. Prior to joining the staff at the University of Chicago I held the *Richard B. Capps Endowed Professorship in Hepatology* at Rush-Presbyterian-St. Luke's Medical Center. I had worked at Rush Presbyterian-St. Luke's Division of Digestive Diseases for twenty-seven years (1978-2005).

3. At Rush-Presbyterian-St. Luke's Medical Center I was awarded the 1989 *Department of Medicine Teaching and Service Award*, the 1980 *Attending Physician Award*, the 1975 *Flick Family Fund Award* and the 1974 *Department of Medicine Award*. Other distinctions include being listed in

1

4. *Chicago Magazine's* "Chicago's Top Physicians" in the January issue of 2006. I am also listed in 2006's "Best Doctor in America" by Polling & Research Division, Inc.

5. I am currently a member of the European Association for the Study of the Liver (EASL), the American Gastroenterology Association, the Gift of Hope Subcommittee on Liver, Small Bowel and Pancreas Transplants, the American Society for the Study of Liver Disease (AASLD). I also serve on the National Board of Directors of the American Liver Foundation. I am a former President of the Chicago Society for Gastroenterology

5. I have published articles in the *New England Journal of Medicine*, the *Journal of Clinical Lab Immunology*, the *Journal of Clinical Gastroenterology*, the *American Journal of Medical Science*, *Surgical Forum*, *Medical and Pediatric Oncology* and other publications. I have also written chapters in numerous medical guidebooks including Quick Reference to Internal Medicine, Bone, R.C. and Rosen, R.L. (eds), Igaku-Shoin Ltd. Publishing, New York, 1994. Current Therapy in Critical Care Medicine, Parrillo, J. (ed), Mosby Yearbook Publishers, Saint Louis, 1997.

6. In the last year I have been an invited lecturer at the National Kidney Foundation, the Hepatitis B and C, Medical Residents Noon Conference, the Plenary Presentation of the European Association for the Study of the Liver in Vienna, Austria as well as numerous other speaking engagements. In April of 2006 I moderated a Hepatitis Advisory Panel in Rome, Italy.

7. My University of Chicago Faculty Profile can be found on the Department of Medicine's website at URL: http://medicine.uchicago.edu/faculty_profile/faculty_profile.asp?empl_id=9013

## MR. AL-GHIZZAWI'S MEDICAL CONDITION

8. On August 2, 2006 I was contacted by Attorney H. Candace Gorman regarding her client Mr. Al-Ghizzawi. I did not know attorney Gorman prior to this contact. She explained to me that she was a civil rights attorney representing a detainee at Guantanamo in a case she was handling *pro bono* and that her client appeared to be very ill. She stated that she had to wait for her notes to be cleared from the government before she could discuss his symptoms. She was concerned that Mr. Al-Ghizzawi might be suffering from Hepatitis B and she asked if I would be willing to review her client's symptoms when her notes cleared and perhaps provide an affidavit for the court on my opinion. I agreed.

9. On August 14th 2006 I received an email from attorney Gorman in which she told me that her notes from her visit with her client had been declassified. She told me that her client had the following symptoms: weight loss of approximately 10-15 kilos since his detention began,

        yellow skin, frequent nausea, vomiting, bloated/swollen stomach, two black lines across stomach area, severe pain on left side front and back and shooting down the leg, with the pain worsening over past few months, pain standing or walking/cannot run, digestive problems, chills very easily/always cold

10. Attorney Gorman also told me that she received a letter from her client after her visit with him in July in which he told her that he had passed out on the floor because of the intense pain and that he couldn't get up. He stated that a nurse brought him a pill and said she would try to get an appointment for him with the doctor, but that the visit never took place.

11. Attorney Gorman asked if she could set up a meeting with me to discuss her client's symptoms. We set up a meeting for August 17, 2006.

12. At our meeting I explained to Attorney Gorman that it was very difficult to diagnose her client without looking at his records or reviewing any tests that would normally be done for someone with Mr. Al-Ghizzawi's symptoms. However based on the severity of the symptoms described by Attorney Gorman my concern is that Mr. Al-Ghizzawi could be suffering from liver cancer. I base this on his possible history of hepatitis B, apparent jaundice, abdominal pain and weight loss.

13. If someone had come into my office with the symptoms that Mr. Al-ghizzawi describes I would, at a minimum, provide the following tests:
   1. Hepatic function panel: AST, ALT, Alk phos, Alb, T.P., Bili
   2. Prothrombin time/INR
   3. HBsAg, anti-HBs
   4. HBV DNA by PCR
   5. Alpha-fetoprotein
   6. CBC
   7. Basic metabolic panel: Na, K, Cl, CO2, BUN, creat
   8. Urinalysis
   9. Sedimentation rate
   10. Hepatitis C antibody

14. Liver cancer is very treatable if caught early on. It is clear from the symptoms that Mr. Al-Ghizzawi is suffering that he is very ill and needs appropriate medical care immediately. My recommendation is that Mr. Al-Ghizzawi be immediately transferred to a state of the art hospital with a top quality liver and gastroenterology department.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Dr. Donald M. Jensen

Signed and sworn to
this 24th day of August 2006.

*[signature]*
Notary Public

*[Notary seal: ELIZABETH POPOLIS, MY COMMISSION EXPIRES JULY 12, 2010, OFFICIAL SEAL, STATE OF ILLINOIS]*

4