IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI**<br>　Detainee,<br>　Guantanamo Bay Naval Station<br>　Guantanamo Bay, Cuba;<br><br>　　　　　　　　　　　*Petitioner*,<br><br>　　v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>　　　　　　　　　　　**Respondents.** | **Civil Action No. 05-cv-02378**<br><br>**Judge John B. Bates**<br>**Magistrate Judge Alan Kay** |

## NOTICE OF FILING

To:   Terry Henry, Esq., Senior Trial Attorney
　　　Andrew I. Warden, Esq., Trial Attorney
　　　U.S. Department of Justice
　　　Civil Division, Federal Programs Branch
　　　20 Massachusetts Ave., NW, Room 7144
　　　Washington, DC  20530

　　PLEASE TAKE NOTICE that on the 30th day of August, 2006, we filed with the U. S. Department of Justice Litigation Security Section a copy of PETITIONERS' EMERGENCY MOTION TO COMPEL RESPONDENTS' COMPLIANCE WITH THE TERMS OF THE PROTECTIVE ORDER to be served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ H. Candace Gorman
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313