# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI**, | )<br>)<br>)<br>)<br>)<br>) |
| *Petitioner,* | )<br>) |
| *v* | ) **CIV. ACT. NO. 05-CV-02378 (JDB)**<br>) |
| **GEORGE W. BUSH,** *et al.,* | )<br>) |
| *Respondents.* | )<br>) |

## MOTION FOR LEAVE TO SUBMIT BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PETITIONERS

The Association of the Bar of the City of New York
By:
Eric M. Freedman
42 West 44th Street
New York, NY 10036
(212) 382-6600

Association of the Bar of the City of New York ("ABCNY" or the "Association") hereby respectfully moves for leave to file a brief as *amicus curiae* in this case in support of Petitioner-Ghanem. ABCNY's proposed *amicus* brief is submitted herewith.

## STATEMENT OF INTEREST

The Association of the Bar of the City of New York ("ABCNY") is among the nation's oldest and largest bar associations. Founded in 1870, ABCNY has long been committed to maintaining the highest ethical standards of the profession, promoting reform of the law, and providing service to the profession and the public.

Through its standing committees, including those on Civil Rights, Immigration and Nationality Law, Federal Courts, Federal Legislation, International Security Affairs, Military Affairs and Justice, and International Human Rights, the Association strives to protect, preserve and promote civil liberties, civil rights and the democratic process. In its recent activities, the Association has sought to address the need to balance the fundamental interests of civil liberties and individual freedom with the demands of national security, and to assure that concerns for national security do not undermine the guarantees of civil liberties that are the hallmark of our constitutional democracy and a beacon to the world.

## ARGUMENT

Respondents have moved for leave to implement a highly invasive review of attorney-client privileged materials seized from Petitioners. The *amicus* seeks leave to file a brief in support of Ghanem *et al.* addressing the propriety of Respondents' wholesale impoundment of the subject documents and the invasion of the privilege which their actions and proposed actions will occasion.

The Association, as *amicus*, will explain the contours of the attorney-client privilege as it has developed in American jurisprudence, and the centrality of the privilege to the right of access to counsel and to the courts. Given the strong public policy considerations underpinning the attorney-client privilege, the *amicus* will argue that Respondents have already gravely threatened the integrity and fairness of these proceedings by their unwarranted and unauthorized invasion of Petitioners' privilege, and that no further invasion can be permitted. The Association will accordingly urge this Court to deny Respondents' motion in its entirety.

Participation of the *amicus* is desirable in this case. ABCNY continues to play an important part in the ongoing dialogue concerning the tension between individual rights and Executive power in the context of the war on terrorism. The Association has filed *amicus* briefs in a number of enemy combatant and detainee cases in proceedings in the United States District Courts, Courts of Appeals and Supreme Court. The Association is intimately familiar with the overarching issues as well as with the nuances of the case at hand.

ABCNY has a special interest in and a unique perspective on this case. The Association's membership is drawn from the community of lawyers who, quite literally, worked in the shadow of the World Trade Center prior to the September 11th attacks. The dialogue on the detention of enemy combatants cannot be divorced from that event nor its effect on this community.

Whereas the parties to the litigation have specific interests in succeeding, *amici* have the opportunity to view the case against a broader legal backdrop. ABCNY is an organization comprising diverse constituencies with diverse beliefs, with an abiding respect for the Constitution. The participation of ABCNY as *amicus* will benefit the parties and this Court, and will materially advance the resolution of the legal issues in this case.

## CONCLUSION

ABCNY respectfully requests leave to participate as *amicus curiae* in this proceeding for the purpose of submitting a brief in support of Petitioners.

Dated: New York, New York
       August 31, 2006

                        Respectfully submitted,

                        The Association of the Bar of the City of New York

                        By: _____
                            Eric M. Freedman
                            D.C. Bar No. 387064
                        42 West 44th Street
                        New York, NY 10036
                        (212) 382-6600