IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI**,<br><br>*Petitioner*,<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.*<br><br>*Respondents* | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-CV-02378 (JDB)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having considered the New York City Bar Association's motion to be granted leave to appear as Amicus Curiae, and to file a brief, it is hereby:

ORDERED that the New York City Bar Association is GRANTED permission to file its brief.

Dated this ___ day of ____, 2006

_____
John D. Bates
United States District Judge