IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*, | ) ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-345 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI,, *et al.*, | ) ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2378 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONERS' MOTIONS REGARDING LEGAL MAIL PRIVILEGES**

Respondents hereby move for an extension of time until September 15, 2006, to respond to Petitioners' Motion For Restoration of Petitioners' Mail Privileges In Accordance With The Protective Order, filed in Al-Anazi v. Bush, 05-CV-0345 (JDB), and Petitioners' Emergency Motion To Compel Respondents' Compliance With The Terms Of The Protective Order, filed in Al-Ghizzawi v. Bush, 05-CV-2378 (JDB).

In support of this motion, respondents submit the following:

1. On August 25, 2006, petitioners in Al-Anazi v. Bush, 05-CV-0345 (JDB), filed a motion for immediate restoration of legal mail privileges to certain detainees at the United States Naval Base at Guantanamo Bay, Cuba. See dkt no. 64. The motion alleges that Guantanamo personnel have denied or curtailed petitioners' ability to communicate with counsel, have read privileged communications between petitioners and counsel, and have withheld petitioners' legal mail.

2. On August 30, 2006, petitioners in Al-Ghizzawi v. Bush, 05-CV-2378 (JDB), filed an emergency motion to compel respondents to comply with the provisions of the Amended Protective Order related to legal mail. See dkt no. 31. The motion alleges that Guantanamo personnel have limited the amount of time petitioner may read legal mail, have interfered with petitioner's ability to write counsel, and have refused to deliver legal mail.

3. Pursuant to the Local Rules of this Court and the Federal Rules of Civil Procedures, respondents' opposition to the motion in Al-Anazi is due to be filed on Friday, September 8, 2006, and the opposition to the motion in Al-Ghizzawi is due to be filed on Monday, September 11, 2006

4. Respondents now seek a modest extension of approximately one week – until September 15, 2006 – to respond both motions. This extension is sought in these cases to address the similar fact intensive issues raised by the motions. Respondents are presently in the process of consulting with Department of Defense personnel about the allegations raised in the motions and obtaining appropriate responsive declarations, but request additional time to complete these matters. An extension of time is also warranted given that respondents' counsel are in the process of responding to and otherwise dealing with several other motions, including

another emergency motion filed in Al-Ghizzawi, that have been filed before the various Judges of this Court in the Guantanamo habeas litigation.

    7. Pursuant to Local Civil Rule 7.1(m), respondents' counsel has conferred with counsel for petitioners in Al Anazi and Al-Ghizzawi, who oppose the requested extension.

    8. For the reasons stated above, respondents respectfully request that the Court extend until September 15, 2006 the time period during which respondents may respond to respond to Petitioners' Motion For Restoration of Petitioners' Mail Privileges In Accordance With The Protective Order, filed in Al-Anazi v. Bush, 05-CV-0345 (JDB), and Petitioners' Emergency Motion To Compel Respondents' Compliance With The Terms Of The Protective Order, filed in Al-Ghizzawi v. Bush, 05-CV-2378 (JDB).

Dated: September 7, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.

Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents