IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-345 (JDB) |
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI,, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-2378 (JDB) |

**[Proposed] ORDER**

Upon consideration of Respondents' First Motion For Extension of Time to Respond to Petitioner's Motions Regarding Legal Mail Privileges, it is hereby

ORDERED that respondents' motion is GRANTED; and

ORDERED that respondents shall have until September 15, 2006 to respond to Petitioners' Motion For Restoration of Petitioners' Mail Privileges In Accordance With The Protective Order, filed in Al-Anazi v. Bush, 05-CV-0345 (JDB) (dkt. no. 64), and Petitioners'

Emergency Motion To Compel Respondents' Compliance With The Terms Of The Protective Order, filed in <u>Al-Ghizzawi v. Bush</u>, 05-CV-2378 (JDB) (dkt. no. 31).

DATED: _____

                                            _____
                                            UNITED STATES DISTRICT JUDGE