# EXHIBIT 2

**DENNIS DECLARATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdul Hamid Abdul Salam Al-Ghizzawi, )<br>  Petitioner, )<br>                                 )<br>  v.                             )<br>                                 )<br>GEORGE W. BUSH, et al.,          )<br>  Respondents                    )<br>_____ ) | No. 05-2378 |

Pursuant to 28 U.S.C. §1746, I, Wade F. Dennis, hereby declare that to the best of my knowledge, information, and belief, the following is true accurate, and correct:

1. I am a Colonel in the United States Army with over twenty-eight (28) years of active duty service. I currently serve as the Commander of the Joint Detention Group (JDG) for the Joint Task Force - Guantanamo Bay, Cuba (JTF-GTMO). I am responsible for all aspects of detention operations for JTF-GTMO. I have served in this position since June 2006. This declaration is based on my personal knowledge and information supplied to me in my official capacity.

2. I am responsible for the humane care and treatment of detainees held at Guantanamo Bay, Cuba. Detainees are fed on a daily schedule, three times per day. It is also my duty to ensure that detainees at Guantanamo Bay, Cuba, receive healthy drinking water. Detainees have never received non-potable water.

3. All detainees at Guantanamo have access to potable drinking water from the tap of their sink within their cells. The tap water is and has been the same tap water that runs throughout the entire base at Guantanamo Bay and is consumed by military members, civilian personnel, and their dependents who are stationed at Guantanamo.

4. The second source of water given to detainees regularly for over a year is bottled water. All detainees are issued bottled water with each of their meals. Following their meals, all detainees, except for those in certain disciplinary status, have unlimited access to tepid bottled water one bottle at a time. In fact, detainees prefer and receive bottled water, specifically tepid, not cold.

5. It is policy that after a detainee refuses six (6) consecutive meals he is on watch as a potential hunger striker. After refusing nine (9) consecutive meals, he is declared a hunger striker and is referred to the Joint Medical Group for observation and monitoring. At no time will the Joint Detention Group guard staff deny a detainee a meal based on a previous refusal of a meal as alleged by petitioner. In fact, all detainees are offered a meal at every meal, regardless of whether they ate or refused the previous meal.

6. Petitioner's allegations that detainee ISN 654 was denied meals over a ten-day period during the summer of 2005 are wrong. Records indicate that during the summer of 2005, detainee ISN 654 refused 14 consecutive meals after refusing his breakfast on August 24, 2005. However, by September 2, 2005, he was eating regularly and complained that the bland meal that he was specifically provided by the JDG was too spicy. Detainee ISN 654 is not currently a hunger striker.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Dated: 06 September 2006

Wade F. Dennis
Colonel, U.S. Army
Commander, Joint Detention Group

2