IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI**<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>                    *Petitioner*,<br><br>        v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>                    **Respondents.** | **Civil Action No. 05-02378**<br><br>**Judge John B. Bates**<br>**Magistrate Judge Alan Kay** |

## NOTICE OF FILING

To:   Terry Henry, Esq., Senior Trial Attorney
       Andrew I. Warden, Esq., Trial Attorney
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       20 Massachusetts Ave., NW, Room 7144
       Washington, DC  20530

    PLEASE TAKE NOTICE that on the 13th day of September, 2006, we filed with the U. S. Department of Justice Litigation Security Section a copy of Petitioner's REPLY MEMORANDUM IN SUPPORT OF PETITIONER'S EMERGENCY MOTION TO COMPEL ACCESS TO MEDICAL RECORDS AND TO REQUIRE EMERGENCY MEDICAL TREATMENT to be served upon you.

                                               /s/ H. Candace Gorman
                                               Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313