# EXHIBIT

# D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI** | ) |
| **Detainee,** | ) |
| **Guantanamo Bay Naval Station** | ) |
| **Guantanamo Bay, Cuba;** | ) |
| | ) **Civil Action No. 05-cv-02378** |
| *Petitioner,* | ) |
| | ) **Judge John B. Bates** |
| *v.* | ) |
| | ) |
| **GEORGE W. BUSH,** *et al.,* | ) |
| | ) |
| *Respondents.* | ) |

**SUPPLEMENTAL AFFIDAVIT OF DR. DONALD JENSEN**

**I, DR. DONALD JENSEN, STATE THE FOLLOWING UNDER OATH:**

15.    I have read the affidavit submitted by Captain Ronald Sollock, M. D. in this matter. Several items in the affidavit are cause for concern and make it important that I see the original medical records, including any and all test results, including but not limited to the lab reports from both 2002 and 2006 and original film of any radiological or sonographic procedures.

16.    In Captain Sollock's affidavit he states that "Given his history of Hepatitis B, routine evaluations were instituted as per guidelines provided by Gastroenterology for patients with chronic Hepatitis B."  However from the rest of Captain Sollock's affidavit, it appears that the guidelines for individuals with chronic Hepatitis B are not being followed.  Patients with chronic Hepatitis B need to undergo regular monitoring for liver cancer in a program where screening tests are standardized, regularly scheduled at intervals of 6-12 months, and with results closely monitored in order to catch the disease in an early enough stage of development to increase the individual's chances of surviving the disease. The most widely used

surveillance test is ultrasonography, which is best performed by individuals specially trained to use the machine. Patients with Hepatitis B may also benefit from treatments including interferon or an antiviral agent such as lamivudine, entecavir or adefovir.

17.    If the patient has indeed hepatitis B, hepatitis Delta ought to be also searched for. Hepatitis C should be ruled out. Co-infection with hepatitis B and C substantially increases the risk of liver cancer.

18.    The proper diagnosis of liver cancer is a very difficult process.  In order to properly diagnosis the condition I would like to see  the following tests performed and the actual results submitted to both myself and Dr. Reichen:
       1. the actual results of CMP and hepatitis B serology be provided;
       2. that the patient be also tested for hepatitis C and Delta ;
       3. that the results of the last alpha-fetoprotein, sonography and HBV-DNA be provided as soon as available.

19.    I am also concerned about the diagnosis of Mr. Al-Ghizzawi of latent tuberculosis after a PPD conversion was documented.  As attested to by Dr. Reichen, it is dangerous not only to Mr. Al-Ghizzawi but to others around him to leave this condition untreated in particular under prison conditions. Mr. Al-Ghizzawi should immediately be given the quantiferon test (a more modern version of the ppd test) and a chest x-ray.  I would like to see the lab results and film from those tests.

20.    Multiple times in his affidavit the captain mentions 'mild upper abdominal pain', 'as per gastroenterology' these comments should have led to an upper endoscopy to rule out helicobacter pylori infection or other upper gastrointestinal disease(s).  I would like to see the photographic documentation of the procedure and the originals of the histology.

21.    I have told Attorney H. Candace Gorman that I would be willing to review the complete medical file of Mr. Al-Ghizzawi when it is tendered.

FURTHER AFFIANT SAYETH NAUGHT

s/ Dr. Donald Jensen M.D.
Dr. Donald Jensen

Signed and sworn to
this 13th day of September, 2006.

s/H. Candace Gorman
Notary Public
(commission expires 7/11/10)

# EXHIBIT

# E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI** ) | |
|     **Detainee,** ) | |
|     **Guantanamo Bay Naval Station** ) | |
|     **Guantanamo Bay, Cuba;** ) | |
| ) | **Civil Action No. 05-cv-02378** |
| *Petitioner,* ) | |
| ) | **Judge John B. Bates** |
| *v.* ) | |
| ) | |
| **GEORGE W. BUSH,** *et al.,* ) | |
| ) | |
| *Respondents.* ) | |
| _____) | |

### AFFIDAVIT OF DR. JUERG REICHEN

**I, Dr. Juerg Reichen, state the following under oath:**

**PROFESSIONAL BACKGROUND**

1.     That I am a doctor of medicine with a specialty in clinical pharmacology and hepatology. I have over thirty years of experience in my profession and am currently Co-Director of the Department of Clinical Pharmacology of the University of Berne and Chief of Hepatology at the University Hospital of Berne, Switzerland.

2.     I have conducted extensive research in the treatment and diagnosis of liver disorders including hepatitis, cirrhosis and cancer of the liver. My research has been published by numerous peer-reviewed journals including the New England Journal of Medicine, The Lancet, The Journal of Clinical Investigation, Gastroenterology and Hepatology.

3.     From 1976-1978, I was a guest scientist at the Liver Unit of the National Institutes of Health in Bethesda, Maryland.

