# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULLA THANI FARIS AL ANAZI,<br>  et al.,<br>  Petitioners<br><br>  v.<br>GEORGE W. BUSH, et al.,<br>  Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-345 |
| Abdul Hamid Abdul Salam Al-Ghizzawi,<br>  Petitioner,<br><br>  v.<br>GEORGE W. BUSH, et al.,<br>  Respondents | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-2378 |

Pursuant to 28 U.S.C. § 1746, I, Colonel Wade F. Dennis, hereby declare that to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

1. I am a Colonel in the United States Army with over 28 years of active duty service. I currently serve as the Commander of the Joint Detention Group (JDG) for the Joint Task Force - Guantanamo, Guantanamo Bay, Cuba (JTF-GTMO). I am responsible for all aspects of detention operations for JTF-GTMO. I have served in this position since June 2006. This declaration is based upon my personal knowledge and information supplied to me in my official capacity.

2. As explained below, when applicable under court order, detainees are permitted to receive, send, and review legal mail. The JDG provides all detainees with blank paper for writing letters. Detainee outgoing legal mail is collected from the detainee no later than one business day after JDG has been notified that a detainee has outgoing legal mail to send.

Detainee outgoing legal mail is sent no later than two business days after collection. As described below, mail privileges are dependent on the disciplinary status of the detainee.

3. Detainees who are not in disciplinary status are permitted to maintain up to 20 pieces of mail in their cell. A piece of mail is defined as a single piece of paper. These 20 pieces can include, together, legal mail, blank pages, and up to 5 pieces of non-legal mail. The remainder of a detainee's mail is stored in a covered plastic container above the detainee's cell. Within the above-stated limits, it is a detainee's choice which 20 pieces of mail he keeps in his cell. In addition, a detainee may exchange pieces of mail at any time.

4. Detainees who are not in disciplinary status are permitted to keep a pen in their cell. Pens may be kept throughout the day and night; however, for force protection and security reasons, the pens must be turned in for inventory at guard shift changes each morning and each evening. The JDG accounts for all pens on the cell block at every shift change for force protection and security issues. Pens are reissued after inventory upon a detainee's request.

5. Detainees in disciplinary status are permitted one hour per day to review and write legal mail. Detainees in disciplinary status are not permitted to keep a pen in their cells; they may request and are permitted to have a pen during the time they are permitted to write letters. Detainees in disciplinary status may request additional time to write legal mail; these requests are routinely granted if a detainee is actively drafting a piece of legal mail. These detainees are not permitted to hold any mail in their cells; however, if they need additional time to review legal mail, they may request it. Such requests are routinely granted by JDG. All mail must remain stored in a covered plastic container maintained above the detainee's cell when it is not being reviewed.

6. As noted above, the JDG provides all detainees with blank paper for writing letters. There is no limit on the amount of paper ultimately provided to detainees for legal

2

correspondence, though the amount of blank paper in a detainee's possession at any one time would be limited in accordance with the number of pieces of mail permitted to a detainee at one time. There is no limit on the amount of legal mail a detainee can send.

7. Specially trained JTF-GTMO personnel deliver and mail all detainee mail. Guards do not open or deliver detainee mail. Legal mail to detainees is delivered to the JTF-GTMO Staff Judge Advocate's office, which then delivers the unopened legal mail envelopes to detainees within two business days of receipt.

8. Guards are not permitted to read legal mail. When guards conduct routine cell searches they are authorized to search open envelopes with any type of mail for physical contraband. Also during these searches, loose mail kept outside of an envelope can be paged through for physical contraband. Similarly, when mail stored in a detainee's covered plastic container is provided to the detainee in his cell, or when mail is retrieved from the detainee to be returned to the plastic container, guards are authorized to look in open envelopes for physical contraband.

9. Immediately following the detainee suicides on June 9/10, 2006, pens were withheld from all detainees in Camp Delta for approximately 2 weeks while a harm assessment related to force protection and detainee security was conducted.

10. I am not aware of evidence to support detainee ISN 654's allegation that he was required to write legal mail on postcards instead of blank paper supplied for such purposes. The staff is routinely trained on detainee legal mail handling procedures. The staff is frequently reminded of the procedures. We will continue to emphasize the importance of following legal mail policies and procedures.

11. A review of the JDG records regarding the disciplinary status of detainees ISN 112, ISN 436, ISN 514, and ISN 654 reflects that none of these detainees are in disciplinary

3

status at this time. Detainee ISN 192 is currently in disciplinary status. Records indicate that since May 2006, detainee ISN 112 was in disciplinary status from May 19 through May 29, 2006; detainee ISN 192 has been in disciplinary status from May 19 through May 29, 2006, August 29 through September 8, 2006, and September 8, 2006, through present; detainee ISN 436 was in disciplinary status from May 1 through May 3, 2006; detainee ISN 514 was in disciplinary status from June 3 through June 13, 2006 and June 20 through June 23, 2006; detainee ISN 654 was in disciplinary status from July 28, 2006, through August 27, 2006. These detainees have been afforded the full range of mail privileges as described above in accordance with their disciplinary status.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Dated: 15 September 2006

_____
WADE F. DENNIS
Colonel, U.S. Army
Commander, Joint Detention Group