IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>    Detainee, )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br>    )<br>                  *Petitioner*, )<br>    )<br>        v. )<br>    )<br>GEORGE W. BUSH, et al., )<br>    )<br>                  Respondents. ) | **Civil Action No. 05-02378**<br><br>**Judge John B. Bates**<br>**Magistrate Judge Alan Kay** |

### NOTICE OF FILING

To:   Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

      PLEASE TAKE NOTICE that on the 18th day of September, 2006, we filed with the United States Department of Justice Litigation Security Section a copy of PETITIONER'S MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH THE TERMS OF THE PROTECTIVE ORDER to be served upon you.

                                                            /s/ H. Candace Gorman
                                                            Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313