Cleared for public filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI** | ) |
| **Detainee,** | ) |
| **Guantanamo Bay Naval Station** | ) |
| **Guantanamo Bay, Cuba;** | ) |
| | ) **Civil Action No. 05-cv-02378** |
| *Petitioner*, | ) |
| | ) **Judge John D. Bates** |
| *v.* | ) |
| | ) |
| **GEORGE W. BUSH,** *et al.,* | ) |
| | ) |
| *Respondents.* | ) |

### PETITIONER'S MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH THE TERMS OF THE PROTECTIVE ORDER

Now comes Abdul Hamid Abdul Salam Al-Ghizzawi (hereinafter Al-Ghizzawi), by

and through his counsel, and asks this Court to grant Petitioner additional time to reply

to the government's memorandum in opposition to Petitioner's motion for the

following reasons as described herein:

On September 15th (a Friday), after 5:30 pm, counsel for Respondents filed its

memorandum in opposition to Petitioner's motion to compel compliance with the terms

of the protective order. The brief filed by the government makes numerous assertions

contradicting Petitioner's claims.

Counsel for Al-Ghizzawi is visiting with her client from September 19 to September

20th, leaving for the base Monday, September 18th and returning Thursday September

21st.

Counsel for Al-Ghizzawi is asking for an extension of time until at least September

25th so that she can fully respond to the Respondents' claims after exploring the circumstances of her client.  Counsel has consulted with counsel for Respondents, and they have no objection.

WHEREFORE counsel for Al-Ghizzawi hereby asks this court for an extension of time up to and including September 25, 2006 for filing a reply to the Respondents' Memorandum in Opposition.

Dated:  September 18th, 2006

Respectfully Submitted,

/s/ H. Candace Gorman
Counsel for Petitioner

H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
Law Office of H. Candace Gorman
542 S. Dearborn Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313

2

## **CERTIFICATE OF SERVICE**

I, H. Candace Gorman, certify that I today caused a true and accurate copy of PETITIONER'S MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH THE TERMS OF THE PROTECTIVE ORDER  to be served upon the following persons through service that automatically occurs by virtue of my electronic filing of the above listed document:

> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC  20530

This 18th day of September, 2006.

/s/ H. Candace Gorman
Counsel for Petitioner

H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
Law Office of H. Candace Gorman
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313