# EXHIBIT A

Case 1:05-cv-02378-UNA    Document 46-2    Filed 09/25/2006    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI** )<br>**Detainee,** )<br> )<br>*Petitioner*, )<br> )<br>*v.* )<br> )<br>**GEORGE W. BUSH,** *et al.,* )<br> )<br><u>*Respondents.*</u>                            ) | No. 05-cv-02378<br><br>Judge John D. Bates |

### AFFIDAVIT OF ATTORNEY H CANDACE GORMAN

I, H. CANDACE GORMAN, STATE THE FOLLOWING UNDER OATH:

1. That I am counsel for ABDUL HAMID ABDUL SALAM AL-GHIZZAWI.

2. That on August 9th Mr. Al-Ghizzawi sent me a postcard telling me that the person in charge of the ward was preventing him from writing letters to me.

3. That I met with Mr. Al-Ghizzawi on September 19 and again on September 20, 2006.

4. During the meetings on those days, we discussed the situation with the legal mail that he had briefly described to me in the postcard. He stated that the normal procedure was that the guards allowed prisoners to have pen and paper to write letters only on Wednesdays and only for half an hour. This has been the procedure since at least early spring. Mr. Al-Ghizzawi further stated that when a prisoner was receiving discipline it

    was up to the guards whether, or when, they could write to their counsel.

5. Also during those meetings, I asked Mr. Al-Ghizzawi about letters I sent to him. I showed him each letter that I sent him since my last visit in July to see if he received the letter. Mr. Al-Ghizzawi stated that he did not receive two of my letters dated August 17 and August 21, 2006. I gave him copies of those letters at that time. Those letters were sent as legal mail through the procedures set up in the protective order.

FURTHER AFFIANT SAYETH NAUGHT.

                                                                   /s/ H. Candace Gorman