## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )

**ABDUL HAMID ABDUL SALAM AL-GHIZZAWI**        )
    **Detainee,**                                         )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                         )  **Civil Action No. 05-02378**
                    ***Petitioner*,**                    )
                                   )  **Judge John B. Bates**
    **v.**                                              )  **Magistrate Judge Alan Kay**
                                       )
**GEORGE W. BUSH, et al.,**                         )
                                       )
                **Respondents.**                 )
_____ )

## NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
        Andrew I. Warden, Esq., Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 7144
        Washington, DC  20530

        PLEASE TAKE NOTICE that on the 4th day of October, 2006, we filed with the
U. S. Department of Justice Litigation Security Section a copy of PETITIONER'S MOTION TO
RECONSIDER THIS COURT'S ORDER DENYING PETITIONER'S MOTION TO COMPEL
ACCESS TO MEDICAL RECORDS AND TO REQUIRE EMERGENCY MEDICAL
TREATMENT to be served upon you.

                                                  /s/ H. Candace Gorman
                                             Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313