EXHIBIT

F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI** | ) |
| **Detainee,** | ) |
| **Guantanamo Bay Naval Station** | ) |
| **Guantanamo Bay, Cuba;** | ) |
|  | ) |
| _Petitioner,_ | ) |
|  | ) |
| _v._ | ) |
|  | ) |
| **GEORGE W. BUSH,** _et al.,_ | ) |
|  | ) |
| _Respondents._ | ) |

Civil Action No. 05-cv-02378

Judge John B. Bates

_____

**<u>AFFIDAVIT OF H CANDACE GORMAN</u>**

I, H. Candace Gorman, state the following under penalty of perjury:

1. I am counsel for Petitioner Al-Ghizzawi in this matter.

2. That on September 19 and 20, 2006 I visited Mr. Al-Ghizzawi at Guantanamo.

3. During those visits, I showed Mr. Al-Ghizzawi Respondent's Opposition to Petitioner's Emergency Motion for Access to Medical Records and Emergency Medical Treatment, along with the declarations attached thereto.

4. In response to the declaration of Dr. Sollock, Petitioner Al-Ghizzawi stated the following to me:

a) He had never been informed that he had been diagnosed with Hepatitis B or Tuberculosis and I was the first person to confirm for him (at our meeting on September 19), his fear that he was suffering from Hepatitis B.  Mr. Al-Ghizzawi was aware of the

possibility that he had Hepatitis B from a blood test done many years ago. That blood test performed at the time of his upcoming marriage showed positive for Hepatitis B, but a follow up test showed negative. He never had any symptoms of Hepatitis B until he was at Guantánamo. Mr. Al-Ghizzawi began to fear as he sat in Guantanamo and his health began spiraling down that the first test was correct.

b) He had never refused treatment for Hepatitis B, Tuberculosis or any other illness, since he was never told he had any illness that he needed treated;

c) Whenever he visited the medical facility, the staff told him there was nothing wrong with him;

d) Additionally, he stated that on the few occasions that he received tests at the medical facility, he requested the results and was repeatedly told by the staff that they were not allowed to tell him the results of any medical tests.

e) On one occasion he was asked by staff at the medical facility if he would agree to more tests. He asked if he would be told the results of the tests if he submitted to these new tests. He was told that the staff were not allowed to tell him the results of any tests. He therefore refused to agree to more tests. His impression was that he was being used for experimental purposes and unless they were going to tell him what the tests were for, what the results were and that they were going to treat him for his condition, he did not want to cooperate;

f) When he saw the doctor in early September of this year, the doctor expressed surprise and concern that Petitioner's stomach area was so bloated and blackened in color.

g) Mr. Al-Ghizzawi was adamant in desiring a medical cure for his condition and he reminded me that his plea for an attorney was often couched in terms of his worsening medical condition. He expressed his hope that by having an attorney he would finally receive medical care.

5. I carefully observed Mr. Al-Ghizzawi during our two day meeting in September and it is my opinion that his health has deteriorated in the two months since our last visit. He was still obviously jaundiced, drawn and in visible pain (constantly rubbing his back and chest). In addition, Mr. Al-Ghizzawi had a difficult time focusing his eyes, at times appeared listless, and had a difficult time concentrating on the topics we were discussing. He also had a lump near his rib cage on his right side that was causing him great discomfort.

6. I took notes during my visits with Mr. Al-Ghizzawi that contain more detailed responses and observations. However, those notes were submitted to the Privilege Review Team for classification review, per normal procedures. I have not received those notes from the privilege team yet and therefore cannot give a full account of my conversations with Mr. Al-Ghizzawi and my observations until I receive them.

FURTHER AFFIANT SAYETH NAUGHT.

Dated:        October , 2006

/s/ H. Candace Gorman
H. Candace Gorman

EXHIBIT

G

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>    Detainee, )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br><br>                *Petitioner,* )<br><br>        *v.* )<br><br>GEORGE W. BUSH, *et al.,* )<br><br>              *Respondents.* ) | Civil Action No. 05-cv-02378<br><br>Judge John B. Bates |

## SUPPLEMENTAL AFFIDAVIT OF DR. JUERG REICHEN

**I, DR. JUERG REICHEN, STATE THE FOLLOWING UNDER OATH:**

19. As I stated in my first affidavit, I have read the affidavit submitted by Captain Ronald Sollock, M. D. in this matter. Several items in the affidavit caused me concern because there is a high probability of error associated with the tests that the government relies on, which therefore suffer from limited effectiveness. For this reason it is vital to employ multiple, complimentary tests.

20. As I also stated in my first affidavit, it is clear that the government is not following the guidelines for individuals with chronic Hepatitis B (Lok et al. 2004; attached).

21. Moreover, the government is not following the guidelines for patients at high risk of hepatocellular cancer (Bruix et al. 2005; attached). The limited effectiveness of these tests and the importance of employing multiple, complimentary test was recently described in the Pages 1213-1214 of AASLD guidelines cited above.

22. I reiterate that the proper diagnosis of liver cancer is a very difficult process. In order to properly diagnosis the condition I would like to see the following tests performed and the actual results submitted to both myself and Dr. Jensen because we are specialists in this area and are more able to properly read the results:

> 1. the actual results of CMP and hepatitis B serology be provided;
> 2. that the patient be also tested for hepatitis C and Delta ;
> 3. that the results of the last alpha-fetoprotein, sonography and HBV-DNA be provided as soon as available.
> 4. that the results of the last complete blood count, prothrombin time be provided.

FURTHER AFFIANT SAYETH NAUGHT

_____

Dr. Juerg Reichen

Signed and sworn to
this 4th day of October, 2006.

s/H. Candace Gorman
Notary Public
(commission expires 7/11/10)

EXHIBIT

1

AASLD PRACTICE GUIDELINE

# Chronic Hepatitis B: Update of Recommendations

Anna S.F. Lok[1] and Brian J. McMahon[2]

An estimated 350 million persons worldwide and 1.25 million in the United States are infected with hepatitis B virus (HBV). Hepatitis B carriers are at risk for development of cirrhosis and hepatocellular carcinoma (HCC). The natural history of chronic HBV infection is variable. Persons with chronic HBV infection need life-long monitoring to determine if and when intervention with antiviral therapy is needed and to observe for serious sequelae. These guidelines were developed under the auspices of, and approved by, the Practice Guidelines Committee of the American Association for the Study of Liver Diseases. The original guidelines were published in HEPATOLOGY 2001;34:1225–1241.[1] In light of recent progress, particularly in the treatment of chronic hepatitis B, these guidelines were updated in September of 2003. A complete version of the updated guidelines, including a review of recently published literature, can be found at the AASLD web site, www.aasld.org. Following is a summary of the updated recommendations for treatment of chronic hepatitis B. The recommendations were graded as I (randomized controlled trials), II-1 (controlled trials without randomization), II-2 (cohort or case-control analytic studies), II-3 (multiple time series, dramatic uncontrolled experiments), and III (opinions of respected authorities, descriptive epidemiology).

## Summary of Recent Literature on the Treatment of Chronic Hepatitis B

### Lamivudine

*Approved for Use in Children.* In a controlled trial that involved 286 children aged 2 to 17 years, randomized to lamivudine (3 mg/kg/d up to 100 mg/d) or placebo, hepatitis B e antigen (HBeAg) seroconversion was observed in 22% lamivudine-treated children versus 13% placebo controls ($P = .06$), while HBeAg loss was observed in 26% and 15%, respectively ($P = 0.03$).[2] HBeAg seroconversion rate was higher among children with elevated alanine aminotransferase (ALT) levels. Lamivudine-resistant mutation was detected in 19% of treated children during the 1-year period.

*Durability of HBeAg Seroconversion.* Among patients who experienced HBeAg seroconversion during lamivudine treatment, the durability of response after cessation of therapy has ranged from 38% to 77%.[3–5] The 3-year cumulative relapse rate varied from 36% to 54%, with most of the relapses occurring during the first year posttreatment.

*Lamivudine Resistance.* The risk of developing lamivudine resistance increases with the duration of therapy. In a study from Asia, genotypic resistance increased from 14% in year 1 to 38%, 49%, 66%, and 69% after 2, 3, 4, and 5 years, respectively, of treatment.[6] Long-term follow-up studies showed that over time, the initial benefit is negated in patients with lamivudine-resistant mutants. In one study that compared liver histology in 63 patients prior to and after 3 years of lamivudine treatment, necroinflammatory scores were improved in 77% and worsened in 5% of patients without lamivudine-resistant mutants, but improved in only 45% and worsened in 14% of those with lamivudine-resistant mutants.[7]

For patients with confirmed lamivudine-resistance, the options include continuing lamivudine treatment as long as benefit to the patient (based on clinical assessment, ALT, and HBV DNA levels) is maintained; discontinuing treatment and monitoring for hepatitis flares; or switching to other antiviral agents such as adefovir, which are effective in suppressing lamivudine-resistant HBV. Two recent reports from Asia suggest that discontinuation of lamivudine in patients with resistant mutants is not associated with increased frequency of hepatitis flares or decompensation, compared with those who continued to receive lamivudine.[8,9] Thus, stopping lamivudine is a reasonable option for immunocompetent patients without cirrhosis, as long as they are closely monitored; but patients with underlying cirrhosis or immunosuppression should be switched to adefovir before stopping lamivudine.

*Abbreviations: HBV, hepatitis B virus; HCC, hepatocellular carcinoma; HBeAg, hepatitis B e antigen; ALT, alanine aminotransferase; IFN-α, interferon alfa; HBsAg, hepatitis B surface antigen.*

*From the [1]Division of Gastroenterology, University of Michigan Medical Center, Ann Arbor, MI; and the [2]Viral Hepatitis Program, Alaska Native Medical Center and Arctic Investigations Program, Centers for Disease Control, Anchorage, AK.*

*Received December 8, 2003; accepted December 9, 2003.*

*A.S.F.L. serves on the advisory board of Gilead Sciences, Glaxo SmithKline, Idenix, and XTL Biopharmaceuticals, She also receives research support from Bristol-Myers Squibb, Gilead Sciences, GlaxoSmithKline, Idenix, Roche, and Schering. B.J.M. has received research support grants from Glaxo SmithKline for Hepatitis A vaccine studies in the past. He currently receives a research grant from Prometheus. His spouse owns 100 shares of Glaxo SmithKline in her individual retirement account.*

*Address reprint requests to: Anna S.F. Lok, M.D., Division of Gastroenterology, University of Michigan Medical Center, 3912 Taubman Center, Ann Arbor, MI 48109-0362. E-mail: aslok@umich.edu; fax: 734-936-7392.*

*This is a US government work. There are no restrictions on its use.*

*Published online in Wiley InterScience (www.interscience.wiley.com).*

*DOI 10.1002/hep.20110*

### Adefovir Dipivoxil

Adefovir dipivoxil is an orally bioavailable prodrug of adefovir, a nucleotide analog of adenosine monophosphate that inhibits both HBV reverse transcriptase and DNA polymerase activity. Adefovir has been shown to be effective in suppressing not only wild-type HBV but also lamivudine-resistant HBV mutants.

**HBeAg-Positive Patients.** In a randomized trial of 515 patients with HBeAg-positive chronic hepatitis B treated with 30-mg or 10-mg doses of adefovir or placebo for 48 weeks, a significantly higher proportion of adefovir-treated patients had histologic response, HBeAg loss, normalization of ALT levels, and reduction of HBV DNA, compared with those who received placebo (all $P < .001$).[10] HBeAg seroconversion was observed in 12% of the adefovir and 6% of the placebo groups ($P = .049$).

**HBeAg-Negative Patients.** In a trial of 184 patients with HBeAg-negative chronic hepatitis B who were randomized to receive adefovir 10 mg or placebo for 48 weeks, histologic response, normalization of ALT, and undetectable serum HBV DNA by polymerase chain reaction assay were observed significantly more frequently in the treatment group (all $P < .001$).[11] During year 2, the proportion of patients with undetectable serum HBV DNA and normal ALT levels increased from 46% at week 48 to 51% at week 96 among those who continued treatment, and decreased from 59% to 3% among those in whom therapy was stopped.[12]

**Patients With Lamivudine Resistance.** In a compassionate-use study involving 128 patients with decompensated cirrhosis and 196 patients with recurrent hepatitis B after liver transplant, with lamivudine resistance, addition of adefovir was associated with a 3–4 $\log_{10}$ reduction in serum HBV DNA levels, which was sustained throughout the course of treatment.[13] Virologic response was accompanied by stable or decreased ALT and Child-Pugh score. A pilot study in 58 patients with compensated chronic hepatitis B and lamivudine resistance found that adefovir alone had similar efficacy as combination treatment of lamivudine and adefovir in suppressing replication of lamivudine-resistant HBV.[14]

**Safety.** Adefovir has not been evaluated in children. Nephrotoxiciy (increase in serum creatinine by $\geq 0.5$ mg/dL above baseline values on two consecutive occasions) was observed in 8% of patients who received adefovir 30 mg for 1 year and in none of the patients with compensated liver disease who received adefovir 10 mg for 1 year. However, nephrotoxicity has been reported in 2.5% of patients with compensated liver disease who received 2 years of adefovir 10 mg, and in 12% of transplant recipients and 28% of patients with decompensated cirrhosis who received 1 year of adefovir 10 mg.[13,15]

**Dose Regimen.** The recommended dose of adefovir for adults with normal renal function is 10 mg daily orally. Dosing interval should be increased in patients with renal insufficiency. The optimal duration of adefovir treatment is unclear. Data on the durability of HBeAg seroconversion after adefovir is discontinued have not been presented. Preliminary data indicate that patients with HBeAg negative chronic hepatitis will require long-term treatment as most patients will relapse when adefovir is withdrawn after 1 year.[14] Based on experience with lamivudine, consideration should be given to treating patients in whom HBeAg seroconversion has occurred for an additional 3 to 6 months after HBeAg seroconversion is confirmed (two occasions at least 2 months apart) to reduce post-treatment relapse. Long-term treatment will also be required for patients with lamivudine-resistant mutants, particularly those with decompensated cirrhosis or recurrent hepatitis B posttransplant.

**Adefovir Resistance.** A major advantage of adefovir is the lack of resistance after the first year of therapy, but drug-resistant mutation, asparagine to threonine (rtN236T), downstream of the YMDD motif, has been reported in 2 of 79 (2.5%) patients with HBeAg-negative chronic hepatitis B during the second year of therapy.[16] In vitro studies confirmed that this mutation confers resistance to adefovir, but the resistant mutant appears to be susceptible to lamivudine and entecavir.

### Antiviral Prophylaxis of Hepatitis B Carriers Who Receive Immunosuppressive Therapy or Cytotoxic Chemotherapy

Reactivation of HBV replication with hepatitis flares and rarely hepatic decompensation have been reported to occur in 20% to 50% of hepatitis B carriers undergoing immunosuppressive or cancer chemotherapies, especially when corticosteroids are included.[17,18] Administration of lamivudine has been reported to reduce the frequency and severity of the hepatitis flares, and to improve survival compared to historical controls.[17,19]

### Recommendations for Monitoring Patients With Chronic HBV Infection

1. HBeAg-positive patients with elevated ALT levels and compensated liver disease should be observed for 3 to 6 months for spontaneous seroconversion from HBeAg to HBe antibody prior to initiation of treatment (III).

2. Patients who meet the criteria for chronic hepatitis B (serum HBV DNA $>10^5$ copies/mL and persistent or intermittent elevation in aminotransferase levels) should be evaluated further with a liver biopsy (III).

3. Patients in the inactive hepatitis B surface antigen (HBsAg) carrier state should be monitored with periodic

HEPATOLOGY, Vol. 39, No. 3, 2004                                      LOK AND McMAHON   859

**Table 1. Comparison of Three Approved Treatments of Chronic Hepatitis B**

| | IFN-α | Lamivudine | Adefovir |
|---|---|---|---|
| Indications | | | |
|   HBeAg+, normal ALT | Not indicated | Not indicated | Not indicated |
|   HBeAg+ chronic hepatitis | Indicated | Indicated | Indicated |
|   HBeAg− chronic hepatitis | Indicated | Indicated | Indicated |
| Duration of Treatment | | | |
|   HBeAg+ chronic hepatitis | 4-6 months | ≥1 year | ≥1 year |
|   HBeAg− chronic hepatitis | 1 year | >1 year | >1 year |
| Route | Subcutaneous | Oral | Oral |
| Side Effects | Many | Negligible | Potential nephrotoxicity |
| Drug Resistance | − | ∼20%, year 1 ∼70%, year 5 | None, year 1 ∼3%, year 2 |
| Cost* | High | Low | Intermediate |

Abbreviations: IFN-α, interferon alfa; HBeAg, hepatitis B e antigen.
*Based on treatment duration of 1 year.

liver chemistries every 6 to 12 months, as liver disease may become active even after many years of quiescence (III).

### Recommendations for the Treatment of Chronic Hepatitis B

*Who to treat and what treatment to use (Tables 1 and 2).* Current therapy of chronic hepatitis B has limited long-term efficacy. Thus, careful balance of patient age, severity of liver disease, likelihood of response, and potential adverse events and complications is needed before treatment is initiated. Except for patients with contraindications or previous nonresponse to specific therapy, either IFN-α, lamivudine, or adefovir may be used as initial therapy for patients with compensated liver disease. The advantages of IFN-α include a finite duration of treatment, more durable response, and the lack of resistant mutants. The disadvantages of IFN-α are the costs and side effects. Lamivudine is more economical (if given for 1 year only) and well tolerated, but the durability of response appears to be lower, and long-term therapy is associated with an increasing risk of drug-resistant mutants that may negate the initial benefits and in some patients result in worsening of liver disease. The main advantages of adefovir include its activity against lamivudine-resistant mutants and a very low rate of adefovir resistance during initial therapy. Adefovir is significantly more costly than lamivudine, and the durability of response and its long-term safety and risk of drug resistance remain to be determined. All three medications are FDA approved as first-line therapy. In choosing which antiviral agent to use as the first-line therapy, consideration should be given not only to long-term safety and efficacy but also the costs of the medication, monitoring tests, and clinic visits, as well as patient and provider preferences.

**Table 2. Recommendations for Treatment of Chronic Hepatitis B**

| HBeAg | HBV DNA* | ALT | Treatment Strategy |
|---|---|---|---|
| + | + | ≤2 × ULN | Low efficacy with current treatment. |
| | | | Observe; consider treatment when ALT becomes elevated |
| + | + | >2 × ULN | IFN-α, LAM, or ADV may be used as initial therapy |
| | | | End point of treatment−seroconversion from HBeAg to anti-HBe |
| | | | Duration of therapy |
| | | | · IFN-α: 16 weeks |
| | | | · Lamivudine: minimum 1 year, continue for 3–6 months after HBeAg seroconversion |
| | | | · Adefovir: minimum 1 year |
| | | | IFN α nonresponders/contraindications to IFN-α → LAM or ADV |
| | | | LAM resistance → ADV |
| − | + | >2 × ULN | IFNα, LAM or ADV may be used as initial therapy, IFN-α or ADV is preferred because of the need for long-term therapy |
| | | | End point of treatment−sustained normalization of ALT and undetectable HBV DNA by PCR assay |
| | | | Duration of therapy |
| | | | · IFN-α: 1 year |
| | | | · Lamivudine: >1 year |
| | | | · Adefovir: >1 year |
| | | | IFN α nonresponders/contraindications to IFN α → LAM or ADV |
| | | | LAM resistance → ADV |
| − | − | ≤2 × ULN | No treatment required |
| ± | + | Cirrhosis | Compensated: LAM or ADV |
| | | | Decompensated: LAM (or ADV); coordinate treatment with transplant center. Refer for liver transplant. IFN-α contraindicated |
| ± | − | Cirrhosis | Compensated: Observe |
| | | | Decompensated: Refer for liver transplant |

Abbreviations: HBeAg, hepatitis B e antigen; HBV, hepatitis B virus; ALT, alanine aminotransferase; ULN, upper limit of normal; IFN-α, interferon alfa; LAM, lamivudine; ADV, adefovir; PCR, polymerase chain reaction.
*HBV DNA > $10^5$ copies/mL; this value is arbitrarily chosen.

4. Patients with HBeAg-positive chronic hepatitis B:
   A. *ALT greater than 2 times normal, or moderate/severe hepatitis on biopsy.* These patients should be considered for treatment. Treatment should be delayed for 3 to 6 months in persons with compensated liver disease to determine whether spontaneous HBeAg seroconversion occurs. Treatment may result in virologic, biochemical, and histologic response (I) and also appear to improve clinical outcome (II-3). Treatment may be initiated with IFN-α, lamivudine or adefovir as the 3 treatments have similar efficacy.
   B. *ALT persistently normal or minimally elevated (<2 times normal).* These patients should not be initiated on treatment (I). Liver biopsy may be considered in patients with fluctuating or minimally elevated ALT levels and treatment initiated if there is moderate or severe necroinflammation.
   C. *Children with elevated ALT greater than 2 times normal.* These patients should be considered for treatment if ALT levels remain elevated at this level for longer than 6 months (I). Both IFN-α and lamivudine are approved treatments for children with chronic hepatitis B.

5. Patients with HBeAg-negative chronic hepatitis B (serum HBV DNA >$10^5$ copies/mL, elevated ALT >2 times normal or moderate/severe hepatitis on biopsy) should be considered for treatment (I). Treatment may be initiated with IFN-α, lamivudine, or adefovir (I for adefovir and II-1 for IFNα and lamivudine). In view of the need for long-term treatment, IFNα or adefovir is preferred.

6. Patients who failed to respond to prior IFN-α therapy may be retreated with lamivudine or adefovir if they fulfill the criteria listed above (I).

7. Persons who develop breakthrough infection while on lamivudine should be treated with adefovir if there is worsening of liver disease, if they had decompensated cirrhosis or recurrent hepatitis B after liver transplant, or if they require concomitant immunosuppressive therapy (II-2).

8. Patients with compensated cirrhosis are best treated with lamivudine or adefovir because of the risk of hepatic decompensation associated with IFN-α related flares of hepatitis.

9. Patients with decompensated cirrhosis should be considered for lamivudine treatment (III-3). Adefovir may be used as an alternative to lamivudine, although it has not been evaluated as a primary treatment in these patients. If adefovir is used, close monitoring of renal function with testing of blood urea nitrogen and creati-nine every 1 to 3 months should be performed. Treatment should be coordinated with transplant centers. IFN-α should not be used in patients with decompensated cirrhosis (II-3).

10. For patients with an inactive HBsAg carrier state, antiviral treatment is not indicated.

### Dose Regimens

11. IFN-α is administered as subcutaneous injections.
    A. *The recommended IFN-α dose for adults is 5 million units (MU) daily or 10 MU thrice weekly (I).*
    B. *The recommended IFN-α dose for children is 6 MU/$m^2$ thrice weekly with a maximum of 10 MU (I).*
    C. *The recommended treatment duration for HBeAg-positive chronic hepatitis B is 16 weeks (I).*
    D. *The recommended treatment duration for HBeAg-negative chronic hepatitis B is 12 months (II-3).*

12. Lamivudine is administered orally.
    A. *The recommended lamivudine dose for adults with normal renal function and no HIV coinfection is 100 mg daily (I).*
    B. *The recommended lamivudine dose for children is 3 mg/kg/d with a maximum of 100 mg/d (I).*
    C. *The recommended treatment duration for HBeAg-positive chronic hepatitis B is a minimum of 1 year (I).* Patients in whom HBeAg seroconversion has occurred should be maintained on treatment for 3 to 6 months after HBeAg seroconversion is confirmed (two occasions at least 2 months apart) to reduce posttreatment relapse. Treatment may be continued in patients who have not developed HBeAg seroconversion. Treatment may be continued in patients who have breakthrough infection due to lamivudine-resistant mutants as long as benefit to the patient (based on clinical assessment, ALT level, and HBV DNA level) is maintained.
    D. *The recommended treatment duration for HBeAg-negative chronic hepatitis B is longer than 1 year, but the optimal duration has not been established (II-3).*
    E. *The recommended dose of lamivudine for persons coinfected with HIV is 150 mg twice daily, along with other antiretroviral medications (I).*

13. Adefovir is administered orally.
    A. *The recommended adefovir dose for adults with normal renal function is 10 mg daily (I).*
    B. *The recommended treatment duration for HBeAg-positive chronic hepatitis B is a minimum of 1 year. The benefits versus risks of*

longer duration of treatment are unknown (I).

C. *The recommended treatment duration for HBeAg-negative chronic hepatitis B is longer than 1 year.* Longer duration of treatment is likely necessary for sustained response, but the optimal duration of treatment and the benefits versus risks of longer duration of treatment remain to be determined (I).

D. *The recommended treatment duration for patients with lamivudine-resistant mutants has not been determined.* Long-term treatment is required particularly for patients with decompensated cirrhosis or allograft infection. For patients with compensated liver disease, there appears to be no advantage to continuing lamivudine therapy in patients switched to adefovir but an overlap period of 2–3 months is advisable to minimize the risk of hepatitis flares during the transition (III).

### Recommendations for Antiviral Prophylaxis of Hepatitis B Carriers Who Receive Immunosuppressive or Cytotoxic Therapy

14. HBsAg testing should be performed in persons who have high risk of HBV infection, prior to initiation of chemotherapy or immunosuppressive therapy (III).

15. Prophylactic antiviral therapy with lamivudine is recommended for HBV carriers at the onset of cancer chemotherapy or of a finite course of immunosuppressive therapy, and maintained for 6 months after completion of chemotherapy or immunosuppressive therapy (III).

*Acknowledgment:* This guideline was approved by the American Association for the Study of Liver Diseases (AASLD) and represents the position of the Association. It was produced in collaboration with the AASLD Practice Guidelines Committee. Members of the AASLD Practice Guidelines Committee included: K. Rajender Reddy, M.D. (Chair), Bruce R. Bacon, M.D., David E. Bernstein, M.D., Thomas D. Boyer, M.D., Henry C. Bodenheimer, M.D., Robert L. Carithers, M.D., Gary L. Davis, M.D., James E. Everhart, M.D., Thomas W. Faust, M.D., Stuart C. Gordon, M.D., Elizabeth Hospenheide, R.N., B.S.N., F. Blaine Hollinger, M.D., Donald M. Jensen, M.D., Maureen Jonas, M.D., Jacob Korula, M.D., Michael R. Lucey, M.D., Timothy M. McCashland, M.D., Jan M. Novak, M.D., Melissa Palmer, M.D., F. Fred Poordad, M.D., Robert Reindollar, M.D., Eve A. Roberts, M.D., Thomas Shaw-Stiffel, M.D., Margaret C. Shuhart, M.D., James R. Spivey, M.D., Brent A. Tetri, M.D., and Zobair M. Younossi, M.D.

## References

1. Lok ASF, McMahon BJ. AASLD Practice Guidelines: chronic hepatitis B. HEPATOLOGY 2001;1225–1241.

2. Jonas MM, Kelley DA, Mizerski J, Badia IB, Areias JA, Schwarz KB, Little NR, et al., for the International Pediatric Lamivudine Investigator Group. Clinical trial of lamivudine in children with chronic hepatitis B. N Eng J Med 2002;346:1706–1713.

3. Dienstag JL, Cianciara J, Karayalcin S, Kowdley KV, Willems B, Plisek S, Woessner M, et al. Durability of serologic response after lamivudine treatment of chronic hepatitis B. HEPATOLOGY 2003;37:748–755.

4. Lee KM, Cho SW, Kim SW, Kim HJ, Hahm KB, Kim JH. Effect of virological response on post-treatment durability of lamivudine-induced HBeAg seroconversion. J Viral Hepat 2002;9:208–212.

5. van Nunen AB, Hansen BE, Suh DJ, Lohr HF, Chemello L, Fontaine H, Heathcote J, et al. Durability of HBeAg seroconversion following antiviral therapy for chronic hepatitis B: relation to type of therapy and pretreatment serum hepatitis B virus DNA and alanine aminotransferase. Gut 2003;52:420–424.

6. Guan R, Lai CL, Liaw YF, Lim SG, Lee CM. Efficacy and safety of 5-years lamivudine treatment of Chinese patients with chronic hepatitis B [abstract]. J Gastroenterol Hepatol 2001;16(suppl 1):A60.

7. Dienstag JL, Goldin RD, Heathcote EJ, Hann HWL, Woessner M, Stephenson SL, Gardner S, et al. Histological outcome during long-term lamivudine therapy. Gastroenterology 2003;124:105–117.

8. Liaw YF, Chien RN, Yeh CT, Tsai SL, Chu CM. To continue or not to continue lamivudine therapy after emergence of YMDD mutations [abstract]. Gastroenterology 2002;122:A628

9. Wong VW, Chan HL, Wong ML, Leung N. Is it safe to stop lamivudine after the emergence of YMDD mutants during lamivudine therapy for chronic hepatitis B [abstract]?. J Hepatol 2002;36(suppl 1):177.

10. Marcellin P, Chang TT, Lim SG, Tong MJ, Sievert W, Shiffman ML, Jefferes L, et al. Adefovir dipivoxil for the treatment of hepatitis B e antigen-positive chronic hepatitis B. N Engl J Med 2003;348:808–816.

11. Hadziyannis SJ, Tassopoulos NC, Heathcote EJ, Chang TT, Kitis G, Rizzetto M, Marcellin P, et al. Adefovir dipivoxil for the treatment of hepatitis B e antigen-negative chronic hepatitis B. N Engl J Med 2003; 348:800–807.

12. Hadziyannis S, Tassopoulos N, Heathcote J, Chang TT, Kitis G, Rizzetto M, Marcellin P, et al. Two year results from a double-blind, randomized, placebo-controlled study of adefovir dipivoxil (ADV) for presumed precore mutant chronic hepatitis B [abstract]. J Hepatol 2003;38(suppl 2): 143.

13. Schiff ER, Lai CL, Hadziyannis S, Neuhaus P, Terrault N, Colombo M, Tillmann HL, et al. Adefovir dipivoxil therapy for lamivudine-resistant hepatitis B in pre- and post-liver transplantation patients. HEPATOLOGY 2003; 38:1419–1427.

14. Peters MG, Hann HW, Martin P, Heathcote EJ, Buggisch P, Rubin R, Bourliere M, et al. Adefovir dipivoxil alone or in combination with lamivudine in patients with lamivudine-resistant chronic hepatitis B. Gastroenterology 2004;126:91–101.

15. Chang TT, Lim SG, Hadziyannis S, Tassopoulos N, Tong M, Sievert W, Fallis R, et al. Long-term safety of adefovir dipivoxil (ADV) 10 mg once daily for chronic hepatitis B (CHB): an integrated analysis of two phase III studies [abstract]. J Hepatol 2003;38(suppl 2):133.

16. Angus P, Vaughan R, Xiong S, Yang H, Delaney W, Gibbs C, Brosgart C, et al. Resistance to adefovir dipivoxil therapy associated with the selection of a novel mutation in the HBV polymerase. Gastroenterology 2003;125: 292–297.

17. Lau GKK, He ML, Fong DYT, Bartholomeusz A, Au WY, Lie AKW, Locarini S, Liang R. Preemptive use of lamivudine reduces hepatitis B exacerbation after allogeneic hematopoietic cell transplantation. HEPATOLOGY 2002;36:702–709.

18. Rossi G, Pelizzari A, Motta M, Puoti M. Primary prophylaxis with lamivudine of hepatitis B virus reactivation in chronic HBsAg carriers with lymphoid malignancies treated with chemotherapy. Br J Haematol 2001; 115:58–62.

19. Chan TM, Fang GX, Tang CSO, Cheng IKP, Lai KN, Ho SKN. Preemptive lamivudine therapy based on HBV DNA level in HBsAg-positive kidney allograft recipients. HEPATOLOGY 2002;36:1246–1252.

EXHIBIT

2

AASLD PRACTICE GUIDELINE

# Management of Hepatocellular Carcinoma

Jordi Bruix[1] and Morris Sherman[2]

## Preamble

These recommendations provide a data-supported approach to the diagnosis, staging and treatment of patients diagnosed with hepatocellular carcinoma (HCC). They are based on the following: (a) formal review and analysis of the recently-published world literature on the topic (Medline search through early 2005); (b) American College of Physicians Manual for Assessing Health Practices and Designing Practice Guidelines.[1] (c) guideline policies, including the AASLD Policy on the Development and Use of Practice Guidelines and the AGA Policy Statement on Guidelines[2]; (d) the experience of the authors in the specified topic. We have also reviewed the guidelines prepared at the time of the Monothematic Conference of the European Association for the Study of the Liver (EASL)[3]and the practice of authors experienced in the field. Intended for use by physicians, these recommendations suggest preferred approaches to the diagnostic, therapeutic, and preventive aspects of care. They are intended to be flexible, in contrast to standards of care, which are inflexible policies to be followed in every case. Specific recommendations are based on relevant published information. In an attempt to characterize the quality of evidence supporting recommendations, the Practice Guidelines Committee of the AASLD requires a category to be assigned and reported with each recommendation (Table 1). These recommendations are fully endorsed by the American Association for the Study of Liver Diseases.

## Introduction

Over the last 5 to 8 years evidence has been accumulating in different countries that the incidence of hepatocellular carcinoma (HCC) is rising.[4-9] Traditionally, the care of patients with HCC has been undertaken by hepatobiliary surgeons, interventional radiologists, and oncologists. Hepatologists in North America are not trained to perform the procedures required to treat HCC, such as alcohol injection, radiofrequency ablation, or hepatic artery catheterization, although hepatologists in Japan and elsewhere may perform many of these procedures. As a result, the role of the hepatologist traditionally has been limited to making the diagnosis and providing care of the underlying liver disease. However, more recently, the role of the hepatologist has changed. First, in many centers the development of multidisciplinary clinics has emphasized the role of the hepatologist in assessing the patient's liver disease status, and carefully managing the liver disease before and during treatment. The hepatologist has also become more actively involved in deciding what form of therapy is most appropriate and whether the patient's liver function would allow that form of therapy to be given. In addition, arising out of caring for patients with end stage liver disease, hepatologists also institute surveillance for HCC and manage the investigation of abnormal results. Finally, hepatologists are involved in the decision whether or not to offer liver transplantation to patients with HCC.

There have been many reviews of various aspects of the care of patients with HCC, but only one clinical practice guideline has been published in the Western literature. The European Association for Study of the Liver (EASL) sponsored a single topic conference on HCC in 2000. The proceedings of this conference were published in 2001.[3] This document largely reflected practices in Europe, and possibly North America, whereas practices in Japan are somewhat different.

## Surveillance for Hepatocellular Carcinoma

Definitions of the terms used in this section are given in Table 2.

Surveillance for HCC involves more than simply applying a screening test or tests. Surveillance should be offered in the setting of a program or a process in which screening tests and recall procedures have been standardized and in which quality control procedures are in place. The process of surveillance also involves deciding what level of risk of HCC is high enough to trigger surveillance, what screening tests to apply and how frequently (surveil-

Abbreviaitons: CLT, Cadaveric liver transplantation; LDLT, live donor liver transplantation; PEI, Percutaneous ethanol injection; RF, radiofrequency; TACE, Transarterial chemoembolization; PS, Performance Status.

From the [1]BCLC Group. Liver Unit. Hospital Clinic, University of Barcelona. Institut d'Investigacions Biomèdiques August Pi i Sunyer, Barcelona, Spain; and [2]University of Toronto and University Health Network, Toronto, Canada.

Both authors contributed equally to this work.

Address reprint requests to: Dr. Jordi Bruix, Liver Unit, BCLC Group Hospital Clinic, Barcelona, Spain 08036. E-mail: bruix@ub.edu; fax: (34) 93-227-5792

Copyright © 2005 by the American Association for the Study of Liver Diseases.

Published online in Wiley InterScience (www.interscience.wiley.com).

DOI 10.1002/hep.20933

Potential conflict of interest: Nothing to report.

HEPATOLOGY, Vol. 42, No. 5, 2005

lance interval), and how abnormal results should be dealt with (diagnosis and/or recall).

Surveillance for HCC has become widely applied despite, until recently, the absence of evidence of benefit. There is a single randomized controlled trial of surveillance versus no surveillance that has shown a survival benefit to a strategy of 6-monthly surveillance with alphafetoprotein (AFP) and ultrasound.[10] This study, which was performed in China, recruited 18,816 patients who had markers of current or prior hepatitis B infection. Adherence to surveillance was suboptimal (less than 60%) but in the subjects in the surveillance arm the HCC related mortality was reduced by 37%. These results probably represent the minimum benefit that can be expected from surveillance, because of poor compliance. In contrast, an earlier study, also conducted in China failed to show benefit, largely because patients who were diagnosed with HCC did not undergo appropriate treatment.[11] Ideally, these results should be validated in other geographical areas and therefore, additional randomized controlled trials (RCT) assessing the benefits of surveillance are still considered necessary. Such trials would be difficult to undertake, but are essential to unequivocally determine the benefit of surveillance in reducing HCC mortality. The objective of HCC surveillance must be to decrease mortality from the disease. Fewer people should die from HCC, or if this is not possible, surveillance should at a minimum provide a meaningful improvement in survival duration. Other endpoints, such as stage migration (detecting earlier disease) and 5-year mortality rates are not appropriate surrogate endpoints. This has clearly been shown by analysis of the Surveillance, Epidemiology and End Results (SEER) Program of the National Cancer Institute (NCI), which demonstrated that these endpoints did not correlate with a reduction in disease-specific mortality.[12]

There are several sources of bias to be considered in assessing reports of surveillance studies, such as lead-time bias and length bias. Only a RCT can eliminate these biases completely. Several studies have shown that surveillance does detect earlier disease (stage migration).[13–16] However, as discussed above, this does not correlate well with reduction in disease-specific mortality. Uncontrolled studies, all subject to lead-time bias, have suggested that survival is improved after surveillance.[13,16]

Surveillance for HCC is widely practiced and can generally be recommended for certain at-risk groups. HCC detected after the onset of symptoms has a dismal prognosis (0%-10% 5-year survival).[17] In contrast, small HCCs can be cured with an appreciable frequency.[17–21] Five-year disease-free survival exceeding 50% has been reported for both resection and liver transplantation.[17,22-30] Patients surviving free of disease for this duration must be considered cured. For these patients it is highly likely that surveillance did indeed decrease mortality. Since major advances in our ability to treat HCC are less likely to come from treating late stage disease it is therefore important to find early stage disease.

### Definition of the At-Risk Population

The decision to enter a patient into a surveillance program is determined by the level of risk for HCC. This, in turn, is related to the incidence of HCC, and it is incidence that most people use to assess risk. However, there are no experimental data to indicate what level of risk or what incidence of HCC should trigger surveillance. Instead, decision analysis has been used to provide some guidelines as to the incidence of HCC at which surveillance may become effective. An intervention is considered effective if it provides an increase in longevity of about 100 days, i.e., about 3 months.[31] Although the levels were set years ago, and may not be appropriate today, interventions that can be achieved at a cost of less than about $50,000/year of life gained are considered cost-effective.[32] There are now several published decision analysis/cost-efficacy models for HCC surveillance. The models differ in the nature of the theoretical population being analyzed, and in the intervention being applied. Nonethe-

#### Table 1. Levels of Evidence According to Study Design

| Grade | Definition |
|---|---|
| I | Randomized controlled trials |
| II-1 | Controlled trials without randomization |
| II-2 | Cohort or case-control analytic studies |
| II-3 | Multiple time series, dramatic uncontrolled experiments |
| III | Opinion of respected authorities, descriptive epidemiology |

#### Table 2. Definitions

Screening—application of diagnostic tests in patients at risk for HCC, but in whom there is no a priori reason to suspect that HCC is present.

Surveillance—the repeated application of screening tests.

Enhanced follow-up—the series of investigations required to confirm of refute a diagnosis of HCC in patients in whom a surveillance test result is abnormal. In addition to the use of additional diagnostic tests the interval between assessments is shorter than for surveillance since there is a concern that a cancer already exists.

Lead-time bias—This is the apparent improved survival that comes from the diagnosis being made earlier in the course of a disease than when the disease is diagnosed because of the development of symptoms. Unless properly controlled, studies of enhanced survival will show enhanced survival simply because the cancer is diagnosed at an earlier stage.

Length bias—This is the apparent improvement in survival that occurs because surveillance preferentially detects slow growing cancers. More rapidly growing cancers may grow too large to be treated between screening visits

**Table 3.   Surveillance Is Recommended for the Follow Groups of Patients (Level III)**

**Hepatitis B carriers**
Asian males ≥ 40 years
Asian females ≥ 50 years
All cirrhotic hepatitis B carriers
Family history of HCC
Africans over age 20
For non-cirrhotic hepatitis B carriers not listed above the risk of HCC varies depending on the severity of the underlying liver disease, and current and past hepatic inflammatory activity. Patients with high HBV DNA concentrations and those with ongoing hepatic inflammatory activity remain at risk for HCC.

**Non-hepatitis B cirrhosis**
Hepatitis C
Alcoholic cirrhosis
Genetic hemochromatosis
Primary biliary cirrhosis
Although the following groups have an increased risk of HCC no recommendations for or against surveillance can be made because a lack of data precludes an assessment of whether surveillance would be beneficial.
Alpha1-antitrypsin deficiency
Non-alcoholic steatohepatitis
Autoimmune hepatitis

less, these models have several results in common. They all find that surveillance is cost-effective, although in some cases only marginally so, and most find that the efficacy of surveillance is highly dependent on the incidence of HCC. For example, Sarasin et al.[33] studied a theoretical cohort of patients with Child–Pugh A cirrhosis and found that if the incidence of HCC was 1.5%/year surveillance resulted in an increase in longevity of about 3 months. However, if the incidence of HCC was 6% the increase in survival was about 9 months. This study did not include transplantation as a treatment option. Arguedas et al.,[34] using a similar analysis which did include liver transplantation in a population of hepatitis C patients with cirrhosis and normal liver function, found that surveillance with either CT scanning alone or CT scanning plus ultrasound became cost-effective when the incidence of HCC was more than 1.4%. However, this study has to be interpreted cautiously, because the performance characteristics of CT scanning were derived from diagnostic studies, not surveillance studies (see Surveillance Tests). Lin et al.[35] found that surveillance with AFP and ultrasound was cost-effective regardless of HCC incidence. Thus, for patients with cirrhosis of varying etiologies, surveillance should be offered when the risk of HCC is 1.5%/year or greater. Table 3 describes the groups of patients in which these limits are exceeded. These groups of patients are also discussed in more detail below.

The above cost-efficacy analyses, which were restricted to cirrhotic populations, cannot be applied to hepatitis B carriers without cirrhosis. These patients, particularly in Asia and Africa, are also at risk for HCC. A cost-efficacy analysis of surveillance of hepatitis B carriers using ultrasound and AFP levels suggested that surveillance became cost-effective once the incidence of HCC exceeded 0.2%/year (Collier J and Sherman M, unpublished observations). The subgroups of hepatitis B carriers in which the incidence of HCC exceeds 0.2%/year are given in Table 3. These groups are discussed in more detail below.

### Hepatitis B

Beasley et al., in a prospective controlled study showed that the annual incidence of HCC in hepatitis B carriers was 0.5%.[36-38] The annual incidence increased with age, so that at age 70 the incidence was 1%. The incidence in patients with known cirrhosis was 2.5%/year. The relative risk of HCC was about 100, *i.e.*, hepatitis B carriers were 100 times more likely to develop HCC than the uninfected. Sakuma et al.[39] found the incidence of HCC in male Japanese railway workers was 0.4%/year. Both these populations were male and Asian, with the hepatitis B infection likely acquired at birth or in early childhood. Uncontrolled prospective cohort studies in North America, where the epidemiology of hepatitis B is different, *i.e.*, hepatitis is acquired later in life, have indicated that the incidence of HCC in HBV carriers varies widely.[40-42] Villeneuve et al.[40] found no tumors in a cohort infected with HBV and followed for 16 years. McMahon et al.[41] reported an incidence of HCC of 0.26%/year in a study of HBV-infected individuals in Alaska. Sherman et al.[42] described an incidence of 0.46%/year in their cohort. In Europe HCC in hepatitis B carriers occurs mainly in patients with established cirrhosis.[43,44] Non- Asian chronic carriers who are anti-HBe-positive with long-term inactive viral replication and who do not have cirrhosis seem to have little risk of developing HCC.[45-48] Whether surveillance is worthwhile in this population is not clear. This is not true for Asian hepatitis B carriers without cirrhosis, who remain at risk for HCC regardless of replication status.[45,49-51] Similarly, the risk of HCC persists in long-term HBV carriers from Asia who lose HBsAg, and these patients should continue to undergo surveillance.[52] In Caucasian hepatitis B carriers who lose surface antigen the risk of HCC seems to decline dramatically.[53,54]

The annual incidence of HCC in male hepatitis B carriers from South East Asia only starts to exceed 0.2% at about age 40[38]irrespective of presence of cirrhosis or disease activity. In contrast, in Caucasians the risk is related to inflammatory activity and the presence of cirrhosis. Therefore Asian men should undergo surveillance from age 40 onwards. HCC will occur in younger patients, but

the efficacy of providing surveillance to all carriers younger than age 40 is likely to be low. The incidence of HCC in women is lower than in men, although age-specific incidence rates are hard to come by. Nonetheless, it seems appropriate to start surveillance at about age 50 in Asian women. All hepatitis B carriers with cirrhosis, regardless of age should be screened for HCC. In the presence of a history of a first degree relative with HCC surveillance should start at a younger age than 40,[55] although what that age should be is hard to define. Africans with hepatitis B seem to get HCC at a younger age.[56,57] Expert opinion suggests that surveillance in these populations should also start at a younger age. Whether this is true in Blacks born elsewhere is uncertain. In Caucasian hepatitis B carriers with no cirrhosis and with inactive hepatitis, as determined by a long term normal ALT and low HBV DNA concentration[44,46,47,58] the incidence of HCC is probably too low to make surveillance worthwhile. However, there are additional risk factors that have to be taken into account, including older age, persistence of viral replication and co-infection with hepatitis C or HIV, or the presence of other liver diseases. Nevertheless, even in the absence of cirrhosis, adult Caucasian patients with active disease are likely at risk for HCC, and should be screened.

### Hepatitis C

The risk of HCC in patients with chronic hepatitis C is highest and has been best studied in patients who have established cirrhosis,[59-62] in whom the incidence of HCC is between 2%-8% per year. It should be noted that these data come from clinic-based studies. There is a single prospective population-based study of the risk of HCC in patients with hepatitis C.[63] In this study of 12,008 men being anti-HCV-positive conferred a 20-fold increased risk of HCC compared to anti-HCV-negative subjects. The presence or absence of cirrhosis was not evaluated. Hepatitis C infected individuals who do not have cirrhosis have a much lower risk of developing HCC.[64] However, the transition from bridging fibrosis to cirrhosis cannot be determined clinically so that the clinician cannot easily determine when these patients start to develop a significant increase in risk of HCC. For this reason the EASL conference[3] suggested that surveillance may be offered to patients with hepatitis C and cirrhosis or with bridging fibrosis or transition to cirrhosis. The cost-efficacy of this recommendation has not been evaluated. Based on current knowledge, all patients with hepatitis C and cirrhosis should undergo surveillance. Whether patients with bridging fibrosis should also undergo surveillance remains controversial.

There have been several attempts to develop non-invasive markers to predict the stage of fibrosis[65-67] and if properly validated, these could be used to determine when to initiate surveillance. Similarly, several other markers may predict a significant risk of HCC. One such marker may be the platelet count. It has been suggested that the incidence of HCC in hepatitis C cirrhosis only increases substantially once the platelet count is less than $100 \times 10^9/$L,[62,68,69] regardless of liver function. This needs to be validated. Others have attempted to develop predictive indices based on panels of commonly performed serological tests such as alpha 2-macroglobulin, apolipoprotein A1, haptoglobin, bilirubin and gamma-glutamyl-transpeptidase and the AST/ALT ratio.[67,70] However, these have still to be validated before entering general use and cannot be recommended at present.

### Co-infection With HIV

Patients who are co-infected with HIV and either hepatitis B or hepatitis C may have more rapidly progressive liver disease[71]and when they reach cirrhosis they are also at increased risk of HCC.[72] The MORTAVIC study indicated that HCC was responsible for 25% of all liver deaths in the post-HAART era.[73,74] The criteria for entering co-infected patients into programs for HCC screening are the same as for mono-infected patients, *i.e.*, criteria based on the stage and grade of liver disease as described above.

### Cirrhosis due to Causes Other Than Viral Hepatitis

The incidence of HCC in cirrhosis caused by diseases other than viral hepatitis is, with some exceptions, not accurately known. Most of the studies of the incidence of HCC in alcoholic cirrhosis date from before the identification of the hepatitis C virus. Given that hepatitis C is relatively frequent in alcoholics[75-77] most of the reported HCC incidence rates in earlier studies must be over-estimates. That alcoholic cirrhosis is a risk factor for HCC is clear. In one study alcoholic liver disease accounted for 32% of all HCCs.[78] In an Austrian cohort with HCC alcoholic liver disease was the risk factor in 35% of subjects.[79] In the United States the approximate hospitalization rate for HCC related to alcoholic cirrhosis is 8-9/100,000/year compared to about 7/100,000/year for hepatitis C.[80] This study did not determine the incidence of HCC in alcoholic liver disease, but it does confirm that alcoholic cirrhosis is a significant risk factor for HCC, probably sufficient to warrant surveillance for HCC.

With the recognition of steatohepatitis as a cause of cirrhosis, has come the suspicion that this too is a risk factor for HCC. No study to date has followed a sufficiently large group of such patients for long enough to

describe an incidence rate for HCC. In one cohort study of patients with HCC[81] diabetes was found in 20% as the only risk factor for HCC. Whether or not these patients were cirrhotic was not noted. Non-alcoholic fatty liver disease (NAFLD) has been described in cohorts of patients with HCC.[82,83] Since the incidence of HCC in cirrhosis due to NAFLD is unknown it is not possible to assess whether surveillance might be effective or cost-efficient. No recommendations can be made whether this group should be screened for HCC or not. This does not preclude the possibility that surveillance is beneficial in this group, and future data may change this recommendation.

Patients with genetic hemochromatosis (GH) who have established cirrhosis have an increased risk of HCC.[84-86] The relative risk of HCC is about 20. The standardized incidence ratio for HCC in cirrhotic GH is 92.9 (95% confidence interval [CI] 25-237.9). The incidence of HCC in cirrhosis due to GH is sufficiently high (about 3%-4%/year) that these patients should be included in surveillance programs. The incidence of HCC in stage 4 primary biliary cirrhosis is about the same as in cirrhosis due to hepatitis C.[87] For cirrhosis due to alpha 1-antitrypsin (AAT) deficiency,[88,89] or autoimmune hepatitis there are insufficient data from cohort studies to accurately assess HCC incidence.

### Treated Chronic Viral Hepatitis

*Hepatitis B.* There is as yet no convincing evidence that interferon treatment of chronic hepatitis B reduces the incidence of HCC. Studies in Europe suggested that interferon therapy for chronic hepatitis B improved survival and reduced the incidence of HCC.[61,90,91] A study from Taiwan also indicated that successful interferon therapy, *i.e.*, the development of anti-HBe, was associated with a reduced incidence of HCC.[92] However, in these studies the event rate was low, and the sample sizes were relatively small. In contrast, a non-randomized, but matched controlled study from Hong Kong that included a larger cohort followed for longer periods found that the incidence of HCC was not decreased in the treated group.[93] A single RCT suggests that lamivudine treatment of chronic hepatitis B carriers with cirrhosis does reduce the incidence of HCC,[94] but whether the risk reduction is sufficient that surveillance becomes unnecessary is not clear. If a patient is a candidate for surveillance before the institution of treatment, it seems prudent to continue to offer surveillance even after therapy-induced seroconversion or therapy-induced remission of inflammatory activity.

*Hepatitis C.* There are a number of studies evaluating the effect of treatment of chronic hepatitis C on the incidence of HCC. A single RCT in Japan suggested that the incidence of HCC was reduced in both responders and non-responders to interferon.[95] These results could not be confirmed in a second RCT from France.[96] The results of these other studies were summarized in a meta-analysis, which concluded that the benefit is mainly seen in those who were successfully treated, *i.e.*, had a sustained virological response, and even then, the effect was small.[97] A number of studies in Japan compared the incidence of HCC in treated patients with that in historical controls.[15,64,98-103] These have suggested that there is a reduced incidence of HCC in treated patients. However, no data demonstrate that treating or eradicating hepatitis C completely eliminates the risk for HCC. Thus it seems that patients with hepatitis C and cirrhosis who have achieved viral clearance on therapy should, at least for now, continue to undergo surveillance.

Note that patients with treated or spontaneously inactivated chronic hepatitis B or C may show regression of fibrosis sufficient to suggest reversal of cirrhosis. The risk of HCC in these patients probably does not decrease proportionally with the improvement in fibrosis. There are many theories about the pathogenesis of HCC in these patients, but one common factor seems to be that repeated rounds of necrosis and regeneration are necessary. The steps required to initiate the carcinogenic pathway probably occur many years before the disease becomes inactive, and so the threat of HCC remains even if fibrosis decreases. Regressed fibrosis is not a reason to withhold surveillance.

### Other Predictive Factors for HCC

There are a number of factors associated with an increased risk of HCC that are seen in patients at risk for developing HCC. These include an elevated AFP concentration,[104-106] presence of macroregenerative nodules,[107] small and large cell dysplasia on biopsy,[62,108,109] irregular regeneration (irregular margins to regenerative nodules)[110] and increased labeling index for proliferating cell nuclear antigen or silver staining of the nucleoelar organizing region.[111-115] Although such patients are at more immediate risk of developing HCC they will likely already be in surveillance programs because of other recognized risk factors such as cirrhosis or chronic hepatitis B. The increased risk, however, does not require a change in surveillance protocol.

### Recommendation

*1. Patients at high risk for developing HCC should be entered into surveillance programs (Level I). The at-risk groups are identified in Table 3.*

### Surveillance of Patients on the Liver Transplant Waiting List

There are several reasons for screening patients on the liver transplant waiting list. Patients should be screened for HCC to identify small tumors that might require therapy, and to identify patients who develop cancer that exceeds the guidelines for transplantation. In addition, in the United States, under the current UNOS criteria the development of HCC provides liver transplant priority. Thus, it would seem to be in a patient's interest to have a small HCC diagnosed while on the liver transplant waiting list. One cost-efficacy analysis has suggested that the increase in longevity over the whole cohort of patients awaiting transplant is negligible, because although there may be an increase in longevity in those who develop HCC, it is countered by the loss of longevity in other patients on the waiting list whose transplants are delayed so that the patient with HCC can have priority.[116] In contrast, identification of HCC that exceeds guidelines, and resultant de-listing of such patients, is beneficial to other patients on the waiting list. Another analysis suggested that there were benefits to treating patients with HCC on the transplant waiting list with either resection or local ablation.[117] The benefit depended in part on the length of the waiting list. The longer the wait, the greater the benefit of intervention.

In the United States UNOS currently allows patients to be listed for liver transplantation with an elevated AFP without histological confirmation of HCC, even in the absence of a mass on imaging. It is important to note that AFP is being used here for diagnosis, not surveillance. Nonetheless, the performance characteristics of AFP, even as a diagnostic test are inadequate, particularly in the absence of a mass on imaging (see below).

### Recommendation

*2. Patients on the transplant waiting list should be screened for HCC because in the USA the development of HCC gives increased priority for OLT, and because failure to screen for HCC means that patients may develop HCC and progress beyond listing criteria without the physician being aware (level III).*

### Surveillance Tests

Any assay that is used to determine the presence or absence of a disease must be validated using a series of analyses that determine how well the test performs in diagnosing the disease (since no test is 100% accurate). The simplest measures are the sensitivity (true-positive rate) and specificity (true-negative rate), which are inversely related. For any single test and the underlying disease, as sensitivity increases, specificity decreases. Furthermore, the diagnostic accuracy of any test is related to the frequency of the underlying disease in the population being studied. This is measured by the positive and negative predictive values, *i.e.*, the rates at which positive or negative results are correct. An estimate of the efficiency of a test can also be obtained free of the influence of disease incidence by using the Youden Index. This is a measure of the combined sensitivity and specificity (sensitivity+specificity-1). Finally since the performance characteristics of a test vary across the range of the test results the optimal cut-off for diagnosis can be obtained from the Receiver Operating Characteristics (ROC) curve, a plot of sensitivity vs. 1-specificity over the entire range of the test results.

An important additional consideration is that the natural history of sub-clinical liver cancer is not the same as for clinical cancer. In particular growth rates of sub-clinical cancer may be very different than tumor growth rates in clinically observed cancers. Second, sub-clinical cancer may not progress to clinically detectable cancer in all cases. Thus it cannot be assumed that all sub-clinical lesions found on surveillance will ultimately develop into cancer. Similarly, the performance characteristics of a test used to diagnose sub-clinical disease (*i.e.*, as a screening test) are not the same as when the test is used for diagnosis. Therefore one cannot take the performance characteristics of a test used in diagnosis (*e.g.*, CT scan) and extrapolate the sensitivity and specificity to the surveillance situation.

Screening tests fall into two categories, serological and radiological. Of the serological tests the performance characteristics of AFP have been best studied.[42,118-121] Receiver operating curve analysis of AFP used as a diagnostic test suggests that a value of about 20 ng/mL provides the optimal balance between sensitivity and specificity.[118] However, at this level the sensitivity is only 60%, *i.e.*, AFP surveillance would miss 40% of HCC if a value of 20 ng/mL is used as the trigger for further investigation. This is inadequately sensitive for general use. If a higher cut-off is used a progressively smaller proportion of HCCs will be detected. If the AFP cut-off is raised to, *e.g.*, 200 ng/mL the sensitivity drops to 22%. Conversely, reducing the cut-off means that more HCCs would be identified, but at the cost of a progressive increase in the false-positive rate. This analysis was performed in a case control study

where the prevalence of HCC was artificially set at 50%. At this prevalence the positive predictive vaule of an AFP of 20 ng/mL was 84.6%. However, if the HCC prevalence rates were more like those seen in most liver clinics, *i.e.*, about 5%, the positive predictive value of an AFP of 20 ng/mL is only 41.5%, and even at a cut-off of 400 ng/mL the PPV is only 60%.[118] In cohorts undergoing surveillance the incidence of HCC may be even lower than 5%, depending on the criteria for entry into surveillance. For example, in non-cirrhotic hepatitis B carriers infected at birth the incidence of HCC is usually less than 1%.

Therefore, AFP is an inadequate screening test.[122] AFP still has a role in the diagnosis of HCC, since in cirrhotic patients with a mass in the liver an AFP greater than 200ng/mL has a very high positive predictive value for HCC.[118] Furthermore, a persistently elevated AFP has been clearly shown to be a risk factor for HCC.[104,105] Thus, the AFP can be used to help define patients at risk, but appears to have limited utility as a screening test.

Another serological test used to diagnose HCC is the des-gamma-carboxy prothrombin (DGCP), also known as Prothrombin Induced by Vitamin K Absence II (PIVKA II).[121,123-126] Most reports on the use of DGCP have evaluated the use of this test in a diagnostic mode, rather than for surveillance. Although there are reports of its use in a surveillance mode, these do not yet provide sufficient justification for routine use of this marker. There are also reports that DGCP is a marker for portal vein invasion by tumor.[127] If confirmed, this would also suggest that DGCP is not a good screening test. A screening test should be able to identify early disease, not late disease. Other tests that have been reported as screening tests included the ratio of glycosylated AFP (L3 fraction) to total AFP,[128-134] alpha fucosidase[135,136] and glypican 3.[137,138] None of these has been adequately investigated and cannot be recommended as a screening test. Proteomic profiling may aid the development of more accurate markers.[139]

The radiological test most widely used for surveillance is ultrasonography. A small HCC on ultrasound may take on one of several different appearances. The smallest lesions may be echogenic, because of the presence of fat in the cells. Other lesions may be hypoechoic, or show a "target lesion" appearance. None of these appearances is specific. Ultrasound has been reported to have a sensitivity of between 65% and 80% and a specificity greater than 90% when used as a screening test.[16] However, the performance characteristics have not been as well defined in nodular cirrhotic livers undergoing surveillance[3,140-143] These performance characteristics, although not ideal, are superior to any of the serological tests. The major drawback to using ultrasound for HCC surveillance is that it is very operator dependent. In addition, scanning is difficult in obese subjects. Ideally, ultrasonographers performing HCC surveillance should receive special training, much as is done for mammographic surveillance in some jurisdictions.

Strategies such as alternating AFP and ultrasonography at intervals have no basis. The guiding principle should be that the best available screening test should be chosen, and it should be applied regularly. Combined use of AFP and ultrasonography increases detection rates, but also increases costs and false-positive rates.[144] AFP-only surveillance had a 5.0% false-positive rate, ultrasound alone had a 2.9% false positive rate, but in combination the false-positive rate was 7.5%.[144] Ultrasound alone cost about $2000 per tumor found, wheras the combination cost about $3000 per tumor found.[144] If ultrasonography is suboptimal or not available consideration can be given to using AFP surveillance. However, given the poor performance characteristics of AFP as a screening test consideration can also be given to not performing surveillance at all. Some reports suggest the use of CT scanning as a screening test for HCC.[143,145-147] This is problematic for several reasons. First, a screening test is not usually also the diagnostic test of choice. Second, the performance characteristics of CT scanning have been developed in diagnostic/staging studies and the performance characteristics of CT scanning in HCC surveillance are unknown. If CT scan is to be used as a screening test, *i.e.*, every 6-12 months over many years there is a significant radiation exposure to be considered. Practical experience suggests that the false-positive rate will be very high.

### Surveillance Interval

The ideal surveillance interval is not known. A surveillance interval of 6-12 months has been proposed based on tumor doubling times. The positive randomized control trial described earlier used a 6 month interval.[10] However, a retrospective study has reported that survival is no different in patients screened at 6 or 12 month intervals.[148] Another study in HCV infected hemophiliacs without cirrhosis suggested that the likelihood of finding HCC at the single nodule stage (as opposed to multinodular HCC) was the same with 6 and 12 month surveillance intervals.[149] Thus, the surveillance interval remains controversial. Most experts use a 6-month interval, but there are no firm data to suggest that 6 months is better than 12 months. The surveillance interval is determined by the tumor growth rates and not by the degree of risk. This is an important concept because it means that the surveil-

HEPATOLOGY, Vol. 42, No. 5, 2005

lance interval need not be shortened for patients who are thought to be at higher risk. However, it is important to make the distinction between patients undergoing surveillance, *i.e.*, those in whom although high risk is recognized, do not have any *a priori* reason to suspect HCC, and those in whom surveillance tests have been abnormal and there is a concern that HCC is already present. Such patients are strictly speaking not candidates for surveillance, but should be receiving enhanced follow-up.

### Recall Policies

Recall policies are the policies instituted to deal with an abnormal screening test result. The first step is to define an abnormal result.[118] A mass which enlarges is abnormal, even if previously considered to be benign. The nodular cirrhotic liver poses problems in ultrasound interpretation. Early HCC can be difficult to distinguish from background nodularity. Some cirrhotic nodules can be as large as 2 cm. However, the majority of nodules smaller than 1 cm are not HCC.[150] Therefore, in a cirrhotic liver any nodule larger than about 1 cm should be considered an abnormal screening result warranting further investigation. It is also important to note that although classical HCC is described as hypoechoic on ultrasound, HCC can also be isoechoic with a halo, hyperechoic or of mixed ecogenicity.

### Recommendations

**3. Surveillance for HCC should be performed using ultrasonography (level II).**

**4. AFP alone should not be used for sceening unless ultrasound is not available (level II).**

**5. Patients should be screened at 6 to 12 month intervals (level II).**

**6. The surveillance interval does not need to be shortened for patients at higher risk of HCC (level III).**

## Diagnosis of HCC

The tests used to diagnose HCC include radiology, biopsy and AFP serology. Which tests should be used depends on the context. Some form of imaging such as CT scan or MRI is always required to determine the extent of disease. In the setting of a patient with known hepatitis B or cirrhosis of other etiology a mass found incidentally or on screening ultrasound has a high likelihood of being HCC. The sequence of tests used to diagnose HCC depends on the size of the lesion

### Lesions >2 cm in Diameter

Detection of a hepatic mass within a cirrhotic liver is highly suspicious of HCC. If AFP is greater than 200 ng/mL and the radiological appearance of the mass is suggestive of HCC (large and/or mutifocal disease with arterial hypervascularity), the likelihood that the lesion is HCC is high and biopsy is not essential.[151,152] If the imaging appearances are atypical, the differential diagnosis is broader, and tumor biospy should be considered.

The EASL conference[3] recommended that the diagnosis of HCC can be made without biopsy in patients with cirrhosis who have a mass >2 cm that shows characteristic arterial vascularization that is seen on two imaging modalities, *e.g.*, triphasic CT scan and MRI. Such lesions should be treated as HCC[3,151,152] since the positive predictive value of the clinical and radiological findings exceeds 95%.[3,151,152] If the vascular profile on dynamic imaging is not characteristic and the AFP is less than 200 ng/mL a biopsy is recommended. More recently the value of "washout" in the venous phase has been recognized. Thus, if the lesion shows arterial hypervascularity and washes out in the early or delayed venous phase, only a single imaging modality is required for diagnosis. This can be demonstrated on triphasic CT scan or MRI with gadolinium injection. However, such examinations should be conducted using state of the art equipment and read by radiologists with extensive expertise in liver radiology. Recent studies with contrast enhanced ultrasound indicate that this technique could also be used for this non-invasive diagnosis.[153-155] Other radiological tests that have been used to diagnose HCC are of less value for small HCC. In particular lipiodol angiography is not sensitive for small HCC.[156] Standard angiography and CT arterioportal angiography should not be routinely performed.

### Lesions 1-2 cm in Diameter

Lesions between 1-2 cm in a cirrhotic liver found during surveillance have a high likelihood of being HCC. The EASL conference recommended that these lesions should be biopsied irrespective of their vascular profile.[3,3,151,152] If the vascular profile on dynamic imaging is not characteristic the diagnosis is less reliable and a biopsy should be performed.[151,152] It has to be stressed that biopsy of small lesions (<2 cm) may not be reliable. First, when the lesion is so small needle placement may be difficult and one cannot be certain that the sample did indeed come from the lesion. Second, there is disagreement between pathologists as to the dividing line between dysplasia and well-differentiated HCC,[157] and this disagreement occurs more frequently as the size of the lesion decreases. Finally, it may be difficult, if not impossible, to distinguish well-differentiated HCC from normal liver on biopsy, or from normal hepatocytes on fine needle biopsy, where the architectural features of HCC, such as widened

plates might be lost. One group has reported a high rate of diagnosis of HCC when small lesions found on ultrasound are biopsied.[158] However, in this study the reported pathologic features used for the diagnosis of HCC in minute nodules reflected advanced tumor stage not corresponding to early, well differentiated HCC, calling into question the validity of the findings. Recently, a distinction has been made between "very early HCC"[159,160] and "small HCC".[157,161] Early HCC, as defined by Japanese pathologists, is generally hypovascular, and has ill-defined margins. Thus, it has a somewhat vague outline on ultrasound and may be hypovascular on CT scanning. Histologically, there are few unpaired arteries, but the cells show varying grades of dysplasia. There may be invasion of the portal space by hepatocytes, but vessel invasion is absent. These lesions are called "very early HCC" by Llovet et al.[17] The pathology of these "very early HCC" lesions has been defined in resected specimens, and therefore, the natural history of these lesions is unknown. However, the presence of small foci of typical HCC within them has been noted, suggesting that these lesions are precursors of typical HCC lesions.[157,161] The frequency with which these lesions develop typical HCC is unknown.

In contrast, "small HCC" have well-defined margins on ultrasound, and exhibit the typical features of HCC on CT and on histology.[157,161] These lesions often show microvascular invasion, despite their small size. The presence of microvascular invasion suggests that the prognosis of these lesions after treatment is less good than for "early HCC" where vascular invasion is rare. However, this has not been proven in clinical studies. The identification of features of early or "very early" HCC requires expert pathology interpretation, but if present should result in therapy being offered.[157] Therefore a positive biopsy is helpful, but a negative biopsy can never be taken as conclusive.

The characterization of a hepatic nodule <2 cm by imaging techniques is also more difficult. The vascular pattern on dynamic CT or MRI does not often show the specific pattern of arterial uptake followed by venous washout in the delayed portal/venous phase. Some minute nodules exhibit arterial enhancement without venous washout and these may correspond to lesions such as dysplastic nodules.[152,162-165] Up to 25% of small lesions <2cm with arterial enhancement, but without venous washout in cirrhotic livers will remain stable or regress over time and thus are not HCC.[151,162-166] Biopsy is therefore important in patients who do not exhibit typical radiological features.[151,162-166] While in nodules >2cm the imaging techniques offer sufficient confidence that diagnosis can be based on a single examination that shows the characteristic vascular profile (contrast-ultrasound, dynamic CT or MRI can be used for this purpose), in nodules between 1-2 cm the reliability of the recognition of the specific vascular pattern is not as good, so that it is advisable to use two dynamic imaging techniques to enhance the specificity of the findings. In practice, either CT or MRI must also be used for staging in all patients, since staging is critical to help determine the optimal treatment modality.

Patients with lesions 1-2 cm in diameter with a nonspecific vascular profile who have a negative biopsy should continue to undergo enhanced follow-up. There are no data to establish the best follow-up policy at this point, but repeated biopsy or follow-up CT/MRI to detect further growth should be considered.

There are emerging data indicating that the smaller the lesion, the less likely there is to be microscopic vascular invasion.[161] In addition, the smaller the lesion the more likely it is that local ablation will be complete.[167] It is therefore important to make the diagnosis of HCC as early as possible. However, it is equally important not to apply invasive treatment to lesions that do not have any malignant potential and may still regress. This is a fine distinction that is not always possible to make

An additional concern about thin needle liver biopsy is the risk of bleeding and needle track seeding. Most studies that report needle track seeding do not specify the size of the lesion being biopsied. Although the rate of needle track seeding after biopsy of small lesions (<2 cm) has not been accurately measured, it is probably uncommon. The current rate of bleeding from thin needle biopsy of small HCC has not been reported, but is probably no different than for biopsy of the liver in general.

### Lesions Less Than 1 cm in Diameter

Finally, lesions <1 cm in diameter on ultrasound, particularly in a cirrhotic liver have a low likelihood of being HCC.[150] Malignancy is even less likely if they do not show contrast uptake on dynamic imaging.[168] Even if CT or MRI show tiny nodules with arterial vascularization, the vascularized areas may not correspond to HCC foci.[165,169] However, the possibility remains high that minute hepatic nodules detected by ultrasound may become malignant over time.[170,171] Therefore these nodules need to be followed-up every few months in order to detect growth suggestive of malignant transformation. Lack of growth over a period of more than 1-2 years suggests that the lesion is not HCC.

Figure 1 shows the suggested diagnostic strategy after detection of an hepatic nodule by ultrasound.

### Recommendations

**7. Nodules found on ultrasound surveillance that are smaller than 1 cm should be followed with ultra-**

HEPATOLOGY, Vol. 42, No. 5, 2005

Fig. 1.   A suggested algorithm for investigation of a nodule found on ultrasound during screening or surveillance. Note that nodules smaller than 1 cm initially which enlarge over time should be investigated using one of the other two algorithms shown depending on the size of the nodule. The typical vascular pattern referred to means that the lesion is hypervascular in the arterial phase, and washes out in the portal/venous phase. All other patterns are considered atypical.

sound at intervals from 3-6 months (level III). If there has been no growth over a period of up to 2 years, one can revert to routine surveillance (level III).

8. Nodules between 1-2 cm found on ultrasound screening of a cirrhotic liver should be investigated further with two dynamic studies, either CT scan, contrast ultrasound or MRI with contrast. If the appearances are typical of HCC (i.e., hypervascular with washout in the portal/venous phase) in two techniques the lesion should be treated as HCC. If the findings are not characteristic or the vascular profile is not coincidental among techniques the lesion should be biopsied (level II).

9. If the nodule is larger than 2 cm at initial diagnosis and has the typical features of HCC on a dynamic imaging technique, biopsy is not necessary for the diagnosis of HCC. Alternatively, if the AFP is > 200 ng/mL biopsy is also not required. However, if the vascular profile on imaging is not characteristic or if the nodule is detected in a non-cirrhotic liver, biopsy should be performed (level II).

10. Biopsies of small lesions should be evaluated by expert pathologists. If the biopsy is negative for HCC patients should be followed by ultrasound or CT scanning at 3-6 monthly intervals until the nodule either disappears, enlarges, or displays diagnostic characteristics of HCC. If the lesion enlarges but remains atypical for HCC a repeat biopsy is recommended (level III).

## Staging Systems

The prognosis of solid tumors is generally related to tumor stage at presentation and thus tumor stage guides treatment decisions. However, in HCC patients the prediction of prognosis is more complex because the underlying liver function also affects prognosis. There is no worldwide consensus on the use of any given HCC stag-

HEPATOLOGY, November 2005



Fig. 2.   Strategy for staging and treatment assignment in patients diagnosed with HCC according to the BCLC proposal.

ing system, and which is the preferred system remains controversial. Any staging system should classify patients into subgroups with significantly different outcomes, and at the same time should help to direct therapy. Historically, HCC has been classified by the TNM[172] or Okuda staging systems.[173] The TNM system has been modified repeatedly[174] and still does not have adequate prognostic accuracy. In addition, its use is limited because it is based on pathological findings and liver function is not considered. An international multicentre study developed a score based on the evaluation of liver status (cirrhosis vs no cirrhosis) together with tumor staging according to the TNM classification,[175] but its validity has only been assessed in patients undergoing resection. The Okuda classification takes tumor size (on imaging/surgery) and liver function into account. It allows the identification of end-stage disease, but is unable to adequately stratify patients with early or intermediate stage disease. The Child–Pugh system[176] and the MELD score[177,178] only consider liver function and thus, cannot be accurate. Several scoring systems have been developed in the last few years, attempting to stratify patients according to expected survival. Schemes have been proposed in Barcelona,[179] France,[180] Italy,[181] Austria,[182] China,[183] and Japan.[184,185] While these systems are able to divide patients into strata with different prognoses, these schemes are mostly helpful

in identifying end-stage patients with a poor prognosis. Furthermore, most classification/staging systems do not take into account the effects of treatment, nor do they indicate optimal forms of treatment for different disease stages. Finally, when comparing results among systems none have been adequately cross-validated. The lack of reproducibility likely indicates heterogeneity among the different patient groups and this prevents the development of a universal staging system. Recently, Marrero et al.[186] and Grieco et al.[187] have compared all systems available and validated the BCLC system in U.S. and Italian patients, respectively.

The Barcelona-Clinic- Liver-Cancer (BCLC) staging system (Fig. 2)[19,188] was developed based on the combination of data from several independent studies representing different disease stages and/or treatment modalities. It includes variables related to tumor stage, liver functional status, physical status and cancer related symptoms.[189-191] The main advantage of the BCLC staging system is that it links staging with treatment modalities and with an estimation of life expectancy that is based on published response rates to the various treatments. It identifies those with early HCC who may benefit from curative therapies, those at intermediate or advanced disease stage who may benefit from palliative treatments, as well as those at end-stage with a very poor life expectancy

HEPATOLOGY, Vol. 42, No. 5, 2005

**Table 4. World Health Organization Performance Status grades**

| Stage 0 | Fully active, normal life, no symptoms. |
|---|---|
| Stage 1 | Minor symptoms, able to do light activity. |
| Stage 2 | Capable of self-care but unable to carry out work activities. Up for more than 50% waking hours |
| Stage 3 | Limited self care capacity. Confined to bed or chair > 50% waking hours. |
| Stage 4 | Completely disabled. Confined to bed or chair. |

(Fig. 2). Early stage disease includes patients with preserved liver function (Child–Pugh A and B) with solitary HCC or up to 3 nodules ≤3 cm in size. These patients can be effectively treated by resection, liver transplantation or percutaneous ablation with possibility of long term cure, with 5-year survival figures ranging from 50% to 75%. Very early HCC is currently very difficult to diagnose confidently prior to surgical ablation. In these lesions the absence of microvascular invasion and dissemination offers the highest likelihood of cure and thus, in Child–Pugh A patients may theoretically achieve a 5-year survival of almost 100%. The intermediate stage consists of Child–Pugh A and B patients with large/multifocal HCC who do not have cancer related symptoms and do not have macrovascular invasion or extrahepatic spread. Their survival at 3 years without therapy may reach 50%. These are the optimal candidates for transarterial chemoembolization. Patients who present with cancer symptoms and/or with vascular invasion or extrahepatic spread comprise the advanced stage. They have a shorter life expectancy (50% survival at 1 year) and are candidates to enter therapeutic trials with new agents. Finally, patients with extensive tumor involvement leading to severe deterioration of their physical capacity [WHO performance status >2] (Table 4)[191] and/or major impairment of liver function (Child–Pugh C),[173] are considered end stage. Their median survival is less than 3 months. Ongoing genomic and proteomic studies will characterize HCC more accurately, such that in the future HCC patients may be classified and treated according to their molecular profile and not according to the rough evaluation of tumor burden and conventional measures of liver function.

### Recommendation

**11. To best assess the prognosis of HCC patients it is recommended that the staging system takes into account tumor stage, liver function and physical status. The impact of treatment should also be considered when estimating life expectancy. Currently, the BCLC system is the only staging system that accomplishes these aims (level II-2).**

### Treatment of Hepatocellular Carcinoma

Historically, the diagnosis of HCC was almost always made when the disease was advanced, when patients were symptomatic and presented with a variable degree of liver function impairment. At this late stage virtually no treatment had any chance of being effective or of significantly improving survival. In addition, the morbidity associated with therapy (which was usually limited to surgical resection or systemic chemotherapy) was unacceptably high.

Today, many patients are diagnosed at an early stage when liver function is preserved and there are no cancer-related symptoms. In addition, there are several active treatments available that will potentially have a positive impact on survival.[17] However, to achieve the best outcomes requires the careful selection of candidates for each treatment option and the expert application of these treatments. Given the complexity of the disease and the large number of potentially useful therapies, patients diagnosed with liver cancer should be referred to multidisciplinary teams involving hepatologists, pathologists, radiologists, surgeons and oncologists.

It is important to note that the level of evidence for most of the therapeutic options is limited to cohort investigations with few RCT, most of which are limited to the treatment of advanced disease.[192] There are no studies that compare treatments considered effective for early stage disease (surgical resection, transplantation, percutaneous ablation) nor are there studies comparing these methods to no treatment. Hence, any proposed treatment strategy has to be developed from the analysis of several published cohorts of treated individuals. Availability of resources also has to be considered in developing treatment strategies. This is particularly relevant when considering liver transplantation, which is well established in the United States and Europe, but in some areas of the world transplantation is not available or has very limited applicability. For patients with solitary HCC in the setting of decompensated cirrhosis and for those with early multifocal disease (up to 3 lesions, none larger than 3 cm)[193] the best option is liver transplantation,[17] but for patients with solitary tumors in well-compensated cirrhosis the optimal treatment strategy is still under debate.[24]

It has become common to assess outcome through the use of the disease-free survival (DFS) rate. However, although this parameter is clinically informative, it can be misleading because it is a composite index registering two events: death and recurrence of tumor (Fig. 3). This is especially relevant in HCC patients as they usually present with underlying cirrhosis and thus, they are at risk of death related either to cirrhosis itself or to tumor progression. Accordingly, different outcomes in DFS may be



Fig. 3.   Disease free survival (DFS)(upper panel) appears to be different between option A (continuous line) and option B (dotted line). However, the lower panel expresses outcome as overall survival and there are three different potential scenarios. Overall survival might truly be better for option A (left lower panel). Alternatively, the improved DFS for option A may be the result of a lower recurrence rate but similar death rate; overall survival would thus be similar to that of the control (central lower panel). Finally, the right lower panel depicts the worst possibility. In this scenario, option A is highly effective against HCC but is associated with treatment related deaths, while option B is safe but has minimal antitumoral efficacy. Thus, the overall survival is better with option B, and its lower DFS is due only to the lack of significant antitumoral effect with associated higher recurrence rates.

due either to differences in death rate, recurrence rate or both. Thus, theoretically, although a treatment might be less active against the tumor than another treatment and thus result in a higher recurrence rate after initial treatment, the overall survival might not differ or may even be better.

Thus, the preferred parameter for primary comparison between different therapies should be survival. These comments are particularly relevant when discussing what the first treatment option should be in patients with cirrhosis and with early HCC, surgical resection or transplantation.

In the following pages we will review the outcomes that might be achieved with the different therapeutic options that are currently available in conventional clinical practice. We will identify the selection criteria that should be used to offer each patient the option that provides the best long term survival.

The therapies that are known to offer a high rate of complete responses and thus, a potential for cure, are surgical resection, transplantation and percutaneous ablation.[17] Among non-curative therapies the only one that has been shown to positively impact survival is transarterial chemoembolization.[192] Other options such as arterial embolization without chemotherapy[194] or internal radiation do show some antitumor activity,[195] but there is no proof of their benefit in terms of improved survival. Sys-

temic chemotherapy with several agents has marginal activity with frequent toxicity, and is not associated with improved survival.[196,197] Finally, agents such as tamoxifen,[192] anti-androgens,[198,199] or octreotide[200] are completely ineffective.

### Surgical Resection

This is the treatment of choice for HCC in non-cirrhotic patients, who account for just 5% of the cases in Western countries, and for about 40% in Asia. These patients will tolerate major resections with low morbidity, but in cirrhosis candidates for resection have to be carefully selected to diminish the risk of postoperative liver failure with increased risk of death. Right hepatectomy in cirrhotic patients has a higher risk of inducing decompensation than left hepatectomy. Two decades ago long-term survival was seldom achieved by resection. Today however, the 5-year survival after resection can exceed 50%.[27,28,159,201,202]

Several major advances have increased of the long-term survival figures. Diagnosis during the asymptomatic phase of disease together with a more accurate staging of the patients has allowed the identification of patients with early stage disease. At the same time, more accurate evaluation of the underlying liver function has permitted the exclusion of those in whom the resection would likely prompt liver decompensation and death. For years the selection of candidates for resection has been based on the

HEPATOLOGY, Vol. 42, No. 5, 2005                                                                    BRUIX AND SHERMAN    1221

Child–Pugh classification[176] but this is known to have inconsistent predictive value. Child–Pugh A patients may already have significant liver functional impairment with increased bilirubin, significant portal hypertension or even minor fluid retention requiring diuretic therapy.[176] These features indicate advanced liver disease[203,204] and preclude resection. Many Japanese groups rely on the Indocyanine Green retention test. The decision whether surgery is feasible and the extent of the resection that can be performed is made based on the degree of retention of the dye.[205] In contrast, in Europe and the United States, selection of optimal candidates for resection is usually based on the assessment of the presence of portal hypertension, as assessed clinically or by hepatic vein catheterization. Studies have shown that a normal bilirubin concentration, and the absence of clinically significant portal hypertension measured by hepatic vein catheterisation (hepatic vein pressure gradient <10 mmHg) are the best predictors of excellent outcomes after surgery, with almost no risk for postoperative liver failure.[27,206] Such patients will not decompensate after resection and may achieve a 5-year survival of better than 70%.[27,206] In contrast, the majority of patients with significant portal hypertension will develop postoperative decompensation (mostly ascites),[206] with a 5-year survival of less than 50%. Finally, the survival of those subjects with both adverse predictors (portal hypertension and elevated bilirubin) is less than 30% at 5 years, regardless of their Child–Pugh stage.[27] Therefore, measurement of portal pressure is a key step in the evaluation of candidates for resection. Obviously, if upper endoscopy shows varices or if diuretic treatment is needed to control ascites, portal hypertension is already severe and catheterisation is not necessary. Clinically significant portal hypertension may also be suspected when the platelet count is below 100,000/mm$^3$ associated with significant splenomegaly.

In recent years surgeons have refined both selection criteria and surgical techniques. Hence, blood transfusion may be needed in fewer than 10% of the cases and treatment related mortality should be less than 1%-3%.[27,205,207] The use of intra-operative ultrasonography (IOUS) allows precise localization and staging of the tumor, and also permits anatomical resections to be performed. From an oncological perspective anatomic resections that may include satellite lesions are more sound than limited resections without a surrounding margin. Pathological studies in resected tumors provide support for this notion[161] but some authors have challenged the benefits of a safety margin[208] and robust evidence is lacking.

Most groups restrict the indication for resection to patients with single tumor in a suitable location for resection (as shown by triphasic CT scan, MRI, or other high resolution imaging techniques). The size of the tumor is not a clear-cut limiting factor. As discussed previously, the risk of vascular invasion and dissemination increases with size,[161] but some tumors may grow as a large single mass with no evidence of invasion. In these, surgery may be safely performed and the risk of recurrence is not significantly increased as compared to smaller tumors.[27,209]

Chemoembolization of the tumor prior to resection offers no benefit.[210] The same is true for the general use of portal vein embolization of the hepatic lobe hosting the tumor[211,212] to induce compensatory liver growth and functional capacity in the non-affected lobe prior to a major resection. It has also been suggested that malignant hepatocytes may also respond to the proliferative stimulus and this could result in uncontrolled tumor progression. In addition, portal vein obstruction may induce an acute increase in portal pressure and result in variceal bleeding. Clearly, large RCTs are needed to define the benefits and risks of these procedures.

### Risk of Recurrence

After resection, tumor recurrence rate exceeds 70% at 5 years,[27,209,213-216] including recurrence due to dissemination and *de novo* tumors.[217,218] The most powerful predictors of recurrence are the presence of microvascular invasion and/or additional tumor sites besides the primary lesion.[27,209,213-216,219] This suggests that the majority of recurrences are due to dissemination from the primary tumor and not metachronous tumors developing in a liver with cirrhosis.[217,220] Furthermore, recurrence due to dissemination is more likely to appear during the first 3 years of follow-up.[218] There is no effective adjuvant therapy that can reduce recurrence rates.[221] Preoperative chemoembolization or adjuvant chemotherapy are not effective and may complicate the intervention. Internal radiation[222] and adoptive immunotherapy by activated lymphocytes[223] may have some anti-tumor efficacy but early promising results still have to be properly validated. This is also the case for retinoid administration[224] and interferon therapy.[225,226]

As hoped in all cancers,[227-229] molecular profiling of HCC is expected to refine risk assessment and several studies have been published trying to correlate abnormal gene expression with recurrence and outcome.[230-232] However, none of the proposed markers have gained wide acceptance or become routine in clinical practice.[233]

Treatment of recurrence is a poorly investigated area. Solitary recurrence might benefit from repeat resection, but in most patients recurrence after primary resection

will be multifocal because of intra-hepatic dissemination from the primary tumor.[29,216,234] This reflects an advanced tumor stage and there is no evidence that any treatment provides a survival advantage. It has been suggested that patients with recurrence might be candidates for salvage transplantation.[235] Some retrospective analyses have suggested that the majority of patients with recurrence might benefit from this option.[29] However, this optimistic suggestion is not supported by an analysis of clinical outcomes. Most of the recurrences and specially those that appear early during follow-up are due to tumor dissemination and have a more aggressive biological pattern as compared to primary tumors.[216,218] Hence, only those patients in whom recurrence is due to de novo oncogenesis can be expected to benefit from salvage transplantation or repeated resection. Since the most accurate predictors of recurrence due to dissemination (vascular invasion, satellites) may be identified on pathology, and since the results of transplantation in these patients is good, some authors have proposed that this category of patients should be listed immediately after resection.[236] This might be more effective than waiting for recurrence to develop with excessive tumor burden possibly excluding liver transplantation. Organ allocation policies might have to be modified to take these findings into account.

### Recommendations

*12. Patients who have a single lesion can be offered surgical resection if they are non-cirrhotic or have cirrhosis but still have well preserved liver function, normal bilirubin and hepatic vein pressure gradient <10 mmHg (level II).*

*13. Pre or post-resection adjuvant therapy is not recommended (level II)*

### Liver Transplantation

Patients with HCC were frequently part of the initial experiences with liver transplantation because of the lack of alternative treatment and a dismal life expectancy. This was necessary to establish the feasibility of the intervention. At the same time, the initial results provided the rationale for the application of strict selection criteria to candidates who might benefit from the liver transplantation.[237,238] Patients with HCC that was detected only at surgery (incidental) because the lesion was too small to be detected by imaging techniques had an excellent outcome that did not differ from that of patients with non-malignant disease.[238] These tumors were those that were solitary and smaller than 5 cm. Later experience from France[239] Italy,[193] Spain,[240] and Germany[30] showed that excellent results could be achieved in patients with solitary

HCC <5 cm or with up to 3 nodules smaller than 3 cm, these criteria being known as the Milano criteria after the seminal study by Mazzaferro et al.[193] The 5-year survival of these early stage patients exceeds 70%. This has confirmed early HCC as a clear indication for liver transplantation in conventional clinical practice.

The need to obtain the optimal benefit from the limited number of organs that are available has prompted the maintainance of strict selection criteria so as to list only those patients with early HCC who have the highest likelihood of survival after transplant. However, this means that some patients with a slightly more advanced HCC in whom transplant would offer an acceptable, but not excellent outcome, are excluded from the procedure.[25,241,242] This has recently fuelled a debate about whether and to what extent the indications for transplantation as therapy for HCC can be expanded.[243] There are very limited data to support extending the selection criteria. The current more restrictive criteria were developed when imaging techniques were not as accurate as they are today and this has always meant a variable degree of understaging, ranging between 10% and 15%.[165,240,244] At the same time, in most programs the waiting time for transplant is long enough that there is a chance that the HCC will grow beyond the listing criteria. However, for patients with disease beyond standard listing criteria, if progression of disease has not been extensive and there is no macroscopic vascular invasion or extrahepatic spread, the survival is comparable to patients transplanted for disease within the standard listing criteria. Most groups describe a 5-year survival of around 50% in patients transplanted for extended criteria[25,242,245] and this is likely the lowest acceptable survival.[243,246] Thus, it is clear that there is some room to expand the criteria, but at present there are no data to define the new limits. Most of the published studies that support an expansion of the limits are based on an analysis of explanted livers, information that is not available prior to surgery.

The most powerful predictor of recurrence in the absence of extrahepatic spread is macro- or microscopic vascular invasion[30,247] The likelihood of this event runs in parallel to tumor size and number[150,248] Thus expanding the listing criteria is a very controversial issue, particularly when considering the shortage of donors. Tumor differentiation has been proposed to be a predictor for microscopic vascular invasion,[249,250] but its assessment would require biopsy. Since large tumors are known to be heterogeneous, the accuracy of this strategy for clinical decision-making would be suboptimal.

The lack of sufficient liver donation is the major limitation for liver transplantation. There is always a waiting

HEPATOLOGY, Vol. 42, No. 5, 2005                                              BRUIX AND SHERMAN    1223

period between listing and transplantation. This varies among programs but if long enough, the tumor will grow and develop major contraindications (vascular invasion, extrahepatic spread) to transplantation.[27,251] The rate of exclusion on the waiting list may be as high as 25% if the waiting list is longer than 12 months.[251] Obviously, if patients with more advanced tumors are included as a result of expanded listing criteria the dropout rate will be higher and this will translate into poor survival figures on an intention-to-treat analysis. Studies from Barcelona and San Francisco have shown that if the dropout rate due to advancing disease is 25% at 1 year this will translate into a 60% survival rate for transplantation based on an intention-to-treat analysis of patients listed for transplant (rather than those who actually undergo transplantation).[27,251] Data from Mount Sinai describe a 50% dropout rate with an even worse survival if the criteria for transplant are expanded.[252] Furthermore, one of the most important issues is the lack of clearly defined criteria for removing patients from the waiting list because of excessive tumor growth while waiting. If only major events (macroscopic vascular invasion and extrahepatic spread) are used to de-list patients this will mean that some patients will undergo transplantation who have too advanced disease. This will ultimately impair the survival figures for transplantation for HCC and put the whole program at risk. The listing of patients using expanded criteria will further worsen this scenario and thus, prior to any change in listing policy, it is essential to define the exclusion criteria.

### Priority Listing for Transplantation

Following a federal request UNOS developed a priority system to transplant those with the highest short-term risk of mortality. The MELD score was selected as the most clinically useful tool for this aim as it accurately predicts early mortality in chronic liver disease of viral or alcoholic origin.[253] However, MELD is less powerful in predicting mortality in cholestatic liver disease and cannot predict mortality in HCC. To give patients with HCC equal opportunity for transplantation, HCC patients were initially given additional points aimed at matching the risk of death in end-stage cirrhosis: 24 points for solitary HCC <2cm and 29 for solitary HCC 2 to 5cm or 3 nodules each ≤3 cm.[254] After implementation it was recognised that too high a priority was given to HCC patients and this was unfair to patients without cancer.[255] In addition, it was recognized that one fifth of the patients listed with an HCC diagnosis and who received priority, did not have HCC in the explanted liver. The points for HCC patients were therefore reduced to

20 and 29, to none and 24, respectively, and finally to none and 22, respectively.[254] In addition, a 10% point increase is given for every three months on the waiting list. Results of the new points allocation are unknown. The major difficulty in setting up fair and equitable priority policies is that there are no clear predictive data to identify patients at higher risk of progression and thus, of dropout. Patients with progression while waiting are clearly at higher risk, but some may have more aggressive tumors. Thus, if given excessive priority, the long-term results may be less than optimal because of HCC recurrence in the latter subset. Ongoing research should be able to clarify some of these key issues and in the future it should be possible to use clear clinical and molecular data to make clinical decisions regarding transplantation in patients with known HCC.

In addition to the establishment of a priority policy, most groups treat the HCC upon listing, prior to transplantation. Unfortunately, this area also lacks robust RCTs comparing active intervention vs no therapy or comparing several interventions to each other. All the evidence of benefit currently available comes from cohort assessments, usually using a per protocol rather than an intention-to-treat approach, or from Markov modelling using published clinical outcomes.[117] Despite some encouraging preliminary data,[248] more recent cohort studies suggest that systemic chemotherapy is ineffective.[256-258] Most groups perform transarterial chemoembolization upon listing because it reduces tumor burden and delays tumor progression.[259] However, it is known that in patients with decompensated disease this treatment may induce liver failure and death. Hence, it cannot be applied in all candidates. Patients with small tumors can have ablation either by percutaneous ethanol injection, radiofrequency or any other technique and statistical modelling has shown that such intervention is cost-effective if the expected waiting time is longer than 6 months.[117] The main concern with this approach is seeding due to tumor puncture as has been reported for diagnostic biopsy. However, puncture-related seeding is usually restricted to poorly differentiated tumors and to peripheral tumors that cannot be approached through a rim of non-tumoral liver.[260,261]

### Living Donor OLT

The most effective approach to reduce the dropout rate on the OLT waiting list is to expand the number of available livers. Several strategies (domino transplant using livers extracted from patients with amyloidosis, use of viral infected livers with minimal damage, split liver transplantation, non-beating heart donors) have been established for this purpose, but the best opportunity is the development of live donation.[262]

After the first successful attempt,[263] more than 3000 living donor operations have been performed worldwide using the right hepatic lobe. Results from Asia[264-266] and a recent survey in Japan[267] that includes all the interventions performed suggests that the outcome after live donor transplantation is the same as with cadaveric donation. Interestingly, the value of the Milano criteria are further reinforced in this study since the survival and disease recurrence rates in patients transplanted with HCC are significantly different according to this stratification. In any case, long-term data are eagerly awaited. This is especially relevant for patients with hepatitis C virus infection in whom the potential severe recurrent liver disease is a matter of controversy.[268-271] Decision analysis taking into account the risk of drop-out while waiting (4% per month), the expected survival of the recipient (70% at 5 years) and the risk for the donor (0.3%-0.5% mortality) suggest that this is a cost-effective approach if the waiting time exceeds 7 months.[272] However, this is a complex intervention that should only be undertaken by expert surgeons to ensure the lowest morbidity and best outcome, not only to the recipient, but also to the donor. Complications may develop in 20% to 40% of the donors and the mortality risk for the donor is still 0.3% to 0.5%.[262] Finally, even with liver organ donation the number of donors is restricted because of blood group incompatibility, medical contraindications or psychosocial issues.

The development of living donation has further stimulated the discussion about expansion of the tumor burden limits for HCC patients. Since transplantation can be done with almost no delay and staging would be recent, several programs have proposed that living donation might be a valid option for those patients whose tumor stage does not allow listing for cadaveric liver transplantation. Cadaveric livers would then be allocated to patients with the best potential outcome (70% at 5 years), and living donation livers would benefit patients with a lower expectancy, around 50% at 5 years. There are no data to support utilizing such expanded criteria.

### Posttransplant Management

There are insufficient data to support or discourage any specific type of immunosuppression aimed at diminishing the growth of unrecognised tumor nests disseminated prior to the operation. Similarly, even if pathology discloses vascular invasion indicating a high risk for HCC recurrence there is no effective intervention to prevent or diminish this unfortunate event. The sole aspect that might be prevented by treatment is the viral reinfection of the graft. There are several effective strategies for hepatitis

B,[273] but in patients with hepatitis C the situation is less encouraging. The response rate in those patients who can receive combined therapy with pegylated interferon and ribavirin is reduced compared to the pre-transplant situation.[274] If viral replication persists, the new liver will develop infection that will cause significant liver damage leading to cirrhosis in enough patients and will affect both graft and patient survival.[271,275] Thus, the goal that transplantation may cure both the tumor and the underlying liver cannot be achieved, at least in the majority of HCC patients in Japan, the United States, and Europe, where hepatitis C is the major cause of HCC.

### Recommendations

*14. Liver transplantation is an effective option for patients with HCC corresponding to the Milan criteria: solitary tumor ≤5 cm or up to three nodules <3 cm (level II). Living donor transplantation can be offered for HCC if the waiting time is long enough to allow tumor progression leading to exclusion from the waiting list (level II)./*

*15. No recommendation can be made regarding expanding the listing criteria beyond the standard Milan Criteria (level III).*

*16. Preoperative therapy can be considered if the waiting list exceeds 6 months (level II).*

### Percutaneous Ablation

This is the best treatment option for patients with early stage HCC who are not suitable for resection or transplantation. In some Japanese centres this is offered as the first therapeutic option.[276] There are no RCT comparing local ablation to resection. Destruction of tumor cells can be achieved by the injection of chemical substances (ethanol, acetic acid, boiling saline) or by modifying the temperature (radiofrequency, microwave, laser, cryotherapy). The efficacy of percutaneous ablation is assessed by dynamic CT 1 month after therapy.[3] Although not entirely reliable, the absence of contrast uptake within the tumor reflects tumor necrosis, while the persistence of contrast uptake indicates treatment failure. The recurrence rate after ablation is as high as for resection. Some recurrences will occur in the vicinity of the treated nodule and are due to the presence of microscopic satellites not included in the ablation zone.

Percutaneous ablation is usually performed under ultrasound guidance. Ethanol injection is the best known and best studied approach.[277,278] It is highly effective for small HCC and has a low rate of adverse effects. In addition, it is inexpensive. This should be the standard against which any new therapy should be compared. Ethanol in-

jection achieves necrosis rate of 90%-100% of the HCC smaller than 2 cm, but the necrosis rate is reduced to 70% in tumors between 2 and 3 cm and to 50% in HCC between 3 and 5 cm.[279-282] Long term studies indicate that Child–Pugh A patients with successful tumor necrosis may achieve a 50% survival at 5 years.[28,167,278] This compares well with the outcome of resection in those candidates who do not fit the optimal surgical profile.[28] Ethanol injection requires repeated injections on separate days and rarely accomplishes complete necrosis in tumors larger than 3 cm, because the injected ethanol cannot access the entire tumor volume. This may be due to the presence of intra-tumoral septa. To disrupt septae and facilitate ethanol infiltration, some authors have proposed that ethanol injection should be preceded by arterial embolization in large HCC.[283] The rate of initial response is enhanced but development of viable intra-tumoral nests or distant recurrence is the rule during follow-up and the long-term outcome is no different. Thus, there have been major efforts to develop alternative ablative techniques that would be able to necrose larger tumors in fewer treatment sessions.

Radiofrequency ablation (RFA) is the option that has better results in that regard. The insertion of single or multiple cooled tip electrodes or single electrodes with J-hooked needles that deliver heat around the tip induces a wide region of tumor necrosis. The efficacy of RFA in tumors <2 cm is similar to that of ethanol but requires fewer treatment sessions.[284,285] The efficacy in tumors >2 cm is better than with ethanol.[284-286] RCT have shown that RFA provides better local disease control that could result in an improved survival in RCT.[284-287] Large RCT comparing these two options in tumors <2 cm and primarily designed to assess survival are needed.

The main drawback of radiofrequency is its higher cost and the higher rate (up to 10%) of adverse events (pleural effusion, peritoneal bleeding).[261,288,289] Procedure-related mortality ranges from 0% to 0.3%.[261,288,289] Subcapsular location and poor tumor differentiation have been associated with increased risk of peritoneal seeding[260,261] and thus, this type of tumor should not be treated with RFA. Since the efficacy of radiofrequency is based on heat delivery and blood circulation inside the tumor may prevent proper heating, some authors have proposed combining radiofrequency with simultaneous vessel obstruction.[290] This manoeuvre may increase the area of necrosis, but the lack of evidence of a major benefit, together with the more complex process has prevented its wide implementation.

### Recommendations

***17. Local ablation is safe and effective therapy for patients who cannot undergo resection, or as a bridge to transplantation (level II).***

***18. Alcohol injection and radiofrequency are equally effective for tumors <2 cm. However, the necrotic effect of radiofrequency is more predictable in all tumor sizes and in addition, its efficacy is clearly superior to that of alcohol injection in larger tumors (level I).***

### Non-Curative Treatment

As previously discussed, the end-point of therapy is to extend life expectancy. The only way to demonstrate this for any therapeutic option is to perform a properly powered RCT comparing active intervention vs. no treatment. The systematic review of the English literature during the last 25 years showed only a limited number of RCT that properly test the efficacy of palliative therapy[192] and the only option for which there is adequate and positive information is transarterial chemoembolization.[192]

Systemic chemotherapy with any of the available agents has marginal anti-tumor activity and no impact on survival.[196,291] Despite this lack of efficacy and the associated morbidity, chemotherapy (usually doxorubicin) is frequently administered in conventional clinical practice. Furthermore, it is also sometimes used as a control arm in some research studies. This policy must be discouraged, since if a treatment is thought to be inactive and used as a placebo, it should at least be non-toxic and easy to administer. In fact, in the absence of effective therapy, the goal of health care providers should be to avoid unnecessary suffering with impairment of quality of life. Selective intra-arterial administration of any chemotherapy agent, frequently suspended in lipiodol, has also negligible anti-tumor activity and robust data supporting survival benefit are lacking.[192,292] Selective radiation through intra-arterial injection of lipiodol-I-131[195,293] or Ytrium-90 labeled microspheres[294] has some antitumor activity but the impact on survival has not been established.

There are multiple other treatment modalities such as octreotide,[200,295] interferon,[296] external radiation,[297] tamoxifen,[192,298-300] or antiandrogenic therapy,[198,199,301] but none have been shown to improve survival.[195,200,293-297,302,303] The first studies testing tamoxifen reported encouraging results[304,305] but unfortunately, larger RCT properly designed, showed unequivocal negative results.[192,298-300] The absence of effect is maintained even when given at high doses[306] and thus, tamoxifen has no activity in patients with HCC.

Some authors have suggested that HCC patients may have mutated estrogen receptors that cannot be blocked by tamoxifen,[307] but by megestrol.[308] Again, the small number of patients in which this agent has been tested prevents any firm conclusion.

### Transarterial Embolization and Chemoembolization

HCC exhibits intense neo-angiogenic activity during its progression.[150] At very early stages the tumor is not highly vascularised and its blood supply comes from the portal vein. As the tumor grows the blood supply becomes progressively arterialized, so that even well differentiated HCC is mostly dependent on the hepatic artery for blood supply. This characteristic provides the pathologic basis for the radiological characteristics that are used to diagnose the disease. It also provides the rationale to support arterial obstruction as an effective therapeutic option. Acute arterial obstruction induces ischemic tumor necrosis with a high rate of objective responses. Hepatic artery obstruction is performed during an angiographic procedure and is known as transarterial, or transcatheter arterial embolization (TAE). When TAE is combined with the prior injection into the hepatic artery of chemotherapeutic agents, usually mixed with lipiodol, the procedure is known as transarterial chemoembolization (TACE). Hepatic artery obstruction can be achieved by the injection or placement of several agents. Gelfoam carefully prepared as 1mm cubes is the most frequently used agent, but polyvinyl alcohol,[309] alcohol,[310] starch microspheres,[311] metallic coils[312] or even autologous blood clots[313] have also been used. Gelfoam powder should be not be used as this may cause biliary damage.[314]

The procedure requires the advancement of the catheter into the hepatic artery and then to lobar and segmental branches aiming to be as selective as possible so as to induce only minimal injury to the surrounding non-tumorous liver. Multifocal HCC involving both hepatic lobes may require the obstruction of the total hepatic artery blood flow.

Chemotherapy has to be injected prior to arterial obstruction. It is usual to suspend chemotherapy in lipiodol, an oily contrast agent used for lymphographic studies. Lipiodol is selectively retained within the tumor and this expands the exposure of the neoplastic cells to chemotherapy. The dose of chemotherapy to be administered has to be distributed among the affected lobes. If the tumor affects only one lobe, it is common policy to inject 25% of the agent into the lobe free of tumor with the objective of treating potentially undetected clones. Several chemotherapeutic agents have been used for TACE, but the most common is to inject adriamycin or cisplatin.[315]

TAE and TACE are considered for patients with non-surgical HCC that are also ineligible for percutaneous ablation, provided there is no extrahepatic tumor spread. The main contraindication is the lack of portal blood flow (because of portal vein thrombosis, portosystemic anastomoses or hepatofugal flow). Patients with lobar or segmental portal vein thrombosis are poor candidates for TACE, as this will cause necrosis of the tumor and of the non-tumorous liver deprived of blood supply. This increases the risk of treatment-related death due to liver failure. Patients with advanced liver disease (Child–Pugh class B or C) and/or clinical symptoms of end-stage cancer should not be considered for these treatments as they have an increased risk of liver failure and death.

The side effects of intra-arterial injection of chemotherapy are the same as for systemic administration: nausea, vomiting, bone marrow depression, alopecia and potentially renal failure. Hepatic artery obstruction with acute ischemia of the HCC is associated with the so-called post-embolization syndrome. This appears in more than 50% of the patients and consists of fever, abdominal pain and a moderate degree of ileus. Fasting is required for 24 hours and IV hydration is mandatory. Prophylactic antibiotics are not routinely used[316] Fever is a reflection of tumor necrosis, but a minority of patients may develop severe infectious complications such as hepatic abscess or cholecystitis. The post-embolization syndrome is usually self-limited in less than 48 hours and the patients can be discharged from the hospital.

Both TAE and TACE induce extensive tumor necrosis in more than 50% of the patients.[192] Treatment response is assessed by the decrease in the concentration of tumor markers and the identification of large intra-tumoral necrotic areas and reduction in tumor burden in dynamic CT or MRI.[3] Immediately after arterial obstruction it is possible to see intra-tumoral bubbles that reflect tissue liquefaction The evaluation of the treatment response should take into account the induction of intra-tumoral necrotic areas in estimating the decrease in tumor load, and not just a reduction in overall tumor size.[3] According to conventional WHO criteria the reported rate of objective responses ranges between 16% and 60%,[192,315] there being no differences between TAE and TACE. Fewer than 2% of treated patients achieve a complete response. During follow-up the residual tumor nests recover their blood supply and the tumor continues to grow. This consideration prompts treatment repetition either at regular intervals or "a la demande" as there is no prospective comparison to support one or other strategy.[315]

The tumor progression rate is reduced after treatment and this translates into a lower risk of vascular invasion.

HEPATOLOGY, Vol. 42, No. 5, 2005    BRUIX AND SHERMAN    1227

Response to treatment is associated with a significant improvement in survival. Cumulative meta-analysis of all published RCT indicate that patient survival is significantly improved.[184] Until very recently, the gain in survival reported in individual trials was not statistically significant.[194,317-319] However, studies performed in Barcelona[320] and Hong Kong[321] reported a significant impact on survival have changed this negative statement. It has to be emphasized that the available trials are heterogeneous both in terms of patients profile, treatment schedule and agent used. Thus, it has still to be determined which are the best obstructing agents, the optimal chemotherapeutics and the most effective re-treatment schedule.

The improvement in survival in treated patients ranges from 20% to 60% at 2 years,[315] but it is clear that the relevance of the improvement as compared to their outcome if untreated, is largely dependent on the patients baseline characteristics regarding tumor stage, liver function and general health status.

### Recommendations

*19. TACE is recommended as first line non-curative therapy for non-surgical patients with large/multifocal HCC who do not have vascular invasion or extrahepatic spread (level I).*

*20. Tamoxifen, antiandrogens, octreotide or hepatic artery ligation/embolization are not recommended (level I). Other options such as radio-labelled Yttrium glass beads, radio-labelled lipiodol or immunotherapy cannot be recommended as standard therapy for advanced HCC outside clinical trials.*

*21. Systemic or selective intra-arterial chemotherapy is not recommended and should not be used as standard of care (level II).*

### Treatment Algorithm

As previously stated, the establishment of an evidence-based treatment strategy for HCC patients relies on fewer than one hundred RCT, assessing all of the possible treatment strategies. Almost all the treatment recommendations, therefore, are based on a critical reading of observational studies. In the clinical setting patients should be stratified by disease stage. For each stage there should be an indicated treatment. This is the basis for the BCLC scheme as depicted in Fig. 2.[17,19,322] The strategy combines in a single proposal staging, indicated treatment and estimation of prognosis, and it can be applied to the majority of patients evaluated for HCC.

Patients diagnosed at an early HCC stage are optimal candidates for resection, liver transplantation or percutaneous ablation. Resection is considered for patients with single tumors, absence of clinically relevant portal hypertension and normal bilirubin. Tumor size is not a limiting factor, but it is uncommon to resect patients with tumors >5cm. Transplantation is considered in patients with 3 nodules <3 cm or with single tumors ≤5 cm with liver function impairment precluding resection. If a long waiting time (>6 months) is expected resection or percutaneous treatments are recommended prior to OLT. Living donor transplantation should also be considered. Percutaneous ablation is indicated in patients with small non-surgical HCC. If these options are not feasible, patients have to be considered for palliation.

Transarterial chemoembolization is indicated in asymptomatic patients with multinodular tumors that have not invaded vessels nor been disseminated outside the liver. This type of patient is the best candidate for this approach, particularly if they still meet the criteria for Child–Pugh A stage. Treated patients who respond to therapy have an improved survival and thus, this is the last effective option in conventional clinical practice.

Patients who present with a more advanced stage because of liver failure or tumor growth with vascular involvement/extrahepatic spread or physical impairment reflected by a markedly impaired performance status (<2)[189-191] will not benefit from any treatment option, even one with known efficacy in earlier disease. Accordingly, the optimal policy for these subjects is to attempt to enroll them in research studies testing new agents either within phase 2 investigations or within RCT. The optimal design of such studies should be the comparison of any intervention vs. placebo or the best supportive care as currently practiced. There is no proof that any of the available agents has any impact on survival.

Finally, patients at a terminal stage with deeply impaired physical status (performance status >2) and/or massive tumor burden with heavily impaired liver function should receive symptomatic treatment to avoid unnecessary suffering.

## Future Perspectives

This practice guideline has depicted the current status regarding the diagnosis, staging and treatment of HCC. As discussed, there are several areas where active research is needed, ranging from molecular pathogenesis to detection, diagnosis and treatment. The elucidation of the molecular steps that determine the transition from non-malignant to malignant should allow the stratification of patients according to the distinct pathways that led to cancer and also provide for new preventive and therapeutic strategies. Identification of new biomarkers to establish the risk of cancer and/or detect its appearance at a preclin-

ical stage are urgently needed. The current therapeutic approach also needs significant improvement. Treatments able to provide initial cure are hampered by a significant rate of disease recurrence and there is also a need for effective adjuvant therapies. Finally, the therapeutic options for patients with advanced HCC have limited impact and thus, development of new agents and strategies for this group of patients is of major relevance. Fortunately, the awareness of these needs by official agencies such as the National Institutes of Health has increased the resources allocated for sponsoring research in this area. Hence, the action plan of the liver disease section (www.niddk.nih.gov/fund/divisions/ddn/ldrb/ldrb_action_plan.htm) includes specific goals in the field of liver cancer. Hopefully, in the years to come the management of patients with HCC will offer a completely different perspective in which both prevention and treatment will have significantly decreased the number of HCC related deaths.

*Acknowledement:* The authors thank the AASLD Practice Guidelines Committee for their help in the preparation of this practice guideline. This committee, in concert with F. Fred Poordad, M.D., and Margaret C. Shuhart, M.D., M.S., as the lead reviewers, provided extensive peer review of this manuscript. The members of the Practice Guidelines Committee include K. Rajender Reddy, M.D., Chair, Andres Cardenas, M.D., MMSc, Robert L. Carithers, Jr., M.D., Stanley M. Cohen, M.D., Timothy J. Davern, M.D., Thomas W. Faust, M.D., Steven L. Flamm, M.D., Gregory J. Gores, M.D., Steven-Huy B. Han, M.D., Elizabeth Hespenheide, MSN, ACNP, Michael R. Lucey, M.D., David R. Nelson, M.D., F. Fred Poordad, M.D., Margaret C. Shuhart, M.D., MS, Brent A. Tetri, M.D., Zobair M. Younossi, M.D., MPH, and Nizar N. Zein, M.D..

## References

1. Eddy DM. Manual for Assessing Health Practices and Designing Practice Guidelines. Philadelphia, PA: American College of Physicians, 1996.
2. American Gastroenterological Association Medical Position Statement: guidelines for the use of enteral nutrition. Gastroenterology 1995;108: 1280-1281.
3. Bruix J, Sherman M, Llovet JM, Beaugrand M, Lencioni R, Burroughs AK, et al. Clinical Management of Hepatocellular carcinoma: conclusions of the Barcelona–2000 EASL Conference. J Hepatol 2001;35:421-430.
4. El Serag HB, Mason AC. Rising incidence of hepatocellular carcinoma in the United States. N Engl J Med 1999; 340:745-750.
5. Parkin DM, Bray F, Ferlay J, Pisani P. Estimating the world cancer burden: Globocan 2000. Int J Cancer 2001;94:153-156.
6. Deuffic S, Poynard T, Buffat L, Valleron AJ. Trends in primary liver cancer. Lancet 1998;351:214-215.
7. Stroffolini T, Andreone P, Andriulli A, Ascione A, Craxi A, Chiaramonte M, et al. Characteristics of hepatocellular carcinoma in Italy. J Hepatol 1998;29:944-952.
8. Taylor-Robinson SD, Foster GR, Arora S, Hargreaves S, Thomas HC. Increase in primary liver cancer in the UK, 1979-94. Lancet 1997;350: 1142-1143.
9. Bosch FX, Ribes J, Diaz M, Cleries R. Primary liver cancer: worldwide incidence and trends. Gastroenterology 2004;127(5 Suppl 1):S5-S16.
10. Zhang BH, Yang BH, Tang ZY. Randomized controlled trial of screening for hepatocellular carcinoma. J Cancer Res Clin Oncol 2004;130:417-422.
11. Chen JG, Parkin DM, Chen QG, Lu JH, Shen QJ, Zhang BC, et al. Screening for liver cancer: results of a randomised controlled trial in Qidong, China. J Med Screen 2003;10:204-209.
12. Welch HG, Schwartz LM, Woloshin S. Are increasing 5-year survival rates evidence of success against cancer? JAMA 2000;283:2975-2978.
13. McMahon BJ, Bulkow L, Harpster A, Snowball M, Lanier A, Sacco et al. Screening for hepatocellular carcinoma in Alaska natives infected with chronic hepatitis B: a 16-year population-based study. HEPATOLOGY 2000;32(4 Pt 1):842-846.
14. Wong LL, Limm WM, Severino R, Wong LM. Improved survival with screening for hepatocellular carcinoma. Liver Transpl 2000;6:320-325.
15. Oka H, Kurioka N, Kim K, Kanno T, Kuroki T, Mizoguchi Y, et al. Prospective study of early detection of hepatocellular carcinoma in patients with cirrhosis. HEPATOLOGY 1990;12(4 Pt 1):680-687.
16. Bolondi L, Sofia S, Siringo S, Gaiani S, Casali A, Zironi G, et al. Surveillance programme of cirrhotic patients for early diagnosis and treatment of hepatocellular carcinoma: a cost-effectiveness analysis. Gut 2001;48:251-259.
17. Llovet JM, Burroughs A, Bruix J. Hepatocellular carcinoma. Lancet 2003;362:1907-1917.
18. Liu JH, Chen PW, Asch SM, Busuttil RW, Ko CY. Surgery for hepatocellular carcinoma: does it improve survival? Ann Surg Oncol 2004;11: 298-303.
19. Llovet JM, Bru C, Bruix J. Prognosis of hepatocellular carcinoma: the BCLC staging classification. Semin Liver Dis 1999;19:329-338.
20. Yamamoto J, Iwatsuki S, Kosuge T, Dvorchik I, Shimada K, Marsh JW, et al. Should hepatomas be treated with hepatic resection or transplantation? Cancer 1999;86:1151-1158.
21. Molmenti EP, Marsh JW, Dvorchik I, Oliver JH III, Madariaga J, Iwatsuki S. Hepatobiliary malignancies. Primary hepatic malignant neoplasms. Surg Clin North Am 1999;79:43-57, viii.
22. Bismuth H, Majno PE, Adam R. Liver transplantation for hepatocellular carcinoma. Semin Liver Dis 1999;19:311-322.
23. Michel J, Suc B, Montpeyroux F, Hachemanne S, Blanc P, Domergue J, et al. Liver resection or transplantation for hepatocellular carcinoma? Retrospective analysis of 215 patients with cirrhosis. J Hepatol 1997;26: 1274-1280.
24. Llovet JM, Bruix J, Gores GJ. Surgical resection versus transplantation for early hepatocellular carcinoma: clues for the best strategy. HEPATOLOGY 2000;31:1019-1021.
25. Yao FY, Ferrell L, Bass NM, Watson JJ, Bacchetti P, Venook A, et al. Liver transplantation for hepatocellular carcinoma: expansion of the tumor size limits does not adversely impact survival. HEPATOLOGY 2001; 33:1394-1403.
26. Otto G, Heuschen U, Hofmann WJ, Krumm G, Hinz U, Herfarth C. Survival and recurrence after liver transplantation versus liver resection for hepatocellular carcinoma: a retrospective analysis. Ann Surg 1998; 227:424-432.
27. Llovet JM, Fuster J, Bruix J. Intention-to-Treat Analysis of Surgical Treatment for Early Hepatocellular Carcinoma: Resection Versus Transplantation. HEPATOLOGY 1999;30:1434-1440.
28. Arii S, Yamaoka Y, Futagawa S, Inoue K, Kobayashi K, Kojiro M, et al. Results of surgical and nonsurgical treatment for small-sized hepatocellular carcinomas: A retrospective and nationwide survey in Japan. HEPATOLOGY 2000;32:1224-1229.
29. Poon RT, Fan ST, Lo CM, Liu CL, Wong J. Long-term survival and pattern of recurrence after resection of small hepatocellular carcinoma in

patients with preserved liver function: implications for a strategy of salvage transplantation. Ann Surg 2002;235:373-382.

30. Jonas S, Bechstein WO, Steinmuller T, Herrmann M, Radke C, Berg T, et al. Vascular invasion and histopathologic grading determine outcome after liver transplantation for hepatocellular carcinoma in cirrhosis. HEPATOLOGY 2001;33:1080-1086.

31. Naimark D, Naglie G, Detsky AS. The meaning of life expectancy: what is a clinically significant gain? J Gen Intern Med 1994;9:702-707.

32. Laupacis A, Feeny D, Detsky AS, Tugwell PX. How attractive does a new technology have to be to warrant adoption and utilization? Tentative guidelines for using clinical and economic evaluations. CMAJ 1992;146: 473-481.

33. Sarasin FP, Giostra E, Hadengue A. Cost-effectiveness of screening for detection of small hepatocellular carcinoma in western patients with Child-Pugh class A cirrhosis. Am J Med 1996;101:422-434.

34. Arguedas MR, Chen VK, Eloubeidi MA, Fallon MB. Screening for hepatocellular carcinoma in patients with hepatitis C cirrhosis: a cost-utility analysis. Am J Gastroenterol 2003;98:679-690.

35. Lin OS, Keeffe EB, Sanders GD, Owens DK. Cost-effectiveness of screening for hepatocellular carcinoma in patients with cirrhosis due to chronic hepatitis C. Aliment Pharmacol Ther 2004;19:1159-1172.

36. Beasley RP, Hwang LY, Lin CC, Chien CS. Hepatocellular carcinoma and hepatitis B virus. A prospective study of 22 707 men in Taiwan. Lancet 1981;2:1129-1133.

37. Koike K, Tsutsumi T, Fujie H, Shintani Y, Kyoji M. Molecular mechanism of viral hepatocarcinogenesis. Oncology 2002;62(Suppl 1):29-37.

38. Beasley RP. Hepatitis B virus as the etiologic agent in hepatocellular carcinoma. HEPATOLOGY 1982;2(Suppl):21S-26S.

39. Sakuma K, Saitoh N, Kasai M, Jitsukawa H, Yoshino I, Yamaguchi M et al. Relative risks of death due to liver disease among Japanese male adults having various statuses for hepatitis B s and e antigen/antibody in serum: a prospective study. HEPATOLOGY 1988;8:1642-1646.

40. Villeneuve JP, Desrochers M, Infante-Rivard C, Willems B, Raymond G, Bourcier M et al. A long-term follow-up study of asymptomatic hepatitis B surface antigen-positive carriers in Montreal. Gastroenterology 1994; 106:1000-1005.

41. McMahon BJ, Alberts SR, Wainwright RB, Bulkow L, Lanier AP. Hepatitis B-related sequelae. Prospective study of 1400 hepatitis B surface antigen-positive Alaska native carriers. Arch Intern Med 1990;150:1051-1054.

42. Sherman M, Peltekian KM, Lee C. Screening for hepatocellular carcinoma in chronic carriers of hepatitis B virus: incidence and prevalence of hepatocellular carcinoma in a North American urban population. HEPATOLOGY 1995;22:432-438.

43. Fattovich G, Brollo L, Giustina G, Noventa F, Pontisso P, Alberti A, et al. Natural history and prognostic factors for chronic hepatitis type B. Gut 1991;32:294-298.

44. Manno M, Camma C, Schepis F, Bassi F, Gelmini R, Giannini F et al. Natural history of chronic HBV carriers in northern Italy: morbidity and mortality after 30 years. Gastroenterology 2004;127:756-763.

45. Hsu YS, Chien RN, Yeh CT, Sheen IS, Chiou HY, Chu CM, et al. Long-term outcome after spontaneous HBeAg seroconversion in patients with chronic hepatitis B. HEPATOLOGY 2002;35:1522-1527.

46. de Franchis R, Meucci G, Vecchi M, Tatarella M, Colombo M, Del Ninno E, et al. The natural history of asymptomatic hepatitis B surface antigen carriers. Ann Intern Med 1993;118:191-194.

47. Sanchez-Tapias JM, Costa J, Mas A, Bruguera M, Rodes J. Influence of hepatitis B virus genotype on the long-term outcome of chronic hepatitis B in western patients. Gastroenterology 2002;123:1848-1856.

48. Fattovich G. Natural history of hepatitis B. J Hepatol 2003;39(Suppl 1):S50-S58.

49. Yang HI, Lu SN, Liaw YF, You SL, Sun CA, Wang LY, et al. Hepatitis B e antigen and the risk of hepatocellular carcinoma. N Engl J Med 2002; 347:168-174.

50. Evans AA, Chen G, Ross EA, Shen FM, Lin WY, London WT. Eight-year follow-up of the 90,000-person Haimen City cohort: I. Hepatocellular carcinoma mortality, risk factors, and gender differences. Cancer Epidemiol Biomarkers Prev 2002;11:369-376.

51. Huo TI, Wu JC, Lee PC, Chau GY, Lui WY, Tsay SH, et al. Seroclearance of hepatitis B surface antigen in chronic carriers does not necessarily imply a good prognosis. HEPATOLOGY 1998;28:231-236.

52. Yuen MF, Wong DK, Sablon E, Tse E, Ng IO, Yuan HJ et al. HBsAg seroclearance in chronic hepatitis B in the Chinese: virological, histological, and clinical aspects. HEPATOLOGY 2004;39:1694-1701.

53. Fattovich G, Giustina G, Realdi G, Corrocher R, Schalm SW. Long-term outcome of hepatitis B e antigen-positive patients with compensated cirrhosis treated with interferon alfa. European Concerted Action on Viral Hepatitis (EUROHEP). HEPATOLOGY 1997;26:1338-1342.

54. Fattovich G, Giustina G, Sanchez-Tapias J, Quero C, Mas A, Olivotto PG et al. Delayed clearance of serum HBsAg in compensated cirrhosis B: relation to interferon alpha therapy and disease prognosis. European Concerted Action on Viral Hepatitis (EUROHEP) [see comments]. Am J Gastroenterol 1998;93:896-900.

55. Yu MW, Chang HC, Liaw YF, Lin SM, Lee SD, Liu CJ, et al. Familial risk of hepatocellular carcinoma among chronic hepatitis B carriers and their relatives. J Natl Cancer Inst 2000;92:1159-1164.

56. Kew MC, Marcus R, Geddes EW. Some characteristics of Mozambican Shangaans with primary hepatocellular cancer. S Afr Med J 1977;51:306-309.

57. Kew MC, Macerollo P. Effect of age on the etiologic role of the hepatitis B virus in hepatocellular carcinoma in blacks. Gastroenterology 1988;94: 439-442.

58. Bellentani S, Dal Morin G, Miglioli L, Croce L, Masutti F, Castiglione A. Natural history of HBV infection: a nine year follow-up of the Dionysius cohort. J Hepatology 2002;36:228S.

59. Fattovich G, Giustina G, Degos F, Tremolada F, Diodati G, Almasio P et al. Morbidity and mortality in compensated cirrhosis type C: a retrospective follow-up study of 384 patients. Gastroenterology 1997;112:463-472.

60. Niederau C, Lange S, Heintges T, Erhardt A, Buschkamp M, Hurter D, et al. Prognosis of chronic hepatitis C: results of a large, prospective cohort study. HEPATOLOGY 1998;28:1687-1695.

61. Niederau C, Heintges T, Lange S, Goldmann G, Niederau CM, Mohr L et al. Long-term follow-up of HBeAg-positive patients treated with interferon alfa for chronic hepatitis B. N Engl J Med 1996;334:1422-1427.

62. Degos F, Christidis C, Ganne-Carrie N, Farmachidi JP, Degott C, Guettier C, et al. Hepatitis C virus related cirrhosis: time to occurrence of hepatocellular carcinoma and death. Gut 2000;47:131-136.

63. Sun CA, Wu DM, Lin CC, Lu SN, You SL, Wang LY et al. Incidence and cofactors of hepatitis C virus-related hepatocellular carcinoma: a prospective study of 12,008 men in Taiwan. Am J Epidemiol 2003;157:674-682.

64. Yoshida H, Shiratori Y, Moriyama M, Arakawa Y, Ide T, Sata M, et al. Interferon therapy reduces the risk for hepatocellular carcinoma: national surveillance program of cirrhotic and noncirrhotic patients with chronic hepatitis C in Japan. IHIT Study Group. Inhibition of Hepatocarcinogenesis by Interferon Therapy. Ann Intern Med 1999;131:174-181.

65. Imbert-Bismut F, Ratziu V, Pieroni L, Charlotte F, Benhamou Y, Poynard T. Biochemical markers of liver fibrosis in patients with hepatitis C virus infection: a prospective study. Lancet 2001; 357:1069-1075.

66. Forns X, Ampurdanes S, Llovet JM, Aponte J, Quinto L, Martinez-Bauer E, et al. Identification of chronic hepatitis C patients without hepatic fibrosis by a simple predictive model. HEPATOLOGY 2002;36(4 Pt 1):986-992.

67. Callewaert N, Van Vlierberghe H, Van Hecke A, Laroy W, Delanghe J, Contreras R. Noninvasive diagnosis of liver cirrhosis using DNA sequencer-based total serum protein glycomics. Nat Med 2004;10:429-434.

68. Moriyama M, Matsumura H, Aoki H, Shimizu T, Nakai K, Saito T, et al. Long-term outcome, with monitoring of platelet counts, in patients with chronic hepatitis C and liver cirrhosis after interferon therapy. Intervirology 2003;46:296-307.

69. Velazquez RF, Rodriguez M, Navascues CA, Linares A, Perez R, Sotorrios NG, et al. Prospective analysis of risk factors for hepatocellular carcinoma in patients with liver cirrhosis. HEPATOLOGY 2003;37:520-527.

70. Giannini E, Risso D, Botta F, Chiarbonello B, Fasoli A, Malfatti F, et al. Validity and clinical utility of the aspartate aminotransferase-alanine aminotransferase ratio in assessing disease severity and prognosis in patients with hepatitis C virus-related chronic liver disease. Arch Intern Med 2003;163:218-224.

71. Pineda JA, Romero-Gomez M, Diaz-Garcia F, Giron-Gonzalez JA, Montero JL, Torre-Cisneros J, et al. HIV coinfection shortens the survival of patients with hepatitis C virus-related decompensated cirrhosis. HEPATOLOGY 2005;41:779-789.

72. Giordano TP, Kramer JR, Souchek J, Richardson P, El Serag HB. Cirrhosis and hepatocellular carcinoma in HIV-infected veterans with and without the hepatitis C virus: a cohort study, 1992-2001. Arch Intern Med 2004;164:2349-2354.

73. Rosenthal E, Poiree M, Pradier C, Perronne C, Salmon-Ceron D, Geffray L, et al. Mortality due to hepatitis C-related liver disease in HIV-infected patients in France (Mortavic 2001 study). AIDS 2003;17:1803-1809.

74. Puoti M, Bruno R, Soriano V, Donato F, Gaeta GB, Quinzan GP, et al. Hepatocellular carcinoma in HIV-infected patients: epidemiological features, clinical presentation and outcome. AIDS 2004;18:2285-2293.

75. Coelho-Little ME, Jeffers LJ, Bernstein DE, Goodman JJ, Reddy KR, De Medina M, et al. Hepatitis C virus in alcoholic patients with and without clinically apparent liver disease. Alcohol Clin Exp Res 1995;19:1173-1176.

76. Befrits R, Hedman M, Blomquist L, Allander T, Grillner L, Kinnman N, et al. Chronic hepatitis C in alcoholic patients: prevalence, genotypes, and correlation to liver disease. Scand J Gastroenterol 1995;30:1113-1118.

77. Bode JC, Alscher DM, Wisser H, Bode C. Detection of hepatitis C virus antibodies and hepatitis C virus RNA in patients with alcoholic liver disease. Alcohol Alcohol 1995;30:97-103.

78. Hassan MM, Hwang LY, Hatten CJ, Swaim M, Li D, Abbruzzese JL et al. Risk factors for hepatocellular carcinoma: synergism of alcohol with viral hepatitis and diabetes mellitus. HEPATOLOGY 2002;36:1206-1213.

79. Schoniger-Hekele M, Muller C, Kutilek M, Oesterreicher C, Ferenci P, Gangl A. Hepatocellular carcinoma in Austria: aetiological and clinical characteristics at presentation. Eur J Gastroenterol Hepatol 2000;12:941-948.

80. El Serag HB, Mason AC. Risk factors for the rising rates of primary liver cancer in the United States. Arch Intern Med 2000;160:3227-3230.

81. Adami HO, Chow WH, Nyren O, Berne C, Linet MS, Ekbom A, et al. Excess risk of primary liver cancer in patients with diabetes mellitus. J Natl Cancer Inst 1996;88:1472-1477.

82. Bugianesi E, Leone N, Vanni E, Marchesini G, Brunello F, Carucci P et al. Expanding the natural history of nonalcoholic steatohepatitis: From cryptogenic cirrhosis to hepatocellular carcinoma. Gastroenterology 2002;123:134-140.

83. Shimada M, Hashimoto E, Taniai M, Hasegawa K, Okuda H, Hayashi N, et al. Hepatocellular carcinoma in patients with non-alcoholic steatohepatitis. J Hepatol 2002;37:154-160.

84. Elmberg M, Hultcrantz R, Ekbom A, Brandt L, Olsson S, Olsson R, et al. Cancer risk in patients with hereditary hemochromatosis and in their first-degree relatives. Gastroenterology 2003;125:1733-1741.

85. Hsing AW, McLaughlin JK, Olsen JH, Mellemkjar L, Wacholder S, Fraumeni JF Jr. Cancer risk following primary hemochromatosis: a population-based cohort study in Denmark. Int J Cancer 1995;60:160-162.

86. Fracanzani AL, Conte D, Fraquelli M, Taioli E, Mattioli M, Losco A, et al. Increased cancer risk in a cohort of 230 patients with hereditary hemochromatosis in comparison to matched control patients with non-iron-related chronic liver disease. HEPATOLOGY 2001;33:647-651.

87. Caballeria L, Pares A, Castells A, Gines A, Bru C, Rodes J. Hepatocellular carcinoma in primary biliary cirrhosis: similar incidence to that in hepatitis C virus-related cirrhosis. Am J Gastroenterol 2001;96:1160-1163.

88. Elzouki AN, Eriksson S. Risk of hepatobiliary disease in adults with severe alpha 1-antitrypsin deficiency (PiZZ): is chronic viral hepatitis B or C an additional risk factor for cirrhosis and hepatocellular carcinoma? Eur J Gastroenterol Hepatol 1996;8:989-994.

89. Eriksson S, Carlson J, Velez R. Risk of cirrhosis and primary liver cancer in alpha 1-antitrypsin deficiency. N Engl J Med 1986;314:736-739.

90. Fattovich G, Giustina G, Degos F, Diodati G, Tremolada F, Nevens F et al. Effectiveness of interferon alfa on incidence of hepatocellular carcinoma and decompensation in cirrhosis type C. European Concerted Action on Viral Hepatitis (EUROHEP). J Hepatol 1997;27:201-205.

91. Benvegnu L, Chemello L, Noventa F, Fattovich G, Pontisso P, Alberti A. Retrospective analysis of the effect of interferon therapy on the clinical outcome of patients with viral cirrhosis. Cancer 1998;83:901-909.

92. Lin SM, Sheen IS, Chien RN, Chu CM, Liaw YF. Long-term beneficial effect of interferon therapy in patients with chronic hepatitis B virus infection. HEPATOLOGY 1999;29:971-975.

93. Yuen MF, Hui CK, Cheng CC, Wu CH, Lai YP, Lai CL. Long-term follow-up of interferon alfa treatment in Chinese patients with chronic hepatitis B infection: The effect on hepatitis B e antigen seroconversion and the development of cirrhosis-related complications. HEPATOLOGY 2001;34:139-145.

94. Liaw YF, Sung JJ, Chow WC, Farrell G, Lee CZ, Yuen H, et al. Lamivudine for patients with chronic hepatitis B and advanced liver disease. N Engl J Med 2004;351:1521-1531.

95. Nishiguchi S, Shiomi S, Nakatani S, Takeda T, Fukuda K, Tamori A, et al. Prevention of hepatocellular carcinoma in patients with chronic active hepatitis C and cirrhosis. Lancet 2001;357:196-197.

96. Valla DC, Chevallier M, Marcellin P, Payen JL, Trepo C, Fonck M, et al. Treatment of hepatitis C virus-related cirrhosis: a randomized, controlled trial of interferon alfa-2b versus no treatment. HEPATOLOGY 1999;29:1870-1875.

97. Camma C, Giunta M, Andreone P, Craxi A. Interferon and prevention of hepatocellular carcinoma in viral cirrhosis: an evidence-based approach. J Hepatol 2001;34:593-602.

98. HCC-Int.Interferon-alpha StudyGroup. Effect of interferon-alpha on progression of cirrhosis to hepatocellular carcinoma: a retrospective cohort study. International Interferon-alpha Hepatocellular Carcinoma Study Group. Lancet 1998;351:1535-1539.

99. Hayashi K, Kumada T, Nakano S, Takeda I, Kiriyama S, Sone Y, et al. Incidence of hepatocellular carcinoma in chronic hepatitis C after interferon therapy. Hepatogastroenterology 2002;49:508-512.

100. Ikeda K, Saitoh S, Kobayashi M, Suzuki Y, Suzuki F, Tsubota A, et al. Long-term interferon therapy for 1 year or longer reduces the hepatocellular carcinogenesis rate in patients with liver cirrhosis caused by hepatitis C virus: a pilot study. J Gastroenterol Hepatol 2001;16:406-415.

101. Tanaka H, Tsukuma H, Kasahara A, Hayashi N, Yoshihara H, Masuzawa M, et al. Effect of interferon therapy on the incidence of hepatocellular carcinoma and mortality of patients with chronic hepatitis C: a retrospective cohort study of 738 patients. Int J Cancer 2000;87:741-749.

102. Okanoue T, Itoh Y, Minami M, Sakamoto S, Yasui K, Sakamoto M, et al. Interferon therapy lowers the rate of progression to hepatocellular carcinoma in chronic hepatitis C but not significantly in an advanced stage: a retrospective study in 1148 patients. Viral Hepatitis Therapy Study Group. J Hepatol 1999;30:653-659.

103. Toyoda H, Kumada T, Nakano S, Takeda I, Sugiyama K, Kiriyama S, et al. Effect of the dose and duration of interferon-alpha therapy on the incidence of hepatocellular carcinoma in noncirrhotic patients with a nonsustained response to interferon for chronic hepatitis C. Oncology 2001;61:134-142.

104. Oka H, Tamori A, Kuroki T, Kobayashi K, Yamamoto S. Prospective study of alpha-fetoprotein in cirrhotic patients monitored for development of hepatocellular carcinoma. HEPATOLOGY 1994;19:61-66.

105. Zhang JY, Wang X, Han SG, Zhuang H. A case-control study of risk factors for hepatocellular carcinoma in Henan, China. Am J Trop Med Hyg 1998;59:947-951.

106. Colombo M, de Franchis R, Del Ninno E, Sangiovanni A, De Fazio C, Tommasini M, et al. Hepatocellular carcinoma in Italian patients with cirrhosis. N Engl J Med 1991; 325:675-680.

107. Hytiroglou P, Theise ND, Schwartz M, Mor E, Miller C, Thung SN. Macroregenerative nodules in a series of adult cirrhotic liver explants: issues of classification and nomenclature. HEPATOLOGY 1995;21:703-708.

108. Ganne-Carrie N, Chastang C, Chapel F, Munz C, Pateron D, Sibony M, et al. Predictive score for the development of hepatocellular carcinoma and additional value of liver large cell dysplasia in Western patients with cirrhosis. HEPATOLOGY 1996;23:1112-1118.

109. Lee RG, Tsamandas AC, Demetris AJ. Large cell change (liver cell dysplasia) and hepatocellular carcinoma in cirrhosis: matched case-control study, pathological analysis, and pathogenetic hypothesis. HEPATOLOGY 1997;26:1415-1422.

110. Shibata M, Morizane T, Uchida T, Yamagami T, Onozuka Y, Nakano M, et al. Irregular regeneration of hepatocytes and risk of hepatocellular carcinoma in chronic hepatitis and cirrhosis with hepatitis-C-virus infection. Lancet 1998;351:1773-1777.

111. Tiniakos DG, Brunt EM. Proliferating cell nuclear antigen and Ki-67 labeling in hepatocellular nodules: a comparative study. Liver 1999;19:58-68.

112. Ballardini G, Groff P, Zoli M, Bianchi G, Giostra F, Francesconi R, et al. Increased risk of hepatocellular carcinoma development in patients with cirrhosis and with high hepatocellular proliferation. J Hepatol 1994;20:218-222.

113. Dutta U, Kench J, Byth K, Khan MH, Lin R, Liddle C, et al. Hepatocellular proliferation and development of hepatocellular carcinoma: a case-control study in chronic hepatitis C. Hum Pathol 1998;29:1279-1284.

114. Borzio M, Trere D, Borzio F, Ferrari AR, Bruno S, Roncalli M, et al. Hepatocyte proliferation rate is a powerful parameter for predicting hepatocellular carcinoma development in liver cirrhosis. Mol Pathol 1998;51:96-101.

115. Donato MF, Arosio E, Del Ninno E, Ronchi G, Lampertico P, Morabito A, et al. High rates of hepatocellular carcinoma in cirrhotic patients with high liver cell proliferative activity. HEPATOLOGY 2001;34:523-528.

116. Saab S, Ly D, Nieto J, Kanwal F, Lu D, Raman S, et al. Hepatocellular carcinoma screening in patients waiting for liver transplantation: a decision analytic model. Liver Transpl 2003;9:672-681.

117. Llovet JM, Mas X, Aponte JJ, Fuster J, Navasa M, Christensen E, et al. Cost effectiveness of adjuvant therapy for hepatocellular carcinoma during the waiting list for liver transplantation. Gut 2002;50:123-128.

118. Trevisani F, D'Intino PE, Morselli-Labate AM, Mazzella G, Accogli E, Caraceni P, et al. Serum alpha-fetoprotein for diagnosis of hepatocellular carcinoma in patients with chronic liver disease: influence of HBsAg and anti-HCV status. J Hepatol 2001;34:570-575.

119. Pateron D, Ganne N, Trinchet JC, Aurousseau MH, Mal F, Meicler C et al. Prospective study of screening for hepatocellular carcinoma in Caucasian patients with cirrhosis [see comments]. J Hepatol 1994;20:65-71.

120. Zoli M, Magalotti D, Bianchi G, Gueli C, Marchesini G, Pisi E. Efficacy of a surveillance program for early detection of hepatocellular carcinoma. Cancer 1996;78:977-985.

121. Izuno K, Fujiyama S, Yamasaki K, Sato M, Sato T. Early detection of hepatocellular carcinoma associated with cirrhosis by combined assay of des-gamma-carboxy prothrombin and alpha-fetoprotein: a prospective study. Hepatogastroenterology 1995;42:387-393.

122. Sherman M. Alphafetoprotein: An obituary. J Hepatol 2001;34:603-605.

123. Grazi GL, Mazziotti A, Legnani C, Jovine E, Miniero R, Gallucci A, et al. The role of tumor markers in the diagnosis of hepatocellular carcinoma, with special reference to the des-gamma-carboxy prothrombin. Liver Transpl Surg 1995;1:249-255.

124. Tsai SL, Huang GT, Yang PM, Sheu JC, Sung JL, Chen DS. Plasma des-gamma-carboxyprothrombin in the early stage of hepatocellular carcinoma. HEPATOLOGY 1990;11:481-488.

125. Suehiro T, Sugimachi K, Matsumata T, Itasaka H, Taketomi A, Maeda T. Protein induced by vitamin K absence or antagonist II as a prognostic marker in hepatocellular carcinoma. Comparison with alpha-fetoprotein. Cancer 1994;73:2464-2471.

126. Marrero JA, Su GL, Wei W, Emick D, Conjeevaram HS, Fontana RJ et al. Des-gamma carboxyprothrombin can differentiate hepatocellular carcinoma from nonmalignant chronic liver disease in American patients. HEPATOLOGY 2003;37:1114-1121.

127. Koike Y, Shiratori Y, Sato S, Obi S, Teratani T, Imamura M, et al. Des-gamma-carboxy prothrombin as a useful predisposing factor for the development of portal venous invasion in patients with hepatocellular carcinoma: a prospective analysis of 227 patients. Cancer 2001;91:561-569.

128. Yamashita F, Tanaka M, Satomura S, Tanikawa K. Monitoring of lectin-reactive alpha-fetoproteins in patients with hepatocellular carcinoma treated using transcatheter arterial embolization. Eur J Gastroenterol Hepatol 1995;7:627-633.

129. Hayashi K, Kumada T, Nakano S, Takeda I, Sugiyama K, Kiriyama S et al. Usefulness of measurement of Lens culinaris agglutinin-reactive fraction of alpha-fetoprotein as a marker of prognosis and recurrence of small hepatocellular carcinoma. Am J Gastroenterol 1999;94:3028-3033.

130. Okuda K, Tanaka M, Kanazawa N, Nagashima J, Satomura S, Kinoshita et al. Evaluation of curability and prediction of prognosis after surgical treatment for hepatocellular carcinoma by lens culinaris agglutinin-reactive alpha-fetoprotein. Int J Oncol 1999;14:265-271.

131. Kumada T, Nakano S, Takeda I, Kiriyama S, Sone Y, Hayashi et al. Clinical utility of Lens culinaris agglutinin-reactive alpha- fetoprotein in small hepatocellular carcinoma: special reference to imaging diagnosis. J Hepatol 1999;30:125-130.

132. Sato Y, Nakata K, Kato Y, Shima M, Ishii N, Koji T, et al. Early recognition of hepatocellular carcinoma based on altered profiles of alpha-fetoprotein. N Engl J Med 1993;328:1802-1806.

133. Shiraki K, Takase K, Tameda Y, Hamada M, Kosaka Y, Nakano T. A clinical study of lectin-reactive alpha-fetoprotein as an early indicator of hepatocellular carcinoma in the follow-up of cirrhotic patients. HEPATOLOGY 1995;22:802-807.

134. Taketa K, Endo Y, Sekiya C, Tanikawa K, Koji T, Taga H, et al. A collaborative study for the evaluation of lectin-reactive alpha- fetoproteins in early detection of hepatocellular carcinoma. Cancer Res 1993;53:5419-5423.

135. Ishizuka H, Nakayama T, Matsuoka S, Gotoh I, Ogawa M, Suzuki K et al. Prediction of the development of hepato-cellular-carcinoma in patients with liver cirrhosis by the serial determinations of serum alpha-L-fucosidase activity. Intern Med 1999;38:927-931.

136. Giardina MG, Matarazzo M, Morante R, Lucariello A, Varriale A, Guardasole V, et al. Serum alpha-L-fucosidase activity and early detection of hepatocellular carcinoma: a prospective study of patients with cirrhosis. Cancer 1998;83:2468-2474.

137. Capurro M, Wanless IR, Sherman M, Deboer G, Shi W, Miyoshi E, et al. Glypican-3: a novel serum and histochemical marker for hepatocellular carcinoma. Gastroenterology 2003;125:89-97.

138. Nakatsura T, Yoshitake Y, Senju S, Monji M, Komori H, Motomura Y, et al. Glypican-3, overexpressed specifically in human hepatocellular carcinoma, is a novel tumor marker. Biochem Biophys Res Commun 2003;306:16-25.

139. Paradis V, Degos F, Dargere D, Pham N, Belghiti J, Degott C, et al. Identification of a new marker of hepatocellular carcinoma by serum protein profiling of patients with chronic liver diseases. HEPATOLOGY 2005;41:40-47.

140. Sherman M. Screening for hepatocellular carcinoma. Baillieres Best Pract Res Clin Gastroenterol 1999;13:623-635.

141. Chen TH, Chen CJ, Yen MF, Lu SN, Sun CA, Huang GT, et al. Ultrasound screening and risk factors for death from hepatocellular carcinoma in a high risk group in Taiwan. Int J Cancer 2002;98:257-261.

142. Larcos G, Sorokopud H, Berry G, Farrell GC. Sonographic screening for hepatocellular carcinoma in patients with chronic hepatitis or cirrhosis: an evaluation. AJR Am J Roentgenol 1998;171:433-435.

143. Bartolozzi C, Lencioni R. In: Bartolozzi C, Lencioni R, eds. Liver Malignancies. Diagnostic and Interventional Radiology. Berlin: Springer-Verlag, 1999.

144. Zhang B, Yang B. Combined alpha fetoprotein testing and ultrasonography as a screening test for primary liver cancer. J Med Screen 1999;6:108-110.

145. Kobayashi K, Sugimoto T, Makino H, Kumagai M, Unoura M, Tanaka N, et al. Screening methods for early detection of hepatocellular carcinoma. HEPATOLOGY 1985;5:1100-1105.

146. Takayasu K, Moriyama N, Muramatsu Y, Makuuchi M, Hasegawa H, Okazaki N, et al. The diagnosis of small hepatocellular carcinomas: efficacy of various imaging procedures in 100 patients. AJR Am J Roentgenol 1990;155:49-54.

147. Miller WJ, Baron RL, Dodd GD, III, Federle MP. Malignancies in patients with cirrhosis: CT sensitivity and specificity in 200 consecutive transplant patients. Radiology 1994;193:645-650.

148. Trevisani F, De NS, Rapaccini G, Farinati F, Benvegnu L, Zoli M, et al. Semiannual and annual surveillance of cirrhotic patients for hepatocellular carcinoma: effects on cancer stage and patient survival (Italian experience). Am J Gastroenterol 2002;97:734-744.

149. Santagostino E, Colombo M, Rivi M, Rumi MG, Rocino A, Linari S et al. A 6-month surveillance for hepatocellular carcinoma in 559 hemophiliacs infected with the hepatitis C virus. Blood 2003;102:78-82.

150. Nakashima T, Kojiro M. Hepatocellular Carcinoma. Tokyo: Springer Verlag, 1987.

151. Torzilli G, Minagawa M, Takayama T, Inoue K, Hui AM, Kubota K, et al. Accurate preoperative evaluation of liver mass lesions without fine-needle biopsy. HEPATOLOGY 1999;30:889-893.

152. Levy I, Greig PD, Gallinger S, Langer B, Sherman M. Resection of hepatocellular carcinoma without preoperative tumor biopsy. Ann Surg 2001;234:206-209.

153. Quaia E, Calliada F, Bertolotto M, Rossi S, Garioni L, Rosa L, et al. Characterization of focal liver lesions with contrast-specific US modes and a sulfur hexafluoride-filled microbubble contrast agent: diagnostic performance and confidence. Radiology 2004;232:420-430.

154. Nicolau C, Catala V, Vilana R, Gilabert R, Bianchi L, Sole M, et al. Evaluation of hepatocellular carcinoma using SonoVue, a second generation ultrasound contrast agent: correlation with cellular differentiation. Eur Radiol 2004;14:1092-1099.

155. Gaiani S, Celli N, Piscaglia F, Cecilioni L, Losinno F, Giangregorio F, et al. Usefulness of contrast-enhanced perfusional sonography in the assessment of hepatocellular carcinoma hypervascular at spiral computed tomography. J Hepatol 2004;41:421-426.

156. Bizollon T, Rode A, Bancel B, Gueripel V, Ducerf C, Baulieux J, et al. Diagnostic value and tolerance of Lipiodol-computed tomography for the detection of small hepatocellular carcinoma: correlation with pathologic examination of explanted livers. J Hepatol 1998;28:491-496.

157. Kojiro M. Focus on dysplastic nodules and early hepatocellular carcinoma: an Eastern point of view. Liver Transpl 2004;10(2 Suppl 1):S3-S8.

158. Caturelli E, Solmi L, Anti M, Fusilli S, Roselli P, Andriulli A, et al. Ultrasound guided fine needle biopsy of early hepatocellular carcinoma complicating liver cirrhosis: a multicentre study. Gut 2004;53:1356-1362.

159. Takayama T, Makuuchi M, Hirohashi S, Sakamoto M, Yamamoto J, Shimada K, et al. Early hepatocellular carcinoma as an entity with a high rate of surgical cure. HEPATOLOGY 1998;28:1241-1246.

160. Sakamoto M, Hirohashi S. Natural history and prognosis of adenomatous hyperplasia and early hepatocellular carcinoma: multi-institutional analysis of 53 nodules followed up for more than 6 months and 141 patients with single early hepatocellular carcinoma treated by surgical resection or percutaneous ethanol injection. Jpn J Clin Oncol 1998;28:604-608.

161. Nakashima Y, Nakashima O, Tanaka M, Okuda K, Nakashima M, Kojiro M. Portal vein invasion and intrahepatic micrometastasis in small hepatocellular carcinoma by gross type. Hepatol Res 2003;26:142-147.

162. Mueller GC, Hussain HK, Carlos RC, Nghiem HV, Francis IR. Effectiveness of MR imaging in characterizing small hepatic lesions: routine versus expert interpretation. AJR Am J Roentgenol 2003;180:673-680.

163. Martin J, Puig J, Darnell A, Donoso L. Magnetic resonance of focal liver lesions in hepatic cirrhosis and chronic hepatitis. Semin Ultrasound CT MR 2002;23:62-78.

164. Yu JS, Kim KW, Kim EK, Lee JT, Yoo HS. Contrast enhancement of small hepatocellular carcinoma: usefulness of three successive early image acquisitions during multiphase dynamic MR imaging. AJR Am J Roentgenol 1999;173:597-604.

165. Burrel M, Llovet JM, Ayuso C, Iglesias C, Sala M, Miquel R, et al. MRI angiography is superior to helical CT for detection of HCC prior to liver transplantation: An explant correlation. HEPATOLOGY 2003;38:1034-1042.

166. Shimizu A, Ito K, Koike S, Fujita T, Shimizu K, Matsunaga N. Cirrhosis or chronic hepatitis: evaluation of small (<or=2-cm) early-enhancing hepatic lesions with serial contrast-enhanced dynamic MR imaging. Radiology 2003;226:550-555.

167. Sala M, Llovet JM, Vilana R, Bianchi L, Sole M, Ayuso C, et al. Initial response to percutaneous ablation predicts survival in patients with hepatocellular carcinoma. HEPATOLOGY 2004;40:1352-1360.

168. Iwasaki M, Furuse J, Yoshino M, Ryu M, Moriyama N, Mukai K. Sonographic appearances of small hepatic nodules without tumor stain on contrast-enhanced computed tomography and angiography. J Clin Ultrasound 1998;26:303-307.

169. Jeong YY, Mitchell DG, Kamishima T. Small (<20 mm) enhancing hepatic nodules seen on arterial phase MR imaging of the cirrhotic liver: clinical implications. AJR Am J Roentgenol 2002;178:1327-1334.

170. Fracanzani AL, Burdick L, Borzio M, Roncalli M, Bonelli N, Borzio F, et al. Contrast-enhanced doppler ultrasonography in the diagnosis of hepatocellular carcinoma and premalignant lesions in patients with cirrhosis. HEPATOLOGY 2001;34:1109-1112.

171. Takayama T, Makuuchi M, Hirohashi S, Sakamoto M, Okazaki N, Takayasu K, et al. Malignant transformation of adenomatous hyperplasia to hepatocellular carcinoma. Lancet 1990;336:1150-1153.

172. Fleming ID. AJCC/TNM cancer staging, present and future. J Surg Oncol 2001;77:233-236.

173. Okuda K, Ohtsuki T, Obata H, Tomimatsu M, Okazaki N, Hasegawa H, et al. Natural history of hepatocellular carcinoma and prognosis in relation to treatment. Study of 850 patients. Cancer 1985;56:918-928.

174. Greene FL, Page DL, Fleming ID, Fritz AG, Balck CM, Haller DG, Morrow M, eds. AJCC. Cancer Staging Handbook. New York: Springer Verlag, 2002.

175. Vauthey JN, Lauwers GY, Esnaola NF, Do KA, Belghiti J, Mirza N, et al. Simplified staging for hepatocellular carcinoma. J Clin Oncol 2002;20:1527-1536.

176. Pugh RN, Murray-Lyon IM, Dawson JL, Pietroni MC, Williams R. Transection of the oesophagus for bleeding oesophageal varices. Br J Surg 1973;60:646-649.

177. Kamath PS, Wiesner RH, Malinchoc M, Kremers W, Therneau TM, Kosberg CL, et al. A model to predict survival in patients with end-stage liver disease. HEPATOLOGY 2001;33:464-470.

178. Christensen E. Prognostic models including the Child-Pugh, MELD and Mayo risk scores—where are we and where should we go? J Hepatol 2004;41:344-350.

179. Calvet X, Bruix J, Gines P, Bru C, Sole M, Vilana R, et al. Prognostic factors of hepatocellular carcinoma in the west: a multivariate analysis in 206 patients. HEPATOLOGY 1990;12(4 Pt 1):753-760.

180. Chevret S, Trinchet JC, Mathieu D, Rached AA, Beaugrand M, Chastang C. A new prognostic classification for predicting survival in patients with hepatocellular carcinoma. Groupe d'Etude et de Traitement du Carcinome Hepatocellulaire. J Hepatol 1999;31:133-141.

181. The Cancer of the Liver Italian Program (CLIP) investigators. A new prognostic system for hepatocellular carcinoma: a retrospective study of 435 patients. HEPATOLOGY 1998;28:751-755.

182. Schoniger-Hekele M, Muller C, Kutilek M, Oesterreicher C, Ferenci P, Gangl A. Hepatocellular carcinoma in Central Europe: prognostic features and survival. Gut 2001;48:103-109.

183. Leung TW, Tang AM, Zee B, Lau WY, Lai PB, Leung KL, et al. Construction of the Chinese University Prognostic Index for hepatocellular carcinoma and comparison with the TNM staging system, the Okuda staging system, and the Cancer of the Liver Italian Program staging system: a study based on 926 patients. Cancer 2002;94:1760-1769.

184. Kudo M, Chung H, Osaki Y. Prognostic staging system for hepatocellular carcinoma (CLIP score): its value and limitations, and a proposal for a new staging system, the Japan Integrated Staging Score (JIS score). J Gastroenterol 2003;38:207-215.

185. Omagari K, Honda S, Kadokawa Y, Isomoto H, Takeshima F, Hayashida K, et al. Preliminary analysis of a newly proposed prognostic scoring system (SLiDe score) for hepatocellular carcinoma. J Gastroenterol Hepatol 2004;19:805-811.

186. Marrero JA, Fontana RJ, Barrat A, Askari F, Conjeevaram HS, Su GL, et al. Prognosis of hepatocellular carcinoma: comparison of 7 staging systems in an American cohort. HEPATOLOGY 2005;41:707-716.

187. Grieco A, Pompili M, Caminiti G, Miele L, Covino M, Alfei B, et al. Prognostic factors for survival in patients with early-intermediate hepatocellular carcinoma undergoing non-surgical therapy: comparison of Okuda, CLIP, and BCLC staging systems in a single Italian centre. Gut 2005;54:411-418.

188. Bruix J, Boix L, Sala M, Llovet JM. Focus on hepatocellular carcinoma. Cancer Cell 2004;5:215-219.

189. Conill C, Verger E, Salamero M. Performance status assessment in cancer patients. Cancer 1990;65:1864-1866.

190. Verger E, Salamero M, Conill C. Can Karnofsky performance status be transformed to the Eastern Cooperative Oncology Group scoring scale and vice versa? Eur J Cancer 1992;28A:1328-1330.

191. Sorensen JB, Klee M, Palshof T, Hansen HH. Performance status assessment in cancer patients. An inter-observer variability study. Br J Cancer 1993;67:773-775.

192. Llovet JM, Bruix J. Systematic review of randomized trials for unresectable hepatocellular carcinoma: Chemoembolization improves survival. HEPATOLOGY 2003;37:429-442.

193. Mazzaferro V, Regalia E, Doci R, Andreola S, Pulvirenti A, Bozzetti F, et al. Liver transplantation for the treatment of small hepatocellular carcinomas in patients with cirrhosis. N Engl J Med 1996;334:693-699.

194. Bruix J, Llovet JM, Castells A, Montana X, Bru C, Ayuso MC, et al. Transarterial embolization versus symptomatic treatment in patients with advanced hepatocellular carcinoma: results of a randomized, controlled trial in a single institution. HEPATOLOGY 1998;27:1578-1583.

195. Raoul JL, Guyader D, Bretagne JF, Heautot JF, Duvauferrier R, Bourguet P, et al. Prospective randomized trial of chemoembolization versus intra-arterial injection of 131I-labeled-iodized oil in the treatment of hepatocellular carcinoma. HEPATOLOGY 1997;26:1156-1161.

196. Nerenstone SR, Ihde DC, Friedman MA. Clinical trials in primary hepatocellular carcinoma: current status and future directions. Cancer Treat Rev 1988;15:1-31.

197. Okada S, Okazaki N, Nose H, Yoshimori M, Aoki K. Prognostic factors in patients with hepatocellular carcinoma receiving systemic chemotherapy. HEPATOLOGY 1992;16:112-117.

198. Grimaldi C, Bleiberg H, Gay F, Messner M, Rougier P, Kok TC, et al. Evaluation of antiandrogen therapy in unresectable hepatocellular carcinoma: results of a European Organization for Research and Treatment of Cancer multicentric double-blind trial. J Clin Oncol 1998;16:411-417.

199. Randomized trial of leuprorelin and flutamide in male patients with hepatocellular carcinoma treated with tamoxifen. HEPATOLOGY 2004;40: 1361-1369.

200. Yuen MF, Poon RT, Lai CL, Fan ST, Lo CM, Wong KW, et al. A randomized placebo-controlled study of long-acting octreotide for the treatment of advanced hepatocellular carcinoma. HEPATOLOGY 2002;36:687-691.

201. Fong Y, Sun RL, Jarnagin W, Blumgart LH. An analysis of 412 cases of hepatocellular carcinoma at a Western center. Ann Surg 1999;229:790-799.

202. Grazi GL, Ercolani G, Pierangeli F, Del Gaudio M, Cescon M, Cavallari A, et al. Improved results of liver resection for hepatocellular carcinoma on cirrhosis give the procedure added value. Ann Surg 2001;234:71-78.

203. D'Amico G, Morabito A, Pagliaro L, Marubini E. Survival and prognostic indicators in compensated and decompensated cirrhosis. Dig Dis Sci 1986;31:468-475.

204. Gines P, Quintero E, Arroyo V, Teres J, Bruguera M, Rimola A, et al. Compensated cirrhosis: natural history and prognostic factors. HEPATOLOGY 1987;7:122-128.

205. Torzilli G, Makuuchi M, Inoue K, Takayama T, Sakamoto Y, Sugawara Y, et al. No-mortality liver resection for hepatocellular carcinoma in cirrhotic and noncirrhotic patients: is there a way? A prospective analysis of our approach. Arch Surg 1999;134:984-992.

206. Bruix J, Castells A, Bosch J, Feu F, Fuster J, Garcia-Pagan JC, et al. Surgical resection of hepatocellular carcinoma in cirrhotic patients: prognostic value of preoperative portal pressure. Gastroenterology 1996;111: 1018-1022.

207. Rees M, Plant G, Wells J, Bygrave S. One hundred and fifty hepatic resections: evolution of technique towards bloodless surgery. Br J Surg 1996;83:1526-1529.

208. Poon RT, Fan ST, Ng IO, Wong J. Significance of resection margin in hepatectomy for hepatocellular carcinoma: A critical reappraisal. Ann Surg 2000;231:544-551.

209. Okada S, Shimada K, Yamamoto J, Takayama T, Kosuge T, Yamasaki S, et al. Predictive factors for postoperative recurrence of hepatocellular carcinoma. Gastroenterology 1994;106:1618-1624.

210. Yamasaki S, Hasegawa H, Kinoshita H, Furukawa M, Imaoka S, Takasaki K, et al. A prospective randomized trial of the preventive effect of pre- operative transcatheter arterial embolization against recurrence of hepatocellular carcinoma. Jpn J Cancer Res 1996;87:206-211.

211. Tanaka H, Hirohashi K, Kubo S, Shuto T, Higaki I, Kinoshita H. Preoperative portal vein embolization improves prognosis after right hepatectomy for hepatocellular carcinoma in patients with impaired hepatic function. Br J Surg 2000;87:879-882.

212. Farges O, Belghiti J, Kianmanesh R, Regimbeau JM, Santoro R, Vilgrain V, et al. Portal vein embolization before right hepatectomy: prospective clinical trial. Ann Surg 2003;237:208-217.

213. Shirabe K, Kanematsu T, Matsumata T, Adachi E, Akazawa K, Sugimachi K. Factors linked to early recurrence of small hepatocellular carcinoma after hepatectomy: univariate and multivariate analyses. HEPATOLOGY 1991;14:802-805.

214. Adachi E, Maeda T, Matsumata T, Shirabe K, Kinukawa N, Sugimachi K, et al. Risk factors for intrahepatic recurrence in human small hepatocellular carcinoma. Gastroenterology 1995;108:768-775.

215. Poon RT, Fan ST, Lo CM, Liu CL, Wong J. Intrahepatic recurrence after curative resection of hepatocellular carcinoma: long-term results of treatment and prognostic factors. Ann Surg 1999;229:216-222.

216. Minagawa M, Makuuchi M, Takayama T, Kokudo N. Selection criteria for repeat hepatectomy in patients with recurrent hepatocellular carcinoma. Ann Surg 2003;238:703-710.

217. Chen YJ, Yeh SH, Chen JT, Wu CC, Hsu MT, Tsai SF, et al. Chromosomal changes and clonality relationship between primary and recurrent hepatocellular carcinoma. Gastroenterology 2000;119:431-440.

218. Imamura H, Matsuyama Y, Tanaka E, Ohkubo T, Hasegawa K, Miyagawa S, et al. Risk factors contributing to early and late phase intrahepatic recurrence of hepatocellular carcinoma after hepatectomy. J Hepatol 2003;38:200-207.

219. Nagasue N, Uchida M, Makino Y, Takemoto Y, Yamanoi A, Hayashi T, et al. Incidence and factors associated with intrahepatic recurrence following resection of hepatocellular carcinoma. Gastroenterology 1993; 105:488-494.

220. Morimoto O, Nagano H, Sakon M, Fujiwara Y, Yamada T, Nakagawa H, et al. Diagnosis of intrahepatic metastasis and multicentric carcinogenesis by microsatellite loss of heterozygosity in patients with multiple and recurrent hepatocellular carcinomas. J Hepatol 2003;39:215-221.

221. Schwartz JD, Schwartz M, Mandeli J, Sung M. Neoadjuvant and adjuvant therapy for resectable hepatocellular carcinoma: review of the randomised clinical trials. Lancet Oncol 2002;3:593-603.

222. Lau WY, Leung TW, Ho SK, Chan M, Machin D, Lau J, et al. Adjuvant intra-arterial iodine-131-labelled lipiodol for resectable hepatocellular carcinoma: a prospective randomised trial. Lancet 1999;353:797-801.

223. Takayama T, Sekine T, Makuuchi M, Yamasaki S, Kosuge T, Yamamoto J, et al. Adoptive immunotherapy to lower postsurgical recurrence rates of hepatocellular carcinoma: a randomised trial. Lancet 2000;356:802-807.

224. Muto Y, Moriwaki H, Ninomiya M, Adachi S, Saito A, Takasaki KT. Prevention of second primary tumors by an acyclic retinoid, polyprenoic acid, in patients with hepatocellular carcinoma. N Engl J Med 1996;334:1561-1567.

225. Ikeda K, Arase Y, Saitoh S, Kobayashi M, Suzuki Y, Suzuki F, et al. Interferon beta prevents recurrence of hepatocellular carcinoma after complete resection or ablation of the primary tumor-A prospective randomized study of hepatitis C virus-related liver cancer. HEPATOLOGY 2000;32:228-232.

226. Kubo S, Nishiguchi S, Hirohashi K, Tanaka H, Shuto T, Kinoshita H. Randomized clinical trial of long-term outcome after resection of hepatitis C virus-related hepatocellular carcinoma by postoperative interferon therapy. Br J Surg 2002;89:418-422.

227. Golub TR, Slonim DK, Tamayo P, Huard C, Gaasenbeek M, Mesirov JP, et al. Molecular classification of cancer: class discovery and class prediction by gene expression monitoring. Science 1999;286:531-537.

228. Khan J, Wei JS, Ringner M, Saal LH, Ladanyi M, Westermann F, et al. Classification and diagnostic prediction of cancers using gene expression profiling and artificial neural networks. Nat Med 2001;7:673-679.

229. Rosenblatt KP, Bryant-Greenwood P, Killian JK, Mehta A, Geho D, Espina V, et al. Serum proteomics in cancer diagnosis and management. Annu Rev Med 2004;55:97-112.

230. Iizuka N, Oka M, Yamada-Okabe H, Nishida M, Maeda Y, Mori N, et al. Oligonucleotide microarray for prediction of early intrahepatic recurrence of hepatocellular carcinoma after curative resection. Lancet 2003;361:923-929.

231. Ye QH, Qin LX, Forgues M, He P, Kim JW, Peng AC, et al. Predicting hepatitis B virus-positive metastatic hepatocellular carcinomas using gene expression profiling and supervised machine learning. Nat Med 2003;9:416-423.

232. Smith MW, Yue ZN, Geiss GK, Sadovnikova NY, Carter VS, Boix L, et al. Identification of novel tumor markers in hepatitis C virus-associated hepatocellular carcinoma. Cancer Res 2003;63:859-864.

233. Llovet JM, Wurmbach E. Gene expression profiles in hepatocellular carcinoma: not yet there. J Hepatol 2004;41:336-339.

234. Takayasu K, Muramatsu Y, Moriyama N, Hasegawa H, Makuuchi M, Okazaki N, et al. Clinical and radiologic assessments of the results of hepatectomy for small hepatocellular carcinoma and therapeutic arterial embolization for postoperative recurrence. Cancer 1989;64:1848-1852.

235. Majno PE, Sarasin FP, Mentha G, Hadengue A. Primary liver resection and salvage transplantation or primary liver transplantation in patients with single, small hepatocellular carcinoma and preserved liver function: An outcome-oriented decision analysis. HEPATOLOGY 2000;31:899-906.

236. Sala M, Fuster J, Llovet JM, Navasa M, Sole M, Varela M, et al. High pathological risk of recurrence after surgical resection for hepatocellular carcinoma: an indication for salvage liver transplantation. Liver Transpl 2004;10:1294-1300.

237. Ringe B, Pichlmayr R, Wittekind C, Tusch G. Surgical treatment of hepatocellular carcinoma: experience with liver resection and transplantation in 198 patients. World J Surg 1991;15:270-285.

238. Iwatsuki S, Gordon RD, Shaw BW Jr, Starzl TE. Role of liver transplantation in cancer therapy. Ann Surg 1985;202:401-407.

239. Bismuth H, Chiche L, Adam R, Castaing D. Surgical treatment of hepatocellular carcinoma in cirrhosis: liver resection or transplantation? Transplant Proc 1993;25(1 Pt 2):1066-1067.

240. Llovet JM, Bruix J, Fuster J, Castells A, Garcia-Valdecasas JC, Grande L, et al. Liver transplantation for treatment of small hepatocellular carcinoma: the tumor-node-metastasis classification does not have prognostic power. HEPATOLOGY 1998;27:1572-1577.

241. Marsh JW, Dvorchik I, Bonham CA, Iwatsuki S. Is the pathologic TNM staging system for patients with hepatoma predictive of outcome? Cancer 2000;88:538-543.

242. Marsh JW, Dvorchick I. Liver organ allocation for hepatocellular carcinoma: are we sure? Liver Transpl 2003;9:693-696.

243. Bruix J, Fuster J, Llovet JM. Liver transplantation for hepatocellular carcinoma: Foucault pendulum versus evidence-based decision. Liver Transpl 2003;9:700-702.

244. Libbrecht L, Bielen D, Verslype C, Vanbeckevoort D, Pirenne J, Nevens F, et al. Focal lesions in cirrhotic explant livers: pathological evaluation and accuracy of pretransplantation imaging examinations. Liver Transpl 2002;8:749-761.

245. Roayaie S, Frischer JS, Emre SH, Fishbein TM, Sheiner PA, Sung M, et al. Long-term results with multimodal adjuvant therapy and liver transplantation for the treatment of hepatocellular carcinomas larger than 5 centimeters. Ann Surg 2002;235:533-539.

246. Neuberger J. Developments in liver transplantation. Gut 2004;53:759-768.

247. Plessier A, Codes L, Consigny Y, Sommacale D, Dondero F, Cortes A, et al. Underestimation of the influence of satellite nodules as a risk factor for post-transplantation recurrence in patients with small hepatocellular carcinoma. Liver Transpl 2004;10(Suppl 2):S86-S90.

248. Hsu HC, Wu TT, Wu MZ, Sheu JC, Lee CS, Chen DS. Tumor invasiveness and prognosis in resected hepatocellular carcinoma. Clinical and pathogenetic implications. Cancer 1988;61:2095-2099.

249. Wayne JD, Lauwers GY, Ikai I, Doherty DA, Belghiti J, Yamaoka Y, et al. Preoperative predictors of survival after resection of small hepatocellular carcinomas. Ann Surg 2002;235:722-730.

250. Cillo U, Vitale A, Bassanello M, Boccagni P, Brolese A, Zanus G, et al. Liver transplantation for the treatment of moderately or well-differentiated hepatocellular carcinoma. Ann Surg 2004;239:150-159.

251. Yao FY, Bass NM, Nikolai B, Davern TJ, Kerlan R, Wu V, et al. Liver transplantation for hepatocellular carcinoma: Analysis of survival according to the intention-to-treat principle and dropout from the waiting list. Liver Transpl 2002;8:873-883.

252. Roayaie S, Haim MB, Emre S, Fishbein TM, Sheiner PA, Miller CM, et al. Comparison of surgical outcomes for hepatocellular carcinoma in patients with hepatitis B versus hepatitis C: a western experience. Ann Surg Oncol 2000;7:764-770.

253. Freeman RB, Jr., Wiesner RH, Harper A, McDiarmid SV, Lake J, Edwards E, et al. The new liver allocation system: moving toward evidence-based transplantation policy. Liver Transpl 2002;8:851-858.

254. Freeman RB, Wiesner RH, Edwards E, Harper A, Merion R, Wolfe R. Results of the first year of the new liver allocation plan. Liver Transpl 2004;10:7-15.

255. Sharma P, Balan V, Hernandez JL, Harper AM, Edwards EB, Rodriguez-Luna H, et al. Liver transplantation for hepatocellular carcinoma: the MELD impact. Liver Transpl 2004;10:36-41.

256. Stone MJ, Klintmalm G, Polter D, Husberg B, Egorin MJ. Neoadjuvant chemotherapy and orthotopic liver transplantation for hepatocellular carcinoma. Transplantation 1989;48:344-347.

257. Holman M, Harrison D, Stewart A, Stone M, Goldstein R, Husberg B, et al. Neoadjuvant chemotherapy and orthotopic liver transplantation for hepatocellular carcinoma. N J Med 1995;92:519-522.

258. Pokorny H, Gnant M, Rasoul-Rockenschaub S, Gollackner B, Steiner B, Steger G, et al. Does additional doxorubicin chemotherapy improve outcome in patients with hepatocellular carcinoma treated by liver transplantation? Am J Transplant 2005;5(4 Pt 1):788-794.

259. Majno PE, Adam R, Bismuth H, Castaing D, Ariche A, Krissat J, et al. Influence of preoperative transarterial lipiodol chemoembolization on resection and transplantation for hepatocellular carcinoma in patients with cirrhosis. Ann Surg 1997;226:688-701.

260. Llovet JM, Vilana R, Bru C, Bianchi L, Salmeron JM, Boix L, et al. Increased risk of tumor seeding after percutaneous radiofrequency ablation for single hepatocellular carcinoma. HEPATOLOGY 2001;33:1124-1129.

261. Livraghi T, Solbiati L, Meloni MF, Gazelle GS, Halpern EF, Goldberg SN. Treatment of focal liver tumors with percutaneous radio-frequency ablation: complications encountered in a multicenter study. Radiology 2003;226:441-451.

262. Trotter JF, Wachs M, Everson GT, Kam I. Adult-to-adult transplantation of the right hepatic lobe from a living donor. N Engl J Med 2002; 346:1074-1082.

263. Strong RW, Lynch SV, Ong TH, Matsunami H, Koido Y, Balderson GA. Successful liver transplantation from a living donor to her son. N Engl J Med 1990;322:1505-1507.

264. Kawasaki S. Living-donor liver transplantation for hepatocellular carcinoma. Hepatogastroenterology 2002;49:53-55.

265. Steinmuller T, Pascher A, Sauer I, Theruvath T, Muller A, Settmacher U, et al. Living-donation liver transplantation for hepatocellular carcinoma: time to drop the limitations? Transplant Proc 2002;34:2263-2264.

266. Gondolesi GE, Roayaie S, Munoz L, Kim-Schluger L, Schiano T, Fishbein TM et al. Adult living donor liver transplantation for patients with hepatocellular carcinoma: extending UNOS priority criteria. Ann Surg 2004; 239(2):142-149.

267. Todo S, Furukawa H. Living donor liver transplantation for adult patients with hepatocellular carcinoma: experience in Japan. Ann Surg 2004; 240(3):451-459.

268. Gaglio PJ, Malireddy S, Levitt BS, Lapointe-Rudow D, Lefkowitch J, Kinkhabwala M et al. Increased risk of cholestatic hepatitis C in recipients of grafts from living versus cadaveric liver donors. Liver Transpl 2003; 9(10):1028-1035.

269. Forman LM, Trotter JF, Emond J. Living donor liver transplantation and hepatitis C. Liver Transpl 2004; 10(3):347-348.

270. Garcia-Retortillo M, Forns X, Llovet JM, Navasa M, Feliu A, Massaguer A et al. Hepatitis C recurrence is more severe after living donor compared to cadaveric liver transplantation. HEPATOLOGY 2004; 40(3):699-707.

271. Forman LM, Lewis JD, Berlin JA, Feldman HI, Lucey MR. The association between hepatitis C infection and survival after orthotopic liver transplantation. Gastroenterology 2002; 122(4):889-896.

272. Sarasin FP, Majno PE, Llovet JM, Bruix J, Mentha G, Hadengue A. Living donor liver transplantation for early hepatocellular carcinoma: A life-expectancy and cost-effectiveness perspective. HEPATOLOGY 2001; 33(5):1073-1079.

273. Roche B, Samuel D. Liver transplantation for hepatitis B virus-related liver disease: indications, prevention of recurrence and results. J Hepatol 2003; 39 Suppl 1:S181-S189.

274. Forns X, Garcia-Retortillo M, Serrano T, Feliu A, Suarez F, de la MM et al. Antiviral therapy of patients with decompensated cirrhosis to prevent recurrence of hepatitis C after liver transplantation. J Hepatol 2003; 39(3):389-396.

275. Berenguer M, Lopez-Labrador FX, Wright TL. Hepatitis C and liver transplantation. J Hepatol 2001; 35(5):666-678.

276. Sato S, Shiratori Y, Imamura M, Teratani T, Obi S, Koike Y et al. Power Doppler signals after percutaneous ethanol injection therapy for hepatocellular carcinoma predict local recurrence of tumors: a prospective study using 199 consecutive patients. J Hepatol 2001;35:225-234.

277. Shiina S, Tagawa K, Unuma T, Terano A. Percutaneous ethanol injection therapy for the treatment of hepatocellular carcinoma. AJR Am J Roentgenol 1990;154:947-951.

278. Livraghi T, Giorgio A, Marin G, Salmi A, de Sio I, Bolondi L, et al. Hepatocellular carcinoma and cirrhosis in 746 patients: long-term results of percutaneous ethanol injection. Radiology 1995;197:101-108.

279. Livraghi T, Bolondi L, Lazzaroni S, Marin G, Morabito A, Rapaccini GL, et al. Percutaneous ethanol injection in the treatment of hepatocellular carcinoma in cirrhosis. A study on 207 patients. Cancer 1992;69:925-929.

280. Vilana R, Bruix J, Bru C, Ayuso C, Sole M, Rodes J. Tumor size determines the efficacy of percutaneous ethanol injection for the treatment of small hepatocellular carcinoma. HEPATOLOGY 1992;16:353-357.

281. Ishii H, Okada S, Nose H, Okusaka T, Yoshimori M, Takayama T, et al. Local recurrence of hepatocellular carcinoma after percutaneous ethanol injection. Cancer 1996; 77(9):1792-1796.

282. Okada S. Local ablation therapy for hepatocellular carcinoma. Semin Liver Dis 1999; 19(3):323-328.

283. Lencioni R, Vignali C, Caramella D, Cioni R, Mazzeo S, Bartolozzi C. Transcatheter arterial embolization followed by percutaneous ethanol

injection in the treatment of hepatocellular carcinoma. Cardiovasc Intervent Radiol 1994; 17(2):70-75.

284. Livraghi T, Goldberg SN, Lazzaroni S, Meloni F, Solbiati L, Gazelle GS. Small hepatocellular carcinoma: treatment with radio-frequency ablation versus ethanol injection. Radiology 1999; 210(3):655-661.

285. Lencioni RA, Allgaier HP, Cioni D, Olschewski M, Deibert P, Crocetti L et al. Small hepatocellular carcinoma in cirrhosis: randomized comparison of radio-frequency thermal ablation versus percutaneous ethanol injection. Radiology 2003; 228(1):235-240.

286. Lin SM, Lin CJ, Lin CC, Hsu CW, Chen YC. Radiofrequency ablation improves prognosis compared with ethanol injection for hepatocellular carcinoma </=4 cm. Gastroenterology 2004; 127(6):1714-1723.

287. Shiina S, Teratani T, Obi S, Sato S, Tateishi R, Fujishima T et al. A randomized controlled trial of radiofrequency ablation with ethanol injection for small hepatocellular carcinoma. Gastroenterology 2005; 129(1):122-130.

288. Giorgio A, Tarantino L, de Stefano G, Coppola C, Ferraioli G. Complications after percutaneous saline-enhanced radiofrequency ablation of liver tumors: 3-year experience with 336 patients at a single center. AJR Am J Roentgenol 2005; 184(1):207-211.

289. Tateishi R, Shiina S, Teratani T, Obi S, Sato S, Koike Y et al. Percutaneous radiofrequency ablation for hepatocellular carcinoma. An analysis of 1000 cases. Cancer 2005;103:1201-1209.

290. Yamasaki T, Kurokawa F, Shirahashi H, Kusano N, Hironaka K, Okita K. Percutaneous radiofrequency ablation therapy for patients with hepatocellular carcinoma during occlusion of hepatic blood flow. Comparison with standard percutaneous radiofrequency ablation therapy. Cancer 2002;95:2353-2360.

291. Okada S. Chemotherapy in hepatocellular carcinoma. Hepatogastroenterology 1998;45(Suppl 3):1259-1263.

292. Kawai S, Tani M, Okamura J, Ogawa M, Ohashi Y, Monden M, et al. Prospective and randomized trial of lipiodol-transcatheter arterial chemoembolization for treatment of hepatocellular carcinoma: a comparison of epirubicin and doxorubicin (second cooperative study). The Cooperative Study Group for Liver Cancer Treatment of Japan. Semin Oncol 1997; 24(2 Suppl 6):S6.

293. Raoul JL, Guyader D, Bretagne JF, Duvauferrier R, Bourguet P, Bekhechi D, et al. Randomized controlled trial for hepatocellular carcinoma with portal vein thrombosis: intra-arterial iodine-131-iodized oil versus medical support. J Nucl Med 1994;35:1782-1787.

294. Carr BI. Hepatic arterial 90Yttrium glass microspheres (Therasphere) for unresectable hepatocellular carcinoma: interim safety and survival data on 65 patients. Liver Transpl 2004;10(2 Suppl 1):S107-S110.

295. Kouroumalis E, Skordilis P, Thermos K, Vasilaki A, Moschandrea J, Manousos ON. Treatment of hepatocellular carcinoma with octreotide: a randomised controlled study. Gut 1998;42:442-447.

296. Llovet JM, Sala M, Castells L, Suarez Y, Vilana R, Bianchi L, et al. Randomized Controlled Trial of Interferon Treatment for Advanced Hepatocellular Carcinoma. HEPATOLOGY 2000;31:1-5.

297. Seong J, Park HC, Han KH, Chon CY. Clinical results and prognostic factors in radiotherapy for unresectable hepatocellular carcinoma: a retrospective study of 158 patients. Int J Radiat Oncol Biol Phys 2003;55: 329-336.

298. Castells A, Bruix J, Bru C, Ayuso C, Roca M, Boix L, et al. Treatment of hepatocellular carcinoma with tamoxifen: a double-blind placebo-controlled trial in 120 patients. Gastroenterology 1995;109:917-922.

299. CLIP Group. Tamoxifen in treatment of hepatocellular carcinoma: a randomised controlled trial. Lancet 1998;352:17-20.

300. Riestra S, Rodriguez M, Delgado M, Suarez A, Gonzalez N, de la Mata M, et al. Tamoxifen does not improve survival of patients with advanced hepatocellular carcinoma. J Clin Gastroenterol 1998;26:200-203.

301. Manesis EK, Giannoulis G, Zoumboulis P, Vafiadou I, Hadziyannis SJ. Treatment of hepatocellular carcinoma with combined suppression and inhibition of sex hormones: a randomized, controlled trial. HEPATOLOGY 1995;21:1535-1542.

302. Nagasue N, Ito A, Yukaya H, Ogawa Y. Estrogen receptors in hepatocellular carcinoma. Cancer 1986;57:87-91.

303. Boix L, Bruix J, Castells A, Fuster J, Bru C, Visa J, et al. Sex hormone receptors in hepatocellular carcinoma. Is there a rationale for hormonal treatment? J Hepatol 1993;17:187-191.

304. Farinati F, Salvagnini M, De Maria N, Fornasiero A, Chiaramonte M, Rossaro L, et al. Unresectable hepatocellular carcinoma: a prospective controlled trial with tamoxifen. J Hepatol 1990;11:297-301.

305. Martinez Cerezo FJ, Tomas A, Donoso L, Enriquez J, Guarner C, Balanzo J, et al. Controlled trial of tamoxifen in patients with advanced hepatocellular carcinoma. J Hepatol 1994;20:702-706.

306. Chow PK, Tai BC, Tan CK, Machin D, Win KM, Johnson PJ, et al. High-dose tamoxifen in the treatment of inoperable hepatocellular carcinoma: A multicenter randomized controlled trial. HEPATOLOGY 2002;36:1221-1226.

307. Villa E, Camellini L, Dugani A, Zucchi F, Grottola A, Merighi A, et al. Variant estrogen receptor messenger RNA species detected in human primary hepatocellular carcinoma. Cancer Res 1995;55:498-500.

308. Villa E, Dugani A, Fantoni E, Camellini L, Buttafoco P, Grottola A, et al. Type of estrogen receptor determines response to antiestrogen therapy. Cancer Res 1996;56:3883-3885.

309. Chuang VP, Wallace S, Soo CS, Charnsangavej C, Bowers T. Therapeutic Ivalon embolization of hepatic tumors. AJR 1982;138:289-294.

310. Ito K, Kusunoki H, Okamoto E, Ozawa M, Ishikawa A, Matsuura M, et al. Intra-arterial alcoholization of advanced hepatocellular carcinoma. Cancer Chemother Pharmacol 1994;33(Suppl):42-47.

311. Carr BI, Zajko A, Bron K, Orons P, Sammon J, Baron R. Phase II study of Spherex (degradable starch microspheres) injected into the hepatic artery in conjunction with doxorubicin and cisplatin in the treatment of advanced-stage hepatocellular carcinoma: interim analysis. Semin Oncol 1997;24(2 Suppl 6):S6.

312. Bruix J, Castells A, Montanya X, Calvet X, Bru C, Ayuso C, et al. Phase II study of transarterial embolization in European patients with hepatocellular carcinoma: need for controlled trials. HEPATOLOGY 1994;20:643-650.

313. Gunji T, Kawauchi N, Ohnishi S, Ishikawa T, Nakagama H, Kaneko T, et al. Treatment of hepatocellular carcinoma associated with advanced cirrhosis by transcatheter arterial chemoembolization using autologous blood clot: a preliminary report. HEPATOLOGY 1992;15:252-257.

314. Makuuchi M, Sukigara M, Mori T, Kobayashi J, Yamazaki S, Hasegawa H, et al. Bile duct necrosis: complication of transcatheter hepatic arterial embolization. Radiology 1985;156:331-334.

315. Bruix J, Sala M, Llovet JM. Chemoembolization for hepatocellular carcinoma. Gastroenterology 2004; 127(5 Suppl 1):S179-S188.

316. Castells A, Bruix J, Ayuso C, Bru C, Montanya X, Boix L, et al. Transarterial embolization for hepatocellular carcinoma. Antibiotic prophylaxis and clinical meaning of postembolization fever. J Hepatol 1995;22:410-415.

317. Lin DY, Liaw YF, Lee TY, Lai CM. Hepatic arterial embolization in patients with unresectable hepatocellular carcinoma—a randomized controlled trial. Gastroenterology 1988;94:453-456.

318. GRETCH. A comparison of lipiodol chemoembolization and conservative treatment for unresectable hepatocellular carcinoma. Groupe d'Etude et de Traitement du Carcinome Hepatocellulaire. N Engl J Med 1995;332:1256-1261.

319. Pelletier G, Ducreux M, Gay F, Luboinski M, Hagege H, Dao T, et al. Treatment of unresectable hepatocellular carcinoma with lipiodol chemoembolization: a multicenter randomized trial. J Hepatol 1998;29:129-134.

320. Llovet JM, Real MI, Montanya X, Planas R, Coll S, Aponte AJ, et al. Arterial embolization, chemoembolization versus symptomatic treatment in patients with unresectable hepatocellular carcinoma: a randomized controlled trial. Lancet 2002;359:1734-1739.

321. Lo CM, Ngan H, Tso WK, Liu CL, Lam CM, Poon RT, et al. Randomized controlled trial of transarterial lipiodol chemoembolization for unresectable hepatocellular carcinoma. HEPATOLOGY 2002;35:1164-1171.

322. Bruix J, Llovet JM. Prognostic prediction and treatment strategy in HCC. HEPATOLOGY 2002;35:519-524.

EXHIBIT

H

Liver Study Unit

☑ 003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>　　　Detainee, )<br>　　　Guantanamo Bay Naval Station )<br>　　　Guantanamo Bay, Cuba; )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　*Petitioner,* )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　*v.* )<br>　　　　　　　　　　　　　　　　　)<br>GEORGE W. BUSH, *et al.,* )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　*Respondents.* )<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 05-cv-02378<br><br>Judge John B. Bates |

### SECOND SUPPLEMENTAL AFFIDAVIT OF DR. DONALD JENSEN

**I, DR. DONALD JENSEN, STATE THE FOLLOWING UNDER OATH:**

22. As I stated in my first supplemental affidavit I have read the affidavit submitted by Captain Ronald Sollock, M. D. in this matter. Several items in the affidavit caused me concern because there is a high probability of error associated with the tests that the government relies on, which therefore suffer from limited effectiveness. For this reason it is vital to employ multiple complimentary tests.

23. As I also stated in my supplemental affidavit it is clear that the government is not following the guidelines for individuals with chronic Hepatitis B. The guidelines for treating Hepatitis B have changed dramatically over the years because of the improved appreciation for the importance of both disease severity and level of HBV DNA in establishing degree of risk for hepatocellular carcinoma. Furthermore, the risk of liver cancer is increased if the patient is also co-infected with the hepatitis C virus. Current guidelines for screening for hepatocellular carcinoma include assessment of both alpha-fetoprotein and liver

ultrasound at 6-12 month intervals. The limited effectiveness of these tests and the importance of employing multiple, complimentary test was recently described in the Pages 1213-1214 of the November, 2005 *Hepatology* (pages 1213-1214) which I attach.

24. I reiterate that the proper diagnosis of liver cancer is a very difficult process. In order to properly diagnosis the condition I would like to see the following tests performed and the actual results submitted to both myself and Dr. Reichen because we are specialists in this area and are more able to properly read the results:

> 1. the actual results of CMP and hepatitis B serology be provided;
> 2. that the patient be also tested for hepatitis C and Delta ;
> 3. that the results of the last alpha-fetoprotein, sonography and HBV-DNA be provided as soon as available.

25. I have told Attorney H. Candace Gorman that I would be willing to go to Guantánamo to examine Mr. Al-Ghizzawi.

FURTHER AFFIANT SAYETH NAUGHT

Dr. Donald Jensen

Signed and sworn to
this 3rd day of October, 2006.

s/H. Candace Gorman
Notary Public
(commission expires 7/11/10)

EXHIBIT

1

AASLD PRACTICE GUIDELINE

# Management of Hepatocellular Carcinoma

Jordi Bruix[1] and Morris Sherman[2]

## Preamble

These recommendations provide a data-supported approach to the diagnosis, staging and treatment of patients diagnosed with hepatocellular carcinoma (HCC). They are based on the following: (a) formal review and analysis of the recently-published world literature on the topic (Medline search through early 2005); (b) American College of Physicians Manual for Assessing Health Practices and Designing Practice Guidelines.[1] (c) guideline policies, including the AASLD Policy on the Development and Use of Practice Guidelines and the AGA Policy Statement on Guidelines[2]; (d) the experience of the authors in the specified topic. We have also reviewed the guidelines prepared at the time of the Monothematic Conference of the European Association for the Study of the Liver (EASL)[3]and the practice of authors experienced in the field. Intended for use by physicians, these recommendations suggest preferred approaches to the diagnostic, therapeutic, and preventive aspects of care. They are intended to be flexible, in contrast to standards of care, which are inflexible policies to be followed in every case. Specific recommendations are based on relevant published information. In an attempt to characterize the quality of evidence supporting recommendations, the Practice Guidelines Committee of the AASLD requires a category to be assigned and reported with each recommendation (Table 1). These recommendations are fully endorsed by the American Association for the Study of Liver Diseases.

## Introduction

Over the last 5 to 8 years evidence has been accumulating in different countries that the incidence of hepatocellular carcinoma (HCC) is rising.[4-9] Traditionally, the care of patients with HCC has been undertaken by hepatobiliary surgeons, interventional radiologists, and oncologists. Hepatologists in North America are not trained to perform the procedures required to treat HCC, such as alcohol injection, radiofrequency ablation, or hepatic artery catheterization, although hepatologists in Japan and elsewhere may perform many of these procedures. As a result, the role of the hepatologist traditionally has been limited to making the diagnosis and providing care of the underlying liver disease. However, more recently, the role of the hepatologist has changed. First, in many centers the development of multidisciplinary clinics has emphasized the role of the hepatologist in assessing the patient's liver disease status, and carefully managing the liver disease before and during treatment. The hepatologist has also become more actively involved in deciding what form of therapy is most appropriate and whether the patient's liver function would allow that form of therapy to be given. In addition, arising out of caring for patients with end stage liver disease, hepatologists also institute surveillance for HCC and manage the investigation of abnormal results. Finally, hepatologists are involved in the decision whether or not to offer liver transplantation to patients with HCC.

There have been many reviews of various aspects of the care of patients with HCC, but only one clinical practice guideline has been published in the Western literature. The European Association for Study of the Liver (EASL) sponsored a single topic conference on HCC in 2000. The proceedings of this conference were published in 2001.[3] This document largely reflected practices in Europe, and possibly North America, whereas practices in Japan are somewhat different.

## Surveillance for Hepatocellular Carcinoma

Definitions of the terms used in this section are given in Table 2.

Surveillance for HCC involves more than simply applying a screening test or tests. Surveillance should be offered in the setting of a program or a process in which screening tests and recall procedures have been standardized and in which quality control procedures are in place. The process of surveillance also involves deciding what level of risk of HCC is high enough to trigger surveillance, what screening tests to apply and how frequently (surveil-

*Abbreviaitons: CLT, Cadaveric liver transplantation; LDLT, live donor liver transplantation; PEI, Percutaneous ethanol injection; RF, radiofrequency; TACE, Transarterial chemoembolization; PS, Performance Status.*

*From the [1]BCLC Group. Liver Unit. Hospital Clinic, University of Barcelona. Institut d'Investigacions Biomèdiques August Pi i Sunyer, Barcelona, Spain; and [2]University of Toronto and University Health Network, Toronto, Canada.*

*Both authors contributed equally to this work.*

*Address reprint requests to: Dr. Jordi Bruix, Liver Unit, BCLC Group Hospital Clinic, Barcelona, Spain 08036. E-mail: bruix@ub.edu; fax: (34) 93-227-5792*

*Copyright © 2005 by the American Association for the Study of Liver Diseases. Published online in Wiley InterScience (www.interscience.wiley.com).*

*DOI 10.1002/hep.20933*

*Potential conflict of interest: Nothing to report.*

lance interval), and how abnormal results should be dealt with (diagnosis and/or recall).

Surveillance for HCC has become widely applied despite, until recently, the absence of evidence of benefit. There is a single randomized controlled trial of surveillance versus no surveillance that has shown a survival benefit to a strategy of 6-monthly surveillance with alphafetoprotein (AFP) and ultrasound.[10] This study, which was performed in China, recruited 18,816 patients who had markers of current or prior hepatitis B infection. Adherence to surveillance was suboptimal (less than 60%) but in the subjects in the surveillance arm the HCC related mortality was reduced by 37%. These results probably represent the minimum benefit that can be expected from surveillance, because of poor compliance. In contrast, an earlier study, also conducted in China failed to show benefit, largely because patients who were diagnosed with HCC did not undergo appropriate treatment.[11] Ideally, these results should be validated in other geographical areas and therefore, additional randomized controlled trials (RCT) assessing the benefits of surveillance are still considered necessary. Such trials would be difficult to undertake, but are essential to unequivocally determine the benefit of surveillance in reducing HCC mortality. The objective of HCC surveillance must be to decrease mortality from the disease. Fewer people should die from HCC, or if this is not possible, surveillance should at a minimum provide a meaningful improvement in survival duration. Other endpoints, such as stage migration (detecting earlier disease) and 5-year mortality rates are not appropriate surrogate endpoints. This has clearly been shown by analysis of the Surveillance, Epidemiology and End Results (SEER) Program of the National Cancer Institute (NCI), which demonstrated that these endpoints did not correlate with a reduction in disease-specific mortality.[12]

There are several sources of bias to be considered in assessing reports of surveillance studies, such as lead-time bias and length bias. Only a RCT can eliminate these biases completely. Several studies have shown that surveillance does detect earlier disease (stage migration).[13–16] However, as discussed above, this does not correlate well with reduction in disease-specific mortality. Uncontrolled

**Table 1. Levels of Evidence According to Study Design**

| Grade | Definition |
|---|---|
| I | Randomized controlled trials |
| II-1 | Controlled trials without randomization |
| II-2 | Cohort or case-control analytic studies |
| II-3 | Multiple time series, dramatic uncontrolled experiments |
| III | Opinion of respected authorities, descriptive epidemiology |

**Table 2. Definitions**

Screening—application of diagnostic tests in patients at risk for HCC, but in whom there is no a priori reason to suspect that HCC is present.

Surveillance—the repeated application of screening tests.

Enhanced follow-up—the series of investigations required to confirm of refute a diagnosis of HCC in patients in whom a surveillance test result is abnormal. In addition to the use of additional diagnostic tests the interval between assessments is shorter than for surveillance since there is a concern that a cancer already exists.

Lead-time bias—This is the apparent improved survival that comes from the diagnosis being made earlier in the course of a disease than when the disease is diagnosed because of the development of symptoms. Unless properly controlled, studies of enhanced survival will show enhanced survival simply because the cancer is diagnosed at an earlier stage.

Length bias—This is the apparent improvement in survival that occurs because surveillance preferentially detects slow growing cancers. More rapidly growing cancers may grow too large to be treated between screening visits

studies, all subject to lead-time bias, have suggested that survival is improved after surveillance.[13,16]

Surveillance for HCC is widely practiced and can generally be recommended for certain at-risk groups. HCC detected after the onset of symptoms has a dismal prognosis (0%-10% 5-year survival).[17] In contrast, small HCCs can be cured with an appreciable frequency.[17–21] Five-year disease-free survival exceeding 50% has been reported for both resection and liver transplantation.[17,22–30] Patients surviving free of disease for this duration must be considered cured. For these patients it is highly likely that surveillance did indeed decrease mortality. Since major advances in our ability to treat HCC are less likely to come from treating late stage disease it is therefore important to find early stage disease.

### Definition of the At-Risk Population

The decision to enter a patient into a surveillance program is determined by the level of risk for HCC. This, in turn, is related to the incidence of HCC, and it is incidence that most people use to assess risk. However, there are no experimental data to indicate what level of risk or what incidence of HCC should trigger surveillance. Instead, decision analysis has been used to provide some guidelines as to the incidence of HCC at which surveillance may become effective. An intervention is considered effective if it provides an increase in longevity of about 100 days, i.e., about 3 months.[31] Although the levels were set years ago, and may not be appropriate today, interventions that can be achieved at a cost of less than about $50,000/year of life gained are considered cost-effective.[32] There are now several published decision analysis/cost-efficacy models for HCC surveillance. The models differ in the nature of the theoretical population being analyzed, and in the intervention being applied. Nonethe-

**Table 3. Surveillance Is Recommended for the Follow Groups of Patients (Level III)**

**Hepatitis B carriers**

Asian males ≥ 40 years

Asian females ≥ 50 years

All cirrhotic hepatitis B carriers

Family history of HCC

Africans over age 20

For non-cirrhotic hepatitis B carriers not listed above the risk of HCC varies depending on the severity of the underlying liver disease, and current and past hepatic inflammatory activity. Patients with high HBV DNA concentrations and those with ongoing hepatic inflammatory activity remain at risk for HCC.

**Non-hepatitis B cirrhosis**

Hepatitis C

Alcoholic cirrhosis

Genetic hemochromatosis

Primary biliary cirrhosis

Although the following groups have an increased risk of HCC no recommendations for or against surveillance can be made because a lack of data precludes an assessment of whether surveillance would be beneficial.

　Alpha1-antitrypsin deficiency

　Non-alcoholic steatohepatitis

　Autoimmune hepatitis

less, these models have several results in common. They all find that surveillance is cost-effective, although in some cases only marginally so, and most find that the efficacy of surveillance is highly dependent on the incidence of HCC. For example, Sarasin et al.[33] studied a theoretical cohort of patients with Child–Pugh A cirrhosis and found that if the incidence of HCC was 1.5%/year surveillance resulted in an increase in longevity of about 3 months. However, if the incidence of HCC was 6% the increase in survival was about 9 months. This study did not include transplantation as a treatment option. Arguedas et al.,[34] using a similar analysis which did include liver transplantation in a population of hepatitis C patients with cirrhosis and normal liver function, found that surveillance with either CT scanning alone or CT scanning plus ultrasound became cost-effective when the incidence of HCC was more than 1.4%. However, this study has to be interpreted cautiously, because the performance characteristics of CT scanning were derived from diagnostic studies, not surveillance studies (see Surveillance Tests). Lin et al.[35] found that surveillance with AFP and ultrasound was cost-effective regardless of HCC incidence. Thus, for patients with cirrhosis of varying etiologies, surveillance should be offered when the risk of HCC is 1.5%/year or greater. Table 3 describes the groups of patients in which these limits are exceeded. These groups of patients are also discussed in more detail below.

The above cost-efficacy analyses, which were restricted to cirrhotic populations, cannot be applied to hepatitis B carriers without cirrhosis. These patients, particularly in Asia and Africa, are also at risk for HCC. A cost-efficacy analysis of surveillance of hepatitis B carriers using ultrasound and AFP levels suggested that surveillance became cost-effective once the incidence of HCC exceeded 0.2%/year (Collier J and Sherman M, unpublished observations). The subgroups of hepatitis B carriers in which the incidence of HCC exceeds 0.2%/year are given in Table 3. These groups are discussed in more detail below.

*Hepatitis B*

Beasley et al., in a prospective controlled study showed that the annual incidence of HCC in hepatitis B carriers was 0.5%.[36-38] The annual incidence increased with age, so that at age 70 the incidence was 1%. The incidence in patients with known cirrhosis was 2.5%/year. The relative risk of HCC was about 100, *i.e.*, hepatitis B carriers were 100 times more likely to develop HCC than the uninfected. Sakuma et al.[39] found the incidence of HCC in male Japanese railway workers was 0.4%/year. Both these populations were male and Asian, with the hepatitis B infection likely acquired at birth or in early childhood. Uncontrolled prospective cohort studies in North America, where the epidemiology of hepatitis B is different, *i.e.*, hepatitis is acquired later in life, have indicated that the incidence of HCC in HBV carriers varies widely.[40-42] Villeneuve et al.[40] found no tumors in a cohort infected with HBV and followed for 16 years. McMahon et al.[41] reported an incidence of HCC of 0.26%/year in a study of HBV-infected individuals in Alaska. Sherman et al.[42] described an incidence of 0.46%/year in their cohort. In Europe HCC in hepatitis B carriers occurs mainly in patients with established cirrhosis.[43,44] Non- Asian chronic carriers who are anti-HBe-positive with long-term inactive viral replication and who do not have cirrhosis seem to have little risk of developing HCC.[45-48] Whether surveillance is worthwhile in this population is not clear. This is not true for Asian hepatitis B carriers without cirrhosis, who remain at risk for HCC regardless of replication status.[45,49-51] Similarly, the risk of HCC persists in long-term HBV carriers from Asia who lose HBsAg, and these patients should continue to undergo surveillance.[52] In Caucasian hepatitis B carriers who lose surface antigen the risk of HCC seems to decline dramatically.[53,54]

The annual incidence of HCC in male hepatitis B carriers from South East Asia only starts to exceed 0.2% at about age 40[38]irrespective of presence of cirrhosis or disease activity. In contrast, in Caucasians the risk is related to inflammatory activity and the presence of cirrhosis. Therefore Asian men should undergo surveillance from age 40 onwards. HCC will occur in younger patients, but

the efficacy of providing surveillance to all carriers younger than age 40 is likely to be low. The incidence of HCC in women is lower than in men, although age-specific incidence rates are hard to come by. Nonetheless, it seems appropriate to start surveillance at about age 50 in Asian women. All hepatitis B carriers with cirrhosis, regardless of age should be screened for HCC. In the presence of a history of a first degree relative with HCC surveillance should start at a younger age than 40,[55] although what that age should be is hard to define. Africans with hepatitis B seem to get HCC at a younger age.[56,57] Expert opinion suggests that surveillance in these populations should also start at a younger age. Whether this is true in Blacks born elsewhere is uncertain. In Caucasian hepatitis B carriers with no cirrhosis and with inactive hepatitis, as determined by a long term normal ALT and low HBV DNA concentration[44,46,47,58] the incidence of HCC is probably too low to make surveillance worthwhile. However, there are additional risk factors that have to be taken into account, including older age, persistence of viral replication and co-infection with hepatitis C or HIV, or the presence of other liver diseases. Nevertheless, even in the absence of cirrhosis, adult Caucasian patients with active disease are likely at risk for HCC, and should be screened.

### Hepatitis C

The risk of HCC in patients with chronic hepatitis C is highest and has been best studied in patients who have established cirrhosis,[59-62] in whom the incidence of HCC is between 2%-8% per year. It should be noted that these data come from clinic-based studies. There is a single prospective population-based study of the risk of HCC in patients with hepatitis C.[63] In this study of 12,008 men being anti-HCV-positive conferred a 20-fold increased risk of HCC compared to anti-HCV-negative subjects. The presence or absence of cirrhosis was not evaluated. Hepatitis C infected individuals who do not have cirrhosis have a much lower risk of developing HCC.[64] However, the transition from bridging fibrosis to cirrhosis cannot be determined clinically so that the clinician cannot easily determine when these patients start to develop a significant increase in risk of HCC. For this reason the EASL conference[3] suggested that surveillance may be offered to patients with hepatitis C and cirrhosis or with bridging fibrosis or transition to cirrhosis. The cost-efficacy of this recommendation has not been evaluated. Based on current knowledge, all patients with hepatitis C and cirrhosis should undergo surveillance. Whether patients with bridging fibrosis should also undergo surveillance remains controversial.

There have been several attempts to develop non-invasive markers to predict the stage of fibrosis[65-67] and if properly validated, these could be used to determine when to initiate surveillance. Similarly, several other markers may predict a significant risk of HCC. One such marker may be the platelet count. It has been suggested that the incidence of HCC in hepatitis C cirrhosis only increases substantially once the platelet count is less than $100 \times 10^9/$L,[62,68,69] regardless of liver function. This needs to be validated. Others have attempted to develop predictive indices based on panels of commonly performed serological tests such as alpha 2-macroglobulin, apolipoprotein A1, haptoglobin, bilirubin and gamma-glutamyl-transpeptidase and the AST/ALT ratio.[67,70] However, these have still to be validated before entering general use and cannot be recommended at present.

### Co-infection With HIV

Patients who are co-infected with HIV and either hepatitis B or hepatitis C may have more rapidly progressive liver disease[71] and when they reach cirrhosis they are also at increased risk of HCC.[72] The MORTAVIC study indicated that HCC was responsible for 25% of all liver deaths in the post-HAART era.[73,74] The criteria for entering co-infected patients into programs for HCC screening are the same as for mono-infected patients, *i.e.*, criteria based on the stage and grade of liver disease as described above.

### Cirrhosis due to Causes Other Than Viral Hepatitis

The incidence of HCC in cirrhosis caused by diseases other than viral hepatitis is, with some exceptions, not accurately known. Most of the studies of the incidence of HCC in alcoholic cirrhosis date from before the identification of the hepatitis C virus. Given that hepatitis C is relatively frequent in alcoholics[75-77] most of the reported HCC incidence rates in earlier studies must be over-estimates. That alcoholic cirrhosis is a risk factor for HCC is clear. In one study alcoholic liver disease accounted for 32% of all HCCs.[78] In an Austrian cohort with HCC alcoholic liver disease was the risk factor in 35% of subjects.[79] In the United States the approximate hospitalization rate for HCC related to alcoholic cirrhosis is 8-9/100,000/year compared to about 7/100,000/year for hepatitis C.[80] This study did not determine the incidence of HCC in alcoholic liver disease, but it does confirm that alcoholic cirrhosis is a significant risk factor for HCC, probably sufficient to warrant surveillance for HCC.

With the recognition of steatohepatitis as a cause of cirrhosis, has come the suspicion that this too is a risk factor for HCC. No study to date has followed a sufficiently large group of such patients for long enough to

describe an incidence rate for HCC. In one cohort study of patients with HCC[81] diabetes was found in 20% as the only risk factor for HCC. Whether or not these patients were cirrhotic was not noted. Non-alcoholic fatty liver disease (NAFLD) has been described in cohorts of patients with HCC.[82,83] Since the incidence of HCC in cirrhosis due to NAFLD is unknown it is not possible to assess whether surveillance might be effective or cost-efficient. No recommendations can be made whether this group should be screened for HCC or not. This does not preclude the possibility that surveillance is beneficial in this group, and future data may change this recommendation.

Patients with genetic hemochromatosis (GH) who have established cirrhosis have an increased risk of HCC.[84-86] The relative risk of HCC is about 20. The standardized incidence ratio for HCC in cirrhotic GH is 92.9 (95% confidence interval [CI] 25-237.9). The incidence of HCC in cirrhosis due to GH is sufficiently high (about 3%-4%/year) that these patients should be included in surveillance programs. The incidence of HCC in stage 4 primary biliary cirrhosis is about the same as in cirrhosis due to hepatitis C.[87] For cirrhosis due to alpha 1-antitrypsin (AAT) deficiency,[88,89] or autoimmune hepatitis there are insufficient data from cohort studies to accurately assess HCC incidence.

### Treated Chronic Viral Hepatitis

**Hepatitis B.** There is as yet no convincing evidence that interferon treatment of chronic hepatitis B reduces the incidence of HCC. Studies in Europe suggested that interferon therapy for chronic hepatitis B improved survival and reduced the incidence of HCC.[61,90,91] A study from Taiwan also indicated that successful interferon therapy, i.e., the development of anti-HBe, was associated with a reduced incidence of HCC.[92] However, in these studies the event rate was low, and the sample sizes were relatively small. In contrast, a non-randomized, but matched controlled study from Hong Kong that included a larger cohort followed for longer periods found that the incidence of HCC was not decreased in the treated group.[93] A single RCT suggests that lamivudine treatment of chronic hepatitis B carriers with cirrhosis does reduce the incidence of HCC,[94] but whether the risk reduction is sufficient that surveillance becomes unnecessary is not clear. If a patient is a candidate for surveillance before the institution of treatment, it seems prudent to continue to offer surveillance even after therapy-induced seroconversion or therapy-induced remission of inflammatory activity.

**Hepatitis C.** There are a number of studies evaluating the effect of treatment of chronic hepatitis C on the incidence of HCC. A single RCT in Japan suggested that the incidence of HCC was reduced in both responders and non-responders to interferon.[95] These results could not be confirmed in a second RCT from France.[96] The results of these other studies were summarized in a meta-analysis, which concluded that the benefit is mainly seen in those who were successfully treated, i.e., had a sustained virological response, and even then, the effect was small.[97] A number of studies in Japan compared the incidence of HCC in treated patients with that in historical controls.[15,64,98-103] These have suggested that there is a reduced incidence of HCC in treated patients. However, no data demonstrate that treating or eradicating hepatitis C completely eliminates the risk for HCC. Thus it seems that patients with hepatitis C and cirrhosis who have achieved viral clearance on therapy should, at least for now, continue to undergo surveillance.

Note that patients with treated or spontaneously inactivated chronic hepatitis B or C may show regression of fibrosis sufficient to suggest reversal of cirrhosis. The risk of HCC in these patients probably does not decrease proportionally with the improvement in fibrosis. There are many theories about the pathogenesis of HCC in these patients, but one common factor seems to be that repeated rounds of necrosis and regeneration are necessary. The steps required to initiate the carcinogenic pathway probably occur many years before the disease becomes inactive, and so the threat of HCC remains even if fibrosis decreases. Regressed fibrosis is not a reason to withhold surveillance.

### Other Predictive Factors for HCC

There are a number of factors associated with an increased risk of HCC that are seen in patients at risk for developing HCC. These include an elevated AFP concentration,[104-106] presence of macroregenerative nodules,[107] small and large cell dysplasia on biopsy,[62,108,109] irregular regeneration (irregular margins to regenerative nodules)[110] and increased labeling index for proliferating cell nuclear antigen or silver staining of the nucleolar organizing region.[111-115] Although such patients are at more immediate risk of developing HCC they will likely already be in surveillance programs because of other recognized risk factors such as cirrhosis or chronic hepatitis B. The increased risk, however, does not require a change in surveillance protocol.

### Recommendation

*1. Patients at high risk for developing HCC should be entered into surveillance programs (Level I). The at-risk groups are identified in Table 3.*

### Surveillance of Patients on the Liver Transplant Waiting List

There are several reasons for screening patients on the liver transplant waiting list. Patients should be screened for HCC to identify small tumors that might require therapy, and to identify patients who develop cancer that exceeds the guidelines for transplantation. In addition, in the United States, under the current UNOS criteria the development of HCC provides liver transplant priority. Thus, it would seem to be in a patient's interest to have a small HCC diagnosed while on the liver transplant waiting list. One cost-efficacy analysis has suggested that the increase in longevity over the whole cohort of patients awaiting transplant is negligible, because although there may be an increase in longevity in those who develop HCC, it is countered by the loss of longevity in other patients on the waiting list whose transplants are delayed so that the patient with HCC can have priority.[116] In contrast, identification of HCC that exceeds guidelines, and resultant de-listing of such patients, is beneficial to other patients on the waiting list. Another analysis suggested that there were benefits to treating patients with HCC on the transplant waiting list with either resection or local ablation.[117] The benefit depended in part on the length of the waiting list. The longer the wait, the greater the benefit of intervention.

In the United States UNOS currently allows patients to be listed for liver transplantation with an elevated AFP without histological confirmation of HCC, even in the absence of a mass on imaging. It is important to note that AFP is being used here for diagnosis, not surveillance. Nonetheless, the performance characteristics of AFP, even as a diagnostic test are inadequate, particularly in the absence of a mass on imaging (see below).

### Recommendation

*2. Patients on the transplant waiting list should be screened for HCC because in the USA the development of HCC gives increased priority for OLT, and because failure to screen for HCC means that patients may develop HCC and progress beyond listing criteria without the physician being aware (level III).*

### Surveillance Tests

Any assay that is used to determine the presence or absence of a disease must be validated using a series of analyses that determine how well the test performs in diagnosing the disease (since no test is 100% accurate). The simplest measures are the sensitivity (true-positive rate) and specificity (true-negative rate), which are inversely related. For any single test and the underlying disease, as sensitivity increases, specificity decreases. Furthermore, the diagnostic accuracy of any test is related to the frequency of the underlying disease in the population being studied. This is measured by the positive and negative predictive values, *i.e.*, the rates at which positive or negative results are correct. An estimate of the efficiency of a test can also be obtained free of the influence of disease incidence by using the Youden Index. This is a measure of the combined sensitivity and specificity (sensitivity+specificity-1). Finally since the performance characteristics of a test vary across the range of the test results the optimal cut-off for diagnosis can be obtained from the Receiver Operating Characteristics (ROC) curve, a plot of sensitivity vs. 1-specificity over the entire range of the test results.

An important additional consideration is that the natural history of sub-clinical liver cancer is not the same as for clinical cancer. In particular growth rates of sub-clinical cancer may be very different than tumor growth rates in clinically observed cancers. Second, sub-clinical cancer may not progress to clinically detectable cancer in all cases. Thus it cannot be assumed that all sub-clinical lesions found on surveillance will ultimately develop into cancer. Similarly, the performance characteristics of a test used to diagnose sub-clinical disease (*i.e.*, as a screening test) are not the same as when the test is used for diagnosis. Therefore one cannot take the performance characteristics of a test used in diagnosis (*e.g.*, CT scan) and extrapolate the sensitivity and specificity to the surveillance situation.

Screening tests fall into two categories, serological and radiological. Of the serological tests the performance characteristics of AFP have been best studied.[42,118-121] Receiver operating curve analysis of AFP used as a diagnostic test suggests that a value of about 20 ng/mL provides the optimal balance between sensitivity and specificity.[118] However, at this level the sensitivity is only 60%, *i.e.*, AFP surveillance would miss 40% of HCC if a value of 20 ng/mL is used as the trigger for further investigation. This is inadequately sensitive for general use. If a higher cut-off is used a progressively smaller proportion of HCCs will be detected. If the AFP cut-off is raised to, *e.g.*, 200 ng/mL the sensitivity drops to 22%. Conversely, reducing the cut-off means that more HCCs would be identified, but at the cost of a progressive increase in the false-positive rate. This analysis was performed in a case control study

where the prevalence of HCC was artificially set at 50%. At this prevalence the positive predictive vaule of an AFP of 20 ng/mL was 84.6%. However, if the HCC prevalence rates were more like those seen in most liver clinics, *i.e.*, about 5%, the positive predictive value of an AFP of 20 ng/mL is only 41.5%, and even at a cut-off of 400 ng/mL the PPV is only 60%.[118] In cohorts undergoing surveillance the incidence of HCC may be even lower than 5%, depending on the criteria for entry into surveillance. For example, in non-cirrhotic hepatitis B carriers infected at birth the incidence of HCC is usually less than 1%.

Therefore, AFP is an inadequate screening test.[122] AFP still has a role in the diagnosis of HCC, since in cirrhotic patients with a mass in the liver an AFP greater than 200ng/mL has a very high positive predictive value for HCC.[118] Furthermore, a persistently elevated AFP has been clearly shown to be a risk factor for HCC.[104,105] Thus, the AFP can be used to help define patients at risk, but appears to have limited utility as a screening test.

Another serological test used to diagnose HCC is the des-gamma-carboxy prothrombin (DGCP), also known as Prothrombin Induced by Vitamin K Absence II (PIVKA II).[121,123-126] Most reports on the use of DGCP have evaluated the use of this test in a diagnostic mode, rather than for surveillance. Although there are reports of its use in a surveillance mode, these do not yet provide sufficient justification for routine use of this marker. There are also reports that DGCP is a marker for portal vein invasion by tumor.[127] If confirmed, this would also suggest that DGCP is not a good screening test. A screening test should be able to identify early disease, not late disease. Other tests that have been reported as screening tests included the ratio of glycosylated AFP (L3 fraction) to total AFP,[128-134] alpha fucosidase[135,136] and glypican 3.[137,138] None of these has been adequately investigated and cannot be recommended as a screening test. Proteomic profiling may aid the development of more accurate markers.[139]

The radiological test most widely used for surveillance is ultrasonography. A small HCC on ultrasound may take on one of several different appearances. The smallest lesions may be echogenic, because of the presence of fat in the cells. Other lesions may be hypoechoic, or show a "target lesion" appearance. None of these appearances is specific. Ultrasound has been reported to have a sensitivity of between 65% and 80% and a specificity greater than 90% when used as a screening test.[16] However, the performance characteristics have not been as well defined in nodular cirrhotic livers undergoing surveillance[3,140-143] These performance characteristics, although not ideal, are

superior to any of the serological tests. The major drawback to using ultrasound for HCC surveillance is that it is very operator dependent. In addition, scanning is difficult in obese subjects. Ideally, ultrasonographers performing HCC surveillance should receive special training, much as is done for mammographic surveillance in some jurisdictions.

Strategies such as alternating AFP and ultrasonography at intervals have no basis. The guiding principle should be that the best available screening test should be chosen, and it should be applied regularly. Combined use of AFP and ultrasonography increases detection rates, but also increases costs and false-positive rates.[144] AFP-only surveillance had a 5.0% false-positive rate, ultrasound alone had a 2.9% false positive rate, but in combination the false-positive rate was 7.5%.[144] Ultrasound alone cost about $2000 per tumor found, wheras the combination cost about $3000 per tumor found.[144] If ultrasonography is suboptimal or not available consideration can be given to using AFP surveillance. However, given the poor performance characteristics of AFP as a screening test consideration can also be given to not performing surveillance at all. Some reports suggest the use of CT scanning as a screening test for HCC.[143,145-147] This is problematic for several reasons. First, a screening test is not usually also the diagnostic test of choice. Second, the performance characteristics of CT scanning have been developed in diagnostic/staging studies and the performance characteristics of CT scanning in HCC surveillance are unknown. If CT scan is to be used as a screening test, *i.e.*, every 6-12 months over many years there is a significant radiation exposure to be considered. Practical experience suggests that the false-positive rate will be very high.

## Surveillance Interval

The ideal surveillance interval is not known. A surveillance interval of 6-12 months has been proposed based on tumor doubling times. The positive randomized control trial described earlier used a 6 month interval.[10] However, a retrospective study has reported that survival is no different in patients screened at 6 or 12 month intervals.[148] Another study in HCV infected hemophiliacs without cirrhosis suggested that the likelihood of finding HCC at the single nodule stage (as opposed to multinodular HCC) was the same with 6 and 12 month surveillance intervals.[149] Thus, the surveillance interval remains controversial. Most experts use a 6-month interval, but there are no firm data to suggest that 6 months is better than 12 months. The surveillance interval is determined by the tumor growth rates and not by the degree of risk. This is an important concept because it means that the surveil-

HEPATOLOGY, Vol. 42, No. 5, 2005

lance interval need not be shortened for patients who are thought to be at higher risk. However, it is important to make the distinction between patients undergoing surveillance, *i.e.*, those in whom although high risk is recognized, do not have any *a priori* reason to suspect HCC, and those in whom surveillance tests have been abnormal and there is a concern that HCC is already present. Such patients are strictly speaking not candidates for surveillance, but should be receiving enhanced follow-up.

### Recall Policies

Recall policies are the policies instituted to deal with an abnormal screening test result. The first step is to define an abnormal result.[118] A mass which enlarges is abnormal, even if previously considered to be benign. The nodular cirrhotic liver poses problems in ultrasound interpretation. Early HCC can be difficult to distinguish from background nodularity. Some cirrhotic nodules can be as large as 2 cm. However, the majority of nodules smaller than 1 cm are not HCC.[150] Therefore, in a cirrhotic liver any nodule larger than about 1 cm should be considered an abnormal screening result warranting further investigation. It is also important to note that although classical HCC is described as hypoechoic on ultrasound, HCC can also be isoechoic with a halo, hyperechoic or of mixed ecogenicity.

### Recommendations

**3. Surveillance for HCC should be performed using ultrasonography (level II).**

**4. AFP alone should not be used for sceening unless ultrasound is not available (level II).**

**5. Patients should be screened at 6 to12 month intervals (level II).**

**6. The surveillance interval does not need to be shortened for patients at higher risk of HCC (level III).**

## Diagnosis of HCC

The tests used to diagnose HCC include radiology, biopsy and AFP serology. Which tests should be used depends on the context. Some form of imaging such as CT scan or MRI is always required to determine the extent of disease. In the setting of a patient with known hepatitis B or cirrhosis of other etiology a mass found incidentally or on screening ultrasound has a high likelihood of being HCC. The sequence of tests used to diagnose HCC depends on the size of the lesion

### Lesions >2 cm in Diameter

Detection of a hepatic mass within a cirrhotic liver is highly suspicious of HCC. If AFP is greater than 200 ng/mL and the radiological appearance of the mass is suggestive of HCC (large and/or mutifocal disease with arterial hypervascularity), the likelihood that the lesion is HCC is high and biopsy is not essential.[151,152] If the imaging appearances are atypical, the differential diagnosis is broader, and tumor biospy should be considered.

The EASL conference[3] recommended that the diagnosis of HCC can be made without biopsy in patients with cirrhosis who have a mass >2 cm that shows characteristic arterial vascularization that is seen on two imaging modalities, *e.g.*, triphasic CT scan and MRI. Such lesions should be treated as HCC[3,151,152] since the positive predictive value of the clinical and radiological findings exceeds 95%.[3,151,152] If the vascular profile on dynamic imaging is not characteristic and the AFP is less than 200 ng/mL a biopsy is recommended. More recently the value of "washout" in the venous phase has been recognized. Thus, if the lesion shows arterial hypervascularity and washes out in the early or delayed venous phase, only a single imaging modality is required for diagnosis. This can be demonstrated on triphasic CT scan or MRI with gadolinium injection. However, such examinations should be conducted using state of the art equipment and read by radiologists with extensive expertise in liver radiology. Recent studies with contrast enhanced ultrasound indicate that this technique could also be used for this non-invasive diagnosis.[153-155] Other radiological tests that have been used to diagnose HCC are of less value for small HCC. In particular lipiodol angiography is not sensitive for small HCC.[156] Standard angiography and CT arterioportal angiography should not be routinely performed.

### Lesions 1-2 cm in Diameter

Lesions between 1-2 cm in a cirrhotic liver found during surveillance have a high likelihood of being HCC. The EASL conference recommended that these lesions should be biopsied irrespective of their vascular profile.[3,3,151,152] If the vascular profile on dynamic imaging is not characteristic the diagnosis is less reliable and a biopsy should be performed.[151,152] It has to be stressed that biopsy of small lesions (<2 cm) may not be reliable. First, when the lesion is so small needle placement may be difficult and one cannot be certain that the sample did indeed come from the lesion. Second, there is disagreement between pathologists as to the dividing line between dysplasia and well-differentiated HCC,[157] and this disagreement occurs more frequently as the size of the lesion decreases. Finally, it may be difficult, if not impossible, to distinguish well-differentiated HCC from normal liver on biopsy, or from normal hepatocytes on fine needle biopsy, where the architectural features of HCC, such as widened

plates might be lost. One group has reported a high rate of diagnosis of HCC when small lesions found on ultrasound are biopsied.[158] However, in this study the reported pathologic features used for the diagnosis of HCC in minute nodules reflected advanced tumor stage not corresponding to early, well differentiated HCC, calling into question the validity of the findings. Recently, a distinction has been made between "very early HCC"[159,160] and "small HCC".[157,161] Early HCC, as defined by Japanese pathologists, is generally hypovascular, and has ill-defined margins. Thus, it has a somewhat vague outline on ultrasound and may be hypovascular on CT scanning. Histologically, there are few unpaired arteries, but the cells show varying grades of dysplasia. There may be invasion of the portal space by hepatocytes, but vessel invasion is absent. These lesions are called "very early HCC" by Llovet et al.[17] The pathology of these "very early HCC" lesions has been defined in resected specimens, and therefore, the natural history of these lesions is unknown. However, the presence of small foci of typical HCC within them has been noted, suggesting that these lesions are precursors of typical HCC lesions.[157,161] The frequency with which these lesions develop typical HCC is unknown.

In contrast, "small HCC" have well-defined margins on ultrasound, and exhibit the typical features of HCC on CT and on histology.[157,161] These lesions often show microvascular invasion, despite their small size. The presence of microvascular invasion suggests that the prognosis of these lesions after treatment is less good than for "early HCC" where vascular invasion is rare. However, this has not been proven in clinical studies. The identification of features of early or "very early" HCC requires expert pathology interpretation, but if present should result in therapy being offered.[157] Therefore a positive biopsy is helpful, but a negative biopsy can never be taken as conclusive.

The characterization of a hepatic nodule <2 cm by imaging techniques is also more difficult. The vascular pattern on dynamic CT or MRI does not often show the specific pattern of arterial uptake followed by venous washout in the delayed portal/venous phase. Some minute nodules exhibit arterial enhancement without venous washout and these may correspond to lesions such as dysplastic nodules.[152,162-165] Up to 25% of small lesions <2cm with arterial enhancement, but without venous washout in cirrhotic livers will remain stable or regress over time and thus are not HCC.[151,162-166] Biopsy is therefore important in patients who do not exhibit typical radiological features.[151,162-166] While in nodules >2cm the imaging techniques offer sufficient confidence that diagnosis can be based on a single examination that shows the characteristic vascular profile (contrast-ultrasound, dynamic CT or MRI can be used for this purpose), in nodules between 1-2 cm the reliability of

the recognition of the specific vascular pattern is not as good, so that it is advisable to use two dynamic imaging techniques to enhance the specificity of the findings. In practice, either CT or MRI must also be used for staging in all patients, since staging is critical to help determine the optimal treatment modality.

Patients with lesions 1-2 cm in diameter with a nonspecific vascular profile who have a negative biopsy should continue to undergo enhanced follow-up. There are no data to establish the best follow-up policy at this point, but repeated biopsy or follow-up CT/MRI to detect further growth should be considered.

There are emerging data indicating that the smaller the lesion, the less likely there is to be microscopic vascular invasion.[161] In addition, the smaller the lesion the more likely it is that local ablation will be complete.[167] It is therefore important to make the diagnosis of HCC as early as possible. However, it is equally important not to apply invasive treatment to lesions that do not have any malignant potential and may still regress. This is a fine distinction that is not always possible to make

An additional concern about thin needle liver biopsy is the risk of bleeding and needle track seeding. Most studies that report needle track seeding do not specify the size of the lesion being biopsied. Although the rate of needle track seeding after biopsy of small lesions (<2 cm) has not been accurately measured, it is probably uncommon. The current rate of bleeding from thin needle biopsy of small HCC has not been reported, but is probably no different than for biopsy of the liver in general.

### Lesions Less Than 1 cm in Diameter

Finally, lesions <1 cm in diameter on ultrasound, particularly in a cirrhotic liver have a low likelihood of being HCC.[150] Malignancy is even less likely if they do not show contrast uptake on dynamic imaging.[168] Even if CT or MRI show tiny nodules with arterial vascularization, the vascularized areas may not correspond to HCC foci.[165,169] However, the possibility remains high that minute hepatic nodules detected by ultrasound may become malignant over time.[170,171] Therefore these nodules need to be followed-up every few months in order to detect growth suggestive of malignant transformation. Lack of growth over a period of more than 1-2 years suggests that the lesion is not HCC.

Figure 1 shows the suggested diagnostic strategy after detection of an hepatic nodule by ultrasound.

### Recommendations

*7. Nodules found on ultrasound surveillance that are smaller than 1 cm should be followed with ultra-*

HEPATOLOGY, Vol. 42, No. 5, 2005



Fig. 1.   A suggested algorithm for investigation of a nodule found on ultrasound during screening or surveillance. Note that nodules smaller than 1 cm initially which enlarge over time should be investigated using one of the other two algorithms shown depending on the size of the nodule. The typical vascular pattern referred to means that the lesion is hypervascular in the arterial phase, and washes out in the portal/venous phase. All other patterns are considered atypical.

*sound at intervals from 3-6 months (level III). If there has been no growth over a period of up to 2 years, one can revert to routine surveillance (level III).*

*8. Nodules between 1-2 cm found on ultrasound screening of a cirrhotic liver should be investigated further with two dynamic studies, either CT scan, contrast ultrasound or MRI with contrast. If the appearances are typical of HCC (i.e., hypervascular with washout in the portal/venous phase) in two techniques the lesion should be treated as HCC. If the findings are not characteristic or the vascular profile is not coincidental among techniques the lesion should be biopsied (level II).*

*9. If the nodule is larger than 2 cm at initial diagnosis and has the typical features of HCC on a dynamic imaging technique, biopsy is not necessary for the diagnosis of HCC. Alternatively, if the AFP is > 200 ng/mL biopsy is also not required. However, if the vascular profile on imaging is not characteristic or if the nodule is detected in a non-cirrhotic liver, biopsy should be performed (level II).*

*10. Biopsies of small lesions should be evaluated by expert pathologists. If the biopsy is negative for HCC patients should be followed by ultrasound or CT scanning at 3-6 monthly intervals until the nodule either disappears, enlarges, or displays diagnostic characteristics of HCC. If the lesion enlarges but remains atypical for HCC a repeat biopsy is recommended (level III).*

## Staging Systems

The prognosis of solid tumors is generally related to tumor stage at presentation and thus tumor stage guides treatment decisions. However, in HCC patients the prediction of prognosis is more complex because the underlying liver function also affects prognosis. There is no worldwide consensus on the use of any given HCC stag-



Fig. 2.   Strategy for staging and treatment assignment in patients diagnosed with HCC according to the BCLC proposal.

ing system, and which is the preferred system remains controversial. Any staging system should classify patients into subgroups with significantly different outcomes, and at the same time should help to direct therapy. Historically, HCC has been classified by the TNM[172] or Okuda staging systems.[173] The TNM system has been modified repeatedly[174] and still does not have adequate prognostic accuracy. In addition, its use is limited because it is based on pathological findings and liver function is not considered. An international multicentre study developed a score based on the evaluation of liver status (cirrhosis vs no cirrhosis) together with tumor staging according to the TNM classification,[175] but its validity has only been assessed in patients undergoing resection. The Okuda classification takes tumor size (on imaging/surgery) and liver function into account. It allows the identification of end-stage disease, but is unable to adequately stratify patients with early or intermediate stage disease. The Child–Pugh system[176] and the MELD score[177,178] only consider liver function and thus, cannot be accurate. Several scoring systems have been developed in the last few years, attempting to stratify patients according to expected survival. Schemes have been proposed in Barcelona,[179] France,[180] Italy,[181] Austria,[182] China,[183] and Japan.[184,185] While these systems are able to divide patients into strata with different prognoses, these schemes are mostly helpful

in identifying end-stage patients with a poor prognosis. Furthermore, most classification/staging systems do not take into account the effects of treatment, nor do they indicate optimal forms of treatment for different disease stages. Finally, when comparing results among systems none have been adequately cross-validated. The lack of reproducibility likely indicates heterogeneity among the different patient groups and this prevents the development of a universal staging system. Recently, Marrero et al.[186] and Grieco et al.[187] have compared all systems available and validated the BCLC system in U.S. and Italian patients, respectively.

The Barcelona-Clinic- Liver-Cancer (BCLC) staging system (Fig. 2)[19,188] was developed based on the combination of data from several independent studies representing different disease stages and/or treatment modalities. It includes variables related to tumor stage, liver functional status, physical status and cancer related symptoms.[189-191] The main advantage of the BCLC staging system is that it links staging with treatment modalities and with an estimation of life expectancy that is based on published response rates to the various treatments. It identifies those with early HCC who may benefit from curative therapies, those at intermediate or advanced disease stage who may benefit from palliative treatments, as well as those at end-stage with a very poor life expectancy

HEPATOLOGY, Vol. 42, No. 5, 2005

**Table 4. World Health Organization Performance Status grades**

| Stage 0 | Fully active, normal life, no symptoms. |
|---|---|
| Stage 1 | Minor symptoms, able to do light activity. |
| Stage 2 | Capable of self-care but unable to carry out work activities. Up for more than 50% waking hours |
| Stage 3 | Limited self care capacity. Confined to bed or chair > 50% waking hours. |
| Stage 4 | Completely disabled. Confined to bed or chair. |

(Fig. 2). Early stage disease includes patients with preserved liver function (Child–Pugh A and B) with solitary HCC or up to 3 nodules ≤3 cm in size. These patients can be effectively treated by resection, liver transplantation or percutaneous ablation with possibility of long term cure, with 5-year survival figures ranging from 50% to 75%. Very early HCC is currently very difficult to diagnose confidently prior to surgical ablation. In these lesions the absence of microvascular invasion and dissemination offers the highest likelihood of cure and thus, in Child–Pugh A patients may theoretically achieve a 5-year survival of almost 100%. The intermediate stage consists of Child–Pugh A and B patients with large/multifocal HCC who do not have cancer related symptoms and do not have macrovascular invasion or extrahepatic spread. Their survival at 3 years without therapy may reach 50%. These are the optimal candidates for transarterial chemoembolization. Patients who present with cancer symptoms and/or with vascular invasion or extrahepatic spread comprise the advanced stage. They have a shorter life expectancy (50% survival at 1 year) and are candidates to enter therapeutic trials with new agents. Finally, patients with extensive tumor involvement leading to severe deterioration of their physical capacity [WHO performance status >2] (Table 4)[191] and/or major impairment of liver function (Child–Pugh C),[173] are considered end stage. Their median survival is less than 3 months. Ongoing genomic and proteomic studies will characterize HCC more accurately, such that in the future HCC patients may be classified and treated according to their molecular profile and not according to the rough evaluation of tumor burden and conventional measures of liver function.

### Recommendation

***11. To best assess the prognosis of HCC patients it is recommended that the staging system takes into account tumor stage, liver function and physical status. The impact of treatment should also be considered when estimating life expectancy. Currently, the BCLC system is the only staging system that accomplishes these aims (level II-2).***

### Treatment of Hepatocellular Carcinoma

Historically, the diagnosis of HCC was almost always made when the disease was advanced, when patients were symptomatic and presented with a variable degree of liver function impairment. At this late stage virtually no treatment had any chance of being effective or of significantly improving survival. In addition, the morbidity associated with therapy (which was usually limited to surgical resection or systemic chemotherapy) was unacceptably high.

Today, many patients are diagnosed at an early stage when liver function is preserved and there are no cancer-related symptoms. In addition, there are several active treatments available that will potentially have a positive impact on survival.[17] However, to achieve the best outcomes requires the careful selection of candidates for each treatment option and the expert application of these treatments. Given the complexity of the disease and the large number of potentially useful therapies, patients diagnosed with liver cancer should be referred to multidisciplinary teams involving hepatologists, pathologists, radiologists, surgeons and oncologists.

It is important to note that the level of evidence for most of the therapeutic options is limited to cohort investigations with few RCT, most of which are limited to the treatment of advanced disease.[192] There are no studies that compare treatments considered effective for early stage disease (surgical resection, transplantation, percutaneous ablation) nor are there studies comparing these methods to no treatment. Hence, any proposed treatment strategy has to be developed from the analysis of several published cohorts of treated individuals. Availability of resources also has to be considered in developing treatment strategies. This is particularly relevant when considering liver transplantation, which is well established in the United States and Europe, but in some areas of the world transplantation is not available or has very limited applicability. For patients with solitary HCC in the setting of decompensated cirrhosis and for those with early multifocal disease (up to 3 lesions, none larger than 3 cm)[193] the best option is liver transplantation,[17] but for patients with solitary tumors in well-compensated cirrhosis the optimal treatment strategy is still under debate.[24]

It has become common to assess outcome through the use of the disease-free survival (DFS) rate. However, although this parameter is clinically informative, it can be misleading because it is a composite index registering two events: death and recurrence of tumor (Fig. 3). This is especially relevant in HCC patients as they usually present with underlying cirrhosis and thus, they are at risk of death related either to cirrhosis itself or to tumor progression. Accordingly, different outcomes in DFS may be



Fig. 3.   Disease free survival (DFS)(upper panel) appears to be different between option A (continuous line) and option B (dotted line). However, the lower panel expresses outcome as overall survival and there are three different potential scenarios. Overall survival might truly be better for option A (left lower panel). Alternatively, the improved DFS for option A may be the result of a lower recurrence rate but similar death rate; overall survival would thus be similar to that of the control (central lower panel). Finally, the right lower panel depicts the worst possibility. In this scenario, option A is highly effective against HCC but is associated with treatment related deaths, while option B is safe but has minimal antitumoral efficacy. Thus, the overall survival is better with option B, and its lower DFS is due only to the lack of significant antitumoral effect with associated higher recurrence rates.

due either to differences in death rate, recurrence rate or both. Thus, theoretically, although a treatment might be less active against the tumor than another treatment and thus result in a higher recurrence rate after initial treatment, the overall survival might not differ or may even be better.

Thus, the preferred parameter for primary comparison between different therapies should be survival. These comments are particularly relevant when discussing what the first treatment option should be in patients with cirrhosis and with early HCC, surgical resection or transplantation.

In the following pages we will review the outcomes that might be achieved with the different therapeutic options that are currently available in conventional clinical practice. We will identify the selection criteria that should be used to offer each patient the option that provides the best long term survival.

The therapies that are known to offer a high rate of complete responses and thus, a potential for cure, are surgical resection, transplantation and percutaneous ablation.[17] Among non-curative therapies the only one that has been shown to positively impact survival is transarterial chemoembolization.[192] Other options such as arterial embolization without chemotherapy[194] or internal radiation do show some antitumor activity,[195] but there is no proof of their benefit in terms of improved survival. Sys-

temic chemotherapy with several agents has marginal activity with frequent toxicity, and is not associated with improved survival.[196,197] Finally, agents such as tamoxifen,[192] anti-androgens,[198,199] or octreotide[200] are completely ineffective.

### Surgical Resection

This is the treatment of choice for HCC in non-cirrhotic patients, who account for just 5% of the cases in Western countries, and for about 40% in Asia. These patients will tolerate major resections with low morbidity, but in cirrhosis candidates for resection have to be carefully selected to diminish the risk of postoperative liver failure with increased risk of death. Right hepatectomy in cirrhotic patients has a higher risk of inducing decompensation than left hepatectomy. Two decades ago long-term survival was seldom achieved by resection. Today however, the 5-year survival after resection can exceed 50%.[27,28,159,201,202]

Several major advances have increased of the long-term survival figures. Diagnosis during the asymptomatic phase of disease together with a more accurate staging of the patients has allowed the identification of patients with early stage disease. At the same time, more accurate evaluation of the underlying liver function has permitted the exclusion of those in whom the resection would likely prompt liver decompensation and death. For years the selection of candidates for resection has been based on the

Child–Pugh classification[176] but this is known to have inconsistent predictive value. Child–Pugh A patients may already have significant liver functional impairment with increased bilirubin, significant portal hypertension or even minor fluid retention requiring diuretic therapy.[176] These features indicate advanced liver disease[203,204] and preclude resection. Many Japanese groups rely on the Indocyanine Green retention test. The decision whether surgery is feasible and the extent of the resection that can be performed is made based on the degree of retention of the dye.[205] In contrast, in Europe and the United States, selection of optimal candidates for resection is usually based on the assessment of the presence of portal hypertension, as assessed clinically or by hepatic vein catheterization. Studies have shown that a normal bilirubin concentration, and the absence of clinically significant portal hypertension measured by hepatic vein catheterisation (hepatic vein pressure gradient <10 mmHg) are the best predictors of excellent outcomes after surgery, with almost no risk for postoperative liver failure.[27,206] Such patients will not decompensate after resection and may achieve a 5-year survival of better than 70%.[27,206] In contrast, the majority of patients with significant portal hypertension will develop postoperative decompensation (mostly ascites),[206] with a 5-year survival of less than 50%. Finally, the survival of those subjects with both adverse predictors (portal hypertension and elevated bilirubin) is less than 30% at 5 years, regardless of their Child–Pugh stage.[27] Therefore, measurement of portal pressure is a key step in the evaluation of candidates for resection. Obviously, if upper endoscopy shows varices or if diuretic treatment is needed to control ascites, portal hypertension is already severe and catheterisation is not necessary. Clinically significant portal hypertension may also be suspected when the platelet count is below 100,000/mm$^3$ associated with significant splenomegaly.

In recent years surgeons have refined both selection criteria and surgical techniques. Hence, blood transfusion may be needed in fewer than 10% of the cases and treatment related mortality should be less than 1%-3%.[27,205,207] The use of intra-operative ultrasonography (IOUS) allows precise localization and staging of the tumor, and also permits anatomical resections to be performed. From an oncological perspective anatomic resections that may include satellite lesions are more sound than limited resections without a surrounding margin. Pathological studies in resected tumors provide support for this notion[161] but some authors have challenged the benefits of a safety margin[208] and robust evidence is lacking.

Most groups restrict the indication for resection to patients with single tumor in a suitable location for resection (as shown by triphasic CT scan, MRI, or other high resolution imaging techniques). The size of the tumor is not a clear-cut limiting factor. As discussed previously, the risk of vascular invasion and dissemination increases with size,[161] but some tumors may grow as a large single mass with no evidence of invasion. In these, surgery may be safely performed and the risk of recurrence is not significantly increased as compared to smaller tumors.[27,209]

Chemoembolization of the tumor prior to resection offers no benefit.[210] The same is true for the general use of portal vein embolization of the hepatic lobe hosting the tumor[211,212] to induce compensatory liver growth and functional capacity in the non-affected lobe prior to a major resection. It has also been suggested that malignant hepatocytes may also respond to the proliferative stimulus and this could result in uncontrolled tumor progression. In addition, portal vein obstruction may induce an acute increase in portal pressure and result in variceal bleeding. Clearly, large RCTs are needed to define the benefits and risks of these procedures.

### Risk of Recurrence

After resection, tumor recurrence rate exceeds 70% at 5 years,[27,209,213-216] including recurrence due to dissemination and *de novo* tumors.[217,218] The most powerful predictors of recurrence are the presence of microvascular invasion and/or additional tumor sites besides the primary lesion.[27,209,213-216,219] This suggests that the majority of recurrences are due to dissemination from the primary tumor and not metachronous tumors developing in a liver with cirrhosis.[217,220] Furthermore, recurrence due to dissemination is more likely to appear during the first 3 years of follow-up.[218] There is no effective adjuvant therapy that can reduce recurrence rates.[221] Preoperative chemoembolization or adjuvant chemotherapy are not effective and may complicate the intervention. Internal radiation[222] and adoptive immunotherapy by activated lymphocytes[223] may have some anti-tumor efficacy but early promising results still have to be properly validated. This is also the case for retinoid administration[224] and interferon therapy.[225,226]

As hoped in all cancers,[227-229] molecular profiling of HCC is expected to refine risk assessment and several studies have been published trying to correlate abnormal gene expression with recurrence and outcome.[230-232] However, none of the proposed markers have gained wide acceptance or become routine in clinical practice.[233]

Treatment of recurrence is a poorly investigated area. Solitary recurrence might benefit from repeat resection, but in most patients recurrence after primary resection

will be multifocal because of intra-hepatic dissemination from the primary tumor.[29,216,234] This reflects an advanced tumor stage and there is no evidence that any treatment provides a survival advantage. It has been suggested that patients with recurrence might be candidates for salvage transplantation.[235] Some retrospective analyses have suggested that the majority of patients with recurrence might benefit from this option.[29] However, this optimistic suggestion is not supported by an analysis of clinical outcomes. Most of the recurrences and specially those that appear early during follow-up are due to tumor dissemination and have a more aggressive biological pattern as compared to primary tumors.[216,218] Hence, only those patients in whom recurrence is due to *de novo* oncogenesis can be expected to benefit from salvage transplantation or repeated resection. Since the most accurate predictors of recurrence due to dissemination (vascular invasion, satellites) may be identified on pathology, and since the results of transplantation in these patients is good, some authors have proposed that this category of patients should be listed immediately after resection.[236] This might be more effective than waiting for recurrence to develop with excessive tumor burden possibly excluding liver transplantation. Organ allocation policies might have to be modified to take these findings into account.

### Recommendations

**12. Patients who have a single lesion can be offered surgical resection if they are non-cirrhotic or have cirrhosis but still have well preserved liver function, normal bilirubin and hepatic vein pressure gradient <10 mmHg (level II).**

**13. Pre or post-resection adjuvant therapy is not recommended (level II)**

### Liver Transplantation

Patients with HCC were frequently part of the initial experiences with liver transplantation because of the lack of alternative treatment and a dismal life expectancy. This was necessary to establish the feasibility of the intervention. At the same time, the initial results provided the rationale for the application of strict selection criteria to candidates who might benefit from the liver transplantation.[237,238] Patients with HCC that was detected only at surgery (incidental) because the lesion was too small to be detected by imaging techniques had an excellent outcome that did not differ from that of patients with non-malignant disease.[238] These tumors were those that were solitary and smaller than 5 cm. Later experience from France[239] Italy,[193] Spain,[240] and Germany[30] showed that excellent results could be achieved in patients with solitary

HCC <5 cm or with up to 3 nodules smaller than 3 cm, these criteria being known as the Milano criteria after the seminal study by Mazzaferro et al.[193] The 5-year survival of these early stage patients exceeds 70%. This has confirmed early HCC as a clear indication for liver transplantation in conventional clinical practice.

The need to obtain the optimal benefit from the limited number of organs that are available has prompted the maintainance of strict selection criteria so as to list only those patients with early HCC who have the highest likelihood of survival after transplant. However, this means that some patients with a slightly more advanced HCC in whom transplant would offer an acceptable, but not excellent outcome, are excluded from the procedure.[25,241,242] This has recently fuelled a debate about whether and to what extent the indications for transplantation as therapy for HCC can be expanded.[243] There are very limited data to support extending the selection criteria. The current more restrictive criteria were developed when imaging techniques were not as accurate as they are today and this has always meant a variable degree of understaging, ranging between 10% and 15%.[165,240,244] At the same time, in most programs the waiting time for transplant is long enough that there is a chance that the HCC will grow beyond the listing criteria. However, for patients with disease beyond standard listing criteria, if progression of disease has not been extensive and there is no macroscopic vascular invasion or extrahepatic spread, the survival is comparable to patients transplanted for disease within the standard listing criteria. Most groups describe a 5-year survival of around 50% in patients transplanted for extended criteria[25,242,245] and this is likely the lowest acceptable survival.[243,246] Thus, it is clear that there is some room to expand the criteria, but at present there are no data to define the new limits. Most of the published studies that support an expansion of the limits are based on an analysis of explanted livers, information that is not available prior to surgery.

The most powerful predictor of recurrence in the absence of extrahepatic spread is macro- or microscopic vascular invasion[30,247] The likelihood of this event runs in parallel to tumor size and number[150,248] Thus expanding the listing criteria is a very controversial issue, particularly when considering the shortage of donors. Tumor differentiation has been proposed to be a predictor for microscopic vascular invasion,[249,250] but its assessment would require biopsy. Since large tumors are known to be heterogeneous, the accuracy of this strategy for clinical decision-making would be suboptimal.

The lack of sufficient liver donation is the major limitation for liver transplantation. There is always a waiting

period between listing and transplantation. This varies among programs but if long enough, the tumor will grow and develop major contraindications (vascular invasion, extrahepatic spread) to transplantation.[27,251] The rate of exclusion on the waiting list may be as high as 25% if the waiting list is longer than 12 months.[251] Obviously, if patients with more advanced tumors are included as a result of expanded listing criteria the dropout rate will be higher and this will translate into poor survival figures on an intention-to-treat analysis. Studies from Barcelona and San Francisco have shown that if the dropout rate due to advancing disease is 25% at 1 year this will translate into a 60% survival rate for transplantation based on an intention-to-treat analysis of patients listed for transplant (rather than those who actually undergo transplantation).[27,251] Data from Mount Sinai describe a 50% dropout rate with an even worse survival if the criteria for transplant are expanded.[252] Furthermore, one of the most important issues is the lack of clearly defined criteria for removing patients from the waiting list because of excessive tumor growth while waiting. If only major events (macroscopic vascular invasion and extrahepatic spread) are used to de-list patients this will mean that some patients will undergo transplantation who have too advanced disease. This will ultimately impair the survival figures for transplantation for HCC and put the whole program at risk. The listing of patients using expanded criteria will further worsen this scenario and thus, prior to any change in listing policy, it is essential to define the exclusion criteria.

### Priority Listing for Transplantation

Following a federal request UNOS developed a priority system to transplant those with the highest short-term risk of mortality. The MELD score was selected as the most clinically useful tool for this aim as it accurately predicts early mortality in chronic liver disease of viral or alcoholic origin.[253] However, MELD is less powerful in predicting mortality in cholestatic liver disease and cannot predict mortality in HCC. To give patients with HCC equal opportunity for transplantation, HCC patients were initially given additional points aimed at matching the risk of death in end-stage cirrhosis: 24 points for solitary HCC <2cm and 29 for solitary HCC 2 to 5cm or 3 nodules each ≤3 cm.[254] After implementation it was recognised that too high a priority was given to HCC patients and this was unfair to patients without cancer.[255] In addition, it was recognized that one fifth of the patients listed with an HCC diagnosis and who received priority, did not have HCC in the explanted liver. The points for HCC patients were therefore reduced to

20 and 29, to none and 24, respectively, and finally to none and 22, respectively.[254] In addition, a 10% point increase is given for every three months on the waiting list. Results of the new points allocation are unknown. The major difficulty in setting up fair and equitable priority policies is that there are no clear predictive data to identify patients at higher risk of progression and thus, of dropout. Patients with progression while waiting are clearly at higher risk, but some may have more aggressive tumors. Thus, if given excessive priority, the long-term results may be less than optimal because of HCC recurrence in the latter subset. Ongoing research should be able to clarify some of these key issues and in the future it should be possible to use clear clinical and molecular data to make clinical decisions regarding transplantation in patients with known HCC.

In addition to the establishment of a priority policy, most groups treat the HCC upon listing, prior to transplantation. Unfortunately, this area also lacks robust RCTs comparing active intervention vs no therapy or comparing several interventions to each other. All the evidence of benefit currently available comes from cohort assessments, usually using a per protocol rather than an intention-to-treat approach, or from Markov modelling using published clinical outcomes.[117] Despite some encouraging preliminary data,[248] more recent cohort studies suggest that systemic chemotherapy is ineffective.[256-258] Most groups perform transarterial chemoembolization upon listing because it reduces tumor burden and delays tumor progression.[259] However, it is known that in patients with decompensated disease this treatment may induce liver failure and death. Hence, it cannot be applied in all candidates. Patients with small tumors can have ablation either by percutaneous ethanol injection, radiofrequency or any other technique and statistical modelling has shown that such intervention is cost-effective if the expected waiting time is longer than 6 months.[117] The main concern with this approach is seeding due to tumor puncture as has been reported for diagnostic biopsy. However, puncture-related seeding is usually restricted to poorly differentiated tumors and to peripheral tumors that cannot be approached through a rim of non-tumoral liver.[260,261]

### Living Donor OLT

The most effective approach to reduce the dropout rate on the OLT waiting list is to expand the number of available livers. Several strategies (domino transplant using livers extracted from patients with amyloidosis, use of viral infected livers with minimal damage, split liver transplantation, non-beating heart donors) have been established for this purpose, but the best opportunity is the development of live donation.[262]

After the first successful attempt,[263] more than 3000 living donor operations have been performed worldwide using the right hepatic lobe. Results from Asia[264-266] and a recent survey in Japan[267] that includes all the interventions performed suggests that the outcome after live donor transplantation is the same as with cadaveric donation. Interestingly, the value of the Milano criteria are further reinforced in this study since the survival and disease recurrence rates in patients transplanted with HCC are significantly different according to this stratification. In any case, long-term data are eagerly awaited. This is especially relevant for patients with hepatitis C virus infection in whom the potential severe recurrent liver disease is a matter of controversy.[268-271] Decision analysis taking into account the risk of drop-out while waiting (4% per month), the expected survival of the recipient (70% at 5 years) and the risk for the donor (0.3%-0.5% mortality) suggest that this is a cost-effective approach if the waiting time exceeds 7 months.[272] However, this is a complex intervention that should only be undertaken by expert surgeons to ensure the lowest morbidity and best outcome, not only to the recipient, but also to the donor. Complications may develop in 20% to 40% of the donors and the mortality risk for the donor is still 0.3% to 0.5%.[262] Finally, even with liver organ donation the number of donors is restricted because of blood group incompatibility, medical contraindications or psychosocial issues.

The development of living donation has further stimulated the discussion about expansion of the tumor burden limits for HCC patients. Since transplantation can be done with almost no delay and staging would be recent, several programs have proposed that living donation might be a valid option for those patients whose tumor stage does not allow listing for cadaveric liver transplantation. Cadaveric livers would then be allocated to patients with the best potential outcome (70% at 5 years), and living donation livers would benefit patients with a lower expectancy, around 50% at 5 years. There are no data to support utilizing such expanded criteria.

### Posttransplant Management

There are insufficient data to support or discourage any specific type of immunosuppression aimed at diminishing the growth of unrecognised tumor nests disseminated prior to the operation. Similarly, even if pathology discloses vascular invasion indicating a high risk for HCC recurrence there is no effective intervention to prevent or diminish this unfortunate event. The sole aspect that might be prevented by treatment is the viral reinfection of the graft. There are several effective strategies for hepatitis

B,[273] but in patients with hepatitis C the situation is less encouraging. The response rate in those patients who can receive combined therapy with pegylated interferon and ribavirin is reduced compared to the pre-transplant situation.[274] If viral replication persists, the new liver will develop infection that will cause significant liver damage leading to cirrhosis in enough patients and will affect both graft and patient survival.[271,275] Thus, the goal that transplantation may cure both the tumor and the underlying liver cannot be achieved, at least in the majority of HCC patients in Japan, the United States, and Europe, where hepatitis C is the major cause of HCC.

### Recommendations

*14. Liver transplantation is an effective option for patients with HCC corresponding to the Milan criteria: solitary tumor ≤5 cm or up to three nodules <3 cm (level II). Living donor transplantation can be offered for HCC if the waiting time is long enough to allow tumor progression leading to exclusion from the waiting list (level II)./*

*15. No recommendation can be made regarding expanding the listing criteria beyond the standard Milan Criteria (level III).*

*16. Preoperative therapy can be considered if the waiting list exceeds 6 months (level II).*

### Percutaneous Ablation

This is the best treatment option for patients with early stage HCC who are not suitable for resection or transplantation. In some Japanese centres this is offered as the first therapeutic option.[276] There are no RCT comparing local ablation to resection. Destruction of tumor cells can be achieved by the injection of chemical substances (ethanol, acetic acid, boiling saline) or by modifying the temperature (radiofrequency, microwave, laser, cryotherapy). The efficacy of percutaneous ablation is assessed by dynamic CT 1 month after therapy.[3] Although not entirely reliable, the absence of contrast uptake within the tumor reflects tumor necrosis, while the persistence of contrast uptake indicates treatment failure. The recurrence rate after ablation is as high as for resection. Some recurrences will occur in the vicinity of the treated nodule and are due to the presence of microscopic satellites not included in the ablation zone.

Percutaneous ablation is usually performed under ultrasound guidance. Ethanol injection is the best known and best studied approach.[277,278] It is highly effective for small HCC and has a low rate of adverse effects. In addition, it is inexpensive. This should be the standard against which any new therapy should be compared. Ethanol in-

jection achieves necrosis rate of 90%-100% of the HCC smaller than 2 cm, but the necrosis rate is reduced to 70% in tumors between 2 and 3 cm and to 50% in HCC between 3 and 5 cm.[279-282] Long term studies indicate that Child–Pugh A patients with successful tumor necrosis may achieve a 50% survival at 5 years.[28,167,278] This compares well with the outcome of resection in those candidates who do not fit the optimal surgical profile.[28] Ethanol injection requires repeated injections on separate days and rarely accomplishes complete necrosis in tumors larger than 3 cm, because the injected ethanol cannot access the entire tumor volume. This may be due to the presence of intra-tumoral septa. To disrupt septae and facilitate ethanol infiltration, some authors have proposed that ethanol injection should be preceded by arterial embolization in large HCC.[283] The rate of initial response is enhanced but development of viable intra-tumoral nests or distant recurrence is the rule during follow-up and the long-term outcome is no different. Thus, there have been major efforts to develop alternative ablative techniques that would be able to necrose larger tumors in fewer treatment sessions.

Radiofrequency ablation (RFA) is the option that has better results in that regard. The insertion of single or multiple cooled tip electrodes or single electrodes with J-hooked needles that deliver heat around the tip induces a wide region of tumor necrosis. The efficacy of RFA in tumors <2 cm is similar to that of ethanol but requires fewer treatment sessions.[284,285] The efficacy in tumors >2 cm is better than with ethanol.[284-286] RCT have shown that RFA provides better local disease control that could result in an improved survival in RCT.[284-287] Large RCT comparing these two options in tumors <2 cm and primarily designed to assess survival are needed.

The main drawback of radiofrequency is its higher cost and the higher rate (up to 10%) of adverse events (pleural effusion, peritoneal bleeding).[261,288,289] Procedure-related mortality ranges from 0% to 0.3%.[261,288,289] Subcapsular location and poor tumor differentiation have been associated with increased risk of peritoneal seeding[260,261] and thus, this type of tumor should not be treated with RFA. Since the efficacy of radiofrequency is based on heat delivery and blood circulation inside the tumor may prevent proper heating, some authors have proposed combining radiofrequency with simultaneous vessel obstruction.[290] This manoeuvre may increase the area of necrosis, but the lack of evidence of a major benefit, together with the more complex process has prevented its wide implementation.

*Recommendations*

*17. Local ablation is safe and effective therapy for patients who cannot undergo resection, or as a bridge to transplantation (level II).*

*18. Alcohol injection and radiofrequency are equally effective for tumors <2 cm. However, the necrotic effect of radiofrequency is more predictable in all tumor sizes and in addition, its efficacy is clearly superior to that of alcohol injection in larger tumors (level I).*

*Non-Curative Treatment*

As previously discussed, the end-point of therapy is to extend life expectancy. The only way to demonstrate this for any therapeutic option is to perform a properly powered RCT comparing active intervention vs. no treatment. The systematic review of the English literature during the last 25 years showed only a limited number of RCT that properly test the efficacy of palliative therapy[192] and the only option for which there is adequate and positive information is transarterial chemoembolization.[192]

Systemic chemotherapy with any of the available agents has marginal anti-tumor activity and no impact on survival.[196,291] Despite this lack of efficacy and the associated morbidity, chemotherapy (usually doxorubicin) is frequently administered in conventional clinical practice. Furthermore, it is also sometimes used as a control arm in some research studies. This policy must be discouraged, since if a treatment is thought to be inactive and used as a placebo, it should at least be non-toxic and easy to administer. In fact, in the absence of effective therapy, the goal of health care providers should be to avoid unnecessary suffering with impairment of quality of life. Selective intraarterial administration of any chemotherapy agent, frequently suspended in lipiodol, has also negligible anti-tumor activity and robust data supporting survival benefit are lacking.[192,292] Selective radiation through intra-arterial injection of lipiodol-I-131[195,293] or Ytrium-90 labeled microspheres[294] has some antitumor activity but the impact on survival has not been established.

There are multiple other treatment modalities such as octreotide,[200,295] interferon,[296] external radiation,[297] tamoxifen,[192,298-300] or antiandrogenic therapy,[198,199,301] but none have been shown to improve survival.[195,200,293-297,302,303] The first studies testing tamoxifen reported encouraging results[304,305] but unfortunately, larger RCT properly designed, showed unequivocal negative results.[192,298-300] The absence of effect is maintained even when given at high doses[306] and thus, tamoxifen has no activity in patients with HCC.

Some authors have suggested that HCC patients may have mutated estrogen receptors that cannot be blocked by tamoxifen,[307] but by megestrol.[308] Again, the small number of patients in which this agent has been tested prevents any firm conclusion.

### Transarterial Embolization and Chemoembolization

HCC exhibits intense neo-angiogenic activity during its progression.[150] At very early stages the tumor is not highly vascularised and its blood supply comes from the portal vein. As the tumor grows the blood supply becomes progressively arterialized, so that even well differentiated HCC is mostly dependent on the hepatic artery for blood supply. This characteristic provides the pathologic basis for the radiological characteristics that are used to diagnose the disease. It also provides the rationale to support arterial obstruction as an effective therapeutic option. Acute arterial obstruction induces ischemic tumor necrosis with a high rate of objective responses. Hepatic artery obstruction is performed during an angiographic procedure and is known as transarterial, or transcatheter arterial embolization (TAE). When TAE is combined with the prior injection into the hepatic artery of chemotherapeutic agents, usually mixed with lipiodol, the procedure is known as transarterial chemoembolization (TACE). Hepatic artery obstruction can be achieved by the injection or placement of several agents. Gelfoam carefully prepared as 1mm cubes is the most frequently used agent, but polyvinyl alcohol,[309] alcohol,[310] starch microspheres,[311] metallic coils[312] or even autologous blood clots[313] have also been used. Gelfoam powder should be not be used as this may cause biliary damage.[314]

The procedure requires the advancement of the catheter into the hepatic artery and then to lobar and segmental branches aiming to be as selective as possible so as to induce only minimal injury to the surrounding non-tumorous liver. Multifocal HCC involving both hepatic lobes may require the obstruction of the total hepatic artery blood flow.

Chemotherapy has to be injected prior to arterial obstruction. It is usual to suspend chemotherapy in lipiodol, an oily contrast agent used for lymphographic studies. Lipiodol is selectively retained within the tumor and this expands the exposure of the neoplastic cells to chemotherapy. The dose of chemotherapy to be administered has to be distributed among the affected lobes. If the tumor affects only one lobe, it is common policy to inject 25% of the agent into the lobe free of tumor with the objective of treating potentially undetected clones. Several chemotherapeutic agents have been used for TACE, but the most common is to inject adriamycin or cisplatin.[315]

TAE and TACE are considered for patients with non-surgical HCC that are also ineligible for percutaneous ablation, provided there is no extrahepatic tumor spread. The main contraindication is the lack of portal blood flow (because of portal vein thrombosis, portosystemic anastomoses or hepatofugal flow). Patients with lobar or segmental portal vein thrombosis are poor candidates for TACE, as this will cause necrosis of the tumor and of the non-tumorous liver deprived of blood supply. This increases the risk of treatment-related death due to liver failure. Patients with advanced liver disease (Child–Pugh class B or C) and/or clinical symptoms of end-stage cancer should not be considered for these treatments as they have an increased risk of liver failure and death.

The side effects of intra-arterial injection of chemotherapy are the same as for systemic administration: nausea, vomiting, bone marrow depression, alopecia and potentially renal failure. Hepatic artery obstruction with acute ischemia of the HCC is associated with the so-called post-embolization syndrome. This appears in more than 50% of the patients and consists of fever, abdominal pain and a moderate degree of ileus. Fasting is required for 24 hours and IV hydration is mandatory. Prophylactic antibiotics are not routinely used[316] Fever is a reflection of tumor necrosis, but a minority of patients may develop severe infectious complications such as hepatic abscess or cholecystitis. The post-embolization syndrome is usually self-limited in less than 48 hours and the patients can be discharged from the hospital.

Both TAE and TACE induce extensive tumor necrosis in more than 50% of the patients.[192] Treatment response is assessed by the decrease in the concentration of tumor markers and the identification of large intra-tumoral necrotic areas and reduction in tumor burden in dynamic CT or MRI.[3] Immediately after arterial obstruction it is possible to see intra-tumoral bubbles that reflect tissue liquefaction The evaluation of the treatment response should take into account the induction of intra-tumoral necrotic areas in estimating the decrease in tumor load, and not just a reduction in overall tumor size.[3] According to conventional WHO criteria the reported rate of objective responses ranges between 16% and 60%,[192,315] there being no differences between TAE and TACE. Fewer than 2% of treated patients achieve a complete response. During follow-up the residual tumor nests recover their blood supply and the tumor continues to grow. This consideration prompts treatment repetition either at regular intervals or "a la demande" as there is no prospective comparison to support one or other strategy.[315]

The tumor progression rate is reduced after treatment and this translates into a lower risk of vascular invasion.

Response to treatment is associated with a significant improvement in survival. Cumulative meta-analysis of all published RCT indicate that patient survival is significantly improved.[184] Until very recently, the gain in survival reported in individual trials was not statistically significant.[194,317-319] However, studies performed in Barcelona[320] and Hong Kong[321] reported a significant impact on survival have changed this negative statement. It has to be emphasized that the available trials are heterogeneous both in terms of patients profile, treatment schedule and agent used. Thus, it has still to be determined which are the best obstructing agents, the optimal chemotherapeutics and the most effective re-treatment schedule.

The improvement in survival in treated patients ranges from 20% to 60% at 2 years,[315] but it is clear that the relevance of the improvement as compared to their outcome if untreated, is largely dependent on the patients baseline characteristics regarding tumor stage, liver function and general health status.

### Recommendations

*19. TACE is recommended as first line non-curative therapy for non-surgical patients with large/multifocal HCC who do not have vascular invasion or extrahepatic spread (level I).*

*20. Tamoxifen, antiandrogens, octreotide or hepatic artery ligation/embolization are not recommended (level I). Other options such as radio-labelled Yttrium glass beads, radio-labelled lipiodol or immunotherapy cannot be recommended as standard therapy for advanced HCC outside clinical trials.*

*21. Systemic or selective intra-arterial chemotherapy is not recommended and should not be used as standard of care (level II).*

### Treatment Algorithm

As previously stated, the establishment of an evidence-based treatment strategy for HCC patients relies on fewer than one hundred RCT, assessing all of the possible treatment strategies. Almost all the treatment recommendations, therefore, are based on a critical reading of observational studies. In the clinical setting patients should be stratified by disease stage. For each stage there should be an indicated treatment. This is the basis for the BCLC scheme as depicted in Fig. 2.[17,19,322] The strategy combines in a single proposal staging, indicated treatment and estimation of prognosis, and it can be applied to the majority of patients evaluated for HCC.

Patients diagnosed at an early HCC stage are optimal candidates for resection, liver transplantation or percutaneous ablation. Resection is considered for patients with single tumors, absence of clinically relevant portal hypertension and normal bilirubin. Tumor size is not a limiting factor, but it is uncommon to resect patients with tumors >5cm. Transplantation is considered in patients with 3 nodules <3 cm or with single tumors ≤5 cm with liver function impairment precluding resection. If a long waiting time (>6 months) is expected resection or percutaneous treatments are recommended prior to OLT. Living donor transplantation should also be considered. Percutaneous ablation is indicated in patients with small nonsurgical HCC. If these options are not feasible, patients have to be considered for palliation.

Transarterial chemoembolization is indicated in asymptomatic patients with multinodular tumors that have not invaded vessels nor been disseminated outside the liver. This type of patient is the best candidate for this approach, particularly if they still meet the criteria for Child–Pugh A stage. Treated patients who respond to therapy have an improved survival and thus, this is the last effective option in conventional clinical practice.

Patients who present with a more advanced stage because of liver failure or tumor growth with vascular involvement/extrahepatic spread or physical impairment reflected by a markedly impaired performance status (<2)[189-191] will not benefit from any treatment option, even one with known efficacy in earlier disease. Accordingly, the optimal policy for these subjects is to attempt to enroll them in research studies testing new agents either within phase 2 investigations or within RCT. The optimal design of such studies should be the comparison of any intervention vs. placebo or the best supportive care as currently practiced. There is no proof that any of the available agents has any impact on survival.

Finally, patients at a terminal stage with deeply impaired physical status (performance status >2) and/or massive tumor burden with heavily impaired liver function should receive symptomatic treatment to avoid unnecessary suffering.

## Future Perspectives

This practice guideline has depicted the current status regarding the diagnosis, staging and treatment of HCC. As discussed, there are several areas where active research is needed, ranging from molecular pathogenesis to detection, diagnosis and treatment. The elucidation of the molecular steps that determine the transition from non-malignant to malignant should allow the stratification of patients according to the distinct pathways that led to cancer and also provide for new preventive and therapeutic strategies. Identification of new biomarkers to establish the risk of cancer and/or detect its appearance at a preclin-

ical stage are urgently needed. The current therapeutic approach also needs significant improvement. Treatments able to provide initial cure are hampered by a significant rate of disease recurrence and there is also a need for effective adjuvant therapies. Finally, the therapeutic options for patients with advanced HCC have limited impact and thus, development of new agents and strategies for this group of patients is of major relevance. Fortunately, the awareness of these needs by official agencies such as the National Institutes of Health has increased the resources allocated for sponsoring research in this area. Hence, the action plan of the liver disease section (www.niddk.nih.gov/fund/divisions/ddn/ldrb/ldrb_action_plan.htm) includes specific goals in the field of liver cancer. Hopefully, in the years to come the management of patients with HCC will offer a completely different perspective in which both prevention and treatment will have significantly decreased the number of HCC related deaths.

*Acknowledement:* The authors thank the AASLD Practice Guidelines Committee for their help in the preparation of this practice guideline. This committee, in concert with F. Fred Poordad, M.D., and Margaret C. Shuhart, M.D., M.S., as the lead reviewers, provided extensive peer review of this manuscript. The members of the Practice Guidelines Committee include K. Rajender Reddy, M.D., Chair, Andres Cardenas, M.D., MMSc, Robert L. Carithers, Jr., M.D., Stanley M. Cohen, M.D., Timothy J. Davern, M.D., Thomas W. Faust, M.D., Steven L. Flamm, M.D., Gregory J. Gores, M.D., Steven-Huy B. Han, M.D., Elizabeth Hespenheide, MSN, ACNP, Michael R. Lucey, M.D., David R. Nelson, M.D., F. Fred Poordad, M.D., Margaret C. Shuhart, M.D., MS, Brent A. Tetri, M.D., Zobair M. Younossi, M.D., MPH, and Nizar N. Zein, M.D..

# References

1. Eddy DM. Manual for Assessing Health Practices and Designing Practice Guidelines. Philadelphia, PA: American College of Physicians, 1996.
2. American Gastroenterological Association Medical Position Statement: guidelines for the use of enteral nutrition. Gastroenterology 1995;108: 1280-1281.
3. Bruix J, Sherman M, Llovet JM, Beaugrand M, Lencioni R, Burroughs AK, et al. Clinical Management of Hepatocellular carcinoma: conclusions of the Barcelona–2000 EASL Conference. J Hepatol 2001;35:421-430.
4. El Serag HB, Mason AC. Rising incidence of hepatocellular carcinoma in the United States. N Engl J Med 1999; 340:745-750.
5. Parkin DM, Bray F, Ferlay J, Pisani P. Estimating the world cancer burden: Globocan 2000. Int J Cancer 2001;94:153-156.
6. Deuffic S, Poynard T, Buffat L, Valleron AJ. Trends in primary liver cancer. Lancet 1998;351:214-215.
7. Stroffolini T, Andreone P, Andriulli A, Ascione A, Craxi A, Chiaramonte M, et al. Characteristics of hepatocellular carcinoma in Italy. J Hepatol 1998;29:944-952.
8. Taylor-Robinson SD, Foster GR, Arora S, Hargreaves S, Thomas HC. Increase in primary liver cancer in the UK, 1979-94. Lancet 1997;350: 1142-1143.
9. Bosch FX, Ribes J, Diaz M, Cleries R. Primary liver cancer: worldwide incidence and trends. Gastroenterology 2004;127(5 Suppl 1):S5-S16.
10. Zhang BH, Yang BH, Tang ZY. Randomized controlled trial of screening for hepatocellular carcinoma. J Cancer Res Clin Oncol 2004;130:417-422.
11. Chen JG, Parkin DM, Chen QG, Lu JH, Shen QJ, Zhang BC, et al. Screening for liver cancer: results of a randomised controlled trial in Qidong, China. J Med Screen 2003;10:204-209.
12. Welch HG, Schwartz LM, Woloshin S. Are increasing 5-year survival rates evidence of success against cancer? JAMA 2000;283:2975-2978.
13. McMahon BJ, Bulkow L, Harpster A, Snowball M, Lanier A, Sacco et al. Screening for hepatocellular carcinoma in Alaska natives infected with chronic hepatitis B: a 16-year population-based study. HEPATOLOGY 2000;32(4 Pt 1):842-846.
14. Wong LL, Limm WM, Severino R, Wong LM. Improved survival with screening for hepatocellular carcinoma. Liver Transpl 2000;6:320-325.
15. Oka H, Kurioka N, Kim K, Kanno T, Kuroki T, Mizoguchi Y, et al. Prospective study of early detection of hepatocellular carcinoma in patients with cirrhosis. HEPATOLOGY 1990;12(4 Pt 1):680-687.
16. Bolondi L, Sofia S, Siringo S, Gaiani S, Casali A, Zironi G, et al. Surveillance programme of cirrhotic patients for early diagnosis and treatment of hepatocellular carcinoma: a cost-effectiveness analysis. Gut 2001;48:251-259.
17. Llovet JM, Burroughs A, Bruix J. Hepatocellular carcinoma. Lancet 2003;362:1907-1917.
18. Liu JH, Chen PW, Asch SM, Busuttil RW, Ko CY. Surgery for hepatocellular carcinoma: does it improve survival? Ann Surg Oncol 2004;11: 298-303.
19. Llovet JM, Bru C, Bruix J. Prognosis of hepatocellular carcinoma: the BCLC staging classification. Semin Liver Dis 1999;19:329-338.
20. Yamamoto J, Iwatsuki S, Kosuge T, Dvorchik I, Shimada K, Marsh JW, et al. Should hepatomas be treated with hepatic resection or transplantation? Cancer 1999;86:1151-1158.
21. Molmenti EP, Marsh JW, Dvorchik I, Oliver JH III, Madariaga J, Iwatsuki S. Hepatobiliary malignancies. Primary hepatic malignant neoplasms. Surg Clin North Am 1999;79:43-57, viii.
22. Bismuth H, Majno PE, Adam R. Liver transplantation for hepatocellular carcinoma. Semin Liver Dis 1999;19:311-322.
23. Michel J, Suc B, Montpeyroux F, Hachemanne S, Blanc P, Domergue J, et al. Liver resection or transplantation for hepatocellular carcinoma? Retrospective analysis of 215 patients with cirrhosis. J Hepatol 1997;26: 1274-1280.
24. Llovet JM, Bruix J, Gores GJ. Surgical resection versus transplantation for early hepatocellular carcinoma: clues for the best strategy. HEPATOLOGY 2000;31:1019-1021.
25. Yao FY, Ferrell L, Bass NM, Watson JJ, Bacchetti P, Venook A, et al. Liver transplantation for hepatocellular carcinoma: expansion of the tumor size limits does not adversely impact survival. HEPATOLOGY 2001; 33:1394-1403.
26. Otto G, Heuschen U, Hofmann WJ, Krumm G, Hinz U, Herfarth C. Survival and recurrence after liver transplantation versus liver resection for hepatocellular carcinoma: a retrospective analysis. Ann Surg 1998; 227:424-432.
27. Llovet JM, Fuster J, Bruix J. Intention-to-Treat Analysis of Surgical Treatment for Early Hepatocellular Carcinoma: Resection Versus Transplantation. HEPATOLOGY 1999;30:1434-1440.
28. Arii S, Yamaoka Y, Futagawa S, Inoue K, Kobayashi K, Kojiro M, et al. Results of surgical and nonsurgical treatment for small-sized hepatocellular carcinomas: A retrospective and nationwide survey in Japan. HEPATOLOGY 2000;32:1224-1229.
29. Poon RT, Fan ST, Lo CM, Liu CL, Wong J. Long-term survival and pattern of recurrence after resection of small hepatocellular carcinoma in

patients with preserved liver function: implications for a strategy of salvage transplantation. Ann Surg 2002;235:373-382.

30. Jonas S, Bechstein WO, Steinmuller T, Herrmann M, Radke C, Berg T, et al. Vascular invasion and histopathologic grading determine outcome after liver transplantation for hepatocellular carcinoma in cirrhosis. HEPATOLOGY 2001;33:1080-1086.

31. Naimark D, Naglie G, Detsky AS. The meaning of life expectancy: what is a clinically significant gain? J Gen Intern Med 1994;9:702-707.

32. Laupacis A, Feeny D, Detsky AS, Tugwell PX. How attractive does a new technology have to be to warrant adoption and utilization? Tentative guidelines for using clinical and economic evaluations. CMAJ 1992;146:473-481.

33. Sarasin FP, Giostra E, Hadengue A. Cost-effectiveness of screening for detection of small hepatocellular carcinoma in western patients with Child-Pugh class A cirrhosis. Am J Med 1996;101:422-434.

34. Arguedas MR, Chen VK, Eloubeidi MA, Fallon MB. Screening for hepatocellular carcinoma in patients with hepatitis C cirrhosis: a cost-utility analysis. Am J Gastroenterol 2003;98679-690.

35. Lin OS, Keeffe EB, Sanders GD, Owens DK. Cost-effectiveness of screening for hepatocellular carcinoma in patients with cirrhosis due to chronic hepatitis C. Aliment Pharmacol Ther 2004;19:1159-1172.

36. Beasley RP, Hwang LY, Lin CC, Chien CS. Hepatocellular carcinoma and hepatitis B virus. A prospective study of 22 707 men in Taiwan. Lancet 1981;2:1129-1133.

37. Koike K, Tsutsumi T, Fujie H, Shintani Y, Kyoji M. Molecular mechanism of viral hepatocarcinogenesis. Oncology 2002;62(Suppl 1):29-37.

38. Beasley RP. Hepatitis B virus as the etiologic agent in hepatocellular carcinoma. HEPATOLOGY 1982;2(Suppl):21S-26S.

39. Sakuma K, Saitoh N, Kasai M, Jitsukawa H, Yoshino I, Yamaguchi M et al. Relative risks of death due to liver disease among Japanese male adults having various statuses for hepatitis B s and e antigen/antibody in serum: a prospective study. HEPATOLOGY 1988;8:1642-1646.

40. Villeneuve JP, Desrochers M, Infante-Rivard C, Willems B, Raymond G, Bourcier M et al. A long-term follow-up study of asymptomatic hepatitis B surface antigen-positive carriers in Montreal. Gastroenterology 1994;106:1000-1005.

41. McMahon BJ, Alberts SR, Wainwright RB, Bulkow L, Lanier AP. Hepatitis B-related sequelae. Prospective study of 1400 hepatitis B surface antigen-positive Alaska native carriers. Arch Intern Med 1990;150:1051-1054.

42. Sherman M, Peltekian KM, Lee C. Screening for hepatocellular carcinoma in chronic carriers of hepatitis B virus: incidence and prevalence of hepatocellular carcinoma in a North American urban population. HEPATOLOGY 1995;22:432-438.

43. Fattovich G, Brollo L, Giustina G, Noventa F, Pontisso P, Alberti A, et al. Natural history and prognostic factors for chronic hepatitis type B. Gut 1991;32:294-298.

44. Manno M, Camma C, Schepis F, Bassi F, Gelmini R, Giannini F et al. Natural history of chronic HBV carriers in northern Italy: morbidity and mortality after 30 years. Gastroenterology 2004;127:756-763.

45. Hsu YS, Chien RN, Yeh CT, Sheen IS, Chiou HY, Chu CM, et al. Long-term outcome after spontaneous HBeAg seroconversion in patients with chronic hepatitis B. HEPATOLOGY 2002;35:1522-1527.

46. de Franchis R, Meucci G, Vecchi M, Tatarella M, Colombo M, Del Ninno E, et al. The natural history of asymptomatic hepatitis B surface antigen carriers. Ann Intern Med 1993;118:191-194.

47. Sanchez-Tapias JM, Costa J, Mas A, Bruguera M, Rodes J. Influence of hepatitis B virus genotype on the long-term outcome of chronic hepatitis B in western patients. Gastroenterology 2002;123:1848-1856.

48. Fattovich G. Natural history of hepatitis B. J Hepatol 2003;39(Suppl 1):S50-S58.

49. Yang HI, Lu SN, Liaw YF, You SL, Sun CA, Wang LY, et al. Hepatitis B e antigen and the risk of hepatocellular carcinoma. N Engl J Med 2002; 347:168-174.

50. Evans AA, Chen G, Ross EA, Shen FM, Lin WY, London WT. Eight-year follow-up of the 90,000-person Haimen City cohort: I. Hepatocel-

lular carcinoma mortality, risk factors, and gender differences. Cancer Epidemiol Biomarkers Prev 2002;11:369-376.

51. Huo TI, Wu JC, Lee PC, Chau GY, Lui WY, Tsay SH, et al. Seroclearance of hepatitis B surface antigen in chronic carriers does not necessarily imply a good prognosis. HEPATOLOGY 1998;28:231-236.

52. Yuen MF, Wong DK, Sablon E, Tse E, Ng IO, Yuan HJ et al. HBsAg seroclearance in chronic hepatitis B in the Chinese: virological, histological, and clinical aspects. HEPATOLOGY 2004;39:1694-1701.

53. Fattovich G, Giustina G, Realdi G, Corrocher R, Schalm SW. Long-term outcome of hepatitis B e antigen-positive patients with compensated cirrhosis treated with interferon alfa. European Concerted Action on Viral Hepatitis (EUROHEP). HEPATOLOGY 1997;26:1338-1342.

54. Fattovich G, Giustina G, Sanchez-Tapias J, Quero C, Mas A, Olivotto PG et al. Delayed clearance of serum HBsAg in compensated cirrhosis B: relation to interferon alpha therapy and disease prognosis. European Concerted Action on Viral Hepatitis (EUROHEP) [see comments]. Am J Gastroenterol 1998;93:896-900.

55. Yu MW, Chang HC, Liaw YF, Lin SM, Lee SD, Liu CJ, et al. Familial risk of hepatocellular carcinoma among chronic hepatitis B carriers and their relatives. J Natl Cancer Inst 2000;92:1159-1164.

56. Kew MC, Marcus R, Geddes EW. Some characteristics of Mozambican Shangaans with primary hepatocellular cancer. S Afr Med J 1977;51:306-309.

57. Kew MC, Macerollo P. Effect of age on the etiologic role of the hepatitis B virus in hepatocellular carcinoma in blacks. Gastroenterology 1988;94:439-442.

58. Bellentani S, Dal Morin G, Miglioli L, Croce L, Masutti F, Castiglione A. Natural history of HBV infection: a nine year follow-up of the Dionysius cohort. J Hepatology 2002;36:228S.

59. Fattovich G, Giustina G, Degos F, Tremolada F, Diodati G, Almasio P et al. Morbidity and mortality in compensated cirrhosis type C: a retrospective follow-up study of 384 patients. Gastroenterology 1997;112:463-472.

60. Niederau C, Lange S, Heintges T, Erhardt A, Buschkamp M, Hurter D, et al. Prognosis of chronic hepatitis C: results of a large, prospective cohort study. HEPATOLOGY 1998;28:1687-1695.

61. Niederau C, Heintges T, Lange S, Goldmann G, Niederau CM, Mohr L et al. Long-term follow-up of HBeAg-positive patients treated with interferon alfa for chronic hepatitis B. N Engl J Med 1996;334:1422-1427.

62. Degos F, Christidis C, Ganne-Carrie N, Farmachidi JP, Degott C, Guettier C, et al. Hepatitis C virus related cirrhosis: time to occurrence of hepatocellular carcinoma and death. Gut 2000;47:131-136.

63. Sun CA, Wu DM, Lin CC, Lu SN, You SL, Wang LY et al. Incidence and cofactors of hepatitis C virus-related hepatocellular carcinoma: a prospective study of 12,008 men in Taiwan. Am J Epidemiol 2003;157:674-682.

64. Yoshida H, Shiratori Y, Moriyama M, Arakawa Y, Ide T, Sata M, et al. Interferon therapy reduces the risk for hepatocellular carcinoma: national surveillance program of cirrhotic and noncirrhotic patients with chronic hepatitis C in Japan. IHIT Study Group. Inhibition of Hepatocarcinogenesis by Interferon Therapy. Ann Intern Med 1999;131:174-181.

65. Imbert-Bismut F, Ratziu V, Pieroni L, Charlotte F, Benhamou Y, Poynard T. Biochemical markers of liver fibrosis in patients with hepatitis C virus infection: a prospective study. Lancet 2001; 357:1069-1075.

66. Forns X, Ampurdanes S, Llovet JM, Aponte J, Quinto L, Martinez-Bauer E, et al. Identification of chronic hepatitis C patients without hepatic fibrosis by a simple predictive model. HEPATOLOGY 2002;36(4 Pt 1):986-992.

67. Callewaert N, Van Vlierberghe H, Van Hecke A, Laroy W, Delanghe J, Contreras R. Noninvasive diagnosis of liver cirrhosis using DNA sequencer-based total serum protein glycomics. Nat Med 2004;10:429-434.

68. Moriyama M, Matsumura H, Aoki H, Shimizu T, Nakai K, Saito T, et al. Long-term outcome, with monitoring of platelet counts, in patients with chronic hepatitis C and liver cirrhosis after interferon therapy. Intervirology 2003;46:296-307.

69. Velazquez RF, Rodriguez M, Navascues CA, Linares A, Perez R, Sotorrios NG, et al. Prospective analysis of risk factors for hepatocellular carcinoma in patients with liver cirrhosis. HEPATOLOGY 2003;37:520-527.

70. Giannini E, Risso D, Botta F, Chiarbonello B, Fasoli A, Malfatti F, et al. Validity and clinical utility of the aspartate aminotransferase-alanine aminotransferase ratio in assessing disease severity and prognosis in patients with hepatitis C virus-related chronic liver disease. Arch Intern Med 2003;163:218-224.

71. Pineda JA, Romero-Gomez M, Diaz-Garcia F, Giron-Gonzalez JA, Montero JL, Torre-Cisneros J, et al. HIV coinfection shortens the survival of patients with hepatitis C virus-related decompensated cirrhosis. HEPATOLOGY 2005;41:779-789.

72. Giordano TP, Kramer JR, Souchek J, Richardson P, El Serag HB. Cirrhosis and hepatocellular carcinoma in HIV-infected veterans with and without the hepatitis C virus: a cohort study, 1992-2001. Arch Intern Med 2004;164:2349-2354.

73. Rosenthal E, Poiree M, Pradier C, Perronne C, Salmon-Ceron D, Geffray L, et al. Mortality due to hepatitis C-related liver disease in HIV-infected patients in France (Mortavic 2001 study). AIDS 2003;17:1803-1809.

74. Puoti M, Bruno R, Soriano V, Donato F, Gaeta GB, Quinzan GP, et al. Hepatocellular carcinoma in HIV-infected patients: epidemiological features, clinical presentation and outcome. AIDS 2004;18:2285-2293.

75. Coelho-Little ME, Jeffers LJ, Bernstein DE, Goodman JJ, Reddy KR, De Medina M, et al. Hepatitis C virus in alcoholic patients with and without clinically apparent liver disease. Alcohol Clin Exp Res 1995;19:1173-1176.

76. Befrits R, Hedman M, Blomquist L, Allander T, Grillner L, Kinnman N, et al. Chronic hepatitis C in alcoholic patients: prevalence, genotypes, and correlation to liver disease. Scand J Gastroenterol 1995;30:1113-1118.

77. Bode JC, Alscher DM, Wisser H, Bode C. Detection of hepatitis C virus antibodies and hepatitis C virus RNA in patients with alcoholic liver disease. Alcohol Alcohol 1995;30:97-103.

78. Hassan MM, Hwang LY, Hatten CJ, Swaim M, Li D, Abbruzzese JL et al. Risk factors for hepatocellular carcinoma: synergism of alcohol with viral hepatitis and diabetes mellitus. HEPATOLOGY 2002;36:1206-1213.

79. Schoniger-Hekele M, Muller C, Kutilek M, Oesterreicher C, Ferenci P, Gangl A. Hepatocellular carcinoma in Austria: aetiological and clinical characteristics at presentation. Eur J Gastroenterol Hepatol 2000;12:941-948.

80. El Serag HB, Mason AC. Risk factors for the rising rates of primary liver cancer in the United States. Arch Intern Med 2000;160:3227-3230.

81. Adami HO, Chow WH, Nyren O, Berne C, Linet MS, Ekbom A, et al. Excess risk of primary liver cancer in patients with diabetes mellitus. J Natl Cancer Inst 1996;88:1472-1477.

82. Bugianesi E, Leone N, Vanni E, Marchesini G, Brunello F, Carucci P et al. Expanding the natural history of nonalcoholic steatohepatitis: From cryptogenic cirrhosis to hepatocellular carcinoma. Gastroenterology 2002;123:134-140.

83. Shimada M, Hashimoto E, Taniai M, Hasegawa K, Okuda H, Hayashi N, et al. Hepatocellular carcinoma in patients with non-alcoholic steatohepatitis. J Hepatol 2002;37:154-160.

84. Elmberg M, Hultcrantz R, Ekbom A, Brandt L, Olsson A, Olsson R, et al. Cancer risk in patients with hereditary hemochromatosis and in their first-degree relatives. Gastroenterology 2003;125:1733-1741.

85. Hsing AW, McLaughlin JK, Olsen JH, Mellemkjar L, Wacholder S, Fraumeni JF Jr. Cancer risk following primary hemochromatosis: a population-based cohort study in Denmark. Int J Cancer 1995;60:160-162.

86. Fracanzani AL, Conte D, Fraquelli M, Taioli E, Mattioli M, Losco A, et al. Increased cancer risk in a cohort of 230 patients with hereditary hemochromatosis in comparison to matched control patients with non-iron-related chronic liver disease. HEPATOLOGY 2001;33:647-651.

87. Caballeria L, Pares A, Castells A, Gines A, Bru C, Rodes J. Hepatocellular carcinoma in primary biliary cirrhosis: similar incidence to that in hepatitis C virus-related cirrhosis. Am J Gastroenterol 2001;96:1160-1163.

88. Elzouki AN, Eriksson S. Risk of hepatobiliary disease in adults with severe alpha 1-antitrypsin deficiency (PiZZ): is chronic viral hepatitis B or C an

additional risk factor for cirrhosis and hepatocellular carcinoma? Eur J Gastroenterol Hepatol 1996;8:989-994.

89. Eriksson S, Carlson J, Velez R. Risk of cirrhosis and primary liver cancer in alpha 1-antitrypsin deficiency. N Engl J Med 1986;314:736-739.

90. Fattovich G, Giustina G, Degos F, Diodati G, Tremolada F, Nevens F et al. Effectiveness of interferon alfa on incidence of hepatocellular carcinoma and decompensation in cirrhosis type C. European Concerted Action on Viral Hepatitis (EUROHEP). J Hepatol 1997;27:201-205.

91. Benvegnu L, Chemello L, Noventa F, Fattovich G, Pontisso P, Alberti A. Retrospective analysis of the effect of interferon therapy on the clinical outcome of patients with viral cirrhosis. Cancer 1998;83:901-909.

92. Lin SM, Sheen IS, Chien RN, Chu CM, Liaw YF. Long-term beneficial effect of interferon therapy in patients with chronic hepatitis B virus infection. HEPATOLOGY 1999;29:971-975.

93. Yuen MF, Hui CK, Cheng CC, Wu CH, Lai YP, Lai CL. Long-term follow-up of interferon alfa treatment in Chinese patients with chronic hepatitis B infection: The effect on hepatitis B e antigen seroconversion and the development of cirrhosis-related complications. HEPATOLOGY 2001;34:139-145.

94. Liaw YF, Sung JJ, Chow WC, Farrell G, Lee CZ, Yuen H, et al. Lamivudine for patients with chronic hepatitis B and advanced liver disease. N Engl J Med 2004;351:1521-1531.

95. Nishiguchi S, Shiomi S, Nakatani S, Takeda T, Fukuda K, Tamori A, et al. Prevention of hepatocellular carcinoma in patients with chronic active hepatitis C and cirrhosis. Lancet 2001;357:196-197.

96. Valla DC, Chevallier M, Marcellin P, Payen JL, Trepo C, Fonck M, et al. Treatment of hepatitis C virus-related cirrhosis: a randomized, controlled trial of interferon alfa-2b versus no treatment. HEPATOLOGY 1999;29:1870-1875.

97. Camma C, Giunta M, Andreone P, Craxi A. Interferon and prevention of hepatocellular carcinoma in viral cirrhosis: an evidence-based approach. J Hepatol 2001;34:593-602.

98. HCC-Int.Interferon-alpha StudyGroup. Effect of interferon-alpha on progression of cirrhosis to hepatocellular carcinoma: a retrospective cohort study. International Interferon-alpha Hepatocellular Carcinoma Study Group. Lancet 1998;351:1535-1539.

99. Hayashi K, Kumada T, Nakano S, Takeda I, Kiriyama S, Sone Y, et al. Incidence of hepatocellular carcinoma in chronic hepatitis C after interferon therapy. Hepatogastroenterology 2002;49:508-512.

100. Ikeda K, Saitoh S, Kobayashi M, Suzuki Y, Suzuki F, Tsubota A, et al. Long-term interferon therapy for 1 year or longer reduces the hepatocellular carcinogenesis rate in patients with liver cirrhosis caused by hepatitis C virus: a pilot study. J Gastroenterol Hepatol 2001;16:406-415.

101. Tanaka H, Tsukuma H, Kasahara A, Hayashi N, Yoshihara H, Masuzawa M, et al. Effect of interferon therapy on the incidence of hepatocellular carcinoma and mortality of patients with chronic hepatitis C: a retrospective cohort study of 738 patients. Int J Cancer 2000;87:741-749.

102. Okanoue T, Itoh Y, Minami M, Sakamoto S, Yasui K, Sakamoto M, et al. Interferon therapy lowers the rate of progression to hepatocellular carcinoma in chronic hepatitis C but not significantly in an advanced stage: a retrospective study in 1148 patients. Viral Hepatitis Therapy Study Group. J Hepatol 1999;30:653-659.

103. Toyoda H, Kumada T, Nakano S, Takeda I, Sugiyama K, Kiriyama S, et al. Effect of the dose and duration of interferon-alpha therapy on the incidence of hepatocellular carcinoma in noncirrhotic patients with a nonsustained response to interferon for chronic hepatitis C. Oncology 2001;61:134-142.

104. Oka H, Tamori A, Kuroki T, Kobayashi K, Yamamoto S. Prospective study of alpha-fetoprotein in cirrhotic patients monitored for development of hepatocellular carcinoma. HEPATOLOGY 1994;19:61-66.

105. Zhang JY, Wang X, Han SG, Zhuang H. A case-control study of risk factors for hepatocellular carcinoma in Henan, China. Am J Trop Med Hyg 1998;59:947-951.

106. Colombo M, de Franchis R, Del Ninno E, Sangiovanni A, De Fazio C, Tommasini M, et al. Hepatocellular carcinoma in Italian patients with cirrhosis. N Engl J Med 1991; 325:675-680.

107. Hytiroglou P, Theise ND, Schwartz M, Mor E, Miller C, Thung SN. Macroregenerative nodules in a series of adult cirrhotic liver explants: issues of classification and nomenclature. HEPATOLOGY 1995;21:703-708.

108. Ganne-Carrie N, Chastang C, Chapel F, Munz C, Pateron D, Sibony M, et al. Predictive score for the development of hepatocellular carcinoma and additional value of liver large cell dysplasia in Western patients with cirrhosis. HEPATOLOGY 1996;23:1112-1118.

109. Lee RG, Tsamandas AC, Demetris AJ. Large cell change (liver cell dysplasia) and hepatocellular carcinoma in cirrhosis: matched case-control study, pathological analysis, and pathogenetic hypothesis. HEPATOLOGY 1997;26:1415-1422.

110. Shibata M, Morizane T, Uchida T, Yamagami T, Onozuka Y, Nakano M, et al. Irregular regeneration of hepatocytes and risk of hepatocellular carcinoma in chronic hepatitis and cirrhosis with hepatitis-C-virus infection. Lancet 1998;351:1773-1777.

111. Tiniakos DG, Brunt EM. Proliferating cell nuclear antigen and Ki-67 labeling in hepatocellular nodules: a comparative study. Liver 1999;19: 58-68.

112. Ballardini G, Groff P, Zoli M, Bianchi G, Giostra F, Francesconi R, et al. Increased risk of hepatocellular carcinoma development in patients with cirrhosis and with high hepatocellular proliferation. J Hepatol 1994;20: 218-222.

113. Dutta U, Kench J, Byth K, Khan MH, Lin R, Liddle C, et al. Hepatocellular proliferation and development of hepatocellular carcinoma: a case-control study in chronic hepatitis C. Hum Pathol 1998;29:1279-1284.

114. Borzio M, Trere D, Borzio F, Ferrari AR, Bruno S, Roncalli M, et al. Hepatocyte proliferation rate is a powerful parameter for predicting hepatocellular carcinoma development in liver cirrhosis. Mol Pathol 1998; 51:96-101.

115. Donato MF, Arosio E, Del Ninno E, Ronchi G, Lampertico P, Morabito A, et al. High rates of hepatocellular carcinoma in cirrhotic patients with high liver cell proliferative activity. HEPATOLOGY 2001;34:523-528.

116. Saab S, Ly D, Nieto J, Kanwal F, Lu D, Raman S, et al. Hepatocellular carcinoma screening in patients waiting for liver transplantation: a decision analytic model. Liver Transpl 2003;9:672-681.

117. Llovet JM, Mas X, Aponte JJ, Fuster J, Navasa M, Christensen E, et al. Cost effectiveness of adjuvant therapy for hepatocellular carcinoma during the waiting list for liver transplantation. Gut 2002;50:123-128.

118. Trevisani F, D'Intino PE, Morselli-Labate AM, Mazzella G, Accogli E, Caraceni P, et al. Serum alpha-fetoprotein for diagnosis of hepatocellular carcinoma in patients with chronic liver disease: influence of HBsAg and anti-HCV status. J Hepatol 2001;34:570-575.

119. Pateron D, Ganne N, Trinchet JC, Aurousseau MH, Mal F, Meicler C et al. Prospective study of screening for hepatocellular carcinoma in Caucasian patients with cirrhosis [see comments]. J Hepatol 1994;20:65-71.

120. Zoli M, Magalotti D, Bianchi G, Gueli C, Marchesini G, Pisi E. Efficacy of a surveillance program for early detection of hepatocellular carcinoma. Cancer 1996;78:977-985.

121. Izuno K, Fujiyama S, Yamasaki K, Sato M, Sato T. Early detection of hepatocellular carcinoma associated with cirrhosis by combined assay of des-gamma-carboxy prothrombin and alpha-fetoprotein: a prospective study. Hepatogastroenterology 1995;42:387-393.

122. Sherman M. Alphafetoprotein: An obituary. J Hepatol 2001;34:603-605.

123. Grazi GL, Mazziotti A, Legnani C, Jovine E, Miniero R, Gallucci A, et al. The role of tumor markers in the diagnosis of hepatocellular carcinoma, with special reference to the des-gamma-carboxy prothrombin. Liver Transpl Surg 1995;1:249-255.

124. Tsai SL, Huang GT, Yang PM, Sheu JC, Sung JL, Chen DS. Plasma des-gamma-carboxyprothrombin in the early stage of hepatocellular carcinoma. HEPATOLOGY 1990;11:481-488.

125. Suehiro T, Sugimachi K, Matsumata T, Itasaka H, Taketomi A, Maeda T. Protein induced by vitamin K absence or antagonist II as a prognostic

marker in hepatocellular carcinoma. Comparison with alpha-fetoprotein. Cancer 1994;73:2464-2471.

126. Marrero JA, Su GL, Wei W, Emick D, Conjeevaram HS, Fontana RJ et al. Des-gamma carboxyprothrombin can differentiate hepatocellular carcinoma from nonmalignant chronic liver disease in American patients. HEPATOLOGY 2003;37:1114-1121.

127. Koike Y, Shiratori Y, Sato S, Obi S, Teratani T, Imamura M, et al. Des-gamma-carboxy prothrombin as a useful predisposing factor for the development of portal venous invasion in patients with hepatocellular carcinoma: a prospective analysis of 227 patients. Cancer 2001;91:561-569.

128. Yamashita F, Tanaka M, Satomura S, Tanikawa K. Monitoring of lectin-reactive alpha-fetoproteins in patients with hepatocellular carcinoma treated using transcatheter arterial embolization. Eur J Gastroenterol Hepatol 1995;7:627-633.

129. Hayashi K, Kumada T, Nakano S, Takeda I, Sugiyama K, Kiriyama S et al. Usefulness of measurement of Lens culinaris agglutinin-reactive fraction of alpha-fetoprotein as a marker of prognosis and recurrence of small hepatocellular carcinoma. Am J Gastroenterol 1999;94:3028-3033.

130. Okuda K, Tanaka M, Kanazawa N, Nagashima J, Satomura S, Kinoshita et al. Evaluation of curability and prediction of prognosis after surgical treatment for hepatocellular carcinoma by lens culinaris agglutinin-reactive alpha-fetoprotein. Int J Oncol 1999;14:265-271.

131. Kumada T, Nakano S, Takeda I, Kiriyama S, Sone Y, Hayashi et al. Clinical utility of Lens culinaris agglutinin-reactive alpha- fetoprotein in small hepatocellular carcinoma: special reference to imaging diagnosis. J Hepatol 1999;30:125-130.

132. Sato Y, Nakata K, Kato Y, Shima M, Ishii N, Koji T, et al. Early recognition of hepatocellular carcinoma based on altered profiles of alpha-fetoprotein. N Engl J Med 1993;328:1802-1806.

133. Shiraki K, Takase K, Tameda Y, Hamada M, Kosaka Y, Nakano T. A clinical study of lectin-reactive alpha-fetoprotein as an early indicator of hepatocellular carcinoma in the follow-up of cirrhotic patients. HEPATOLOGY 1995;22:802-807.

134. Taketa K, Endo Y, Sekiya C, Tanikawa K, Koji T, Taga H, et al. A collaborative study for the evaluation of lectin-reactive alpha- fetoproteins in early detection of hepatocellular carcinoma. Cancer Res 1993;53: 5419-5423.

135. Ishizuka H, Nakayama T, Matsuoka S, Gotoh I, Ogawa M, Suzuki K et al. Prediction of the development of hepato-cellular-carcinoma in patients with liver cirrhosis by the serial determinations of serum alpha-L-fucosidase activity. Intern Med 1999;38:927-931.

136. Giardina MG, Matarazzo M, Morante R, Lucariello A, Varriale A, Guardasole V, et al. Serum alpha-L-fucosidase activity and early detection of hepatocellular carcinoma: a prospective study of patients with cirrhosis. Cancer 1998;83:2468-2474.

137. Capurro M, Wanless IR, Sherman M, Deboer G, Shi W, Miyoshi E, et al. Glypican-3: a novel serum and histochemical marker for hepatocellular carcinoma. Gastroenterology 2003;125:89-97.

138. Nakatsura T, Yoshitake Y, Senju S, Monji M, Komori H, Motomura Y, et al. Glypican-3, overexpressed specifically in human hepatocellular carcinoma, is a novel tumor marker. Biochem Biophys Res Commun 2003;306:16-25.

139. Paradis V, Degos F, Dargere D, Pham N, Belghiti J, Degott C, et al. Identification of a new marker of hepatocellular carcinoma by serum protein profiling of patients with chronic liver diseases. HEPATOLOGY 2005;41:40-47.

140. Sherman M. Screening for hepatocellular carcinoma. Baillieres Best Pract Res Clin Gastroenterol 1999;13:623-635.

141. Chen TH, Chen CJ, Yen MF, Lu SN, Sun CA, Huang GT, et al. Ultrasound screening and risk factors for death from hepatocellular carcinoma in a high risk group in Taiwan. Int J Cancer 2002;98:257-261.

142. Larcos G, Sorokopud H, Berry G, Farrell GC. Sonographic screening for hepatocellular carcinoma in patients with chronic hepatitis or cirrhosis: an evaluation. AJR Am J Roentgenol 1998;171:433-435.

143. Bartolozzi C, Lencioni R. In: Bartolozzi C, Lencioni R, eds. Liver Malignancies. Diagnostic and Interventional Radiology. Berlin: Springer-Verlag, 1999.

144. Zhang B, Yang B. Combined alpha fetoprotein testing and ultrasonography as a screening test for primary liver cancer. J Med Screen 1999;6:108-110.

145. Kobayashi K, Sugimoto T, Makino H, Kumagai M, Unoura M, Tanaka N, et al. Screening methods for early detection of hepatocellular carcinoma. HEPATOLOGY 1985;5:1100-1105.

146. Takayasu K, Moriyama N, Muramatsu Y, Makuuchi M, Hasegawa H, Okazaki N, et al. The diagnosis of small hepatocellular carcinomas: efficacy of various imaging procedures in 100 patients. AJR Am J Roentgenol 1990;155:49-54.

147. Miller WJ, Baron RL, Dodd GD, III, Federle MP. Malignancies in patients with cirrhosis: CT sensitivity and specificity in 200 consecutive transplant patients. Radiology 1994;193:645-650.

148. Trevisani F, De NS, Rapaccini G, Farinati F, Benvegnu L, Zoli M, et al. Semiannual and annual surveillance of cirrhotic patients for hepatocellular carcinoma: effects on cancer stage and patient survival (Italian experience). Am J Gastroenterol 2002;97:734-744.

149. Santagostino E, Colombo M, Rivi M, Rumi MG, Rocino A, Linari S et al. A 6-month surveillance versus a 12-month surveillance for hepatocellular carcinoma in 559 hemophiliacs infected with the hepatitis C virus. Blood 2003;102:78-82.

150. Nakashima T, Kojiro M. Hepatocellular Carcinoma. Tokyo: Springer Verlag, 1987.

151. Torzilli G, Minagawa M, Takayama T, Inoue K, Hui AM, Kubota K, et al. Accurate preoperative evaluation of liver mass lesions without fine-needle biopsy. HEPATOLOGY 1999;30:889-893.

152. Levy I, Greig PD, Gallinger S, Langer B, Sherman M. Resection of hepatocellular carcinoma without preoperative tumor biopsy. Ann Surg 2001;234:206-209.

153. Quaia E, Calliada F, Bertolotto M, Rossi S, Garioni L, Rosa L, et al. Characterization of focal liver lesions with contrast-specific US modes and a sulfur hexafluoride-filled microbubble contrast agent: diagnostic performance and confidence. Radiology 2004;232:420-430.

154. Nicolau C, Catala V, Vilana R, Gilabert R, Bianchi L, Sole M, et al. Evaluation of hepatocellular carcinoma using SonoVue, a second generation ultrasound contrast agent: correlation with cellular differentiation. Eur Radiol 2004;14:1092-1099.

155. Gaiani S, Celli N, Piscaglia F, Cecilioni L, Losinno F, Giangregorio F, et al. Usefulness of contrast-enhanced perfusional sonography in the assessment of hepatocellular carcinoma hypervascular at spiral computed tomography. J Hepatol 2004;41:421-426.

156. Bizollon T, Rode A, Bancel B, Gueripel V, Ducerf C, Baulieux J, et al. Diagnostic value and tolerance of Lipiodol-computed tomography for the detection of small hepatocellular carcinoma: correlation with pathologic examination of explanted livers. J Hepatol 1998;28:491-496.

157. Kojiro M. Focus on dysplastic nodules and early hepatocellular carcinoma: an Eastern point of view. Liver Transpl 2004;10(2 Suppl 1):S3-S8.

158. Caturelli E, Solmi L, Anti M, Fusilli S, Roselli P, Andriulli A, et al. Ultrasound guided fine needle biopsy of early hepatocellular carcinoma complicating liver cirrhosis: a multicentre study. Gut 2004;53:1356-1362.

159. Takayama T, Makuuchi M, Hirohashi S, Sakamoto M, Yamamoto J, Shimada K, et al. Early hepatocellular carcinoma as an entity with a high rate of surgical cure. HEPATOLOGY 1998;28:1241-1246.

160. Sakamoto M, Hirohashi S. Natural history and prognosis of adenomatous hyperplasia and early hepatocellular carcinoma: multi-institutional analysis of 53 nodules followed up for more than 6 months and 141 patients with single early hepatocellular carcinoma treated by surgical resection or percutaneous ethanol injection. Jpn J Clin Oncol 1998;28:604-608.

161. Nakashima Y, Nakashima O, Tanaka M, Okuda K, Nakashima M, Kojiro M. Portal vein invasion and intrahepatic micrometastasis in small hepatocellular carcinoma by gross type. Hepatol Res 2003;26:142-147.

162. Mueller GC, Hussain HK, Carlos RC, Nghiem HV, Francis IR. Effectiveness of MR imaging in characterizing small hepatic lesions: routine versus expert interpretation. AJR Am J Roentgenol 2003;180:673-680.

163. Martin J, Puig J, Darnell A, Donoso L. Magnetic resonance of focal liver lesions in hepatic cirrhosis and chronic hepatitis. Semin Ultrasound CT MR 2002;23:62-78.

164. Yu JS, Kim KW, Kim EK, Lee JT, Yoo HS. Contrast enhancement of small hepatocellular carcinoma: usefulness of three successive early image acquisitions during multiphase dynamic MR imaging. AJR Am J Roentgenol 1999;173:597-604.

165. Burrel M, Llovet JM, Ayuso C, Iglesias C, Sala M, Miquel R, et al. MRI angiography is superior to helical CT for detection of HCC prior to liver transplantation: An explant correlation. HEPATOLOGY 2003;38:1034-1042.

166. Shimizu A, Ito K, Koike S, Fujita T, Shimizu K, Matsunaga N. Cirrhosis or chronic hepatitis: evaluation of small (<or=2-cm) early-enhancing hepatic lesions with serial contrast-enhanced dynamic MR imaging. Radiology 2003;226:550-555.

167. Sala M, Llovet JM, Vilana R, Bianchi L, Sole M, Ayuso C, et al. Initial response to percutaneous ablation predicts survival in patients with hepatocellular carcinoma. HEPATOLOGY 2004;40:1352-1360.

168. Iwasaki M, Furuse J, Yoshino M, Ryu M, Moriyama N, Mukai K. Sonographic appearances of small hepatic nodules without tumor stain on contrast-enhanced computed tomography and angiography. J Clin Ultrasound 1998;26:303-307.

169. Jeong YY, Mitchell DG, Kamishima T. Small (<20 mm) enhancing hepatic nodules seen on arterial phase MR imaging of the cirrhotic liver: clinical implications. AJR Am J Roentgenol 2002;178:1327-1334.

170. Fracanzani AL, Burdick L, Borzio M, Roncalli M, Bonelli N, Borzio F, et al. Contrast-enhanced doppler ultrasonography in the diagnosis of hepatocellular carcinoma and premalignant lesions in patients with cirrhosis. HEPATOLOGY 2001;34:1109-1112.

171. Takayama T, Makuuchi M, Hirohashi S, Sakamoto M, Okazaki N, Takayasu K, et al. Malignant transformation of adenomatous hyperplasia to hepatocellular carcinoma. Lancet 1990;336:1150-1153.

172. Fleming ID. AJCC/TNM cancer staging, present and future. J Surg Oncol 2001;77:233-236.

173. Okuda K, Ohtsuki T, Obata H, Tomimatsu M, Okazaki N, Hasegawa H, et al. Natural history of hepatocellular carcinoma and prognosis in relation to treatment. Study of 850 patients. Cancer 1985;56:918-928.

174. Greene FL, Page DL, Fleming ID, Fritz AG, Balck CM, Haller DG, Morrow M, eds. AJCC. Cancer Staging Handbook. New York: Springer Verlag, 2002.

175. Vauthey JN, Lauwers GY, Esnaola NF, Do KA, Belghiti J, Mirza N, et al. Simplified staging for hepatocellular carcinoma. J Clin Oncol 2002;20: 1527-1536.

176. Pugh RN, Murray-Lyon IM, Dawson JL, Pietroni MC, Williams R. Transection of the oesophagus for bleeding oesophageal varices. Br J Surg 1973;60:646-649.

177. Kamath PS, Wiesner RH, Malinchoc M, Kremers W, Therneau TM, Kosberg CL, et al. A model to predict survival in patients with end-stage liver disease. HEPATOLOGY 2001;33:464-470.

178. Christensen E. Prognostic models including the Child-Pugh, MELD and Mayo risk scores—where are we and where should we go? J Hepatol 2004;41:344-350.

179. Calvet X, Bruix J, Gines P, Bru C, Sole M, Vilana R, et al. Prognostic factors of hepatocellular carcinoma in the west: a multivariate analysis in 206 patients. HEPATOLOGY 1990;12(4 Pt 1):753-760.

180. Chevret S, Trinchet JC, Mathieu D, Rached AA, Beaugrand M, Chastang C. A new prognostic classification for predicting survival in patients with hepatocellular carcinoma. Groupe d'Etude et de Traitement du Carcinome Hepatocellulaire. J Hepatol 1999;31:133-141.

181. The Cancer of the Liver Italian Program (CLIP) investigators. A new prognostic system for hepatocellular carcinoma: a retrospective study of 435 patients. HEPATOLOGY 1998;28:751-755.

182. Schoniger-Hekele M, Muller C, Kutilek M, Oesterreicher C, Ferenci P, Gangl A. Hepatocellular carcinoma in Central Europe: prognostic features and survival. Gut 2001;48:103-109.

183. Leung TW, Tang AM, Zee B, Lau WY, Lai PB, Leung KL, et al. Construction of the Chinese University Prognostic Index for hepatocellular carcinoma and comparison with the TNM staging system, the Okuda staging system, and the Cancer of the Liver Italian Program staging system: a study based on 926 patients. Cancer 2002;94:1760-1769.

184. Kudo M, Chung H, Osaki Y. Prognostic staging system for hepatocellular carcinoma (CLIP score): its value and limitations, and a proposal for a new staging system, the Japan Integrated Staging Score (JIS score). J Gastroenterol 2003;38:207-215.

185. Omagari K, Honda S, Kadokawa Y, Isomoto H, Takeshima F, Hayashida K, et al. Preliminary analysis of a newly proposed prognostic scoring system (SLiDe score) for hepatocellular carcinoma. J Gastroenterol Hepatol 2004;19:805-811.

186. Marrero JA, Fontana RJ, Barrat A, Askari F, Conjeevaram HS, Su GL, et al. Prognosis of hepatocellular carcinoma: comparison of 7 staging systems in an American cohort. HEPATOLOGY 2005;41:707-716.

187. Grieco A, Pompili M, Caminiti G, Miele L, Covino M, Alfei B, et al. Prognostic factors for survival in patients with early-intermediate hepatocellular carcinoma undergoing non-surgical therapy: comparison of Okuda, CLIP, and BCLC staging systems in a single Italian centre. Gut 2005;54:411-418.

188. Bruix J, Boix L, Sala M, Llovet JM. Focus on hepatocellular carcinoma. Cancer Cell 2004;5:215-219.

189. Conill C, Verger E, Salamero M. Performance status assessment in cancer patients. Cancer 1990;65:1864-1866.

190. Verger E, Salamero M, Conill C. Can Karnofsky performance status be transformed to the Eastern Cooperative Oncology Group scoring scale and vice versa? Eur J Cancer 1992;28A:1328-1330.

191. Sorensen JB, Klee M, Palshof T, Hansen HH. Performance status assessment in cancer patients. An inter-observer variability study. Br J Cancer 1993;67:773-775.

192. Llovet JM, Bruix J. Systematic review of randomized trials for unresectable hepatocellular carcinoma: Chemoembolization improves survival. HEPATOLOGY 2003;37:429-442.

193. Mazzaferro V, Regalia E, Doci R, Andreola S, Pulvirenti A, Bozzetti F, et al. Liver transplantation for the treatment of small hepatocellular carcinomas in patients with cirrhosis. N Engl J Med 1996;334:693-699.

194. Bruix J, Llovet JM, Castells A, Montana X, Bru C, Ayuso MC, et al. Transarterial embolization versus symptomatic treatment in patients with advanced hepatocellular carcinoma: results of a randomized, controlled trial in a single institution. HEPATOLOGY 1998;27:1578-1583.

195. Raoul JL, Guyader D, Bretagne JF, Heautot JF, Duvauferrier R, Bourguet P, et al. Prospective randomized trial of chemoembolization versus intra-arterial injection of 131I-labeled-iodized oil in the treatment of hepatocellular carcinoma. HEPATOLOGY 1997;26:1156-1161.

196. Nerenstone SR, Ihde DC, Friedman MA. Clinical trials in primary hepatocellular carcinoma: current status and future directions. Cancer Treat Rev 1988;15:1-31.

197. Okada S, Okazaki N, Nose H, Yoshimori M, Aoki K. Prognostic factors in patients with hepatocellular carcinoma receiving systemic chemotherapy. HEPATOLOGY 1992;16:112-117.

198. Grimaldi C, Bleiberg H, Gay F, Messner M, Rougier P, Kok TC, et al. Evaluation of antiandrogen therapy in unresectable hepatocellular carcinoma: results of a European Organization for Research and Treatment of Cancer multicentric double-blind trial. J Clin Oncol 1998;16:411-417.

199. Randomized trial of leuprorelin and flutamide in male patients with hepatocellular carcinoma treated with tamoxifen. HEPATOLOGY 2004;40:1361-1369.

200. Yuen MF, Poon RT, Lai CL, Fan ST, Lo CM, Wong KW, et al. A randomized placebo-controlled study of long-acting octreotide for the treatment of advanced hepatocellular carcinoma. HEPATOLOGY 2002;36:687-691.

201. Fong Y, Sun RL, Jarnagin W, Blumgart LH. An analysis of 412 cases of hepatocellular carcinoma at a Western center. Ann Surg 1999;229:790-799.

202. Grazi GL, Ercolani G, Pierangeli F, Del Gaudio M, Cescon M, Cavallari A, et al. Improved results of liver resection for hepatocellular carcinoma on cirrhosis give the procedure added value. Ann Surg 2001;234:71-78.

203. D'Amico G, Morabito A, Pagliaro L, Marubini E. Survival and prognostic indicators in compensated and decompensated cirrhosis. Dig Dis Sci 1986;31:468-475.

204. Gines P, Quintero E, Arroyo V, Teres J, Bruguera M, Rimola A, et al. Compensated cirrhosis: natural history and prognostic factors. HEPATOLOGY 1987;7:122-128.

205. Torzilli G, Makuuchi M, Inoue K, Takayama T, Sakamoto Y, Sugawara Y, et al. No-mortality liver resection for hepatocellular carcinoma in cirrhotic and noncirrhotic patients: is there a way? A prospective analysis of our approach. Arch Surg 1999;134:984-992.

206. Bruix J, Castells A, Bosch J, Feu F, Fuster J, Garcia-Pagan JC, et al. Surgical resection of hepatocellular carcinoma in cirrhotic patients: prognostic value of preoperative portal pressure. Gastroenterology 1996;111:1018-1022.

207. Rees M, Plant G, Wells J, Bygrave S. One hundred and fifty hepatic resections: evolution of technique towards bloodless surgery. Br J Surg 1996;83:1526-1529.

208. Poon RT, Fan ST, Ng IO, Wong J. Significance of resection margin in hepatectomy for hepatocellular carcinoma: A critical reappraisal. Ann Surg 2000;231:544-551.

209. Okada S, Shimada K, Yamamoto J, Takayama T, Kosuge T, Yamasaki S, et al. Predictive factors for postoperative recurrence of hepatocellular carcinoma. Gastroenterology 1994;106:1618-1624.

210. Yamasaki S, Hasegawa H, Kinoshita H, Furukawa M, Imaoka S, Takasaki K, et al. A prospective randomized trial of the preventive effect of pre- operative transcatheter arterial embolization against recurrence of hepatocellular carcinoma. Jpn J Cancer Res 1996;87:206-211.

211. Tanaka R, Hirohashi K, Kubo S, Shuto T, Higaki I, Kinoshita H. Preoperative portal vein embolization improves prognosis after right hepatectomy for hepatocellular carcinoma in patients with impaired hepatic function. Br J Surg 2000;87:879-882.

212. Farges O, Belghiti J, Kianmanesh R, Regimbeau JM, Santoro R, Vilgrain V, et al. Portal vein embolization before right hepatectomy: prospective clinical trial. Ann Surg 2003;237:208-217.

213. Shirabe K, Kanematsu T, Matsumata T, Adachi E, Akazawa K, Sugimachi K. Factors linked to early recurrence of small hepatocellular carcinoma after hepatectomy: univariate and multivariate analyses. HEPATOLOGY 1991;14:802-805.

214. Adachi E, Maeda T, Matsumata T, Shirabe K, Kinukawa N, Sugimachi K, et al. Risk factors for intrahepatic recurrence in human small hepatocellular carcinoma. Gastroenterology 1995;108:768-775.

215. Poon RT, Fan ST, Lo CM, Liu CL, Wong J. Intrahepatic recurrence after curative resection of hepatocellular carcinoma: long-term results of treatment and prognostic factors. Ann Surg 1999;229:216-222.

216. Minagawa M, Makuuchi M, Takayama T, Kokudo N. Selection criteria for repeat hepatectomy in patients with recurrent hepatocellular carcinoma. Ann Surg 2003;238:703-710.

217. Chen YJ, Yeh SH, Chen JT, Wu CC, Hsu MT, Tsai SF, et al. Chromosomal changes and clonality relationship between primary and recurrent hepatocellular carcinoma. Gastroenterology 2000;119:431-440.

218. Imamura H, Matsuyama Y, Tanaka E, Ohkubo T, Hasegawa K, Miyagawa S, et al. Risk factors contributing to early and late phase intrahepatic recurrence of hepatocellular carcinoma after hepatectomy. J Hepatol 2003;38:200-207.

219. Nagasue N, Uchida M, Makino Y, Takemoto Y, Yamanoi A, Hayashi T, et al. Incidence and factors associated with intrahepatic recurrence following resection of hepatocellular carcinoma. Gastroenterology 1993;105:488-494.

220. Morimoto O, Nagano H, Sakon M, Fujiwara Y, Yamada T, Nakagawa H, et al. Diagnosis of intrahepatic metastasis and multicentric carcinogenesis by microsatellite loss of heterozygosity in patients with multiple and recurrent hepatocellular carcinomas. J Hepatol 2003;39:215-221.

221. Schwartz JD, Schwartz M, Mandeli J, Sung M. Neoadjuvant and adjuvant therapy for resectable hepatocellular carcinoma: review of the randomised clinical trials. Lancet Oncol 2002;3:593-603.

222. Lau WY, Leung TW, Ho SK, Chan M, Machin D, Lau J, et al. Adjuvant intra-arterial iodine-131-labelled lipiodol for resectable hepatocellular carcinoma: a prospective randomised trial. Lancet 1999;353:797-801.

223. Takayama T, Sekine T, Makuuchi M, Yamasaki S, Kosuge T, Yamamoto J, et al. Adoptive immunotherapy to lower postsurgical recurrence rates of hepatocellular carcinoma: a randomised trial. Lancet 2000;356:802-807.

224. Muto Y, Moriwaki H, Ninomiya M, Adachi S, Saito A, Takasaki KT. Prevention of second primary tumors by an acyclic retinoid, polyprenoic acid, in patients with hepatocellular carcinoma. N Engl J Med 1996;334: 1561-1567.

225. Ikeda K, Arase Y, Saitoh S, Kobayashi M, Suzuki Y, Suzuki F, et al. Interferon beta prevents recurrence of hepatocellular carcinoma after complete resection or ablation of the primary tumor-A prospective randomized study of hepatitis C virus-related liver cancer. HEPATOLOGY 2000;32:228-232.

226. Kubo S, Nishiguchi S, Hirohashi K, Tanaka H, Shuto T, Kinoshita H. Randomized clinical trial of long-term outcome after resection of hepatitis C virus-related hepatocellular carcinoma by postoperative interferon therapy. Br J Surg 2002;89:418-422.

227. Golub TR, Slonim DK, Tamayo P, Huard C, Gaasenbeek M, Mesirov JP, et al. Molecular classification of cancer: class discovery and class prediction by gene expression monitoring. Science 1999;286:531-537.

228. Khan J, Wei JS, Ringner M, Saal LH, Ladanyi M, Westermann F, et al. Classification and diagnostic prediction of cancers using gene expression profiling and artificial neural networks. Nat Med 2001;7:673-679.

229. Rosenblatt KP, Bryant-Greenwood P, Killian JK, Mehta A, Geho D, Espina V, et al. Serum proteomics in cancer diagnosis and management. Annu Rev Med 2004;55:97-112.

230. Iizuka N, Oka M, Yamada-Okabe H, Nishida M, Maeda Y, Mori N, et al. Oligonucleotide microarray for prediction of early intrahepatic recurrence of hepatocellular carcinoma after curative resection. Lancet 2003; 361:923-929.

231. Ye QH, Qin LX, Forgues M, He P, Kim JW, Peng AC, et al. Predicting hepatitis B virus-positive metastatic hepatocellular carcinomas using gene expression profiling and supervised machine learning. Nat Med 2003;9: 416-423.

232. Smith MW, Yue ZN, Geiss GK, Sadovnikova NY, Carter VS, Boix L, et al. Identification of novel tumor markers in hepatitis C virus-associated hepatocellular carcinoma. Cancer Res 2003;63:859-864.

233. Llovet JM, Wurmbach E. Gene expression profiles in hepatocellular carcinoma: not yet there. J Hepatol 2004;41:336-339.

234. Takayasu K, Muramatsu Y, Moriyama N, Hasegawa H, Makuuchi M, Okazaki N, et al. Clinical and radiologic assessments of the results of hepatectomy for small hepatocellular carcinoma and therapeutic arterial embolization for postoperative recurrence. Cancer 1989;64:1848-1852.

235. Majno PE, Sarasin FP, Mentha G, Hadengue A. Primary liver resection and salvage transplantation or primary liver transplantation in patients with single, small hepatocellular carcinoma and preserved liver function: An outcome-oriented decision analysis. HEPATOLOGY 2000;31:899-906.

236. Sala M, Fuster J, Llovet JM, Navasa M, Sole M, Varela M, et al. High pathological risk of recurrence after surgical resection for hepatocellular carcinoma: an indication for salvage liver transplantation. Liver Transpl 2004;10:1294-1300.

237. Ringe B, Pichlmayr R, Wittekind C, Tusch G. Surgical treatment of hepatocellular carcinoma: experience with liver resection and transplantation in 198 patients. World J Surg 1991;15:270-285.

238. Iwatsuki S, Gordon RD, Shaw BW Jr, Starzl TE. Role of liver transplantation in cancer therapy. Ann Surg 1985;202:401-407.

239. Bismuth H, Chiche L, Adam R, Castaing D. Surgical treatment of hepatocellular carcinoma in cirrhosis: liver resection or transplantation? Transplant Proc 1993;25(1 Pt 2):1066-1067.

240. Llovet JM, Bruix J, Fuster J, Castells A, Garcia-Valdecasas JC, Grande L, et al. Liver transplantation for treatment of small hepatocellular carcinoma: the tumor-node-metastasis classification does not have prognostic power. HEPATOLOGY 1998;27:1572-1577.

241. Marsh JW, Dvorchik I, Bonham CA, Iwatsuki S. Is the pathologic TNM staging system for patients with hepatoma predictive of outcome? Cancer 2000;88:538-543.

242. Marsh JW, Dvorchick I. Liver organ allocation for hepatocellular carcinoma: are we sure? Liver Transpl 2003;9:693-696.

243. Bruix J, Fuster J, Llovet JM. Liver transplantation for hepatocellular carcinoma: Foucault pendulum versus evidence-based decision. Liver Transpl 2003;9:700-702.

244. Libbrecht L, Bielen D, Verslype C, Vanbeckevoort D, Pirenne J, Nevens F, et al. Focal lesions in cirrhotic explant livers: pathological evaluation and accuracy of pretransplantation imaging examinations. Liver Transpl 2002;8:749-761.

245. Roayaie S, Frischer JS, Emre SH, Fishbein TM, Sheiner PA, Sung M, et al. Long-term results with multimodal adjuvant therapy and liver transplantation for the treatment of hepatocellular carcinomas larger than 5 centimeters. Ann Surg 2002;235:533-539.

246. Neuberger J. Developments in liver transplantation. Gut 2004;53:759-768.

247. Plessier A, Codes L, Consigny Y, Sommacale D, Dondero F, Cortes A, et al. Underestimation of the influence of satellite nodules as a risk factor for post-transplantation recurrence in patients with small hepatocellular carcinoma. Liver Transpl 2004;10(Suppl 2):S86-S90.

248. Hsu HC, Wu TT, Wu MZ, Sheu JC, Lee CS, Chen DS. Tumor invasiveness and prognosis in resected hepatocellular carcinoma. Clinical and pathogenetic implications. Cancer 1988;61:2095-2099.

249. Wayne JD, Lauwers GY, Ikai I, Doherty DA, Belghiti J, Yamaoka Y, et al. Preoperative predictors of survival after resection of small hepatocellular carcinomas. Ann Surg 2002;235:722-730.

250. Cillo U, Vitale A, Bassanello M, Boccagni P, Brolese A, Zanus G, et al. Liver transplantation for the treatment of moderately or well-differentiated hepatocellular carcinoma. Ann Surg 2004;239:150-159.

251. Yao FY, Bass NM, Nikolai B, Davern TJ, Kerlan R, Wu V, et al. Liver transplantation for hepatocellular carcinoma: Analysis of survival according to the intention-to-treat principle and dropout from the waiting list. Liver Transpl 2002;8:873-883.

252. Roayaie S, Haim MB, Emre S, Fishbein TM, Sheiner PA, Miller CM, et al. Comparison of surgical outcomes for hepatocellular carcinoma in patients with hepatitis B versus hepatitis C: a western experience. Ann Surg Oncol 2000;7:764-770.

253. Freeman RB, Jr., Wiesner RH, Harper A, McDiarmid SV, Lake J, Edwards E, et al. The new liver allocation system: moving toward evidence-based transplantation policy. Liver Transpl 2002;8:851-858.

254. Freeman RB, Wiesner RH, Edwards E, Harper A, Merion R, Wolfe R. Results of the first year of the new liver allocation plan. Liver Transpl 2004;10:7-15.

255. Sharma P, Balan V, Hernandez JL, Harper AM, Edwards EB, Rodriguez-Luna H, et al. Liver transplantation for hepatocellular carcinoma: the MELD impact. Liver Transpl 2004;10:36-41.

256. Stone MJ, Klintmalm G, Polter D, Husberg B, Egorin MJ. Neoadjuvant chemotherapy and orthotopic liver transplantation for hepatocellular carcinoma. Transplantation 1989;48:344-347.

257. Holman M, Harrison D, Stewart A, Stone M, Goldstein R, Husberg B, et al. Neoadjuvant chemotherapy and orthotopic liver transplantation for hepatocellular carcinoma. N J Med 1995;92:519-522.

258. Pokorny H, Gnant M, Rasoul-Rockenschaub S, Gollackner B, Steiner B, Steger G, et al. Does additional doxorubicin chemotherapy improve outcome in patients with hepatocellular carcinoma treated by liver transplantation? Am J Transplant 2005;5(4 Pt 1):788-794.

259. Majno PE, Adam R, Bismuth H, Castaing D, Ariche A, Krissat J, et al. Influence of preoperative transarterial lipiodol chemoembolization on resection and transplantation for hepatocellular carcinoma in patients with cirrhosis. Ann Surg 1997;226:688-701.

260. Llovet JM, Vilana R, Bru C, Bianchi L, Salmeron JM, Boix L, et al. Increased risk of tumor seeding after percutaneous radiofrequency ablation for single hepatocellular carcinoma. HEPATOLOGY 2001;33:1124-1129.

261. Livraghi T, Solbiati L, Meloni MF, Gazelle GS, Halpern EF, Goldberg SN. Treatment of focal liver tumors with percutaneous radio-frequency ablation: complications encountered in a multicenter study. Radiology 2003;226:441-451.

262. Trotter JF, Wachs M, Everson GT, Kam I. Adult-to-adult transplantation of the right hepatic lobe from a living donor. N Engl J Med 2002; 346:1074-1082.

263. Strong RW, Lynch SV, Ong TH, Matsunami H, Koido Y, Balderson GA. Successful liver transplantation from a living donor to her son. N Engl J Med 1990;322:1505-1507.

264. Kawasaki S. Living-donor liver transplantation for hepatocellular carcinoma. Hepatogastroenterology 2002;49:53-55.

265. Steinmuller T, Pascher A, Sauer I, Theruvath T, Muller A, Settmacher U, et al. Living-donation liver transplantation for hepatocellular carcinoma: time to drop the limitations? Transplant Proc 2002;34:2263-2264.

266. Gondolesi GE, Roayaie S, Munoz L, Kim-Schluger L, Schiano T, Fishbein TM et al. Adult living donor liver transplantation for patients with hepatocellular carcinoma: extending UNOS priority criteria. Ann Surg 2004; 239(2):142-149.

267. Todo S, Furukawa H. Living donor liver transplantation for adult patients with hepatocellular carcinoma: experience in Japan. Ann Surg 2004; 240(3):451-459.

268. Gaglio PJ, Malireddy S, Levitt BS, Lapointe-Rudow D, Lefkowitch J, Kinkhabwala M et al. Increased risk of cholestatic hepatitis C in recipients of grafts from living versus cadaveric liver donors. Liver Transpl 2003; 9(10):1028-1035.

269. Forman LM, Trotter JF, Emond J. Living donor liver transplantation and hepatitis C. Liver Transpl 2004; 10(3):347-348.

270. Garcia-Retortillo M, Forns X, Llovet JM, Navasa M, Feliu A, Massaguer A et al. Hepatitis C recurrence is more severe after living donor compared to cadaveric liver transplantation. HEPATOLOGY 2004; 40(3):699-707.

271. Forman LM, Lewis JD, Berlin JA, Feldman HI, Lucey MR. The association between hepatitis C infection and survival after orthotopic liver transplantation. Gastroenterology 2002; 122(4):889-896.

272. Sarasin FP, Majno PE, Llovet JM, Bruix J, Mentha G, Hadengue A. Living donor liver transplantation for early hepatocellular carcinoma: A life-expectancy and cost-effectiveness perspective. HEPATOLOGY 2001; 33(5):1073-1079.

273. Roche B, Samuel D. Liver transplantation for hepatitis B virus-related liver disease: indications, prevention of recurrence and results. J Hepatol 2003; 39 Suppl 1:S181-S189.

274. Forns X, Garcia-Retortillo M, Serrano T, Feliu A, Suarez F, de la MM et al. Antiviral therapy of patients with decompensated cirrhosis to prevent recurrence of hepatitis C after liver transplantation. J Hepatol 2003; 39(3):389-396.

275. Berenguer M, Lopez-Labrador FX, Wright TL. Hepatitis C and liver transplantation. J Hepatol 2001; 35(5):666-678.

276. Sato S, Shiratori Y, Imamura M, Teratani T, Obi S, Koike Y et al. Power Doppler signals after percutaneous ethanol injection therapy for hepatocellular carcinoma predict local recurrence of tumors: a prospective study using 199 consecutive patients. J Hepatol 2001;35:225-234.

277. Shiina S, Tagawa K, Unuma T, Terano A. Percutaneous ethanol injection therapy for the treatment of hepatocellular carcinoma. AJR Am J Roentgenol 1990;154:947-951.

278. Livraghi T, Giorgio A, Marin G, Salmi A, de Sio I, Bolondi L, et al. Hepatocellular carcinoma and cirrhosis in 746 patients: long-term results of percutaneous ethanol injection. Radiology 1995;197:101-108.

279. Livraghi T, Bolondi L, Lazzaroni S, Marin G, Morabito A, Rapaccini GL, et al. Percutaneous ethanol injection in the treatment of hepatocellular carcinoma in cirrhosis. A study on 207 patients. Cancer 1992;69:925-929.

280. Vilana R, Bruix J, Bru C, Ayuso C, Sole M, Rodes J. Tumor size determines the efficacy of percutaneous ethanol injection for the treatment of small hepatocellular carcinoma. HEPATOLOGY 1992;16:353-357.

281. Ishii H, Okada S, Nose H, Okusaka T, Yoshimori M, Takayama T, et al. Local recurrence of hepatocellular carcinoma after percutaneous ethanol injection. Cancer 1996; 77(9):1792-1796.

282. Okada S. Local ablation therapy for hepatocellular carcinoma. Semin Liver Dis 1999; 19(3):323-328.

283. Lencioni R, Vignali C, Caramella D, Cioni R, Mazzeo S, Bartolozzi C. Transcatheter arterial embolization followed by percutaneous ethanol

injection in the treatment of hepatocellular carcinoma. Cardiovasc Intervent Radiol 1994; 17(2):70-75.

284. Livraghi T, Goldberg SN, Lazzaroni S, Meloni F, Solbiati L, Gazelle GS. Small hepatocellular carcinoma: treatment with radio-frequency ablation versus ethanol injection. Radiology 1999; 210(3):655-661.

285. Lencioni RA, Allgaier HP, Cioni D, Olschewski M, Deibert P, Crocetti L et al. Small hepatocellular carcinoma in cirrhosis: randomized comparison of radio-frequency thermal ablation versus percutaneous ethanol injection. Radiology 2003; 228(1):235-240.

286. Lin SM, Lin CJ, Lin CC, Hsu CW, Chen YC. Radiofrequency ablation improves prognosis compared with ethanol injection for hepatocellular carcinoma </=4 cm. Gastroenterology 2004; 127(6):1714-1723.

287. Shiina S, Teratani T, Obi S, Sato S, Tateishi R, Fujishima T et al. A randomized controlled trial of radiofrequency ablation with ethanol injection for small hepatocellular carcinoma. Gastroenterology 2005; 129(1):122-130.

288. Giorgio A, Tarantino L, de Stefano G, Coppola C, Ferraioli G. Complications after percutaneous saline-enhanced radiofrequency ablation of liver tumors: 3-year experience with 336 patients at a single center. AJR Am J Roentgenol 2005; 184(1):207-211.

289. Tateishi R, Shiina S, Teratani T, Obi S, Sato S, Koike Y et al. Percutaneous radiofrequency ablation for hepatocellular carcinoma. An analysis of 1000 cases. Cancer 2005;103:1201-1209.

290. Yamasaki T, Kurokawa F, Shirahashi H, Kusano N, Hironaka K, Okita K. Percutaneous radiofrequency ablation therapy for patients with hepatocellular carcinoma during occlusion of hepatic blood flow. Comparison with standard percutaneous radiofrequency ablation therapy. Cancer 2002;95:2353-2360.

291. Okada S. Chemotherapy in hepatocellular carcinoma. Hepatogastroenterology 1998;45(Suppl 3):1259-1263.

292. Kawai S, Tani M, Okamura J, Ogawa M, Ohashi Y, Monden M, et al. Prospective and randomized trial of lipiodol-transcatheter arterial chemoembolization for treatment of hepatocellular carcinoma: a comparison of epirubicin and doxorubicin (second cooperative study). The Cooperative Study Group for Liver Cancer Treatment of Japan. Semin Oncol 1997; 24(2 Suppl 6):S6.

293. Raoul JL, Guyader D, Bretagne JF, Duvauferrier R, Bourguet P, Bekhechi D, et al. Randomized controlled trial for hepatocellular carcinoma with portal vein thrombosis: intra-arterial iodine-131-iodized oil versus medical support. J Nucl Med 1994;35:1782-1787.

294. Carr BI. Hepatic arterial 90Yttrium glass microspheres (Therasphere) for unresectable hepatocellular carcinoma: interim safety and survival data on 65 patients. Liver Transpl 2004;10(2 Suppl 1):S107-S110.

295. Kouroumalis E, Skordilis P, Thermos K, Vasilaki A, Moschandrea J, Manousos ON. Treatment of hepatocellular carcinoma with octreotide: a randomised controlled study. Gut 1998;42:442-447.

296. Llovet JM, Sala M, Castells L, Suarez Y, Vilana R, Bianchi L, et al. Randomized Controlled Trial of Interferon Treatment for Advanced Hepatocellular Carcinoma. HEPATOLOGY 2000;31:1-5.

297. Seong J, Park HC, Han KH, Chon CY. Clinical results and prognostic factors in radiotherapy for unresectable hepatocellular carcinoma: a retrospective study of 158 patients. Int J Radiat Oncol Biol Phys 2003;55:329-336.

298. Castells A, Bruix J, Bru C, Ayuso C, Roca M, Boix L, et al. Treatment of hepatocellular carcinoma with tamoxifen: a double-blind placebo-controlled trial in 120 patients. Gastroenterology 1995;109:917-922.

299. CLIP Group. Tamoxifen in treatment of hepatocellular carcinoma: a randomised controlled trial. Lancet 1998;352:17-20.

300. Riestra S, Rodriguez M, Delgado M, Suarez A, Gonzalez N, de la Mata M, et al. Tamoxifen does not improve survival of patients with advanced hepatocellular carcinoma. J Clin Gastroenterol 1998;26:200-203.

301. Manesis EK, Giannoulis G, Zoumboulis P, Vafiadou I, Hadziyannis SJ. Treatment of hepatocellular carcinoma with combined suppression and inhibition of sex hormones: a randomized, controlled trial. HEPATOLOGY 1995;21:1535-1542.

302. Nagasue N, Ito A, Yukaya H, Ogawa Y. Estrogen receptors in hepatocellular carcinoma. Cancer 1986;57:87-91.

303. Boix L, Bruix J, Castells A, Fuster J, Bru C, Visa J, et al. Sex hormone receptors in hepatocellular carcinoma. Is there a rationale for hormonal treatment? J Hepatol 1993;17:187-191.

304. Farinati F, Salvagnini M, De Maria N, Fornasiero A, Chiaramonte M, Rossaro L, et al. Unresectable hepatocellular carcinoma: a prospective controlled trial with tamoxifen. J Hepatol 1990;11:297-301.

305. Martinez Cerezo FJ, Tomas A, Donoso L, Enriquez J, Guarner C, Balanzo J, et al. Controlled trial of tamoxifen in patients with advanced hepatocellular carcinoma. J Hepatol 1994;20:702-706.

306. Chow PK, Tai BC, Tan CK, Machin D, Win KM, Johnson PJ, et al. High-dose tamoxifen in the treatment of inoperable hepatocellular carcinoma: A multicenter randomized controlled trial. HEPATOLOGY 2002;36: 1221-1226.

307. Villa E, Camellini L, Dugani A, Zucchi F, Grottola A, Merighi A, et al. Variant estrogen receptor messenger RNA species detected in human primary hepatocellular carcinoma. Cancer Res 1995;55:498-500.

308. Villa E, Dugani A, Fantoni E, Camellini L, Buttafoco P, Grottola A, et al. Type of estrogen receptor determines response to antiestrogen therapy. Cancer Res 1996;56:3883-3885.

309. Chuang VP, Wallace S, Soo CS, Charnsangavej C, Bowers T. Therapeutic Ivalon embolization of hepatic tumors. AJR 1982;138:289-294.

310. Ito K, Kusunoki H, Okamoto E, Ozawa M, Ishikawa A, Matsuura M, et al. Intra-arterial alcoholization of advanced hepatocellular carcinoma. Cancer Chemother Pharmacol 1994;33(Suppl):42-47.

311. Carr BI, Zajko A, Bron K, Orons P, Sammon J, Baron R. Phase II study of Spherex (degradable starch microspheres) injected into the hepatic artery in conjunction with doxorubicin and cisplatin in the treatment of advanced-stage hepatocellular carcinoma: interim analysis. Semin Oncol 1997;24(2 Suppl 6):S6.

312. Bruix J, Castells A, Montanya X, Calvet X, Bru C, Ayuso C, et al. Phase II study of transarterial embolization in European patients with hepatocellular carcinoma: need for controlled trials. HEPATOLOGY 1994;20:643-650.

313. Gunji T, Kawauchi N, Ohnishi S, Ishikawa T, Nakagama T, Kaneko T, et al. Treatment of hepatocellular carcinoma associated with advanced cirrhosis by transcatheter arterial chemoembolization using autologous blood clot: a preliminary report. HEPATOLOGY 1992;15: 252-257.

314. Makuuchi M, Sukigara M, Mori T, Kobayashi J, Yamazaki S, Hasegawa H, et al. Bile duct necrosis: complication of transcatheter hepatic arterial embolization. Radiology 1985;156:331-334.

315. Bruix J, Sala M, Llovet JM. Chemoembolization for hepatocellular carcinoma. Gastroenterology 2004; 127(5 Suppl 1):S179-S188.

316. Castells A, Bruix J, Ayuso C, Bru C, Montanya X, Boix L, et al. Transarterial embolization for hepatocellular carcinoma. Antibiotic prophylaxis and clinical meaning of postembolization fever. J Hepatol 1995;22:410-415.

317. Lin DY, Liaw YF, Lee TY, Lai CM. Hepatic arterial embolization in patients with unresectable hepatocellular carcinoma—a randomized controlled trial. Gastroenterology 1988;94:453-456.

318. GRETCH. A comparison of lipiodol chemoembolization and conservative treatment for unresectable hepatocellular carcinoma. Groupe d'Etude et de Traitement du Carcinome Hepatocellulaire. N Engl J Med 1995;332:1256-1261.

319. Pelletier G, Ducreux M, Gay F, Luboinski M, Hagege H, Dao T, et al. Treatment of unresectable hepatocellular carcinoma with lipiodol chemoembolization: a multicenter randomized trial. J Hepatol 1998;29: 129-134.

320. Llovet JM, Real MI, Montanya X, Planas R, Coll S, Aponte AJ, et al. Arterial embolization, chemoembolization versus symptomatic treatment in patients with unresectable hepatocellular carcinoma: a randomized controlled trial. Lancet 2002;359:1734-1739.

321. Lo CM, Ngan H, Tso WK, Liu CL, Lam CM, Poon RT, et al. Randomized controlled trial of transarterial lipiodol chemoembolization for unresectable hepatocellular carcinoma. HEPATOLOGY 2002;35:1164-1171.

322. Bruix J, Llovet JM. Prognostic prediction and treatment strategy in HCC. HEPATOLOGY 2002;35:519-524.