IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>                        *Petitioner*,<br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>                        Respondents. | Civil Action No. 05-02378<br>Judge John B. Bates<br>Magistrate Judge Alan Kay |

**NOTICE OF ORDER DIRECTING SUPPLEMENTAL BRIEFING
TO COURT OF APPEALS ON SIGNIFICANCE OF
MILITARY COMMISSIONS ACT OF 2006**

Petitioner hereby gives notice that on October 18, 2006, the United States Court of Appeals for the District of Columbia issued Orders in *Boumediene v. Bush,* No. 05-5062 (D.C. Cir) and *Al Odah v. United States*, No. 05-5064 (D.C. Cir) granting habeas petitioners' motion for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006. The Court set the following briefing schedule: Supplemental Briefs for Habeas Petitioners/Appellants: November 1, 2006; Supplemental Briefs for Respondents/Appellees: November 13, 2006; and Supplemental Reply Brief for Habeas Petitioners/Appellants: November 20, 2006. A true copy of the Order is attached hereto.

Dated: October 23, 2006

                                                                Respectfully submitted,

                                                                /s/ H. Candace Gorman
                                                                Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313

OCT-18-2006 17:13   US COURT OF APPEALS   202 219 8530   P.003

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5064                                September Term, 2006

02cv00299
02cv00828
02cv01130
04cv01135
04cv01136
04cv01137
04cv01144
04cv01164
04cv01194
04cv01227
04cv01254

Filed On:

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
  Appellants

v.

United States of America, et al.,
  Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 1 8 2006

CLERK

Consolidated with 05-5095, 05-5096, 05-5097,
05-5098, 05-5099, 05-5100, 05-5101, 05-5102,
05-5103, 05-5104, 05-5105, 05-5106, 05-5107,
05-5108, 05-5109, 05-5110, 05-5111, 05-5112,
05-5113, 05-5114, 05-5115, 05-5116

BEFORE:  Sentelle, Randolph, and Rogers, Circuit Judges

### ORDER

Upon consideration of motion of habeas petitioners for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006, it is

ORDERED that the motion be granted. The following briefing format and schedule will apply:

Supplemental Brief for
Habeas Petitioners/Appellants                November 1, 2006
(not to exceed 10,000 words)

OCT-18-2006  17:14        US COURT OF APPEALS              202 219 8530    P.004

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5064                                            September Term, 2006

| | |
|---|---|
| Supplemental Brief for Appellees (not to exceed 10,000 words) | November 13, 2006 |
| Supplemental Reply Brief for Habeas Petitioners/Appellants (not to exceed 5,000 words) | November 20, 2006 |

All submissions are due by 4:00 p.m. on the date due, and are to be hand-filed and hand-served.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:  *Linda Jones*
Linda Jones
Deputy Clerk

Page 2

TOTAL P.004