# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                )
**ABDUL HAMID ABDUL SALAM AL-GHIZZAWI**          )
    **Detainee,**                     )
    **Guantanamo Bay Naval Station**  )
    **Guantanamo Bay, Cuba;**         )
                                                )     **Civil Action No. 05-02378**
                  *Petitioner*,          )
                                                )     **Judge John B. Bates**
        **v.**                     )
                                                )
**GEORGE W. BUSH, et al.,**                       )
                                                )
                **Respondents.**          )
_____)

## NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
        Andrew I. Warden, Esq., Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 7144
        Washington, DC  20530

       PLEASE TAKE NOTICE that on the 23rd day of October, 2006, we filed with the U. S. Department of Justice Litigation Security Section a copy of Petitioner's REPLY IN SUPPORT OF PETITIONER'S MOTION TO RECONSIDER THIS COURT'S ORDER DENYING PETITONER'S MOTION TO COMPEL ACCESS TO MEDICAL RECORDS AND TO REQUIRE EMERGENCY TREATMENT to be served upon you.

                          /s/ H. Candace Gorman
                          Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313