# EXHIBIT

# I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>    Detainee, )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br>    )<br>*Petitioner*, )<br>    )<br>*v.* )<br>    )<br>GEORGE W. BUSH, *et al.*, )<br>    )<br>*Respondents.* ) | Civil Action No. 05-cv-02378<br><br>Judge John B. Bates |

## SUPPLEMENTAL AFFIDAVIT OF H CANDACE GORMAN

I, H. Candace Gorman, state the following under penalty of perjury:

7. That on September 19 and 20, 2006 I visited Mr. Al-Ghizzawi at Guantanamo.

8. My notes from that visit have now been cleared and I received a copy by fax on October 16, 2006. Unfortunately I have not been able to discuss those notes with either Dr. Jensen or Dr. Reichen in time for filing this affidavit.

I state the following based on those notes.

9. During my visits with Mr. Al-Ghizzawi in September, I showed Mr. Al-Ghizzawi Respondent's Opposition to Petitioner's Emergency Motion for Access to Medical Records and Emergency Medical Treatment, along with the declarations attached thereto. I also went over with Mr. Al-Ghizzawi a list of questions regarding symptoms that Dr. Jensen had asked me to ask Mr. Al-Ghizzawi. I posed most of those

questions in a letter to Mr. Al-Ghizzawi which was sent thru the legal mail on August 21, 2006 but Mr. Al-Ghizzawi never received that letter.

10. In addition to what I stated in Exhibit F to my Motion to Reconsider Mr. Al-Ghizzawi stated the following in response to my questions about his symptoms: that his skin was very itchy especially in the area of his legs and chest; that he was forced to wear a larger sized pants because of his bloating stomach and the pain associated with it; that the pain was most severe on the right side right above his ribcage; that his urine was sometimes white in color; that he had difficulty sleeping and wakes up four to five times in the night; that he is always exhausted and sometimes finds it difficult to walk even a short distance; that he is often disoriented and confused; he has difficulty concentrating; that he has been vomiting more often, especially after eating[1]; that his vision is worsening; he feels depressed and anxious because no one will tell him what is wrong with him so he fears it must be because he is dying and they don't want to tell him. He is afraid that whatever is killing him may have infected his wife and child and perhaps they too are dying.

11. On the second day of our visit Mr. Al-Ghizzawi was overcome with fatigue and very disoriented. He told me that at 2:30 AM he was taken from the temporary cell at Camp Echo where we were meeting and brought to his usual cell block. He explained to the soldiers that he was meeting with me again in the morning and he was not supposed to go back to his cell but they did not listen. At 5:00 am the soldiers came

---

[1] Even Captain Sollock now admits in his new affidavit that his original affidavit was incorrect when he stated that Mr. Al-Ghizzawi had not complained of vomiting. (Sollock 2nd Decl, ¶4)

again and brought him back to the temporary cell where we were meeting. They did not give him breakfast and he was very hungry. I asked one of the guards to bring him something to eat and they later brought him some cereal and milk while we were meeting.

      FURTHER AFFIANT SAYETH NAUGHT.

Dated:      October 23rd, 2006

                                      /s/ H. Candace Gorman
                                      H. Candace Gorman