IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>    Detainee, )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br>                                    )<br>            *Petitioner*, )<br>                                    )<br>    v.                              )<br>                                    )<br>GEORGE W. BUSH, *et al.*,           )<br>                                    )<br>            *Respondents.*          ) | Civil Action No. 05-cv-02378<br><br>Judge John B. Bates |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner in the above named case, Abdul Hamid Abdul Salam Al-Ghizzawi, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the district court order denying Petitioner's Motion to Reconsider his Emergency Motion to Compel Access to Medical Records and to Require Emergency Medical Treatment entered on November 2, 2006.

Dated: November 29, 2006

                                Respectfully Submitted,
                                Counsel for Petitioner

                                /s/ H. Candace Gorman
                                 H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman
Elizabeth Popolis
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 427-2313

**CERTIFICATE OF SERVICE**

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner's Notice of Appeal to be served upon the following persons via the District Court's Electronic Case Filing System:

> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC  20530

This 29th day of November, 2006.

                                      /s/ H. Candace Gorman
                                      Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313