## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br> Detainee, )<br> Guantanamo Bay Naval Station )<br> Guantanamo Bay, Cuba; )<br> )<br> *Petitioner*, )<br> )<br> v. )<br> )<br> GEORGE W. BUSH, et al., )<br> )<br> Respondents. )<br> ) | **Civil Action No. 05-02378**<br><br>**Judge John B. Bates**<br>**Magistrate Judge Alan Kay** |

## NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
       Andrew I. Warden, Esq., Trial Attorney
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       20 Massachusetts Ave., NW, Room 7144
       Washington, DC  20530


       PLEASE TAKE NOTICE that on the 9th day of April, 2007, we filed with the
United States Department of Justice Litigation Security Section a copy of PETITIONER'S
NOTICE OF INTENT TO FILE DTA PETITION AND REQUEST FOR STAY to be served
upon you.


                                              /s/ H. Candace Gorman
                                              Counsel for Petitioner


LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313