IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI ) <br>    Detainee, ) <br>    Guantanamo Bay Naval Station ) <br>    Guantanamo Bay, Cuba; ) <br>                     *Petitioner*, ) <br>            *v.* ) <br> GEORGE W. BUSH, *et al.*, ) <br>                    *Respondents.* ) | Civil Action No. 05-cv-02378 <br><br> Judge John D. Bates <br><br> Magistrate Judge Alan Kay |

### NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
         Andrew I. Warden, Esq., Trial Attorney
         U.S. Department of Justice
         Civil Division, Federal Programs Branch
         20 Massachusetts Ave., NW, Room 7144
         Washington, DC 20530

     PLEASE TAKE NOTICE that on the 30th day of April, 2007, we filed with the U. S. Department of Justice Litigation Security Section a copy of PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION TO DISMISS AND REPLY IN SUPPORT OF HIS MOTION TO STAY AND ABEY to be served upon you.

                                                       /s/ H. Candace Gorman
                                                     Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313