IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>    Detainee, )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br>                                                                   )<br>                              *Petitioner*, )<br>                                                                   )<br>              *v.*                                                 )<br>                                                                   )<br>GEORGE W. BUSH, *et al.*,                      )<br>                                                                   )<br>                              *Respondents.*  )  | Civil Action No. 05-cv-02378<br><br>Judge John D. Bates<br><br>Magistrate Judge Alan Kay |

**NOTICE OF FILING**

To:   Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

       PLEASE TAKE NOTICE that on the 7th day of June, 2007, we filed with the U. S. Department of Justice Litigation Security Section a copy of **PETITIONER'S SUPPLEMENTAL STATEMENT AND AUTHORITY IN RESPONSE TO THE GOVERNMENTS' MOTION TO DISMISS AND PETITIONERS MOTION TO STAY AND ABEY** to be served upon you.

                                                            /s/ H. Candace Gorman
                                                            Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
542 S. Dearborn Street – Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313