IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>                        *Petitioner*,<br><br>                v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>                        *Respondents.* | Civil Action No. 05-cv-02378<br><br>Judge John D. Bates<br><br>Magistrate Judge Alan Kay |

### NOTICE OF FILING

To:   Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

   PLEASE TAKE NOTICE that on the 12th day of September, 2007, we filed with the U. S. Department of Justice Litigation Security Section a copy of Petitioner's EMERGENCY MOTION FOR RULE TO SHOW CAUSE AND OTHER RELIEF to be served upon you.

                                         /s/ H. Candace Gorman
                                         Counsel for Petitioner


H. Candace Gorman (IL Bar #6184278)
LAW OFFICE OF H. CANDACE GORMAN
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313