IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI, ) ) ) ) Petitioner, ) ) v. ) ) GEORGE W. BUSH, *et al.*, ) ) Respondents. ) ) ) | Civil Action No. 05-2378 (JDB) |

### [Proposed] ORDER

Upon consideration of petitioner's emergency motion for rule to show cause and other relief (dkt. no. 72), and respondents' opposition thereto, it is hereby

ORDERED that petitioner's emergency motion for rule to show cause and other relief is DENIED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE