IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-2378 (JDB) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' RESPONSE TO MOTION FOR LEAVE TO FILE REPLY**

Petitioner has filed what appears to be a motion for leave to file a reply memorandum out of time. Respondents do not oppose that request for waiver of the local rule regarding the schedule for filing a reply memorandum.[1]

Dated: October 11, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   */s/ Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)

---

[1] Respondents do, however, note that the reply memorandum lodged by petitioner, as well as the initial motion to which the reply relates, raises factual points to which respondents have not had an adequate opportunity to respond – in the case of the original motion because of the timing of that motion's filing, and in the case of the reply because the rules do not allow for the filing of a surreply as of right. As respondents explained in their opposition to the motion, the motion should be denied for reasons that would not require a determination of the facts. Nonetheless, should the Court be inclined to consider the factual points raised in connection with the motion, respondents stand ready to respond to those points.

TERRY M. HENRY
JAMES J. SCHWARTZ
JEAN LIN
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS A. OLDHAM
JAMES C. LUH
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
(202) 514-2000