IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>　Detainee, )<br>　Guantánamo Bay Naval Station )<br>　Guantánamo Bay, Cuba; )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　*Petitioner*, )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　*v.* 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>GEORGE W. BUSH, *et al.*, 　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　*Respondents.* )  | Civil Action No. 05-cv-02378<br><br>Judge John B. Bates<br><br>Magistrate Judge Alan Kay |

NOTICE OF CHANGE OF ADDRESS


　　　H. Candace Gorman, Counsel for Plaintiff, hereby submits to this court and defense counsel the following change of address and phone number:

>　　　H. Candace Gorman
>　　　220 S. Halsted
>　　　Suite 200
>　　　Chicago Il.  60661
>　　　312-427-2313

　　Respectfully Submitted,

　　/S/  H. Candace Gorman


Law office of H. Candace Gorman
220 S. Halsted
Suite 200
Chicago Il. 60640
312.441.0919
Bar No. 6184278

## CERTIFICATE OF SERVICE

I certify that I caused a true and accurate copy of the Notice of Change of Address to be served electronically to the following persons:

Terry M. Henry
Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. – Room 7144
Washington, DC  20530

On this the 19<u>th</u> <u>day of November, 2007</u>.

                                                             H. Candace Gorman

H. Candace Gorman (IL Bar #6184278)
200 S. Halsted
Suite 220
Chicago Il. 60661
Tel:  (312) 427-2313
Fax: (312) 427-9552