## AFFIDAVIT OF ABDUL HAMID AL-GHIZZAWI

1. I HAVE BEEN HELD AS A PRISONER OF THE UNITED STATES AT THE GUANTANAMO MILITARY BASE SINCE MARCH 2002.
2. AS I SAT AT THE MILITARY BASE OVER THESE ALMOST SIX YEARS I STARTED TO GET MORE AND MORE ILL. MY SYMPTOMS INCLUDE SEVERE PAIN IN THE ABDOMEN, left side and back, bloated stomach, NAUSEA, VOMITING AND DIARRHEA, SEVERE ITCHING AND MANY OTHER SYMPTOMS. I AM ALSO JAUNDICED. I REPEATEDLY ASKED TO SEE A DOCTOR AND ON SOME OCCASIONS I WAS BROUGHT IN TO SEE A DOCTOR. THE DOCTORS ALWAYS SAID THERE WAS NOTHING WRONG WITH ME.
3. I KNEW THERE WAS SOMETHING MEDICALLY WRONG WITH ME AND WHEN THE MEDICAL STAFF REFUSED TO TREAT ME I ASKED OTHER DETAINEES WHO HAD LAWYERS TO HELP ME FIND A LAWYER. I THOUGHT A LAWYER WOULD BE ABLE TO MAKE THE MILITARY PROVIDE MEDICAL TREATMENT TO ME.
4. I FIRST MET WITH MY LAWYER IN JULY 2006 AND WE DISCUSSED MANY OF MY PHYSICAL PROBLEMS AND I SIGNED A RELEASE FORM SO THAT MY LAWYER COULD GET COPIES OF MY MEDICAL RECORDS.
5. AT MY NEXT MEETING WITH MY ATTORNEY IN SEPTEMBER 2006 MY ATTORNEY BROUGHT WITH HER A LEGAL DOCUMENT SIGNED BY THE MEDICAL DOCTOR AT GUANTANAMO. THE DOCUMENT SHOWED THAT I HAD HEPATITIS B AND TB. UNTIL THAT DAY NO ONE HAD TOLD ME I HAD THOSE TWO CONDITIONS. THE DOCUMENT FROM THE MILITARY ALSO STATED THAT I HAD REFUSED TREATMENT. I NEVER REFUSED TREATMENT… I HAD BEEN ASKING FOR TREATMENT FOR A LONG TIME BUT EACH TIME I WAS TOLD THERE WAS NOTHING WRONG WITH ME.
6. EVERY TIME I SAW A DOCTOR AT GUANTANAMO THEY REFUSED TO TELL ME WHAT WAS WRONG WITH ME AND THEY WOULD NOT TELL ME THE RESULTS OF ANY TESTS THAT WERE PERFORMED.
7. IN 2007 A DOCTOR DID SEE ME ABOUT MY HEALTH PROBLEMS AND HE STATED THAT HE WANTED TO DO SOME TESTS. I TOLD THE DOCTOR I WOULD BE HAPPY TO HAVE THE TESTS BUT FIRST I WANTED HIM TO REVIEW MY MEDICAL FILE WITH ME AND TELL ME THE RESULTS OF TESTS THAT I HAVE ALREADY HAD AND THAT I WANTED THE DOCTOR

TO AGREE TO TELL ME THE RESULTS OF WHATEVER TESTS THAT ARE PERFORMED. THE DOCTOR AGREED BUT THEN DID NOT MEET WITH ME TO GO OVER MY MEDICAL FILE AND THE NEW TESTS WERE NOT PERFORMED.

8. IN SEPTEMBER 2007 A FEW DAYS BEFORE MY ATTORNEY CAME TO VISIT ME I HAD A VISIT FROM A MEDICAL DOCTOR WHO TOLD ME I HAVE A SEVERE LIVER INFECTION AND THAT HE WANTED TO DO SOME TESTS. I AGREED.
9. LATER (MAYBE IN OCTOBER OR NOVEMBER) THE DOCTOR TOLD ME THAT HE WANTED TO PERFORM A PROCEDURE WHERE THEY WOULD TAKE A PIECE OF MY LIVER TO EXAMINE IT. I AGREED.
10. BEFORE THE PROCEDURE THE DOCTOR MET WITH ME AGAIN AND TOLD ME THAT THE PROCEDURE WAS VERY DANGEROUS, THAT MANY TIMES OTHER ORGANS ARE DAMAGED AND CANNOT BE REPAIRED AND THE DOCTOR ASKED ME IF I STILL WANTED TO HAVE THE PROCEDURE. I SAID NO… THE PROCEDURE SEEMED TOO DANGEROUS.
11. I HAVE STILL NOT RECEIVED ANY MEDICINE OR TREATMENT FOR MY HEPATITIS OR TB or liver infection.
12. I AM VERY ILL.

Dated this 17th day of December, 2007.

_____
Abdul Hamid Al-Ghizzawi

لقد وقعت على إقراري بخطوط وضع لصحي
في هذه الإفادة إلى تكون مسؤولية فقط
ولا غير ذلك.