## AFFIDAVIT OF DR. JUERG REICHEN

**I, Dr. Juerg Reichen, state the following under oath:**

## PROFESSIONAL BACKGROUND

1. That I am a doctor of medicine with a specialty in clinical pharmacology and hepatology. I have over thirty five years of experience in my profession and am currently Co-Director of the Department of Clinical Pharmacology at the University of Berne and chief of Hepatology at University Hospital, Berne, Switzerland.

2. I have conducted extensive research in the treatment and diagnosis of liver disorders including hepatitis, cirrhosis and fibrosis of the liver. My research has been published by numerous peer-reviewed journals including the New England Journal of Medicine, Annals of Internal Medicine, Gastroenterology, Hepatology and Journal of Hepatology.

3. From 1976-1978, I was a guest scientist at the Liver Unit of the National Institutes of Health in Bethesda, Maryland.

4. From 1979-1984 I held teaching positions at the University of Colorado Medical School, first serving as a Fellow in Gastroenterology (1979-1980), then as Assistant Professor of Medicine (1980-1983) and Associate Professor of Medicine (1984-1985).

5. I have enjoyed membership in numerous respected medical bodies including the Swiss Society of Physicians, the American Federation of Clinical Research, the American Association for the Study of Liver Diseases, the American Gastroenterological Association, the International Association for the Study of the Liver and the New York Academy of Sciences. I was also a Co-Founder of the European Liver Transport Study Group and the Swiss Association for the Study of the Liver.

6. I have served in various editorial capacities at *The Journal of Hepatology*, *Hepatology*, and *Pharmacology and Therapeutics.*

7.  I have received numerous awards and professional distinctions including the Lucie Bolte Prize (2002), Cloëtta Prize (1995), the Prize of the Swiss Society for Gastroenterology (1987), the Prize of the Swiss Society of Internal Medicine (1987), the Research Career Development Award of the Swiss National Foundation for Scientific Research (1984), the Research Career Development Award of the National Institutes of Health, U.S.A. (1983), the Prize of the Faculty of Medicine, University of Berne (1976).

8.  My curriculum vitae can be found at the University of Berne Hospital website at URL: http://www.swiss-magen-darm.com/en/reichen.html. My professional homepage can be found at the University of Berne Department of Clinical Pharmacology website at URL: http://www.ikp.unibe.ch/lab2/jr.html.

9.  I submitted affidavits on behalf of Mr. Al-Ghizzai in September and October of 2006 with my recommendations regarding tests that should be performed to properly diagnose Mr. Al-Ghizzawi's condition.

10. Since the time of those affidavits Attorney Gorman has regularly updated me regarding Mr. Al-Ghizzawi's increasingly severe symptoms. The delay in treatment for Mr. Al-Ghizzawi could very likely result in his death.

11. Most recently Attorney Gorman told me that Mr. Al-Ghizzawi was informed by the medical staff at Guantanamo in September 2007 that he has a severe liver infection. (That diagnosis was clear to me over a year ago based on the symptoms that were reported to me at that time.)

12. Mr. Al-Ghizzawi told Attorney Gorman that the medical staff at Guantanamo wanted to do a biopsy of his liver and that Mr. Al-Ghizzawi agreed to the procedure. Prior to the procedure Mr. Al-Ghizzawi reports that he was told by the medical staff that the biopsy is a very dangerous procedure that could permanently damage other vital organs and he was asked if he still wanted to go ahead with the procedure. Mr. Al-Ghizzawi's reluctance to go forward after hearing such a dire report is not surprising.

13. Although there are always risks inherent in any medical procedure it sounds like Mr. Al-Ghizzawi was purposely scared away from the procedure. However, regardless of what happened in this instance it is unheard of in sound medical procedures to continue to deny treatment

        for a serious and very possibly deadly condition on the basis that the individual does not want to have a biopsy.

14. Mr. Al-Ghizzawi should be provided medical treatment tailored to his condition. As discussed in previous affidavits, this is most likely a hepatitis B – treatment of which does most certainly not warrant a liver biopsy prior to treatment.

FURTHER AFFIANT SAYETH NAUGHT

                                    Dr. Juerg Reichen

Signed and sworn to
this 14th day of December, 2007.