CONTINUED AFFIDAVIT OF ATTORNEY H. CANDACE GORMAN

I, H. CANDACE GORMAN, ATTORNEY FOR AL-GHIZZAWI, STATE THE FOLLOWING UNDER OATH:

63. After my visit of July 10th with Al-Ghizzawi I received several letters from him describing his worsening health and complete lack of medical care and attention. I in turn wrote him several letters but he did not receive those letters. During August and September Al-Ghizzawi's letters became more and more distraught as he could not understand why I was refusing to write to him. He assumed that I had given up on his cause.

64. In response to my legal mail not being delivered to Al-Ghizzawi I filed an emergency motion with J. Bates of the District Court asking that the court enter a Rule to Show cause against Respondents for violations of the Protective Order, for an Injunction against further violations and to require the respondents to arrange for an immediate telephone conversation between Mr. Al-Ghizzawi and myself in order to immediately repair any damage to the attorney client relationship and to assure Al-Ghizzawi that I had not and would not give up on his cause. That motion was never ruled on.

65. I met with Al-Ghizzawi again on September 25 and 26th 2007. On my way in to see Al-Ghizzawi a guard handed me one of the many letters that I had sent to Al-Ghizzawi over the last few months. She explained that I could deliver it myself or it could be left in his cell for after our meeting. I took the letter with me into my meeting with Al-Ghizzawi and hand delivered the letter.

66. At the September meeting we again met in Camp Iguana. When I entered the room I almost did not recognize Al-Ghizzawi. Al-Ghizzawi looked near death. He was slumped in the chair and would barely look at me while he spoke… he spoke to the floor in a slow and quiet voice. His eyes were bothering him and he was rubbing them constantly. He was coughing and hacking, in visible pain and had a difficult time understanding me and in concentrating on our discussion. I suggested to Al-Ghizzawi that we would keep our meeting short but as it turned out this meeting was important to him and he wanted to go ahead with our meeting despite his obvious critical health.

67. Al-Ghizzawi told me that a few days earlier he finally saw a specialist about his liver. He told me that the Doctor told him he had a serious liver inflammation and that the doctor wanted to do some tests. Al-Ghizzawi gave permission for those tests.

68. Al-Ghizzawi had with him two documents that he had been working on since summer. One was his last will and testament and the other was an accounting of his torture and mistreatment in the hands of the Americans. We spent the two days of meetings going over both documents in detail. Al-Ghizzawi wanted to make sure that I had all of the information in my notes in case his letters to me were "lost" in the mail.

69. On the afternoon of our second day of meetings we ended early because Al-Ghizzawi was too ill to continue. Just before the guard came to take me away Al-Ghizzawi showed me pictures of his daughter for the first time. He had two pictures, one was from when she was about 2 months old… around the last time he saw her. She was sitting in a car seat type of chair on the ground. Her eyes were big and beautiful. She was very pretty and looked very happy. The second picture was taken when his daughter was 2 or 3 years old. She was standing in a pink snowsuit… snow was around her and in the very background were huge mountains covered in snow. His daughter had a mischievous smile on her face. A beautiful little girl. Al-Ghizzawi told me that he had other pictures of his little girl but he ripped them up and threw them away… it made him too sad to look at them. He described several of those pictures to me.

70. I left that September meeting not expecting to see Al-Ghizzawi alive again.

71 . Shortly after those meetings I received another letter in which Al-Ghizzawi told me that the Doctor came to see him again and told him that the test he wanted to perform was very dangerous and could cause damage to his other organs, could cause internal bleeding and could cause severe pain. The doctor asked Al-Ghizzawi if he still wanted to go ahead with the test and Al-Ghizzawi said "no" because it sounded too dangerous.

72. In that same letter Al-Ghizzawi also wrote about other serious conditions, including the deterioration of his eye sight which resulted in a fall, increased diarrhea and stomach problems and the inability to walk more than a step or two.

73. I visited with Al-Ghizzawi again on December 17th 2007. Because of the difficulty in arranging a flight I could only visit him for one day. Again we met in Camp Iguana. Al-Ghizzawi told me in was increasing difficult to read or write because of his eye sight and that both reading and writing made him feel nauseous and made his diarrhea worse. I had put in a request for reading glasses back in the summer but like everything else that was ignored.

