UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL HAMID AL-GHIZZAWI,

Petitioner,

v.

GEORGE W. BUSH, et al.,

Respondents.

Civil Action No. 05-2378 (JDB)

## ORDER

Petitioner has now filed a "*New* Emergency Motion for Medical Treatment and Medical Records." In his motion, petitioner notes that a question may exist with respect to this Court's jurisdiction to entertain this motion, and also cites recent unsuccessful efforts before the Supreme Court and the D.C. Circuit to focus judicial attention on petitioner's claims of the denial of medical treatment for allegedly life-threatening conditions.

Respondents shall have until February 15, 2008, to respond to petitioner's motion. In their response, respondents shall address this Court's jurisdiction and authority to entertain the allegedly emergency claims in petitioner's motion; if respondents contend that this Court has no current jurisdiction or authority, they shall specify and explain what court or other forum, if any, does have such jurisdiction and authority. Respondents shall also provide the Court, as they have in the past, with up-to-date information regarding petitioner's medical condition and treatment.

-1-

Petitioner shall file his reply, if any, to respondents' response by not later than February 22, 2008.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: February 6, 2008