# EXHIBIT A

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 29, 2008

Mr. Paul D. Clement
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Re:  In Re Abdul Hamid Abdul Salam Al-Ghizzawi, Applicant
     Application No. 07A611

Dear Mr. Clement:

The application for injunction to maintain the status quo by compelling provision of life-saving medical treatment in the above-entitled case has been presented to The Chief Justice, who on January 29, 2008 denied the application.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by *Danny Bickell*

Danny Bickell
Staff Attorney

RECEIVED OFFICE OF THE SOLICITOR GENERAL  2008 JAN 29  PM 5:00