# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID AL-GHAZZAWI ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-2378 (JDB) |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____ ) | |

**DECLARATION OF CAPTAIN BRUCE C. MENELEY, M.D.**

Pursuant to 28 U.S.C. § 1746, I, Bruce C. Meneley, M.D., hereby declare that to the best of my knowledge, information and belief, the following is true, accurate and correct:

1. I am a Captain in the United States Navy Medical Corps with over 32 years of active duty and reserve service. I currently serve as the Commanding Officer, Naval Hospital, Commander, Joint Medical Group, Guantanamo Bay and Joint Task Force Surgeon, Joint Task Force--Guantanamo Bay, Cuba (JTF-GTMO). I am responsible for the medical care provided to personnel stationed at Guantanamo Bay and oversee the operation of the Joint Medical Group that provides medical care to the detainees being held at Guantanamo Bay. I have served in this position since July 6, 2007. Currently, there are approximately 275 detainees being held at the detainee camp at Guantanamo Bay, Cuba. This declaration is based on my personal knowledge and information supplied to me in my official capacity.

2. I am a licensed physician, having received my medical degree from the University of Nevada, School of Medicine. I completed an internship at Naval Hospital Bremerton, Washington. I completed my Residency in Emergency Medicine at Naval Medical Center San Diego, California.

3. The JTF-GTMO Joint Medical Group is a 20-bed facility that is staffed to provide medical care to the detainees held at Guantanamo Bay, Cuba. The medical staff consists of 116 personnel and includes four medical doctors and three physician's assistants. In addition, the medical staff includes medical/surgical nurses, corpsmen, technicians (lab, radiology, pharmacy, operating room, respiratory, physical therapy), and administrative staff.

4. All detainees, upon arrival at Guantanamo Bay, are given a complete physical examination. Medical issues identified during the examination, or identified during subsequent examinations, are followed by medical staff. Detainees may request medical care at any time by making a request to guard personnel who make rounds on the cellblocks multiple times daily, or to the medical personnel who make rounds on the cellblocks five times per day. In addition to responding to detainee requests, the medical staff will investigate any medical issues observed by JTF-GTMO guards or staff. The availability of this medical care has led to thousands of out-patient contacts between detainees and medical staff, followed by in-patient treatment and care as needed.

5. The February 4, 2008 motion on behalf of Abdul Hamid Abdul Salaam Al-Ghizzawi (ISN 654) ("Mr. Al-Ghizzawi") addresses his stated belief that he is suffering from Acquired Immune Deficiency Syndrome (AIDS). Mr. Al-Ghizzawi is not correct. He has been tested on four occasions from June 2002 to December 2007 for the Human

Immunodeficiency Virus (HIV), the virus that causes AIDS, and each test has been HIV negative. He has been informed of those negative results. There is absolutely no evidence in Mr. Al-Ghizzawi's medical records or anywhere else as far as I am aware (other than Mr. Al-Ghizzawi's statements in his motion) that anyone on the medical staff at Guantanamo Bay informed him that he has tested positive for HIV or that he has AIDS, nor would the various rules and protocols under which GTMO medical staff operate permit them to provide a detainee with other than truthful information concerning diagnoses and treatment. Instead, there are multiple notations in Mr. Al-Ghizzawi's medical record stating that he does not believe the physicians who have told him he is HIV negative.

6. Mr. Al-Ghizzawi is a carrier of Hepatitis B and was made aware of this fact in August 2002.[1] Previous laboratory testing revealed his liver biochemistries resulted in normal tansaminase and bilirubin levels, and according to the American Association for the Study of Liver Diseases (AASLD) Practice Guidelines, treatment for an inactive Hepatitis B carrier is not, and was not in this case, recommended.[2] However, laboratory tests conducted in November 2006 and August 2007 revealed that Mr. Al-Ghizzawi's viral markers were slightly elevated above what would normally be seen with a typical Hepatitis B carrier. This slight elevation reflected in these separate tests is a possible sign of pre-core mutant Hepatitis B (active Hepatitis B) and/or cirrhosis of the liver, but not diagnostic of this fact. An ultrasound was conducted of Mr. Al-Ghizzawi's liver on October 20, 2006. This ultrasound did not demonstrate any evidence of cirrhosis or carcinoma; however, the only way to determine if Mr. Al-Ghizzawi has pre-core mutant

---

[1] *See* Second Declaration of Captain Ronald L. Sollock, M.D., Ph.D., para. 2e.
[2] *Id.*

3

Hepatitis B and/or cirrhosis of the liver is to perform a percutaneous liver biopsy, which is minimally invasive and has a low complication rate. Mr. Al-Ghizzawi does not have any contraindications to this procedure.

