IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI, ) ) ) ) Petitioner, ) ) v. ) ) GEORGE W. BUSH, *et al.*, ) ) Respondents. ) ) | Civil Action No. 05-2378 (JDB) |

**O R D E R**

Upon petitioner's emergency motion for medical treatment and access to medical records regarding petitioner (dkt. no. 78), it is hereby

ORDERED that the motion is denied.

Dated: _____

UNITED STATES DISTRICT JUDGE