IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI )<br>   Detainee, )<br>   Guantanamo Bay Naval Station )<br>   Guantanamo Bay, Cuba; )<br>                                    *Petitioner*, )<br>                *v.* )<br>GEORGE W. BUSH, *et al.*, )<br>                                   *Respondents.* ) | Civil Action No. 05-cv-02378<br><br>Judge John D. Bates |

## NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
         Andrew I. Warden, Esq., Trial Attorney
         U.S. Department of Justice
         Civil Division, Federal Programs Branch
         20 Massachusetts Ave., NW, Room 7144
         Washington, DC  20530

      PLEASE TAKE NOTICE that on the 21st day of February, 2007, we filed with the U. S. Department of Justice Litigation Security Section a copy of **PETITIONER'S REPLY TO AL-GHIZZAWI'S *NEW* EMERGENCY MOTION FOR MEDICAL TREATMENT AND MEDICAL RECORDS T**o be served upon you.

                                                        /s/ H. Candace Gorman
                                                         Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
220 South Halsted – Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313