UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL HAMID AL-GHIZZAWI,

    Petitioner,

        v.                                                    Civil Action No. 05-2378 (JDB)

GEORGE W. BUSH, et al.,

    Respondents.

## ORDER

Petitioner has filed an emergency motion for medical treatment and medical records. Although there is a significant question as to this Court's jurisdiction over petitioner's motion, respondents have provided useful information relating to petitioner's current medical condition and treatment, as requested by the Court. In his reply, petitioner challenges that information and raises a new legal argument based on the Geneva Convention. Moreover, petitioner's counsel represents that she will be in Guantanamo Bay to visit with her client on February 26 and 27, 2008.

To ensure the Court has up-to-date, accurate information relevant to this matter, it is hereby

**ORDERED** that petitioner shall, by not later than March 7, 2008, file a supplemental memorandum of not more than 10 pages providing any additional updated information relating to petitioner's medical condition and treatment; and it is further

**ORDERED** that respondents may, by not later than March 14, 2008, file a supplemental memorandum, also limited to 10 pages, addressing petitioner's medical condition and treatment.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: <u>February 25, 2008</u>