IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID ABDUL SALAM AL-GHIZZAWI**<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>                                    *Petitioner*,<br><br>    *v.*<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>                                    *Respondents.* | Civil Action No. 05-cv-02378<br><br>Judge John D. Bates |

**NOTICE OF FILING**

To:   Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

   PLEASE TAKE NOTICE that on the 7th day of March, 2008, I filed with the U. S. Department of Justice Litigation Security Section a copy of **PETITIONER'S SUPPLEMENTAL MEMORANDUM** to be served upon you.

                                        /s/ H. Candace Gorman
                                        Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
220 South Halsted – Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313