# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID AL-GHAZZAWI )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>)<br>_____ ) | Civil Action No. 05-2378 (JDB) |

**DECLARATION OF CAPTAIN BRUCE C. MENELEY, M.D.**

Pursuant to 28 U.S.C. § 1746, I, Bruce C. Meneley, M.D., hereby declare that to the best of my knowledge, information and belief, the following is true, accurate and correct:

1. This declaration supplements my 15 February 2008 declaration in this case and responds to certain assertions made in connection with filings on behalf of petitioner Abdul Hamid Abdul Salaam Al-Ghizzawi (ISN 654) ("Mr. Al-Ghizzawi") subsequent to the date of my 15 February 2008 declaration. This declaration is based on my personal knowledge and information supplied to me in my personal capacity.

2. Since 08 February 2008 Mr. Al-Ghizzawi has declined consent to have his blood tested on four occasions. He has also declined to have an ultrasound of his liver performed. A JMG physician counseled Mr. Al-Ghizzawi at length during a 45-minute interview on 02 March 2008 about the need for follow-up blood testing and ultrasound. Mr. Al-Ghizzawi continued to decline such testing. Testing JMG has scheduled to perform includes ultrasound of the liver, routine follow up blood work, tissue

transglutaminase IgA, anti-gliadin antibody tests and a percutaneous liver biopsy. JMG will conduct these tests when Mr. Al-Ghizzawi consents.

3. Petitioner's medical consultant states in his affidavit that diagnosis of pre-core mutant Hepatitis B (active Hepatitis B) is made on blood test results exhibiting anti-HBe positive and HBV DNA viral load of $>10^5$. According to that affidavit, a liver biopsy would not be helpful in that circumstance. See Dr. Reichen Aff. ¶ 5.4. As stated in my prior declaration, Mr. Al-Ghizzawi's blood test results are not diagnostic of pre-core mutant Hepatitis B; the tests do not indicate either anti-HBe positive or an HBV DNA viral load of $>10^5$. However, he does have a HBV DNA viral load that is higher than what would be considered the norm for a hepatitis B carrier. The recommendation for a percutaneous liver biopsy is to determine if Mr. Al-Ghizzawi has ongoing necroinflammatory liver disease and was the result of consultation with a gastroenterology specialist on staff at JTF-GTMO. Our physicians, including the gastroenterology specialists, adhere to standards that include American Association for the Study of Liver Diseases (AASLD) practice guidelines. According to those guidelines, a liver biopsy is the gold standard and most medically appropriate test that would allow JMG to make definitive treatment decisions.

4. Mr. Al-Ghizzawi's medical records reflect that during the 45-minute session with a physician on 02 March 2008, he did not complain of the significant body pains complained of in ¶ III, 11 of his counsel's supplemental memorandum. He also did not exhibit weakness, or difficulty speaking or conversing. In addition, his blood tests and physical appearance do not support any conclusion that Mr. Al-Ghizzawi suffers from jaundice or advanced liver disease.

5. Mr. Al-Ghizzawi has been evaluated regarding his reported symptoms of skin itching and diarrhea on multiple occasions, as reflected in my prior declaration. Topical treatment was provided for the itching. Mr. Al-Ghizzawi's blood test results do not suggest liver disease as a cause of the itching. Tests for gluten sensitive enteropathy (celiac disease) are included among the tests scheduled should Mr. Al-Ghizzawi consent to testing.

6. Mr. Al-Ghizzawi indicates that he has declined to complete a regimen of prescribed amoxicillin and other medicine. This regime was prescribed in connection with the treatment regimen for H. Pylori, and not diarrhea.

7. As indicated in my prior declaration, Mr. Al-Ghizzawi has been tested for HIV on multiple occasions. He was tested on in-processing in June 2002. In the event Mr. Al-Ghizzawi had contracted HIV shortly before in-processing, but not long enough prior to in-processing for an HIV positive test to be reflected, the test was repeated several weeks after in-processing to verify his HIV negative status. Subsequent HIV tests were performed in an attempt to reassure Mr. Al-Ghizzawi that he is not HIV positive.

8. JMG issued Mr. Al-Ghizzawi eyeglasses on 1 November 2007. He subsequently returned them. Mr. Al-Ghizzawi is currently scheduled for a follow-up visit with an optometrist, although he has told Guantanamo medical personnel that he does not want to see an optometrist.

9. Detainees such as Mr. Al-Ghizzawi are weighed in shackles, and the weight of the shackles is subtracted to give the detainee's accurate weight. Thus, the weight figures for petitioner reflected in my prior declaration reflect Mr. Al-Ghizzawi's actual weight at the time.

I declare under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct.

Dated: 14 March 2008

Bruce C. Meneley, M.D.
Captain, Medical Corps,
United States Navy

4