IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID AL-GHIZZAWI,**<br><br>**Prisoner,**<br>**Guantanamo Bay Naval Station,**<br>**Guantanamo Bay, Cuba**<br><br>                    Petitioner,<br><br>    v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>                    Respondents. | NO. 05-CV-2378 (JDB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner Abdul Hamid Al-Ghizzawi as co-counsel in this matter.  Service upon counsel may be made to:

> Brent N. Rushforth (DC 331074)
> Sarah B. Pojanowski (DC 502036)
> **HELLER EHRMAN LLP**
> 1717 Rhode Island Avenue, NW
> Washington, DC 20036
> Tel: (202) 912-2000
> Fax: (202) 912-2020

Counsel for Petitioner certify, pursuant to Loc. Civ. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: April 1, 2008

Respectfully submitted,

Counsel for Petitioner:

*/s/ Brent N. Rushforth*
Brent N. Rushforth (DC 331074)
Sarah B. Pojanowski (DC 502036)
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020