Cleared for public filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID AL-GHIZZAWI<br>    Prisoner,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>                              *Petitioner*,<br><br>          v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>                              *Respondents.* | No. 05-cv-02378<br><br>Judge John B. Bates |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner in the above named case, Abdul Hamid Al-Ghizzawi, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order denying Petitioner's **AL-GHIZZAWI'S *NEW* EMERGENCY MOTION FOR MEDICAL TREATMENT AND MEDICAL RECORDS** entered on April 8, 2008.

Dated: April 28, 2008

Respectfully Submitted,
Counsel for Petitioner

/s/ *H. Candace Gorman*
H. Candace Gorman

# CERTIFICATE OF SERVICE

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner's Notice of Appeal to be served upon the following persons via the Court Security Office to:

            Terry Henry, Esq., Senior Trial Attorney
            Andrew I. Warden, Esq., Trial Attorney
            U.S. Department of Justice
            Civil Division, Federal Programs Branch
            20 Massachusetts Ave., NW, Room 7144
            Washington, DC  20530

This 28st of April, 2008.

                                        /s/ H. Candace Gorman
                                        Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
220 S. Halsted Street -  Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313