Cleared for public filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID AL-GHIZZAWI )<br>    Prisoner, )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br>                            )<br>                    *Petitioner*, )<br>                            )<br>    *v.*                    )<br>                            )<br>GEORGE W. BUSH, *et al.*,   )<br>                            )<br>                    *Respondents.* ) | No. 05-cv-02378<br><br>Judge John B. Bates |

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, H Candace Gorman, declare that I am the attorney representing appellant/petitioner in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security, therefore, I state that because of my client's poverty, he is unable to prepay the costs of said proceeding or to give security therefore. Mr. Al-Ghizzawi is detained at Guantanamo Bay, Cuba, and for that reason I am unable to obtain his signature for this motion and affidavit, and I am therefore signing the affidavit on his behalf and to the best of my knowledge and belief. My affidavit is attached. The Appellate Court and the Supreme Court have allowed

Mr. Al-Ghizzawi to proceed in those courts following this same procedure with me, as his attorney, signing the affidavit.

I believe my client is entitled to this relief. The issue that will be presented on appeal is the Court's Order of April 8, 2008 denying Petitioner's motion.

Dated: April 28, 2008

Respectfully Submitted,
Counsel for Petitioner

/s/ H. Candace Gorman
H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman
220 S. Halsted St., Suite 200
Chicago, IL 60661
(312) 427-2313

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID AL-GHIZZAWI**<br>    Prisoner,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>                            *Petitioner,*<br><br>          *v.*<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>                            *Respondents.* | No. 05-cv-02378<br><br>Judge John B. Bates |

**Affidavit in Support of Motion**

I, H Candace Gorman, attorney for Petitioner/Appellant Al-Ghizzawi, swear or affirm under penalty of perjury that, because of my client's poverty, my client cannot prepay the docket fees of his appeal or post a bond. My client is detained at Guantánamo and has been so held for more than six years. He has no known assets and I am handling his case *pro bono.* I further state that because my client is detained at Guantánamo I can not have him sign an affidavit personally.  I believe he is entitled to redress. I swear under penalty of perjury under United States laws that my statement in this affidavit is true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Further affiant sayeth naught.

                                                            Respectfully Submitted,
                                                            Counsel for Petitioner

                                                            /s/ H. Candace Gorman
                                                            April 28, 2008

## CERTIFICATE OF SERVICE

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of the Notice of Appeal and Motion for Leave to Proceed on Appeal In Forma Pauperis to the individuals listed below via the District Court's Electronic Case Filing System:

                Terry Henry, Esq., Senior Trial Attorney
                Andrew I. Warden, Esq., Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Ave., NW, Room 7144
                Washington, DC  20530

This 28th day of April, 2008.

                                              /s/ H. Candace Gorman
                                                Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
220 S. Halsted Street - Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313