UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No.  05-2378 (JDB) |

### ORDER

Upon consideration of [94] petitioner's motion for leave to proceed on appeal *in forma pauperis*, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall transmit this Order to the Court of Appeals forthwith.

**SO ORDERED**.

                                                    /s/ John D. Bates
                                                    JOHN D. BATES
                                            United States District Judge

Dated: April 30, 2008