# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HAMLILY,<br><br>    Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-0763 (JDB) |
| KASIMBEKOV KOMOLIDDIN<br>TOHIRJANOVICH,<br><br>    Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-0994 (JDB) |
| WALEED SAEED BN SAEED ZAID, et al.,<br><br>    Petitioners,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-1646 (JDB) |
| ABDUL HAMID ABDUL SALAM<br>AL-GHIZZAWI,<br><br>    Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-2378 (JDB) |

## **ORDER**

The Court has reviewed the preliminary Case Management Order issued today by Judge Hogan in In re Guantanamo Bay Detainee Litigation, Misc. No. 08-442 (filed Nov. 6, 2008), and intends to apply the procedures and schedule established by the Order to the above-captioned

cases except as hereafter modified.  The Court intends to depart from Section III(A) of the Order with respect to the filing of initial briefs in support of judgment on the record in one respect.  The Court will adopt sequential briefing, instead of simultaneous briefing, with the government filing its motion in support of judgment on the record first, followed by petitioners' response and, if appropriate, cross-motion for judgment on the record, and then the government's response to petitioners' cross-motion.

The parties have until November 19, 2008, to file briefs (not to exceed ten pages) requesting additional modifications to the preliminary Case Management Order.  The Court will enter a final scheduling order following a status conference to be held on November 24, 2008.  Pending entry of the final scheduling order, the parties shall abide by the schedule set forth in the preliminary Case Management Order entered by Judge Hogan.

Accordingly, it is hereby

**ORDERED** that the parties shall file any proposals to modify the preliminary Case Management Order, not to exceed ten pages, by not later than November 19, 2008; it is further

**ORDERED** that a status hearing in the above-captioned actions is scheduled for November 24, 2008, at 10:00 a.m. in Courtroom 8; it is further

**ORDERED** that the parties shall abide by the preliminary Case Management Order entered in In re Guantanamo Bay Detainee Litigation, Misc. No. 08-442 (filed Nov. 6, 2008), pending further Order of the Court.

                                              /s/ John D. Bates
                                              JOHN D. BATES
                                      United States District Judge

Date:   November 6, 2008