UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEL HAMLILY,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-0763 (JDB) |
| WALEED SAEED BN SAEED ZAID, et al.,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-1646 (JDB) |
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-2378 (JDB) |

## ORDER

Pursuant to the status hearing held on this  24th  day of November 2008, it is hereby

**ORDERED** that the following schedule shall apply for the above-captioned cases:

1. The next status hearing is scheduled for December 19, 2008 in Courtroom 8. Petitioner Hamlily's case will be heard at 10:00 a.m.  Petitioner Al-Ghizzawi's case will be heard at 10:30 a.m.  Petitioner Zaid's case will be heard at 11:00 a.m.

2. Counsel for petitioners and the government shall each have a preliminary meeting by not later than December 8, 2008, for the purpose of narrowing the contested issues concerning an appropriate case management order.

3. The government shall file unclassified factual returns by not later than December 9, 2008. Petitioner Al-Ghizzawi's unclassified factual return shall be filed under seal pending further order of the Court.

4. Counsel for petitioners and the government shall each have a meeting by not later than December 12, 2008, to further resolve or narrow any remaining issues concerning an appropriate case management order.

5. The parties shall file any supplemental proposals to modify the preliminary Case Management Order entered by Judge Hogan in <u>In re Guantanamo Bay Detainee Litigation</u>, Misc. No. 08-442 (filed Nov. 6, 2008) -- or any amended case management order -- by not later than December 17, 2008. The filing shall not exceed ten pages. Counsel for petitioners shall include:

   a. their proposed definition of enemy combatant and any legal argument in support thereof;

   b. what discovery, if any, the petitioner intends to seek beyond that identified in the government's Notice Pertaining to Production of Exculpatory Evidence (filed Nov. 20, 2008) and when that request will be made; and

   c. whether the discussion of classified information will, in their view, be necessary at the December 19, 2008 status hearing.

6. In all other respects, the order entered by Judge Hogan on November 21, 2008 staying certain aspects of the parties' obligations under his preliminary Case Management Order shall apply to the above-captioned cases.

**SO ORDERED.**

          /s/ John D. Bates
          JOHN D. BATES
          United States District Judge