UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL HAMID AL-GHIZZAWI,

    Petitioner,

        v.                          Civil Action No. 05-2378 (JDB)

BARACK OBAMA, et al.,

    Respondents.

## ORDER

Based upon the conference with the Court held on this date, it is hereby **ORDERED** as follows:

1. Respondents shall produce all additional medical records responsive to the Court's March 2, 2009 Order and all documents related to "the accuser's alleged substance-abuse problem," if any such documents exist, by not later than May 5, 2009.

2. Respondents shall produce, to petitioner by not later than May 15, 2009, any materials that have been produced in other habeas cases before other judges of this Court relating to the credibility of petitioner's primary accuser or the reliability of his statements.

3. Respondents' motion for judgment on the pleadings is due by May 22, 2009, petitioner's cross-motion and opposition is due by June 5, 2009, respondents' opposition and reply is due by June 15, 2009, and petitioner's reply is due by June 23, 2009.

4. An evidentiary hearing in this matter shall be held on July 15, 2009 at 9:30 a.m.

in Courtroom 15.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  April 28, 2009