UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HAMID AL-GHIZZAWI,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents. | Civil Action No. 05-2378 (JDB) |

## ORDER

Before the Court is [267] respondents' motion for a continuance, or in the alternative an extension until November 6, 2009, to comply with the Court's September 24, 2009 Order. Upon consideration of the parties' memoranda, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED IN PART**; it is further

**ORDERED** that respondents shall comply with this Court's September 24, 2009 Order by not later than November 6, 2009.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   October 19, 2009