## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ABDUL HAMID ABDUL** ) | |
| **SALAM AL-GHIZZAWI, (ISN 654),** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-CV-2378 (JDB)** |
| ) | |
| **BARACK OBAMA,** *et al.,* ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

### RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Under the Court's Order of October 19, 2009 (Dkt. No. 270), Respondents were required to comply with this Court's September 24, 2009 Order (Dkt. No. 266) by not later than November 6, 2009.  For reasons outlined below, and with the consent of Petitioner's Counsel, Respondents now respectfully request that this Honorable Court extend that deadline until Thursday, November 12, 2009.

The Court's September 24, 2009 Order at 3 required Respondents to comply with Judge Hogan's June 1, 2009 (Dkt. No. 233),[1] instructing that if "respondents wish to redact any

---

[1] Judge Hogan's June 1, 2009 Order required the government:

> to either (i) publicly file a declassified or unclassified factual return or (ii) file under seal with the petitioner's counsel and the appropriate Merits Judge an unclassified factual return highlighting with a colored marker the exact words or lines the government seeks to be deemed protected, as well as a memorandum explaining why each word or line should be protected.

June 1, 2009 Order at 1-2.  As explained in Respondents' Opp'n to Pet'r's Mot. for Rule to Show Cause (Noticed at Dkt. No. 261) at 5, n.2, Respondents respectfully maintain that they have complied with the June 1, 2009 Order.

information that is not classified, they must do so according to the procedures set forth in option (ii) of the [June 1, 2009] Order." Respondents have worked diligently to determine whether any specific words or lines within the factual return are deemed to be protected. Respondents have identified such information within the narrative and exhibits and, pursuant to option (ii) of Judge Hogan's June 1, 2009 Order, have highlight that information.   .

In the event that Respondents plan to file material pursuant to option (ii), Judge Hogan's June 1, 2009 Order at 10 requires the parties to "first meet and confer pursuant to Local Rule of Civil Procedure 7(m); if an agreement cannot be reached, the government must file with the appropriate Merits Judge a motion to designate as protected each highlighted portion of the return." Pursuant to the meet-and-confer obligations, Petitioner's counsel requested that Respondents send her for her review the factual return with the information that Respondents' have deemed protected highlighted. On November 5, 2009, Respondents attempted to send to Petitioner's counsel *via* electronic mail the highlighted narrative and exhibits as electronic PDFs files; however, because the highlighting and coloring on these documents rendered these files rather voluminous (electronically), only a small percentage of the materials could be received by counsel's electronic mail. Of the items Petitioner's counsel did receive, Petitioner's counsel informed Respondents that she was unable to read much of the protected material.

Respondents spoke with Petitioner's counsel earlier today and the parties agreed that Respondents would resubmit the marked narrative and exhibits to Petitioner's Counsel *via* Federal Express. The parties also have agreed that Petitioner's counsel needs additional time to review the materials and determine whether she opposes any protected designations, and that Respondents need additional time to review any objections or concerns, and, if necessary, file a motion to designate as protected the opposed highlighted portions of the return. Respondents

therefore request the Court to extend the deadline for compliance with this Court's September 24th Order until Thursday, November 12, 2009.  Petitioner's counsel does not oppose such an extension.

WHEREFORE, based on the consent of Petitioner's Counsel and for all of the reasons stated above, the Respondents respectfully request that this Honorable Court extend the time to comply with the September 24th Order until November 12, 2009.

Dated: November 6, 2009                    Respectfully submitted,

                                           TONY WEST
                                           Assistant Attorney General

                                           JOSEPH H. HUNT
                                           Branch Director

                                           TERRY M. HENRY
                                           JAMES J. GILLIGAN
                                           Assistant Branch Director


                                           */s/ Steve R. Matheny*

                                           SCOTT LEVIN
                                           STEVE R. MATHENY

                                           Attorneys
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue, N.W.
                                           Washington, D.C. 20530
                                           Tel: (202) 305-9284
                                           Fax: (202) 305-2685
                                           Email: Steve.Matheny2@usdoj.gov

                                           *Attorneys for Respondents*