## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI, (ISN 654),  )<br><br>Petitioner,  )<br><br>v.  )<br><br>BARACK H. OBAMA, *et al.*,  )<br><br>Respondents.  ) | Civil Action No. 05-2378 (JDB) |

## NOTICE OF CLASSIFIED FILING

Pursuant to the Court's Order from September 24, 2009, Respondents have filed on this date, via the Court Security Officers, a submission under seal. The submission includes an unclassified and highlighted version of the Factual Return, with information which Respondents seek to designate as "protected" being highlighted. The submission also includes a memorandum and attached declarations which support the "protected" designations of the highlighted information. Because certain declarations contain classified information, Respondents have filed today's submission under seal.

2

| | |
|---|---|
| Dated: November 12, 2009 | Respectfully submitted,<br><br>TONY WEST<br>Assistant Attorney General<br><br>JOSEPH H. HUNT<br>Branch Director<br><br>TERRY M. HENRY<br>JAMES J. GILLIGAN<br>Assistant Branch Directors<br><br>*/s/ Steve R. Matheny*<br>SCOTT LEVIN<br>STEVE R. MATHENY<br><br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 305-9284<br>Fax: (202) 305-2685<br>Email: Steve.Matheny2@usdoj.gov<br><br>*Attorneys for Respondents* |