4.      From 1979-1984 I held teaching positions at the University of Colorado
        Medical School, first serving as a Fellow in Gastroenterology (1979-1980), as
        Assistant Professor (1980-1984) and was promoted to Associate Professor in
        1985.

5.      Since 1985 I am back in my native Switzerland where I hold the positions
        listed in 1 among several others.

6.      I hold membership in numerous respected medical bodies including the
        Swiss Society of Physicians, the American Federation of Clinical Research, the
        American Association for the Study of Liver Diseases, the European
        Association for the Study of the Liver and the International Association for
        the Study of the Liver. I am an elected member of the European Academy of
        Sciences.

7.      I have served in various editorial capacities at *The Journal of Hepatology*,
        *Hepatology*, and *Pharmacology and Therapeutics*.

8.      I have received numerous awards and professional distinctions which can be
        found in my curriculum vitae at  the url:
        http://www.ikp.unibe.ch/lab2/jr.html.

## MR. AL-GHIZZAWI'S MEDICAL CONDITION

9.      On August 26, 2006 I was contacted by Attorney H. Candace Gorman
        regarding her client Mr. Al-Ghizzawi.  I did not know attorney Gorman
        prior to this contact.  She explained to me that she was a civil rights
        attorney representing a detainee at Guantanamo in a case she was handling
        *pro bono* and that her client appeared to be very ill.  She was concerned that
        Mr. Al-Ghizzawi might be suffering from Hepatitis B and/or liver cancer.
        She asked if I would be willing to review her client's symptoms perhaps
        provide an affidavit for the court on my opinion.  I agreed.

10.     On August 27, 2006 I received an email from attorney Gorman  in which
        she told me that her client had the following symptoms: weight loss of
        approximately 10-15 kilos since his detention began, yellow skin, frequent
        nausea, vomiting, bloated/swollen stomach, two black lines across the
        stomach area, severe pain on left side front and back and shooting down
        the leg, with the pain worsening over past few months,  pain standing or
        walking/cannot run, digestive problems, chills very easily/always cold.

11.     Attorney Gorman asked whether I would be willing to take care of Mr. Al-
        Ghizzawi if she could get him transferred to Switzerland. I agreed.

12. I have read the affidavit submitted by Captain Ronald Sollock, M. D. in this matter. Several items in the affidavit concern me and for that reason it is imperative that I see the original medical records, including any and all test results, including but not limited to the lab reports from both 2002 and 2006 and original film of any radiological or sonographic procedures.

13. In Captain Sollock's affidavit he states that "Given his history of Hepatitis B, routine evaluations were instituted as per guidelines provided by Gastroenterology for patients with chronic Hepatitis B." However it is clear from the remainder of Captain Sollock's affidavit that the guidelines for individuals with chronic Hepatitis B are not being followed. Patients with chronic Hepatitis B need to undergo regular monitoring for liver cancer in a program where screening tests are standardized, regularly scheduled at intervals of 6-12 months, and with results closely monitored in order to catch the disease in an early enough stage of development to increase the individual's chances of surviving the disease. The most widely used surveillance test is ultrasonography, which is best performed by individuals specially trained to use the machine. Patients with Hepatitis B may also benefit from treatments including interferon or a virostatic such as lamivudine, telbivudine, entecavir or adefovir.

14. If the patient has indeed hepatitis B, hepatitis Delta ought to be also searched for. Furthermore, I should like to point out that in Libya hepatitis C is quite frequent and should be ruled out. Co-infection with hepatitis B and C substantially increases the risk of liver cancer.

15. The proper diagnosis of liver cancer is a very difficult process. In order to properly diagnosis the condition I would like to see the following tests performed and the actual results submitted to both me and Dr. Donald Jensen:
    1. the actual results of CMP and hepatitis B serology be provided;
    2. that the patient be also tested for hepatitis C and Delta ;
    3. that the results of the last alpha-fetoprotein, sonography and HBV-DNA be provided as soon as available.

16. I am also concerned about the diagnosis of Mr. Al-Ghizzawi of latent tuberculosis after a PPD conversion was documented. It is dangerous not only to Mr. Al-Ghizzawi but to others around him to leave this condition untreated in particular under prison conditions. Mr. Al-Ghizzawi should immediately be given the quantiferon test (a more modern version of the ppd

test) and a chest x-ray.  I would like to see the lab results and film from those tests.

17.     Multiple times in his affidavit the captain mentions 'mild upper abdominal pain'. 'as per gastroenterology' these comments should have lead to an upper endoscopy to rule out helicobacter pylori infection or other upper gastrointestinal disease(s).  I would like to see the photographic documentation of the procedure and the originals of the histology.

18.     I have told Attorney H. Candace Gorman that I would be willing to read the complete medical file of Mr. Al-Ghizzawi and that I would also be willing to treat Mr. Al-Ghizzawi as my patient if it were possible to have him transferred to my facility.

FURTHER AFFIANT SAYETH NAUGHT

_____
Dr. Juerg Reichen

Signed and sworn to
this 12th day of September, 2006.

s/H. Candace Gorman
Notary Public
(commission expires 7/11/10)