74. In this meeting Al-Ghizzawi told me that his brain is not "working right" and that he has been trying to keep his mind active by singing songs and talking to himself. I suggested to him that one year in solitary confinement is difficult for anyone to withstand and he reminded me that it was now more than one year in solitary confinement.

75. In the afternoon of December 17th we spent most of the time going over everything again that we discussed in the morning because he was having a difficult time understanding and remembering what was said. When I was leaving he turned to me and said, "I hate the injustice …. that is what I hate."

76. On January 14th I received a letter from a very distraught Al-Ghizzawi in which he told me that he had a visit from an "American" doctor after my December visit and the doctor told him that he has AIDS. He asked me to find out why the American government has hid this truth from him for so long and why they refuse to treat him. He also told me that he wrote a letter to the base commander asking for an explanation.

77. On the morning of January 17th 2008 (after having Al-Ghizzawi's letter translated) I sent an email to DOJ attorney Andrew Warden stating:

*"Yesterday I received a letter from Mr. Al-Ghizzawi in which he told me that he saw a doctor after my December 17th visit and that the doctor told him he has AIDs. Will you please confirm this information for me and tell me how (or if) the medical staff intends on treating Mr. Al-Ghizzawi."*

Attorney Warden sent the following response at the end of January 18th, 2008:

*"We are not privy to the particulars of what your client may have been told by his doctor, if anything, but Guantanamo provides high-quality medical care to all detainees. All detainees arriving at Guantanamo are given a complete physical examination. The medical staff follows any medical issues identified during that or any subsequent examination. A detainee can request medical care at any time by making a request to a guard or to medical personnel who make rounds on the cellblocks on a regular bases. In addition to following up on detainee requests, the medical staff will investigate any medical issues observed by the guards or other staff."*

(Everything except the first sentence comes from the Guantanamo "script" and can also be found in Dr. Sollock's affidavit.)

I immediately sent an email back to Attorney Warden stating:

*"Could you please make yourself privy to the particulars of my client? He was told he has AIDs and I want to know if it is true or not… Please contact your colleagues at the base and find out this rather important piece of information.*

*Thank you for your anticipated help in this."*

I, of course, never heard back from Attorney Warden. The email exchange is attached hereto.

78. A few days later I received another letter from Al-Ghizzawi, this one written a week after his earlier letter and he informed me that it was confirmed that he has AIDS and that he is not being treated for this deadly disease.

79. Like Al-Ghizzawi… I too hate the injustice.


FURTHER AFFIANT SAYETH NAUGHT.

Dated this 4th day of February, 2008.


/s/ H. Candace Gorman

From: H. Candace Gorman [mailto:hcgorman@igc.org]
Sent: Thursday, January 17, 2008 5:48 AM
To: Warden, Andrew (CIV)
Subject: Al-Ghizzawi ISN 654
Hello Andrew,
Yesterday I received a letter from Mr. Al-Ghizzawi in which he told me that he saw a doctor after my December 17th visit and that the doctor told him he has AIDs. Will you please confirm this information for me and tell me how (or if) the medical staff intends on treating Mr. Al-Ghizzawi.
Thank you.
Candace


H. Candace Gorman
312.427.2313



From: Warden, Andrew (CIV) [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, January 18, 2008 4:25 PM
To: H. Candace Gorman
Subject: RE: Al-Ghizzawi ISN 654

Candace:

We are not privy to the particulars of what your client may have been told by his doctor, if anything, but Guantanamo provides high-quality medical care to all detainees.  All detainees arriving at Guantanamo
are given a complete physical examination.  The medical staff follows any medical issues identified during that or any subsequent examination.  A detainee can request medical care at any time by making a request to a guard or to medical personnel who make rounds on the cellblocks on a regular bases.  In addition to following up on detainee requests, the medical staff will investigate any medical issues observed by the guards or other staff.

Best,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

```
From: H. Candace Gorman [hcgorman@igc.org]
Sent: Friday, January 18, 2008 4:45 PM
To:   'Warden, Andrew (CIV)'
Subject:   RE: Al-Ghizzawi ISN 654
```

Andrew:
Could you please make yourself privy to the particulars of my client? He was told he has AIDs and I want to know if it is true or not… Please contact your colleagues at the base and find out this rather important piece of information.
Thank you for your anticipated help in this.
Best regards,
Candace