7. Mr. Al-Ghizzawi's lawyer contends that he was offered a liver biopsy, but was "scared out of" it by Guantanamo medical staff. This is false. Mr. Al-Ghizzawi was informed of his lab results; the need for a liver biopsy; and the nature, risks, and benefits of the procedure as described above, consistent with informed consent practices described in a prior declaration in this case.[3] Pursuant to such practices, Mr. Al-Ghizzawi would not have been told that "the procedure was very dangerous, that many times other organs are damaged and cannot be repaired," because, as explained above, this is not the case. Mr. Al-Ghizzawi, however, has refused to consent to this diagnostic test that would permit definitive diagnosis and determine the need for antiviral therapy.[4] He has also recently refused to have blood tests for monitoring his liver enzymes and viral load.[5] He has been informed by the medical staff on multiple occasions that refusal of the biopsy and blood tests may be detrimental to his health. Mr. Al-Ghizzawi will be offered the tests again in the very near future, and at any time he consents, the percutaneous liver biopsy will be performed.

8. There has been no change to Mr. Al-Ghizzawi's diagnosis of latent Tuberculosis since Doctor Sollock's declaration in October 2006. Mr. Al-Ghizzawi continues to refuse treatment and recently refused to answer questions regarding his symptoms on his annual questionnaire in August 2007. At that time he was again counseled on the risks and benefits of therapy, and the risks to his health by refusing

---

[3] *See Id.*, para. 1

treatment, but he refused treatment. Mr. Al-Ghizzawi does not currently exhibit signs or symptoms of active tuberculosis.

9. On October 11, 2007 Mr. Al-Ghizzawi was seen by optometry. He was diagnosed with myopia and astigmatism of both eyes and was prescribed eyeglasses. Eyeglasses were issued to the detainee on November 1, 2007. There is no evidence of deterioration of the detainee's eyesight other than that associated with the changes of age and genetic predisposition.

10. Mr. Al-Ghizzawi has had complaints of diarrhea and nausea and has been evaluated by Medical Officers and Gastroenterology consultants on ten occasions in the past eleven months. Multiple stool studies have been normal with the exception of a positive H. Pylori antigen, which would not cause diarrhea. H. Pylori is a common bacteria that can cause digestive illnesses, including gastritis, and in some cases peptic ulcers. Mr. Al-Ghizzawi has been treated recently on a two-week regimen of treatment for H. Pylori. Despite his complaints of nausea and diarrhea, the detainee continues to objectively appear well, without weight loss, and in fact is currently at 105% of his ideal body weight having gained 26 pounds during his detention. His weight on in-processing on June 18, 2002 was 138 pounds. His weight on January 20, 2008 was 164 pounds. His ideal body weight is 156 pounds. Mr. Al-Ghizzawi's complained of symptoms have not been consistent with objective physical findings or laboratory studies.

11. Mr. Al-Ghizzawi's initial complaint of itching was noted on October 11, 2007. He was evaluated for itching by Medical Officers in November and December 2007, and again in January 2008. There was no evidence of any type of rash during these

evaluations; however, the detainee was treated empirically with hydrocortisone cream and skin moisturizer.

12. In addition to the above, Mr. Al-Ghizzawi has a history of chronic bilateral knee pain, a kidney stone, and gastro-esophageal reflux disease,[6] conditions for which he was seen and offered treatment at various times.

I declare under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct.

Dated: 15 February 2008

*[signature]*
Bruce C. Meneley, M.D.
Captain, Medical Corps,
United States Navy

---

[4] Mr. Al-Ghizzawi was last seen by a Gastroenterologist on 30 November 2007, at which time he again refused a biopsy test.
[5] Mr. Al-Ghizzawi's most recent blood test refusal was in February 2008.
[6] *See* Declaration of Captain Ronald L. Sollock, M.D., Ph.D., para. 16.

6